**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | | |
|---|---|---|
| In re: | ) | Case No. 08-10928-BKC-JKO |
| | ) | |
| TOUSA, INC., | ) | Chapter 11 |
| | ) | |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Case No. 08-10930 |
| | ) | |
| TOUSA HOMES, INC., | ) | Chapter 11 |
| | ) | |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Case No. 08-10940 |
| | ) | |
| ENGLE/GILLIGAN LLC, | ) | Chapter 11 |
| | ) | |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Case No. 08-10934 |
| | ) | |
| ENGLE HOMES COMMERCIAL CONSTRUCTION, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Case No. 08-10961 |
| | ) | |
| ENGLE HOMES DELAWARE, INC., | ) | Chapter 11 |
| | ) | |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Case No. 08-10960 |
| | ) | |
| ENGLE HOMES RESIDENTIAL CONSTRUCTION, L.L.C., | ) | Chapter 11 |
| | ) | |
| Debtor, | ) | |

| | | |
|---|---|---|
| In re: | ) | Case No. 08-10947 |
| | ) | |
| ENGLE/JAMES LLC, | ) | Chapter 11 |
| | ) | |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Case No. 08-10962 |
| | ) | |
| ENGLE SIERRA VERDE P4, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Case No. 08-10964 |
| | ) | |
| ENGLE SIERRA VERDE P5, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Case No. 08-10932 |
| | ) | |
| LB/TE #1 LLC, | ) | Chapter 11 |
| | ) | |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Case No. 08-10933 |
| | ) | |
| LORTON SOUTH CONDOMINIUM, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Case No. 08-10935 |
| | ) | |
| MCKAY LANDING LLC, | ) | Chapter 11 |
| | ) | |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Case No. 08-10965 |
| | ) | |
| NEWMARK HOMES BUSINESS TRUST, | ) | Chapter 11 |
| | ) | |
| Debtor, | ) | |

2

| | |
|---|---|
| In re: | ) Case No. 08-10931 |
| | ) |
| NEWMARK HOMES, L.L.C., | ) Chapter 11 |
| | ) |
| Debtor, | ) |
| | ) |
| In re: | ) Case No. 08-10942 |
| | ) |
| NEWMARK HOMES, L.P., | ) Chapter 11 |
| | ) |
| Debtor, | ) |
| | ) |
| In re: | ) Case No. 08-10938 |
| | ) |
| NEWMARK HOMES PURCHASING, L.P., | ) Chapter 11 |
| | ) |
| Debtor, | ) |
| | ) |
| In re: | ) Case No. 08-10941 |
| | ) |
| PREFERRED BUILDERS REALTY, INC., | ) Chapter 11 |
| | ) |
| Debtor, | ) |
| | ) |
| In re: | ) Case No. 08-10944 |
| | ) |
| REFLECTION KEY, LLC, | ) Chapter 11 |
| | ) |
| Debtor, | ) |
| | ) |
| In re: | ) Case No. 08-10950 |
| | ) |
| SILVERLAKE INTERESTS, L.L.C., | ) Chapter 11 |
| | ) |
| Debtor, | ) |
| | ) |
| In re: | ) Case No. 08-10953 |
| | ) |
| TOI, LLC, | ) Chapter 11 |
| | ) |
| Debtor, | ) |
| | ) |

3

| | | |
|---|---|---|
| In re: | ) | Case No. 08-10959 |
| | ) | |
| TOUSA ASSOCIATES SERVICES COMPANY, | ) | Chapter 11 |
| | ) | |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Case No. 08-10957 |
| | ) | |
| TOUSA DELAWARE, INC., | ) | Chapter 11 |
| | ) | |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Case No. 08-10952 |
| | ) | |
| TOUSA FUNDING, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Case No. 08-10956 |
| | ) | |
| TOUSA HOMES ARIZONA, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Case No. 08-10958 |
| | ) | |
| TOUSA HOMES COLORADO, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Case No. 08-10929 |
| | ) | |
| TOUSA HOMES FLORIDA, L.P., | ) | Chapter 11 |
| | ) | |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Case No. 08-10955 |
| | ) | |
| TOUSA HOMES INVESTMENT #1, INC., | ) | Chapter 11 |
| | ) | |
| Debtor, | ) | |
| | ) | |

K&E 12169251.32

| | | |
|---|---|---|
| In re: | ) | Case No. 08-10951 |
| | ) | |
| TOUSA HOMES INVESTMENT #2, INC., | ) | Chapter 11 |
| | ) | |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Case No. 08-10937 |
| | ) | |
| TOUSA HOMES INVESTMENT #2, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Case No. 08-10945 |
| | ) | |
| TOUSA HOMES, L.P., | ) | Chapter 11 |
| | ) | |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Case No. 08-10949 |
| | ) | |
| TOUSA HOMES MID-ATLANTIC HOLDING, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Case No. 08-10963 |
| | ) | |
| TOUSA HOMES MID-ATLANTIC, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Case No. 08-10954 |
| | ) | |
| TOUSA HOMES NEVADA, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Case No. 08-10943 |
| | ) | |
| TOUSA INVESTMENT #2, INC., | ) | Chapter 11 |
| | ) | |
| Debtor, | ) | |
| | ) | |

5

| | |
|---|---|
| In re: | )  Case No. 08-10936 |
| | ) |
| TOUSA, LLC, | )  Chapter 11 |
| | ) |
| Debtor, | ) |
| | ) |

| | |
|---|---|
| In re: | )  Case No. 08-10939 |
| | ) |
| TOUSA MID-ATLANTIC INVESTMENT, LLC, | )  Chapter 11 |
| | ) |
| Debtor, | ) |
| | ) |

| | |
|---|---|
| In re: | )  Case No. 08-10946 |
| | ) |
| TOUSA REALTY, INC., | )  Chapter 11 |
| | ) |
| Debtor, | ) |
| | ) |

| | |
|---|---|
| In re: | )  Case No. 08-10948 |
| | ) |
| TOUSA/WEST HOLDINGS, INC. | )  Chapter 11 |
| | ) |
| Debtor. | ) |
| | ) |

## *EX PARTE* AGREED MOTION FOR ENTRY OF AN ORDER
## DIRECTING JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES

The above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby move for entry of an *ex parte* order, substantially in the form annexed hereto as Exhibit A, directing joint administration of their related chapter 11 cases. In support of this motion, the Debtors respectfully state as follows:

### Jurisdiction

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2.      Venue in this Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

K&E 12169251.32

3.      The bases for the relief requested herein are section 101(2) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rules 1015-1, 5005-1(G)(1)(a) and 9013-1(C)(14) of the Local Rules for the United States Bankruptcy Court for the Southern District of Florida (the "Local Rules").

### Background

4.      On January 29, 2008 (the "Petition Date"), each of the Debtors filed a petition with this Court under chapter 11 of the Bankruptcy Code.  The Debtors are operating their businesses and managing their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No request for the appointment of a trustee or examiner has been made in these chapter 11 cases, and no committees have been appointed or designated.

5.      The Debtors' chapter 11 cases have been procedurally consolidated and are being jointly administered under the case of TOUSA, Inc. ("TOUSA").  A description of the Debtors' businesses, the reasons for filing these chapter 11 cases and the relief sought from this Court to allow for a smooth transition into operations under chapter 11 is set forth in the Declaration of Tommy L. McAden, Executive Vice President and Chief Financial Officer of TOUSA, Inc., in Support of First Day Pleadings (the "McAden Declaration"), which is being filed substantially contemporaneously with this motion.

6.      As set forth in the McAden Declaration, the Debtors and their non-debtor affiliates and unconsolidated joint ventures (collectively, the "TOUSA Group") design, build and market detached single-family residences, town homes and condominiums.  The TOUSA Group operates in several metropolitan markets and divides its business into four major geographic regions:  Florida, the Mid-Atlantic, Texas and the West.  As of September 30, 2007, the Debtors controlled approximately 39,500 homesites for development.  The Debtors market their homes

7

under regionally-known brand names, including Engle Homes, Newmark Homes, Trophy Homes and Fedrick, Harris Estate Homes, to a diverse group of homebuyers.  As part of the TOUSA Group's effort to provide homebuyers with a seamless home purchasing experience, certain of the Debtors' affiliates (the "Financial Services Entities") also provide home-related financial services to homebuyers, such as mortgage financing, insurance products and settlement services. The Financial Services Entities are not Debtors in these chapter 11 cases.

7.       TOUSA is a publicly held company that currently is trading over the counter (OTC: TOUS.PK).  Approximately 67 percent of TOUSA's outstanding common stock is owned by non-debtor Technical Olympic S.A. ("TOSA").  TOSA is a Greek company whose shares are traded on the Athens Stock Exchange.  TOUSA is the direct or indirect parent of each of the Debtors and the nondebtor Financial Services Entities.

8.       For the nine months ending September 30, 2007, the Debtors' consolidated operations delivered 4,833 homes to homebuyers and generated $1.6 billion in homebuilding revenues.  In 2006, the Debtors' consolidated operations delivered 7,824 homes to homebuyers and generated $2.6 billion in homebuilding revenues.  In 2005, the Debtors delivered 7,769 homes to homebuyers and generated $2.5 billion in homebuilding revenues.  As of the quarter ending September 30, 2007, the Debtors had approximately $2.3 billion in assets and $2.2 billion in liabilities on a consolidated basis.  The Debtors employ more than 1,700 employees.

9.       Several factors have led to the filing of these chapter 11 cases.  Beginning in 2006 and continuing through 2007 and January 2008, the homebuilding industry throughout the United States experienced a significant and sustained decrease in demand for new homes and an oversupply of new and existing homes available for sale.  This downturn has been especially severe in certain regions of Florida and Arizona where the Debtors' business operations are

8

heavily concentrated.  The negative impact of these demand and supply trends has been further exacerbated, and the industry downturn has accelerated, as a result of recent difficulties in the mortgage markets.

10.    These difficulties have adversely impacted the Debtors' business by further increasing the supply of inventory housing, negatively impacting pricing conditions and decreasing the demand for homes.  Because the homebuilding industry is highly competitive and fragmented among many different homebuilders in various regions, home prices are extremely sensitive to adverse market conditions, as the Debtors and their competitors compete for a limited universe of homebuyers.  Finally, as explained in the McAden Declaration, the Debtors are highly leveraged and have financed debt in excess of $1.6 billion (principal amount).  This debt, together with exceedingly difficult market conditions, has contributed to the Debtors' inability to comply with certain financial covenants under their credit agreements.

### Basis for Relief

11.    As set forth in the McAden Declaration, the 38 Debtors in these chapter 11 cases include TOUSA and 37 of its direct and indirect subsidiaries, each of which is an "affiliate" as that term is defined in section 101(2) of  the Bankruptcy Code.  The Debtors, together with the Financial Services Entities, operate as an integrated business with common ownership and control, and they share key financial and operational systems.

12.    Given the complex and interlinked commercial relationships among the Debtors, joint administration of these chapter 11 cases will provide significant administrative convenience without harming the substantive rights of any party in interest.  Many of the motions, hearings and orders that will arise in these cases will affect each and every Debtor.  Thus, the entry of an order directing joint administration of these cases will reduce fees and costs by, for example, avoiding duplicative filings and objections.  Joint administration also will allow all parties in

9

interest to monitor these cases with greater ease. Furthermore, joint administration will relieve the Court of the burden of entering duplicative orders and maintaining duplicative files for each of the Debtors and will simplify administrative supervision of these cases by the Office of the United States Trustee for the Southern District of Florida (the "U.S. Trustee").

13.     The joint administration of these chapter 11 cases will not give rise to any conflict of interest among the Debtors' estates. Nor will joint administration adversely affect the Debtors' respective creditors because this motion requests only administrative, not substantive, consolidation of the estates. For example, pursuant to Local Rule 1015-1(D)(4), any creditor may file a claim against a particular Debtor or its estate (or against multiple Debtors and their respective estates). Intercompany claims among the Debtors also will be preserved and the Debtors will maintain separate records of assets and liabilities. Thus, individual creditors' rights will not be harmed by the relief requested; by contrast, non-debtor parties in interest will benefit from the cost reductions associated with the joint administration of these cases.

### Relief Requested

14.     By this motion, the Debtors seek entry of an order directing joint administration of these chapter 11 cases. Specifically, the Debtors request that a docket entry, substantially similar to the following, be entered on the docket of each of the Debtors other than TOUSA to reflect the joint administration of these chapter 11 cases:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the procedural consolidation and joint administration of the chapter 11 cases of TOUSA Homes, Inc.; TOUSA, Inc.; Engle/Gilligan LLC; Engle Homes Commercial Construction, LLC; Engle Homes Delaware, Inc.; Engle Homes Residential Construction, L.L.C.; Engle/James LLC; Engle Sierra Verde P4, LLC; Engle Sierra Verde P5, LLC; LB/TE #1 LLC; Lorton South Condominium, LLC; McKay Landing LLC; Newmark Homes Business Trust; Newmark Homes, L.L.C.; Newmark Homes, L.P.; Newmark Homes Purchasing, L.P.; Preferred Builders Realty, Inc.; Reflection Key, LLC;

10

Silverlake Interests, L.L.C.; TOI, LLC; TOUSA Associates Services Company; TOUSA Delaware, Inc.; TOUSA Funding, LLC; TOUSA Homes Arizona, LLC; TOUSA Homes Colorado, LLC; TOUSA Homes Florida, L.P.; TOUSA Homes Investment #1, Inc.; TOUSA Homes Investment #2, Inc.; TOUSA Homes Investment #2, LLC; TOUSA Homes, L.P.; TOUSA Homes Mid-Atlantic Holding, LLC; TOUSA Homes Mid-Atlantic, LLC; TOUSA Homes Nevada, LLC; TOUSA Investment #2, Inc.; TOUSA, LLC; TOUSA Mid-Atlantic Investment, LLC; TOUSA Realty, Inc.; and TOUSA/West Holdings, Inc.    All further pleadings and other papers shall be filed in, and all further docket entries shall be made in, **Case No. 08-10928-BKC-JKO.**

15.    The Debtors also request that if the cases were initially assigned to different judges, that the cases be transferred to the Judge to whom the lowest numbered case was assigned.

16.    Further, the Debtors also request that the Court maintain one file and one docket for all of the jointly-administered cases under the case of TOUSA and that the cases be administered under a consolidated caption, as follows:

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
### FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | | |
|---|---|---|
| In re: | ) | Case No. 08-10928-BKC-JKO |
| | ) | Jointly Administered |
| TOUSA, INC., *et al.*, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | |
| | ) | |

### Supporting Authority

17.    Bankruptcy Rule 1015(b) provides, in pertinent part, that "[i]f . . . two or more petitions are pending in the same court by or against . . . a debtor and an affiliate, the court may order a joint administration of the estates." FED. R. BANKR. P. 1015(b).  As described above, the

Debtors are affiliates within the meaning of the Bankruptcy Code.  Accordingly, this Court is authorized to grant the relief requested herein.

18.     In addition, Local Rule 1015-1 provides as follows:

[M]otions for joint administration shall include a statement as to whether joint administration will give rise to any conflict of interest among the estates of the cases to be jointly administered.

Local Rule 1015-1(B)(1).  As set forth above, this requirement is met.

19.     The entry of joint administration orders is common and generally uncontroversial in this district.  *See, e.g*, *In re Levitt and Sons, LLC,* No. 07-19845 (Bankr. S.D. Fla. Nov. 9, 2007); *In re All American Semiconductor. Inc.*, No. 07-12963 (Bankr. S.D. Fla. Apr. 25, 2007); *In re ITG Vegas, Inc.*, No. 06-16350 (Bankr. S.D. Fla. Dec. 6, 2006); *In re Falcon Air Express, Inc.*, No. 06-11877 (Bankr. S.D. Fla. May 11, 2006); *In re Atlas Air Worldwide Holdings, Inc.*, No. 04-10794 (Bankr. S.D. Fla. Feb. 2, 2004); *In re Arrow Air Holdings Corp.,* No. 04-10727 (Bankr. S.D. Fla. Jan. 30, 2004).

20.     As set forth above and in the McAden Declaration, the Debtors submit that the joint administration of these chapter 11 cases is in the best interests of the Debtors, their creditors and all other parties in interest and that no conflict of interest will arise as a result of joint administration.

WHEREFORE**,** for the reasons set forth herein and in the McAden Declaration, the Debtors respectfully request that the Court enter an order, substantially in the form annexed hereto as Exhibit A, (a) authorizing the joint administration of these chapter 11 cases and (b) granting such other and further relief as is appropriate.  Alternatively, should the Court choose not to decide this matter on an *ex parte* basis, the Debtors respectfully request (a) an emergency hearing in this matter on or before January 30, 2008 to address the relief requested

K&E 12169251.32

herein and (b) immediate relief from the provisions of Local Rule 9075-1(B), which require an

affirmative statement that the Debtors made a *bona fide* effort to resolve the issues raised herein.

    I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court

for the Southern District of Florida, and I am in compliance with the additional qualifications to

practice in this Court as set forth in Local Rule 2090-1.

Dated:  January 29, 2008               Respectfully submitted,

                          **BERGER SINGERMAN, P.A.**

                          /s/: Paul Steven Singerman

                          Paul Steven Singerman (Florida Bar No. 378860)
                          200 Biscayne Boulevard, Suite 1000
                          Miami, FL 33131
                          Telephone: (305) 755-9500
                          Facsimile:  (305) 714-4340

                                -and-

                          **KIRKLAND & ELLIS LLP**
                          Richard M. Cieri (New York Bar No. 4207122)
                          Paul M. Basta (New York Bar No. 2568046)
                          M. Natasha Labovitz (New York Bar No. 2813251)
                          Citigroup Center
                          153 East 53rd Street
                          New York, NY 10022
                          Telephone: (212) 446-4800
                          Facsimile:  (212) 446-4900

                          *Proposed Co-Counsel to the Debtors*

K&E 12169251.32

**EXHIBIT A**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | | |
|---|---|---|
| In re: | ) | Case No. 08-10928-BKC-JKO |
| | ) | |
| TOUSA, INC., | ) | Chapter 11 |
| | ) | |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Case No. 08-10930 |
| | ) | |
| TOUSA HOMES, INC., | ) | Chapter 11 |
| | ) | |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Case No. 08-10940 |
| | ) | |
| ENGLE/GILLIGAN LLC, | ) | Chapter 11 |
| | ) | |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Case No. 08-10934 |
| | ) | |
| ENGLE HOMES COMMERCIAL | ) | Chapter 11 |
| CONSTRUCTION, LLC, | ) | |
| | ) | |
| Debtor, | ) | |
| | ) | |

A-1

| | | |
|---|---|---|
| In re: | ) | Case No. 08-10961 |
| | ) | |
| ENGLE HOMES DELAWARE, INC., | ) | Chapter 11 |
| | ) | |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Case No. 08-10960 |
| | ) | |
| ENGLE HOMES RESIDENTIAL CONSTRUCTION, L.L.C., | ) | Chapter 11 |
| | ) | |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Case No. 08-10947 |
| | ) | |
| ENGLE/JAMES LLC, | ) | Chapter 11 |
| | ) | |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Case No. 08-10962 |
| | ) | |
| ENGLE SIERRA VERDE P4, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Case No. 08-10964 |
| | ) | |
| ENGLE SIERRA VERDE P5, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Case No. 08-10932 |
| | ) | |
| LB/TE #1 LLC, | ) | Chapter 11 |
| | ) | |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Case No. 08-10933 |
| | ) | |
| LORTON SOUTH CONDOMINIUM, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor, | ) | |
| | ) | |

A-2

| | | |
|---|---|---|
| In re: | ) | Case No. 08-10935 |
| | ) | |
| MCKAY LANDING LLC, | ) | Chapter 11 |
| | ) | |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Case No. 08-10965 |
| | ) | |
| NEWMARK HOMES BUSINESS TRUST, | ) | Chapter 11 |
| | ) | |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Case No. 08-10931 |
| | ) | |
| NEWMARK HOMES, L.L.C., | ) | Chapter 11 |
| | ) | |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Case No. 08-10942 |
| | ) | |
| NEWMARK HOMES, L.P., | ) | Chapter 11 |
| | ) | |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Case No. 08-10938 |
| | ) | |
| NEWMARK HOMES PURCHASING, L.P., | ) | Chapter 11 |
| | ) | |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Case No. 08-10941 |
| | ) | |
| PREFERRED BUILDERS REALTY, INC., | ) | Chapter 11 |
| | ) | |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Case No. 08-10944 |
| | ) | |
| REFLECTION KEY, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor, | ) | |
| | ) | |

A-3

| | | |
|---|---|---|
| In re: | ) | Case No. 08-10950 |
| | ) | |
| SILVERLAKE INTERESTS, L.L.C., | ) | Chapter 11 |
| | ) | |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Case No. 08-10953 |
| | ) | |
| TOI, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Case No. 08-10959 |
| | ) | |
| TOUSA ASSOCIATES SERVICES COMPANY, | ) | Chapter 11 |
| | ) | |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Case No. 08-10957 |
| | ) | |
| TOUSA DELAWARE, INC., | ) | Chapter 11 |
| | ) | |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Case No. 08-10952 |
| | ) | |
| TOUSA FUNDING, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Case No. 08-10956 |
| | ) | |
| TOUSA HOMES ARIZONA, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Case No. 08-10958 |
| | ) | |
| TOUSA HOMES COLORADO, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor, | ) | |
| | ) | |

A-4

| | | |
|---|---|---|
| In re: | ) | Case No. 08-10929 |
| | ) | |
| TOUSA HOMES FLORIDA, L.P., | ) | Chapter 11 |
| | ) | |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Case No. 08-10955 |
| | ) | |
| TOUSA HOMES INVESTMENT #1, INC., | ) | Chapter 11 |
| | ) | |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Case No. 08-10951 |
| | ) | |
| TOUSA HOMES INVESTMENT #2, INC., | ) | Chapter 11 |
| | ) | |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Case No. 08-10937 |
| | ) | |
| TOUSA HOMES INVESTMENT #2, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Case No. 08-10945 |
| | ) | |
| TOUSA HOMES, L.P., | ) | Chapter 11 |
| | ) | |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Case No. 08-10949 |
| | ) | |
| TOUSA HOMES MID-ATLANTIC HOLDING, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Case No. 08-10963 |
| | ) | |
| TOUSA HOMES MID-ATLANTIC, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor, | ) | |
| | ) | |

A-5

| | |
|---|---|
| In re: | ) Case No. 08-10954 |
| | ) |
| TOUSA HOMES NEVADA, LLC, | ) Chapter 11 |
| | ) |
| Debtor, | ) |
| | ) |
| In re: | ) Case No. 08-10943 |
| | ) |
| TOUSA INVESTMENT #2, INC., | ) Chapter 11 |
| | ) |
| Debtor, | ) |
| | ) |
| In re: | ) Case No. 08-10936 |
| | ) |
| TOUSA, LLC, | ) Chapter 11 |
| | ) |
| Debtor, | ) |
| | ) |
| In re: | ) Case No. 08-10939 |
| | ) |
| TOUSA MID-ATLANTIC INVESTMENT, LLC, | ) Chapter 11 |
| | ) |
| Debtor, | ) |
| | ) |
| In re: | ) Case No. 08-10946 |
| | ) |
| TOUSA REALTY, INC., | ) Chapter 11 |
| | ) |
| Debtor, | ) |
| | ) |
| In re: | ) Case No. 08-10948 |
| | ) |
| TOUSA/WEST HOLDINGS, INC. | ) Chapter 11 |
| | ) |
| Debtor. | ) |
| | ) |

## <u>ORDER DIRECTING JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES</u>

Upon the motion (the "Motion") of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order directing the joint administration of their related chapter 11 cases; and upon the Declaration of Tommy L. McAden, Executive Vice

A-6

President and Chief Financial Officer of TOUSA, Inc., in Support of First Day Pleadings; and it appearing that the relief requested is in the best interests of the Debtors' estates, their creditors and all other parties in interest; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor, it is **ORDERED** that:

1.      The Motion is granted.

2.      The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by this Court under Case No. 08-10928-BKC-JKO.

3.      If the cases were initially assigned to different judges, the cases shall be transferred to the Judge to whom the lowest numbered case was assigned.

4.      The caption of the jointly administered cases shall read as follows:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | | |
|---|---|---|
| In re: | ) | Case No. 08-10928-BKC-JKO |
| | ) | Jointly Administered |
| TOUSA, INC., *et al*., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | |
| | ) | |

A-7

5.      A docket entry shall be made in each of the above-captioned cases substantially as

follows:

> An order has been entered in accordance with Rule 1015(b) of the
> Federal Rules of Bankruptcy Procedure directing the procedural
> consolidation and joint administration of the chapter 11 cases of
> TOUSA Homes, Inc.; TOUSA, Inc.; Engle/Gilligan LLC; Engle
> Homes Commercial Construction, LLC; Engle Homes Delaware,
> Inc.; Engle Homes Residential Construction, L.L.C.; Engle/James
> LLC; Engle Sierra Verde P4, LLC; Engle Sierra Verde P5, LLC;
> LB/TE #1 LLC; Lorton South Condominium, LLC; McKay
> Landing LLC; Newmark Homes Business Trust; Newmark Homes,
> L.L.C.; Newmark Homes, L.P.; Newmark Homes Purchasing,
> L.P.; Preferred Builders Realty, Inc.; Reflection Key, LLC;
> Silverlake Interests, L.L.C.; TOI, LLC; TOUSA Associates
> Services Company; TOUSA Delaware, Inc.; TOUSA Funding,
> LLC; TOUSA Homes Arizona, LLC; TOUSA Homes Colorado,
> LLC; TOUSA Homes Florida, L.P.; TOUSA Homes Investment
> #1, Inc.; TOUSA Homes Investment #2, Inc.; TOUSA Homes
> Investment #2, LLC; TOUSA Homes, L.P.; TOUSA Homes Mid-
> Atlantic Holding, LLC; TOUSA Homes Mid-Atlantic, LLC;
> TOUSA Homes Nevada, LLC; TOUSA Investment #2, Inc.;
> TOUSA, LLC; TOUSA Mid-Atlantic Investment, LLC; TOUSA
> Realty, Inc.; and TOUSA/West Holdings, Inc.   All further
> pleadings and other papers shall be filed in, and all further docket
> entries shall be made in, **Case No. 08-10928-BKC-JKO.**

6.      One consolidated docket, one file and one consolidated service list shall be

maintained by the Debtors and kept by the Clerk of the United States Bankruptcy Court for the

Southern District of Florida.

7.      Nothing contained in the Motion or this order shall be deemed or construed as

directing or otherwise effecting a substantive consolidation of the Debtors' chapter 11 cases.

A-8

8.     Notwithstanding the possible applicability of Rules 6004(g), 7062 or 9014 of the

Federal Rules of Bankruptcy Procedure, the terms and conditions of this order shall be

immediately effective and enforceable upon its entry.

9.     The Court retains jurisdiction with respect to all matters arising from or related to

the implementation of this order.

### # #

Submitted by:

**BERGER SINGERMAN, P.A.**
Paul Steven Singerman (Florida Bar No. 378860)
200 South Biscayne Boulevard, Suite 1000
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile:  (305) 714-4340

-and-

**KIRKLAND & ELLIS LLP**
Richard M. Cieri (New York Bar No. 420712)
Paul M. Basta (New York Bar No. 2568046)
M. Natasha Labovitz (New York Bar No. 2813251)
Citigroup Center
153 East 53rd Street
New York, NY 10022
Telephone: (212) 446-4800
Facsimile:  (212) 446-4900

*Proposed Co-Counsel to the Debtors*

Copies to:
Paul Steven Singerman
*(Attorney Singerman shall upon receipt serve a copy of this Order upon all interested parties
and file a certificate of service.)*

A-9