**CONSOLIDATED LIST OF TOP 50 LARGEST UNSECURED CREDITORS**

| Name of creditor and complete mailing address, including zip code | Name, telephone number, fax number, and complete mailing address including zip code of employee, agent or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim (If secured also state value of security) |
|---|---|---|---|---|
| Wilmington Trust Company<br>Rodney Square North<br>1100 North Market Street<br>Wilmington, DE19890-0001 | Suzanne MacDonald, Corporate Trust Administrator<br>Wilmington Trust Company<br>Rodney Square North<br>1100 North Market Street<br>Wilmington, DE 19890-0001<br>Tel: (302) 636-6530<br>Fax: (302) 636-6414 | Wilmington Trust Company, Indenture Trustee for the 9% Senior Notes due 2010 | | $ 300,000,000.00 |
| Wilmington Trust Company<br>Rodney Square North<br>1100 North Market Street<br>Wilmington, DE19890-0001 | Suzanne MacDonald, Corporate Trust Administrator<br>Wilmington Trust Company<br>Rodney Square North<br>1100 North Market Street<br>Wilmington, DE 19890-0001<br>Tel: (302) 636-6530<br>Fax: (302) 636-6414 | Wilmington Trust Company, Indenture Trustee for the 8 1/4% Senior Notes due 2011 | | 200,000,000.00 |
| HSBC Bank, USA, National Association<br>Corporate Trust and Loan Agency<br>10 East 40th Street, 14th Floor<br>New York, NY 10016 | Robert Conrad<br>HSBC Bank, USA, National Association<br>Corporate Trust and Loan Agency<br>10 East 40th Street, 14th Floor<br>New York, NY 10016<br>Tel: (212) 525-1314<br>Fax:(212) 525-1366 | HSBC Bank, USA, National Association Corporate Trust and Loan Agency, Indenture Trustee for the 7 1/2% Senior Subordinated Notes due 2015 | | 200,000,000.00 |
| HSBC Bank, USA, National Association<br>Corporate Trust and Loan Agency<br>10 East 40th Street, 14th Floor<br>New York, NY 10016 | Robert Conrad<br>HSBC Bank, USA, National Association<br>Corporate Trust and Loan Agency<br>10 East 40th Street, 14th Floor<br>New York, NY 10016<br>Tel: (212) 525-1314<br>Fax:(212) 525-1366 | HSBC Bank, USA, National Association Corporate Trust and Loan Agency, Indenture Trustee for the 7 1/2% Senior Subordinated Notes due 2011 | | 185,000,000.00 |
| HSBC Bank, USA, National Association<br>Corporate Trust and Loan Agency<br>10 East 40th Street, 14th Floor<br>New York, NY 10016 | Robert Conrad<br>HSBC Bank, USA, National Association<br>Corporate Trust and Loan Agency<br>10 East 40th Street, 14th Floor<br>New York, NY 10016<br>Tel: (212) 525-1314<br>Fax:(212) 525-1366 | HSBC Bank, USA, National Association Corporate Trust and Loan Agency, Indenture Trustee for the 10 3/8% Senior Subordinated Notes due 2012 | | 125,000,000.00 |
| HSBC Bank, USA, National Association<br>Corporate Trust and Loan Agency<br>10 East 40th Street, 14th Floor<br>New York, NY 10016 | Robert Conrad<br>HSBC Bank, USA, National Association<br>Corporate Trust and Loan Agency<br>10 East 40th Street, 14th Floor<br>New York, NY 10016<br>Tel: (212) 525-1314<br>Fax:(212) 525-1366 | HSBC Bank USA, National Association, Indenture Trustee for the 13 1/4% Senior Subordinated PIK Note due 2015 | | 20,000,000.00 |

## CONSOLIDATED LIST OF TOP 50 LARGEST UNSECURED CREDITORS

| Name of creditor and complete mailing address, including zip code | Name, telephone number, fax number, and complete mailing address including zip code of employee, agent or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim (If secured also state value of security) |
|---|---|---|---|---|
| Wespac Construction, Inc.<br>9440 N. 26th St., #100<br>Phoenix, AZ 85028 | Wespac Construction, Inc.<br>9440 N. 26th St., #100<br>Phoenix, AZ 85028 | A/P vendor | | 4,598,840.20 |
| Earth & Sun Adobe, Inc.<br>1518 E Indigo St<br>Mesa, AZ 85203<br>Tel: (602) 329-9994 | Earth & Sun Adobe, Inc.<br>1518 E Indigo St<br>Mesa, AZ 85203<br>Tel: (602) 329-9994 | A/P vendor | | 2,576,296.65 |
| M.R.Tanner Dev & Con,Inc<br>Dba: M.R.Tanner Constr.<br>1327 West San Pedro<br>Gilbert, AZ 85233 | M.R.Tanner Dev & Con,Inc<br>Dba: M.R.Tanner Constr.<br>1327 West San Pedro<br>Gilbert, AZ 85233 | A/P vendor | | 1,170,510.75 |
| BBP Construction Company<br>7777 North 70th Avenue<br>Glendale, AZ 85303 | BBP Construction Company<br>7777 North 70th Avenue<br>Glendale, AZ 85303 | A/P vendor | | 968,058.68 |
| Aspen Block LLC<br>6115 S. Kyrene Rd. Suite 101<br>Tempe, AZ 85283<br>Tel: (480) 894-1381<br>Fax: (480) 894-1340 | Aspen Block LLC<br>6115 S. Kyrene Rd. Suite 101<br>Tempe, AZ 85283<br>Tel: (480) 894-1381<br>Fax: (480) 894-1340 | A/P vendor | | 765,732.13 |
| Arrow Masonry Co., Inc.<br>435 South Hamilton Court<br>Gilbert, AZ 85233<br>Tel: (480) 895-6168<br>Fax: (480) 895-5058 | Arrow Masonry Co., Inc.<br>435 South Hamilton Court<br>Gilbert, AZ 85233<br>Tel: (480) 895-6168<br>Fax: (480) 895-5058 | A/P vendor | | 734,469.58 |
| Construction 70, Inc<br>Po Box 62345<br>Phoenix, AZ 85082 | Construction 70, Inc<br>Po Box 62345<br>Phoenix, AZ 85082 | A/P vendor | | 722,397.28 |
| Robert Kieffer, c/o<br>David W. Black, Esq.<br>Frank, Weinberg & Black, P.L.<br>7805 SW Sixth Court<br>Plantation, FL 33324<br>Tel: (954) 474-8000<br>Fax: (954) 474-9850 | Robert Kieffer, c/o<br>David W. Black, Esq.<br>Frank, Weinberg & Black, P.L.<br>7805 SW Sixth Court<br>Plantation, FL 33324<br>Tel: (954) 474-8000<br>Fax: (954) 474-9850 | Litigant | | 632,599.00 |
| Desert Systems Landscape<br>4240 East Elwood Street<br>Phoenix, AZ 85040<br>Tel: (602) 412-5900<br>Fax: (602) 412-5950 | Desert Systems Landscape<br>4240 East Elwood Street<br>Phoenix, AZ 85040<br>Tel: (602) 412-5900<br>Fax: (602) 412-5950 | A/P vendor | | 622,594.25 |

**CONSOLIDATED LIST OF TOP 50 LARGEST UNSECURED CREDITORS**

| Name of creditor and complete mailing address, including zip code | Name, telephone number, fax number, and complete mailing address including zip code of employee, agent or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim (If secured also state value of security) |
|---|---|---|---|---|
| SC Design, Inc<br>707 Broadway, Suite #1100<br>San Diego, CA 92101<br>Tel: (619) 232-2500 | SC Design, Inc<br>707 Broadway, Suite #1100<br>San Diego, CA 92101<br>Tel: (619) 232-2500 | A/P vendor | | 465,421.48 |
| Michael J. Valente Contracting<br>3635 S 43rd Ave<br>Phoenix, AZ 85009<br>Tel: (602) 278-3696<br>Fax: (602) 278-3718 | Michael J. Valente Contracting<br>3635 S 43rd Ave<br>Phoenix, AZ 85009<br>Tel: (602) 278-3696<br>Fax: (602) 278-3718 | A/P vendor | | 431,008.56 |
| Province Community Assoc., Inc<br>7740 North 16th Street<br>Suite 300<br>Phoenix, AZ 85020 | Province Community Assoc., Inc<br>7740 North 16th Street<br>Suite 300<br>Phoenix, AZ 85020 | A/P vendor | | 224,300.02 |
| Knochel Bros, Inc<br>1441 E Alameda RD<br>Phoenix, AZ 85024 | Knochel Bros, Inc<br>1441 E Alameda RD<br>Phoenix, AZ 85024 | A/P vendor | | 172,301.62 |
| Kelco Contracting, LLC<br>936 E Javelina ST Suite 1<br>Mesa, AZ 85204<br>Tel: (602) 926-6000 | Kelco Contracting, LLC<br>936 E Javelina ST Suite 1<br>Mesa, AZ 85204<br>Tel: (602) 926-6000 | A/P vendor | | 166,927.57 |
| Arizona Public SVC Co<br>Po Box 2907<br>Phoenix, AZ 85062 | Arizona Public SVC Co<br>Po Box 2907<br>Phoenix, AZ 85062 | A/P vendor | | 142,000.00 |
| SelectBuild Arizona,LLC-Frame<br>7777 N 70th Avenue<br>Glendale, AZ 85303<br>Tel: (623) 487-4886<br>Fax:(623) 487-4887 | SelectBuild Arizona,LLC-Frame<br>7777 N 70th Avenue<br>Glendale, AZ 85303<br>Tel: (623) 487-4886<br>Fax:(623) 487-4887 | A/P vendor | | 138,020.00 |
| Cissell Electric, Inc.<br>1260 North Arizona Avenue<br>Suite C<br>Chandler, AZ 85225<br>Tel: (480) 917-3600<br>Fax:(480) 917-3629 | Cissell Electric, Inc.<br>1260 North Arizona Avenue<br>Suite C<br>Chandler, AZ 85225<br>Tel: (480) 917-3600<br>Fax:(480) 917-3629 | A/P vendor | | 122,315.71 |
| Riggs Plumbing, LLC<br>4863 E Ingram<br>Mesa, AZ 85205<br>Tel:(480) 827-4799 | Riggs Plumbing, LLC<br>4863 E Ingram<br>Mesa, AZ 85205<br>Tel:(480) 827-4799 | A/P vendor | | 121,651.00 |
| The Landscape Broker,Inc<br>3632 N. Bishop Lane<br>Scottsdale, AZ 85251 | The Landscape Broker,Inc<br>3632 N. Bishop Lane<br>Scottsdale, AZ 85251 | A/P vendor | | 97,163.33 |

**CONSOLIDATED LIST OF TOP 50 LARGEST UNSECURED CREDITORS**

| Name of creditor and complete mailing address, including zip code | Name, telephone number, fax number, and complete mailing address including zip code of employee, agent or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim (If secured also state value of security) |
|---|---|---|---|---|
| Harvard Water Company LLC<br>17700 N. Pacesetter Way<br>Scottsdale, AZ 85255<br>Tel:(480) 348-1118 | Harvard Water Company LLC<br>17700 N. Pacesetter Way<br>Scottsdale, AZ 85255<br>Tel:(480) 348-1118 | A/P vendor | | 90,755.84 |
| SCP Construction, LLC<br>5340 West Luke<br>Glendale, AZ 85301<br>Tel: (623) 931-9131<br>Fax:(623) 435-1413 | SCP Construction, LLC<br>5340 West Luke<br>Glendale, AZ 85301<br>Tel: (623) 931-9131<br>Fax:(623) 435-1413 | A/P vendor | | 85,438.85 |
| SBS Construction Holdings LLC<br>1444 N. 26th Ave<br>Phoenix, AZ 85009<br>Tel:(602) 352-2965 | SBS Construction Holdings LLC<br>1444 N. 26th Ave<br>Phoenix, AZ 85009<br>Tel:(602) 352-2965 | A/P vendor | | 84,170.24 |
| Markham Contracting Co.,<br>22820 N. 19TH Ave.<br>Phoenix, AZ 85027 | Markham Contracting Co.,<br>22820 N. 19TH Ave.<br>Phoenix, AZ 85027 | A/P vendor | | 78,465.81 |
| Marley Park Phase I LLC<br>7600 East Doubletree Ranch<br>Suite 300<br>Scottsdale, AZ 85258 | Marley Park Phase I LLC<br>7600 East Doubletree Ranch<br>Suite 300<br>Scottsdale, AZ 85258 | A/P vendor | | 76,050.81 |
| Pipeline Dynamics, Inc.<br>9034 N. 23rd Avenue<br>Suite #10<br>Phoenix, AZ 85021 | Pipeline Dynamics, Inc.<br>9034 N. 23rd Avenue<br>Suite #10<br>Phoenix, AZ 85021 | A/P vendor | | 75,744.00 |
| Torrent Resources, Inc.<br>1509 E Elwood Street<br>Phoenix, AZ 85040<br>Tel: (602) 268-0785<br>Fax:(602) 268-0820 | Torrent Resources, Inc.<br>1509 E Elwood Street<br>Phoenix, AZ 85040<br>Tel: (602) 268-0785<br>Fax:(602) 268-0820 | A/P vendor | | 69,840.00 |
| Sharp Drywall, Inc<br>445 N. Austin DR.<br>Chandler, AZ 85226<br>Tel: (480) 940-1770<br>Fax: (480) 705-9146 | Sharp Drywall, Inc<br>445 N. Austin DR.<br>Chandler, AZ 85226<br>Tel: (480) 940-1770<br>Fax: (480) 705-9146 | A/P vendor | | 66,233.00 |
| Paddock Pools Const Co<br>Attn: Accounting<br>PO Box 8849<br>Scottsdale, AZ 85252<br>Tel: (480) 947-7261<br>Fax: (480) 970-7482 | Paddock Pools Const Co<br>Attn: Accounting<br>PO Box 8849<br>Scottsdale, AZ 85252<br>Tel: (480) 947-7261<br>Fax: (480) 970-7482 | A/P vendor | | 65,811.01 |

**CONSOLIDATED LIST OF TOP 50 LARGEST UNSECURED CREDITORS**

| Name of creditor and complete mailing address, including zip code | Name, telephone number, fax number, and complete mailing address including zip code of employee, agent or department of creditor familiar with claim who may be contacted | Nature of claim<br><br>(trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim<br><br>(If secured also state value of security) |
|---|---|---|---|---|
| Maricopa County Planning And Development Dept.<br>411 N Central Ave, 3RD FL<br>Phoenix, AZ 85004 | Maricopa County Planning And Development Dept.<br>411 N Central Ave, 3RD FL<br>Phoenix, AZ 85004 | A/P vendor | | 65,275.00 |
| Chas. Roberts Air<br>9828 North 19TH Ave<br>Phoenix, AZ 85021<br>Tel: (602) 943-7291<br>Fax: (602) 997-0068 | Chas. Roberts Air<br>9828 North 19TH Ave<br>Phoenix, AZ 85021<br>Tel: (602) 943-7291<br>Fax: (602) 997-0068 | A/P vendor | | 65,217.25 |
| Design Drywall West, Inc<br>405 S Clark DR<br>Tempe, AZ 85201<br>Tel: (480) 951-3486 | Design Drywall West, Inc<br>405 S Clark DR<br>Tempe, AZ 85201<br>Tel: (480) 951-3486 | A/P vendor | | 59,902.00 |
| Tyers Contracting<br>24215 N 14TH Street<br>Phoenix, AZ 85024 | Tyers Contracting<br>24215 N 14TH Street<br>Phoenix, AZ 85024 | A/P vendor | | 58,506.30 |
| Del Martenson Development Corp<br>8628 N. Dysart Rd.<br>Suite 100<br>El Mirage, AZ 85335<br>Tel: (623) 487-1629<br>Fax: (623) 487-7347 | Del Martenson Development Corp<br>8628 N. Dysart Rd.<br>Suite 100<br>El Mirage, AZ 85335<br>Tel: (623) 487-1629<br>Fax: (623) 487-7347 | A/P vendor | | 57,302.00 |
| American Woodmark Corp.<br>3312 E. Broadway Rd.<br>Phoenix, AZ 85040<br>Tel: (602) 437-5380<br>Fax:(602) 438-1767 | American Woodmark Corp.<br>3312 E. Broadway Rd.<br>Phoenix, AZ 85040<br>Tel: (602) 437-5380<br>Fax:(602) 438-1767 | A/P vendor | | 55,213.00 |
| Imperial Tile Imports<br>1846 E Mcdowell RD<br>Phoenix, AZ85006<br>Tel: (602) 254- 8406<br>Fax: (602) 252-5406 | Imperial Tile Imports<br>1846 E Mcdowell RD<br>Phoenix, AZ85006<br>Tel: (602) 254- 8406<br>Fax: (602) 252-5406 | A/P vendor | | 54,595.00 |
| Desert Vista, Inc.<br>23021 N 15th Avenue<br>Suite 106<br>Phoenix, AZ 85027<br>Tel: (623) 582-1176<br>Fax: (623) 582-1348 | Desert Vista, Inc.<br>23021 N 15th Avenue<br>Suite 106<br>Phoenix, AZ 85027<br>Tel: (623) 582-1176<br>Fax: (623) 582-1348 | A/P vendor | | 52,164.00 |

**CONSOLIDATED LIST OF TOP 50 LARGEST UNSECURED CREDITORS**

| Name of creditor and complete mailing address, including zip code | Name, telephone number, fax number, and complete mailing address including zip code of employee, agent or department of creditor familiar with claim who may be contacted | Nature of claim<br><br>(trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim<br><br>(If secured also state value of security) |
|---|---|---|---|---|
| Rummel Construction, Inc<br>7520 East Adobe Drive<br>Scottsdale, AZ 85255<br>Tel: (480) 222-9922<br>Fax: (480) 222-9923 | Rummel Construction, Inc<br>7520 East Adobe Drive<br>Scottsdale, AZ 85255<br>Tel: (480) 222-9922<br>Fax: (480) 222-9923 | A/P vendor | | 50,580.89 |
| Wright Engineers of AZ, Inc.<br>4545 W. Wendler Drive<br>STE 121<br>Tempe, AZ 85282<br>Tel: (480) 483-6111<br>Fax: (480) 483-6112 | Wright Engineers of AZ, Inc.<br>4545 W. Wendler Drive<br>STE 121<br>Tempe, AZ 85282<br>Tel: (480) 483-6111<br>Fax: (480) 483-6112 | A/P vendor | | 50,297.00 |
| Arapahoe County Treasure<br>P. O. Box 5715334<br>S Prince ST<br>Littleton, CO 80166<br>Tel: (303) 795-4550 | Arapahoe County Treasure<br>P. O. Box 5715334<br>S Prince ST<br>Littleton, CO 80166<br>Tel: (303) 795-4550 | A/P vendor | | 50,150.18 |
| Mesa Fully Formed, Inc.<br>1111 S. Sirrine ST.<br>Mesa, AZ 85210<br>Tel: (480) 844-1801 | Mesa Fully Formed, Inc.<br>1111 S. Sirrine ST.<br>Mesa, AZ 85210<br>Tel: (480) 844-1801 | A/P vendor | | 49,960.00 |
| SelectBuild Arizona,LLC- Wndw<br>7777 N 70th Avenue<br>Glendale, AZ 85303<br>Tel: (623) 487-4886<br>Fax:(623) 487-4887 | SelectBuild Arizona,LLC- Wndw<br>7777 N 70th Avenue<br>Glendale, AZ 85303<br>Tel: (623) 487-4886<br>Fax:(623) 487-4887 | A/P vendor | | 49,013.00 |
| Geotek, Inc.<br>16445 N. 91st St.,<br>#101<br>Scottsdale, AZ 85260 | Geotek, Inc.<br>16445 N. 91st St.,<br>#101<br>Scottsdale, AZ 85260 | A/P vendor | | 48,361.24 |
| Adair Plumbing, LLC<br>2340 West Main ST<br>Mesa, AZ 85201<br>Tel:(480) 827-1162<br>Fax:(480) 890-2951 | Adair Plumbing, LLC<br>2340 West Main ST<br>Mesa, AZ 85201<br>Tel:(480) 827-1162<br>Fax:(480) 890-2951 | A/P vendor | | 44,782.00 |
| Mitchell Electric Co,Inc<br>7138 N 110th Ave.<br>Glendale, AZ 85307<br>Tel: (602) 997-7511<br>Fax:(623) 877-7530 | Mitchell Electric Co,Inc<br>7138 N 110th Ave.<br>Glendale, AZ 85307<br>Tel: (602) 997-7511<br>Fax:(623) 877-7530 | A/P vendor | | 41,620.12 |

**CONSOLIDATED LIST OF TOP 50 LARGEST UNSECURED CREDITORS**

| Name of creditor and complete mailing address, including zip code | Name, telephone number, fax number, and complete mailing address including zip code of employee, agent or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim (If secured also state value of security) |
|---|---|---|---|---|
| Artistic Stairs, LTD.<br>4116 E. Superior<br>#7<br>Phoenix, AZ 85040<br>Tel:(602) 437-8343 | Artistic Stairs, LTD.<br>4116 E. Superior<br>#7<br>Phoenix, AZ 85040<br>Tel:(602) 437-8343 | A/P vendor | | 40,931.00 |
| L & M Laminates AndMarble, Inc.<br>813 E. University DR<br>Phoenix, AZ 85034<br>Tel: (602) 254-5629<br>Fax:(602) 252-0531 | L & M Laminates AndMarble, Inc.<br>813 E. University DR<br>Phoenix, AZ 85034<br>Tel: (602) 254-5629<br>Fax:(602) 252-0531 | A/P vendor | | 39,708.00 |
| Reston Town Center Property<br>P.O. Box 24124<br>Newark, NJ 07101 | Reston Town Center Property<br>P.O. Box 24124<br>Newark, NJ 07101 | A/P vendor | | 39,083.54 |