ORDERED in the Southern District of Florida on Apr 2, 2008



John K. Olson, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| In re: | ) | Chapter 11 Cases |
|---|---|---|
| | ) | Case No. 08-10928-BKC-JKO |
| TOUSA, INC., *et al.*, | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |
| | ) | |

**ORDER GRANTING AGREED *EX PARTE* MOTION
FOR EXTENSION OF DEADLINES IMPOSED BY 11 U.S.C § 362(e)**

THIS MATTER came before the Court upon the *Agreed Ex Parte Motion for Extension of Deadlines Imposed by 11 U.S.C. § 362(e)* [D.E. # 721] (the "Motion"). The Court, having reviewed the Motion, the record, and being otherwise fully advised in the premises, finds that good cause exists to grant the relief requested. Accordingly, the Court **ORDERS**:

1. The Motion is **GRANTED**.

1015293-2

2

2.     The 30-day time period contained within 11 U.S.C. § 362(e) is hereby tolled through and including April 23, 2008, subject to further extensions so ordered by this Court.

### #

Submitted by:

**BERGER SINGERMAN, P.A.**
Paul Steven Singerman (Florida Bar No. 378860)
Douglas Alan Bates (Florida Bar. No. 0791431)
200 South Biscayne Boulevard, Suite 1000
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340

Copies to:
Paul Steven Singerman
*(Attorney Singerman shall upon receipt serve a copy of this Order upon all interested parties and file a certificate of service.)*