**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**(FT. LAUDERDALE DIVISION)**
www.flsb.uscourts.gov

In re:

TOUSA, INC., et al.,

           Debtors.

_____/

Case No.  08-10928-BKC-JKO
Jointly Administered

Chapter 11

**APPELLANT'S DESIGNATION OF THE ITEMS**
**TO BE INCLUDED IN THE RECORD ON APPEAL AND**
**STATEMENT OF THE ISSUE TO BE PRESENTED ON APPEAL**

    Wells Fargo Bank, N.A., as successor administrative agent pursuant to that certain second lien credit agreement dated as of July 31, 2007 (the "Appellant"), by and through undersigned counsel, and pursuant to Fed. R. Bankr. P. 8006, hereby designates the items to be included in the record on appeal, and submits its statement of the issue to be presented on appeal of the **Stipulated Final Order (I) Authorizing Limited Use of Cash Collateral Pursuant to Sections 105, 361 and 363 of the Bankruptcy Code, and (II) Granting Replacement Liens, Adequate Protection and Super Priority Administrative Expense Priority to Secured Lenders** [C.P. 1226] entered in the captioned case on the 20th day of June, 2008 (the "Order") as follows:

**DESIGNATION OF THE ITEMS TO BE INCLUDED**
**IN THE RECORD ON APPEAL**

| DATE | DOCKET NO. | DESCRIPTION OF PLEADING |
|---|---|---|
| January 29, 2008 | 70 | Emergency Motion for Entry of Interim and Final Orders Authorizing the Debtors to Obtain Secured Post-Petition Financing on a Super-Priority and Priming Lien Basis, in addition to Motion for Adequate Protection, Motion to Use Cash Collateral of Existing Secured Lenders and Providing Related Automatic Stay to Allow the Post-Petition Lenders to Take Certain Actions and Motion Prescribing Form and Manner of Notice and Setting the Time for the Final Hearing Filed by Debtor TOUSA, Inc. |

| DATE | DOCKET NO. | DESCRIPTION OF PLEADING |
|---|---|---|
| January 29, 2008 | 71 | Notice of Hearing (re: Emergency Motion for Entry of Interim and Final Orders Authorizing the Debtors to Obtain Secured Post-Petition Financing on a Super-Priority and Priming Lien Basis, in addition to Motion for Adequate Protection, Motion to Use Cash Collateral of Existing Secured Lenders and Providing Related Automatic Stay to Allow the Post-Petition Lenders to Take Certain Actions and Motion Prescribing Form and Manner of Notice and Setting the Time for the Final Hearing Filed by Debtor TOUSA, Inc.). |
| January 30, 2008 | 76 | Objection to (Motion to Obtain Credit Motion for Adequate Protection Motion for Adequate Protection Motion for Adequate Protection Motion to Use Cash Collateral Motion to Use Cash Collateral Motion to Use Cash Collateral Motion for Relief from Stay Motion for Relief from Stay Motion for Relief from Stay Motion filed by Debtor TOUSA, Inc.), Filed by Creditors Attentus CDO I, Ltd., Attentus CDO II, Ltd., Aurelius Capital Master, Ltd., GSO Credit Opportunities Fund (Helios), L.P., GSO Special Situations Fund L.P., GSO Special Situations Overseas Master Fund Ltd., K Squared Capital Master Fund L.P., Lyxor/K Squared Capital Fund Ltd., Trapeza CDO X, Ltd. |
| January 30, 2008 | 82 | Objection to Claims of Debtors' Pre-Petition Lenders Filed by Creditors Attentus CDO I, Ltd., Attentus CDO II, Ltd., Aurelius Capital Master, Ltd., Aurelius Capital Partners, LP, GSO Credit Opportunities Fund (Helios), L.P., GSO Special Situations Fund L.P., GSO Special Situations Overseas Master Fund Ltd., K Squared Capital Master Fund L.P., Lyxor/K Squared Capital Fund Ltd., Trapeza CDO X, Ltd. |
| January 31, 2008 | 113 | Interim Order Authorizing Debtor To Obtain Post Petition Financing, Granting Motion For Adequate Protection , Granting Motion To Use Cash Collateral, Granting Motion For Relief From, Prescribing Form and Manner of Notice and Scheduling Time for Final Hearing. |
| January 31, 2008 | 114 | Order Setting Final Hearing (Re: Motion to Obtain Secured Post Petition Financing, Motion for Adequate Protection, Motion to Use Cash Collateral, Motion for Relief From Stay, Miscellaneous Motion, filed by Debtor TOUSA, Inc.). |

| DATE | DOCKET NO. | DESCRIPTION OF PLEADING |
|---|---|---|
| February 1, 2008 | 124 | Notice of Hearing (Re: Objection to Claim, filed by Creditor Aurelius Capital Master, Ltd., Creditor Aurelius Capital Partners, LP, Creditor Attentus CDO I, Ltd., Creditor Attentus CDO II, Ltd., Creditor Trapeza CDO X, Ltd., Creditor GSO Special Situations Fund L.P., Creditor GSO Special Situations Overseas Master Fund Ltd., Creditor GSO Credit Opportunities Fund (Helios), L.P., Creditor K Squared Capital Master Fund L.P., Creditor Lyxor/K Squared Capital Fund Ltd.). |
| February 21, 2008 | 339 | Limited Objection to (Motion to Obtain Credit, Motion for Adequate Protection, Motion to Use Cash Collateral, Motion for Relief from Stay, Motion Prescribing Form and Manner of Notice and Setting the Time for the Final Hearing filed by Debtor TOUSA, Inc.) Filed by Creditor Bigwater Partners, LLC. |
| February 26, 2008 | 391 | Ex Parte Motion to Continue Hearing On: (Motion for Payment, Motion for Entry of an Order Authorizing the Debtors to Pay or Honor Prepetition Obligations to Certain Critical Vendors and Authorizing Financial Institutions to Honor All Related Checks and Electronic Payment Requests, Application to Employ, Application to Employ, Motion to Establish Procedures, Motion to Obtain Credit, Motion for Adequate Protection, Motion to Use Cash Collateral, Motion for Relief From Stay, Miscellaneous Motion, Application to Employ, Miscellaneous Motion, Application to Employ, Application to Employ, Miscellaneous Motion, Miscellaneous Motion, Miscellaneous Motion, Motion for Maintenance of Existing Bank Accounts, Motion to Approve, Miscellaneous Motion, Motion to Approve) Filed by Debtor TOUSA, Inc. |
| February 26, 2008 | 431 | Order Granting Ex Parte Motion To Continue Hearing On: (Motion to Establish Procedures (Notification and Hearing Procedures) for Transfers of, or Claims of Worthlessness With Respect to Certain Common Stock and Granting Related Relief, Emergency Application to Employ Berger Singerman, P.A. as Attorneys for the Debtors and Debtors in Possession Nunc Pro Tunc to the Petition Date and for Entry of a Final Order on or After February 18, 2008, Emergency Motion for Interim and Final Orders Authorizing the Debtors to Continue Using Their Existing Cash Management System, Motion for Maintenance of Existing Bank Accounts and Business Forms; Granting Administrative Expense Priority to Post petition Intercompany Claims; and Authorizing Continued Intercompany Arrangements and Historical Practices, Emergency Motion for Entry of an Order (A) Authorizing the |

3

| DATE | DOCKET NO. | DESCRIPTION OF PLEADING |
|------|------------|-------------------------|
|  |  | Debtors to Pay or Honor Prepetition Obligations to Certain Critical Vendors and (B) Authorizing Financial Institutions to Honor All Related Checks and Electronic Payment Requests, Emergency Application to Employ Kirkland & Ellis LLP as Attorneys for the Debtors and Debtors in Possession Nunc Pro Tunc to the Petition Date and for Entry of a Final Order on or After February 18, 2008, Motion to Obtain Credit, Motion for Adequate Protection, Motion to Use Cash Collateral, Motion for Relief from Stay, Miscellaneous Motion, Emergency Application to Employ Greenberg Traurig, P.A. as Special Counsel for the Debtors Nunc Pro Tunc to the Petition Date, Emergency Motion for Entry of an Order (A) Authorizing the Debtors to Pay or Honor Prepetition Obligations Under Customer Programs and (B) Authorizing Financial Institutions to Honor All Related Checks and Electronic Payment Requests, Emergency Application to Employ Lazard Freres & Co. LLC as Investment Banker and Financial Advisor for the Debtors and Debtors in Possession Nunc Pro Tunc to the Petition Date and for Entry of a Final Order on or After February 18, 2008, Emergency Application to Employ Ernst & Young LLP as Independent Auditor and Tax Services Provider for the Debtors and Debtors in Possession Nunc Pro Tunc to the Petition Date and for Entry of a Final Order on or After February 18, 2008, Motion for Entry of an Order (A) Authorizing the Debtors to Remit and Pay Certain Taxes and Fees and (B) Authorizing Financial Institutions to Honor All Related Checks and Electronic Payment Requests, Emergency Motion for Entry of an Order (A) Establishing Notice and Sell-Down Procedures for Trading in Claims Against the Debtors' Estates and (B) Granting Related Relief Nunc Pro Tunc to the Petition Date, Motion for Entry of an Order (A) Authorizing the Debtors to Continue to Administer Insurance Coverage Currently In Effect and (B) Authorizing Financial Institutions to Honor All Related Checks and Electronic Payment Requests, Emergency Motion for Payment of Certain Prepetition Lien Claims and Priority Claims in the Ordinary Course of Business and Authorizing Financial Institutions to Honor all Related Checks and Electronic Payment Requests, Emergency Motion to Approve the Services Agreement between the Debtors, KZC Services, LLC and John R. Boken, Nunc Pro Tunc to Petition Date and for Entry of a Final Order on or After February 18, 2008, Emergency Motion to Approve Adequate Assurance of Payment for Future Utility Services). |

| DATE | DOCKET NO. | DESCRIPTION OF PLEADING |
|---|---|---|
| February 27, 2008 | 440 | Agreed Motion to Continue Hearing On: (Objection to Claim,) Ex- Parte Filed by Creditors Attentus CDO I, Ltd., Attentus CDO II, Ltd., Aurelius Capital Master, Ltd., Aurelius Capital Partners, LP, GSO Credit Opportunities Fund (Helios), L.P., GSO Special Situations Fund L.P., GSO Special Situations Overseas Master Fund Ltd., K Squared Capital Master Fund L.P., Lyxor/K Squared Capital Fund Ltd., Trapeza CDO X, Ltd. |
| February 28, 2008 | 456 | Order Granting Agreed Ex Parte Motion To Continue Hearing On: (Objection to Claim of Debtors' Pre-Petition Lenders). |
| March 5, 2008 | 517 | Agreed Motion to Continue Hearing On: (Objection to Claims of Debtors' Pre-Petition Lenders ) Filed by Creditors Attentus CDO I, Ltd., Attentus CDO II, Ltd., Aurelius Capital Master, Ltd., Aurelius Capital Partners, LP, GSO Credit Opportunities Fund (Helios), L.P., GSO Special Situations Fund L.P., GSO Special Situations Overseas Master Fund Ltd., K Squared Capital Master Fund L.P., Lyxor/K Squared Capital Fund Ltd., Trapeza CDO X, Ltd. |
| March 5, 2008 | 529 | Order Granting Second Agreed Ex Parte Motion To Continue Preliminary Hearing On: (Objection to Claim of Debtors' Pre-Petition Lenders). |
| March 14, 2008 | 608 | Objection to (Order on Motion to Obtain Credit, Order on Motion for Adequate Protection, Order on Motion to Use Cash Collateral, Order on Motion For Relief From Stay, Order on Miscellaneous Motion, Motion to Obtain Credit, Motion for Adequate Protection, Motion to Use Cash Collateral, Motion for Relief from Stay, Miscellaneous Motion filed by Debtor TOUSA, Inc.) Filed by Creditors Rancho Sierra Vista L.L.C., Red River/El Dorado 6500 L.L.C. |
| March 17, 2008 | 611 | Notice of Filing Amendment No. 1 to Senior Secured Super-Priority Debtor-In-Possession Credit and Security Agreement, Filed by Debtor TOUSA, Inc. (Re: Miscellaneous Motion, Motion for Pre-Petition Wages). |
| March 19, 2008 | 637 | Agreed Ex Parte Motion to Continue Hearing On: (Objection to Claims of Debtors' Pre-Petition Lenders) Filed by Creditors Attentus CDO I, Ltd., Attentus CDO II, Ltd., Aurelius Capital Master, Ltd., Aurelius Capital Partners, LP, GSO Credit Opportunities Fund (Helios), L.P., GSO Special Situations Fund L.P., GSO Special Situations Overseas Master Fund Ltd., K Squared Capital Master Fund L.P., Lyxor/K Squared Capital Fund Ltd., Trapeza CDO X, Ltd. |

| DATE | DOCKET NO. | DESCRIPTION OF PLEADING |
|---|---|---|
| March 20, 2008 | 642 | Notice of Corrective Entry to reflect correct link to DE # 82 (Re: Motion to Continue/Reschedule Hearing, filed by Creditor Aurelius Capital Master, Ltd., Creditor Aurelius Capital Partners, LP, Creditor Attentus CDO I, Ltd., Creditor Attentus CDO II, Ltd., Creditor Trapeza CDO X, Ltd., Creditor GSO Special Situations Fund L.P., Creditor GSO Special Situations Overseas Master Fund Ltd., Creditor GSO Credit Opportunities Fund (Helios), L.P., Creditor K Squared Capital Master Fund L.P., Creditor Lyxor/K Squared Capital Fund Ltd.). |
| April 3, 2008 | 729 | Notice of Filing Supplemental Exhibit, Filed by Creditors Rancho Sierra Vista L.L.C., Red River/El Dorado 6500 L.L.C. (Re: Objection.) |
| April 8, 2008 | 744 | Notice of Filing Notice of Extension of Challenge Period Under Interim Order (I) Authorizing the Debtors to Obtain Post-Petition Financing on a Superior priority and Priming Basis Pursuant to Sections 363 and 364 of the Bankruptcy Code, (II) Granting Priming Liens and Super priority Claims to Post petition Lenders Pursuant to Section 364(C) and (D) of the Bankruptcy Code, (III) Authorizing Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code, (IV) Providing Adequate Protection to Prepetition Secured Lenders Pursuant to Sections 361, 362, 363 and 364 of the Bankruptcy Code and (V) Prescribing Form and Manner of Notice and Scheduling Time for Final Hearing, Filed by Debtor TOUSA, Inc. (Re: Order on Motion to Obtain Credit, Order on Motion for Adequate Protection, Order on Motion to Use Cash Collateral, Order on Motion For Relief From Stay, Order on Miscellaneous Motion). |
| April 8, 2008 | 760 | Transcript of 2/28/2007 Hearing (re: Motion to Sell Free and Clear, Motion to Establish Procedures, Motion to Establish Procedures, Motion to Assume/Reject, Miscellaneous Motion, Motion to Seal, Objection to Claim), together with any redacted portions of such transcript. |
| April 14, 2008 | 800 | Agreed Order For Interim Resolution (Re: Objection to Emergency Motion for Entry of Interim and Final Orders Authorizing the Debtors to Obtain Secured Post-Petition Financing On A Super-Priority and Priming Lien Basis, Authorizing the Debtors to Use Cash Collateral of Existing Secured Lenders and Providing Related Adequate Protection, Modifying the Automatic Stay to Allow the Post-Petition Lenders to Take Certain Actions and Prescribing Form and Manner of Notice and Setting Time for Final Hearing, and Motion for Relief from Interim Order filed by Creditor Red |

| DATE | DOCKET NO. | DESCRIPTION OF PLEADING |
|---|---|---|
| | | River/El Dorado 6500 L.L.C., Creditor Rancho Sierra Vista L.L.C.). |
| April 22, 2008 | 850 | Motion Pursuant to 11 USC secs. 105(a), 1103(c) and 1109(b) for Entry of an Order Granting Leave, Standing and Authority to Prosecute and, if Appropriate, Settle Causes of Action on Behalf of the Debtors' Estates Filed by Creditor Committee. |
| April 23, 2008 | 860 | Notice of Filing Extension of Interim Termination Date Under the Senior Secured Super-Priority Debtor-In-Possession Credit and Security Agreement, Filed by Debtor TOUSA, Inc. |
| April 25, 2008 | 880 | Motion to Use Cash Collateral Filed by Debtor TOUSA, Inc. |
| April 28, 2008 | 884 | Notice of Hearing (Motion to Use Cash Collateral filed by Debtor TOUSA, Inc.). |
| May 4, 2008 | 898 | Notice of Filing (I) Amendment No. 2 to Senior Secured Super-Priority Debtor-In-Possession Credit and Security Agreement and (II) Extension of Interim Termination Date Under the Senior Secured Super-Priority Debtor-In-Possession Credit and Security Agreement, Filed by Debtor TOUSA, Inc. |
| May 5, 2008 | 905 | Ex Parte Motion to Set Status Conference in Chambers on May 7, 2008 at 9:00 a.m. Filed by Debtor TOUSA, Inc., and any sealed or redacted transcript of the status conference. |
| May 6, 2008 | 910 | Limited Objection to (Notice of Filing, filed by Debtor TOUSA, Inc.) Filed by Creditor Bigwater Partners, LLC. |
| May 6, 2008 | 913 | Order Granting Ex Parte Motion to Set Chambers Conference. |
| May 7, 2008 | 923 | Transcript of 4/9/2008 Hearing (re: Motion to Approve, Motion for Adequate Protection, Motion for Relief From Stay, Motion for Relief From Stay, Objection to Claim), together with any redacted portions of such transcript. |
| May 7, 2008 | 924 | Transcript of 3/20/2008 Hearing (re: 304 Motion for Relief From Stay, Motion to Assume/Reject, Motion for Relief From Stay, Motion for Adequate Protection, Motion to Clarify, Application to Employ, Objection to Claim, Motion for Adequate Protection), together with any redacted portions of such transcript. |
| May 9, 2008 | 937 | Stipulation Permitting Citicorp North America, Inc. as Administrative Agent, to File Consolidated Proofs of Claim Under Prepetition Secured Facilities Filed by Debtor TOUSA, Inc. |
| May 9, 2008 | 939 | Stipulation Permitting Wells Fargo Bank, N.A., as Administrative Agent, to File Consolidated Proof of Claim on Behalf of the Second Lien Lenders Filed by Debtor TOUSA, Inc. |

| DATE | DOCKET NO. | DESCRIPTION OF PLEADING |
|---|---|---|
| May 9, 2008 | 940 | Objection to (Stipulation Permitting Wells Fargo Bank, N.A., as Administrative Agent, to File Consolidated Proof of Claim on Behalf of the Second Lien Lenders filed by Debtor TOUSA, Inc., Stipulation Permitting Citicorp North America, Inc. as Administrative Agent, to File Consolidated Proofs of Claim Under Prepetition Secured Facilities filed by Debtor TOUSA, Inc.) Filed by Creditors Aurelius Capital Master, Ltd., Aurelius Capital Partners, LP, GSO Credit Opportunities Fund (Helios), L.P., GSO Special Situations Fund L.P., GSO Special Situations Overseas Master Fund Ltd. |
| May 12, 2008 | 944 | Notice of Hearing (Re: Objection, filed by Creditor Aurelius Capital Master, Ltd., Creditor Aurelius Capital Partners, LP, Creditor GSO Special Situations Fund L.P., Creditor GSO Special Situations Overseas Master Fund Ltd., Creditor GSO Credit Opportunities Fund (Helios), L.P.). |
| May 12, 2008 | 958 | Agreed Order Permitting Citicorp North America, Inc. As Administrative Agent, to File Consolidated Proofs of Claim Under Prepetition Secured Facilities. |
| May 12, 2008 | 959 | Agreed Order Permitting Wells Fargo Bank, N.A. As Administrative Agent, to File Consolidated Proof of Claim on Behalf of the Second Lien Lenders. |
| May 16, 2008 | 985 | Objection to (Motion Pursuant to 11 USC secs. 105(a), 1103(c) and 1109(b) for Entry of an Order Granting Leave, Standing and Authority to Prosecute and, if Appropriate, Settle Causes of Action on Behalf of the Debtors' Estates filed by Creditor Committee Creditors Committee) Filed by Creditor Wells Fargo Bank, N.A. as Prepetition Second Lien Agent. |
| May 16, 2008 | 986 | Limited Objection to (Motion Pursuant to 11 USC secs. 105(a), 1103(c) and 1109(b) for Entry of an Order Granting Leave, Standing and Authority to Prosecute and, if Appropriate, Settle Causes of Action on Behalf of the Debtors' Estates filed by Creditor Committee) Filed by Creditors Aurelius Capital Master, Ltd., Aurelius Capital Partners, LP, GSO Credit Opportunities Fund (Helios), L.P., GSO Special Situations Fund L.P., GSO Special Situations Overseas Master Fund Ltd. |
| May 16, 2008 | 987 | Response to (Motion Pursuant to 11 USC secs. 105(a), 1103(c) and 1109(b) for Entry of an Order Granting Leave, Standing and Authority to Prosecute and, if Appropriate, Settle Causes of Action on Behalf of the Debtors' Estates filed by Creditor Committee) Filed by Debtor TOUSA, Inc. |

| DATE | DOCKET NO. | DESCRIPTION OF PLEADING |
|------|------------|------------------------|
| May 16, 2008 | 992 | Objection to (Motion Pursuant to 11 USC secs. 105(a), 1103(c) and 1109(b) for Entry of an Order Granting Leave, Standing and Authority to Prosecute and, if Appropriate, Settle Causes of Action on Behalf of the Debtors' Estates filed by Creditor Committee) Filed by Creditor Citicorp North America Inc. |
| May 16, 2008 | 993 | Limited Response to (Motion to Use Cash Collateral filed by Debtor TOUSA, Inc.) Filed by Creditor Citicorp North America Inc. |
| May 19, 2008 | 999 | Supplement to Debtors' Motion for Authority to Use Cash Collateral Filed by Debtor TOUSA, Inc. (Re: Motion to Use Cash Collateral filed by Debtor TOUSA, Inc.). |
| May 20, 2008 | 1009 | Notice of Filing Amended Exhibit C to Supplement to Debtors' Motion for Authority To Use Cash Collateral, Filed by Debtor TOUSA, Inc. (Re: Supplemental Document,). |
| May 20, 2008 | 1010 | Notice of Hearing Telephonic Status Conference Filed by Creditor Committee (Re: Motion to Use Cash Collateral, Supplemental Document). |
| May 20, 2008 | 1011 | Notice of Filing Amended Exhibit C (Blacklined Version) to Supplement to Debtors' Motion for Authority to Use Cash Collateral, Filed by Debtor TOUSA, Inc. (Re: Supplement to Debtors' Motion for Authority to Use Cash Collateral). |
| May 21, 2008 | 1023 | Response to    (Motion Pursuant to 11 USC secs. 105(a), 1103(c) and 1109(b) for Entry of an Order Granting Leave, Standing and Authority to Prosecute and, if Appropriate, Settle Causes of Action on Behalf of the Debtors' Estates filed by Creditor Committee, Objection, filed by Creditor Citicorp North America Inc,  Response, filed by Debtor TOUSA, Inc.) Filed by Creditor Citicorp North America Inc. |
| May 21, 2008 | 1026 | Reply to (Motion Pursuant to 11 USC secs. 105(a), 1103(c) and 1109(b) for Entry of an Order Granting Leave, Standing and Authority to Prosecute and, if Appropriate, Settle Causes of Action on Behalf of the Debtors' Estates filed by Creditor Committee, Objection, filed by Creditor Wells Fargo Bank, N.A. as Prepetition Second Lien Agent,  Objection, filed by Creditor Citicorp North America Inc,  Response, filed by Creditor Citicorp North America Inc, Response, filed by Debtor TOUSA, Inc.,  Objection, filed by Creditor Aurelius Capital Master, Ltd., Creditor Aurelius Capital Partners, LP, Creditor GSO Special Situations Fund L.P., Creditor GSO Special Situations Overseas Master Fund Ltd., Creditor GSO Credit Opportunities Fund (Helios), L.P.) Filed by Creditor Committee. |

| DATE | DOCKET NO. | DESCRIPTION OF PLEADING |
|---|---|---|
| May 21, 2008 | 1027 | Objection to (Motion to Use Cash Collateral filed by Debtor TOUSA, Inc., Supplemental Document, filed by Debtor TOUSA, Inc.) Filed by Creditor Committee. |
| May 21, 2008 | 1034 | Transcript of 5/14/2008 Hearing (Re: Objection, Stipulation, and Stipulation), together with any redacted portions of such transcript. |
| May 21, 2008 | 1036 | Transcript of 5/7/2008 Hearing (Re: Motion to Compromise Controversy, Application to Employ, Member Case Document, Miscellaneous Motion, Application to Employ, Motion to Use Cash Collateral, Motion to Amend, Motion to Extend Time, Motion to Assume/Reject), together with any redacted portions of such transcript. |
| May 21, 2008 | 1038 | Response to (Motion to Use Cash Collateral filed by Debtor TOUSA, Inc., Supplemental Document, filed by Debtor TOUSA, Inc.) Statement in Qualified Support of the Debtors' Motion for Authority to Use Cash Collateral Filed by Creditor Wells Fargo Bank, N.A. as Prepetition Second Lien Agent. |
| May 21, 2008 | 1044 | Omnibus Objection to (Motion to Use Cash Collateral filed by Debtor TOUSA, Inc.) Filed by Creditors Aurelius Capital Master, Ltd., Aurelius Capital Partners, LP, GSO Credit Opportunities Fund (Helios), L.P., GSO Special Situations Fund L.P., GSO Special Situations Overseas Master Fund Ltd. |
| May 22, 2008 | 1045 | Transcript of 5/20/2008 Status Hearing, together with any redacted portions of such transcript. |
| May 22, 2008 | 1052 | Agreed Order Permitting Debtors To File Business Plan and Borrowing Base Roll forward Under Seal. |
| May 23, 2008 | 1058 | Notice of Hearing (Notice of Telephonic Scheduling Conference) Filed by Debtor TOUSA, Inc. |
| May 27, 2008 | 1073 | Order Further Extending Interim Termination Date Under the Senior Secured Super-Priority Debtor In Possession Credit and Security Agreement. |
| May 28, 2008 | 1076 | Transcript of 5/22/2008 Hearing (Re: Motion to Compromise Controversy, Motion to Compromise Controversy, Motion to Compromise Controversy, Motion to Extend/Limit Exclusivity Period, Motion to Compromise Controversy), together with all exhibits admitted in evidence, whether or not docketed, and any redacted portions of such transcript. |
| May 21, 2008 | 1079 | Notice of Filing Documents Under Seal Filed by Debtor TOUSA, Inc. |
| May 28, 2008 | 1092 | Order Granting Leave, Standing and Authority to the Official Committee of Unsecured Creditors of Tousa, Inc., et al. To Prosecute Avoidance Actions On Behalf of the Debtors' Estates. |

| DATE | DOCKET NO. | DESCRIPTION OF PLEADING |
|---|---|---|
| June 2, 2008 | 1118 | Notice of Hearing - Telephonic Status Conference regarding the Case Management Order in the Avoidance Litigation Filed by Creditor Committee. |
| June 5, 2008 | 1129 | Notice of Filing Amended Cash Collateral Order and Statement of Remaining Issues Related to Debtors' Motion for Authority to Use Cash Collateral, Filed by Debtor TOUSA, Inc. (Re: Motion to Use Cash Collateral). |
| June 6, 2008 | 1133 | Notice of Filing Supplemental Declaration of Daniel H. Golden in Connection with the Retention of Akin Gump Strauss Hauer & Feld LLP by the Official Committee of Unsecured Creditors by Attorney Patricia A Redmond Esq. (Re: Order on Application to Employ, Application to Employ Akin Gump Strauss Hauer & Feld LLP as Co-Counsel for the Official Committee of Unsecured Creditors nunc pro tunc to February 14, 2008 filed by Creditor Committee). |
| June 6, 2008 | 1140 | Limited Objection to (Motion to Use Cash Collateral filed by Debtor TOUSA, Inc.) and Supplemental Statement Filed by Creditor Wells Fargo Bank, N.A. as Prepetition Second Lien Agent. |
| June 6, 2008 | 1141 | Supplemental Objection to (Motion to Use Cash Collateral filed by Debtor TOUSA, Inc., Supplemental Document, filed by Debtor TOUSA, Inc.) Filed by Creditor Committee. |
| June 6, 2008 | 1142 | Supplemental Objection to (Objection, filed by Creditor Aurelius Capital Master, Ltd., Creditor Aurelius Capital Partners, LP, Creditor GSO Special Situations Fund L.P., Creditor GSO Special Situations Overseas Master Fund Ltd., Creditor GSO Credit Opportunities Fund (Helios), L.P., Motion to Use Cash Collateral filed by Debtor TOUSA, Inc.) Filed by Creditors Aurelius Capital Master, Ltd., Aurelius Capital Partners, LP, GSO Credit Opportunities Fund (Helios), L.P., GSO Special Situations Fund L.P., GSO Special Situations Overseas Master Fund Ltd. |
| June 8, 2008 | 1148 | Memorandum of Law in Support Filed by Creditor Citicorp North America, Inc. (Re: Objection, filed by Creditor Committee, Motion to Use Cash Collateral filed by Debtor TOUSA, Inc.). |

| DATE | DOCKET NO. | DESCRIPTION OF PLEADING |
|---|---|---|
| June 9, 2008 | 1150 | Omnibus Response to (Objection, filed by Creditor Committee, Objection, filed by Creditor Aurelius Capital Master, Ltd., Creditor Aurelius Capital Partners, LP, Creditor GSO Special Situations Fund L.P., Creditor GSO Special Situations Overseas Master Fund Ltd., Creditor GSO Credit Opportunities Fund (Helios), L.P., Objection, filed by Creditor Aurelius Capital Master, Ltd., Creditor Aurelius Capital Partners, LP, Creditor GSO Special Situations Fund L.P., Creditor GSO Special Situations Overseas Master Fund Ltd., Creditor GSO Credit Opportunities Fund (Helios), L.P., Response, filed by Creditor Wells Fargo Bank, N.A. as Prepetition Second Lien Agent, Objection filed by Creditor Wells Fargo Bank, N.A. as Prepetition Second Lien Agent) Filed by Debtor TOUSA, Inc. |
| June 10, 2008 | 1165 | Transcript of 6/3/2008 Hearing, together with any redacted portions of such transcript. |
| June 10, 2008 | 1166 | Transcript of 5/28/2008 Hearing, together with any redacted portions of such transcript. |
| June 11, 2008 | 1172 | Second Order Further Extending Interim Termination Date (from 6/11/2008 to 6/17/2008) Under the Senior Secured Super-Priority Debtor-in-Possession Credit and Security Agreement (upon ore tenus motion). |
| June 11, 2008 | 1176 | Ex Parte Motion to Seal Documents Filed by Debtor TOUSA, Inc. |
| June 17, 2008 | 1209 | Notice of Filing Notice of Adjournment of Hearing scheduled for 6/17/2008 at 2:00 p.m. and rescheduling telephonic status conference for 6/19/2008 at 1:30 p.m., Filed by Debtor TOUSA, Inc. |
| June 17, 2008 | 1210 | Order Granting Motion To Seal Documents. |
| June 18, 2008 | 1214 | Transcript of 6/10/2008 Hearing (RE: Motion for Payment, Motion for Relief From Stay, Miscellaneous Motion, Motion to Assume/Reject, Motion to Extend Time, Miscellaneous Motion, Motion to Assume/Reject, Supplemental Document, Application for Administrative Expenses ), together with all exhibits admitted in evidence, whether or not docketed, and any redacted portions of such transcript. |
| June 18, 2008 | 1215 | Transcript of 6/10/2008 Hearing, together with all exhibits admitted in evidence, whether or not docketed, and any redacted portions of such transcript. |
| June 20, 2008 | 1225 | Amended Order Granting (Re: Motion to File Document Under Seal filed by Debtor TOUSA, Inc.). |
| June 20, 2008 | 1226 | Stipulated Final Order Granting Motion To Use Cash Collateral. |
| June 24, 2008 | 1239 | Document Under Seal. (Assigned ID Number: 08-F-20.) |

| DATE | DOCKET NO. | DESCRIPTION OF PLEADING |
|---|---|---|
| June 24, 2008 | 1240 | Document Under Seal. (Assigned ID Number: 08-F-21.) |
| June 25, 2008 | 1253 | Notice of Filing Documents Under Seal Filed by Debtor TOUSA, Inc. |
| June 25, 2008 | 1254 | Document Under Seal. (Assigned ID Number: 08-F-22.) |
| June 30, 2008 | 1262 | Notice of Appeal Filed by Creditors Aurelius Capital Master, Ltd., Aurelius Capital Partners, LP, GSO Credit Opportunities Fund (Helios), L.P., GSO Special Situations Fund L.P., GSO Special Situations Overseas Master Fund Ltd. (Re: Stipulated Final Order Granting Motion To Use Cash Collateral). |
| June 30, 2008 | 1264 | Election to Appeal to District Court Filed by Creditors Aurelius Capital Master, Ltd., Aurelius Capital Partners, LP, GSO Credit Opportunities Fund (Helios), L.P., GSO Special Situations Fund L.P., GSO Special Situations Overseas Master Fund Ltd. |
| June 30, 2008 | 1265 | Notice of Appeal Filed by Creditor Wells Fargo Bank, N.A. as Prepetition Second Lien Agent (Re: Stipulated Final Order Granting Motion To Use Cash Collateral). |
| June 30, 2008 |  | Receipt of Notice of Appeal (08-10928-JKO). |
| June 30, 2008 | 1266 | Election to Appeal to District Court Filed by Creditor Wells Fargo Bank, N.A. as Prepetition Second Lien Agent. |
| June 30, 2008 | 1286 | Notice of Filing Supplemental Declaration of Daniel H. Golden in Connection with the Retention of Akin Gump Strauss Hauer & Feld LLP by the Official Committee of Unsecured Creditors (Re: Order on Application to Employ, Notice of Filing, Application to Employ). |
| July 1, 2008 | 1289 | Clerk's Notice of Mailing of (Re: Notice of Appeal, filed by Creditor Aurelius Capital Master, Ltd., Creditor Aurelius Capital Partners, LP, Creditor GSO Special Situations Fund L.P., Creditor GSO Special Situations Overseas Master Fund Ltd., Creditor GSO Credit Opportunities Fund (Helios), L.P.). |
| July 9, 2008 | 1349 | Transcript of 6/19/2008 Hearing, including any redacted portion thereof. |

## STATEMENT OF THE ISSUE TO BE PRESENTED ON APPEAL

1.     Did the Bankruptcy Court err in authorizing the Official Creditors' Committee to use the Second Lien Lenders' cash collateral to investigate and sue the Second Lien Lenders?

Appellant reserves the right to modify, restate and/or supplement the foregoing issue to the fullest extent permitted by the Bankruptcy Code and Rules.

Dated this 10th day of July, 2008.

**I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).**

### BILZIN SUMBERG BAENA PRICE & AXELROD LLP

200 South Biscayne Boulevard, Suite 2500
Miami, Florida 33131
Telephone:  (305) 374-7580
Facsimile:  (305) 374-7593

By:     /s/ Matthew I. Kramer
        Scott L. Baena
        Fla. Bar No. 186445
        Matthew I. Kramer
        Fla. Bar No. 0937231
        Jeffrey I. Snyder
        Fla. Bar No. 021281

and

### BRACEWELL & GIULIANI LLP

Goodwin Square
225 Asylum Street, Suite 2600
Hartford, CT 06103
Tel: (860) 947-9000
Fax: (860) 246-3201

Evan D. Flaschen (Admitted Pro Hac Vice 2/12/2008)
Gregory W. Nye (Admitted Pro Hac Vice 2/12/2008)
Marcy E. Kurtz (Admitted Pro Hac Vice 2/12/2008)