CGFA3BK (4/1/08)

# United States Bankruptcy Court
### Southern District of Florida
www.flsb.uscourts.gov
### Division: Fort Lauderdale

Case Number: 08–10928–JKO

Chapter: 11

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*

TOUSA, Inc.
dba Technical USA, Inc., dba TOUSA Homes, Inc, dba Engle Homes, dba Newmark Homes Corporation, dba Newmark Homes, L.P., ...

c/o Paul Steven Singerman, Esq
200 Biscayne Blvd #1000
Miami, FL 33131

EIN: 76–0460831

## NOTICE OF DEFICIENCY RELATED TO FILING OF APPEAL

To:   Scott Baena for Wells Fargo Bank NA

☐ A Notice of Appeal filed by on was not accompanied by the appeal docketing fee of $255.00.

   **DATE DEFICIENCY MUST BE CORRECTED:**

☐ A Motion for Leave To Appeal filed by on was not accompanied by the appeal fee of $5.00.

   **DATE DEFICIENCY MUST BE CORRECTED:**

☑ The designation of record on appeal filed by Wells Fargo Bank NA on 7/10/08 was not accompanied by copies of items designated. Local Rule 8006–1(B) requires that copies be made directly from the court file of each item designated and submitted within 15 days from the filing of the designation.

   **DATE DEFICIENCY MUST BE CORRECTED:   7/28/08**

**NOTICE IS HEREBY GIVEN THAT:**

Pursuant to the authority granted by Local Rule 87.4(B) of the United States District Court, this court shall dismiss this appeal if the above noted deficiency(ies) are not corrected on or before the date(s) indicated above for each deficiency.

**Dated: 7/11/08**                              **CLERK OF COURT**
                                                By: Amelia Rodriguez
                                                Deputy Clerk

Copies to:  Appellant
            Attorney for Appellant