

**ORDERED in the Southern District of Florida on September 23, 2009.**

_____
**John K. Olson, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: ) | Chapter 11 Cases |
| ) | Case No. 08-10928-JKO |
| TOUSA, INC., *et al.*, ) | Jointly Administered |
| ) | |
| Debtors. ) | |
| ) | |

### ORDER DENYING CERTAIN DRYWALL
### CLAIMANTS' MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY

Upon the motions (the "Motions")[1] filed in the above-captioned, jointly administered chapter 11 cases of TOUSA, Inc. and its affiliated debtors and debtors in possession (collectively, the "Debtors") seeking relief from the automatic stay provided in section 362 of the title 11 of the United States Code (the "Bankruptcy Code") to pursue two pending actions in the Twentieth Judicial Circuit for Lee County, Florida, Case Numbers 09-CA-001158 and 09-CA-

---

[1] Specifically, the Motions include: (a) Motion for Relief from Stay [D.E. #3044] filed by Joyce Dowdy Revocable Trust; and (b) Motion for Relief from Stay [D.E. #3103] filed by Jeremy and Carla Banks, Shannon Cambric, Walter J. and Marie Grasmeier, Helene and Christina Kranz, Anthony J. Patti, Jay and Sandie Seavers, Mohammad and Ruth Serajuddowla, Santos and Martha Sierra, Thomas E. Simonian, Barbara R. Petty and Qi Ming Su.

003031 with respect to alleged claims against debtors TOUSA Homes Florida, L.P. and TOUSA Homes, L.P. in connection with their alleged use of defective building materials; and the Debtors having filed an omnibus objection to the Motions on September 21, 2009 [D.E. #3196] (the "Objection"); and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having reviewed the Motions and the Objection; and upon the arguments presented at the hearing before the Court on September 23, 2009; and after deliberation and sufficient cause appearing therefor, it is

**ORDERED** that:

1. For the reasons set forth in the Objection and on the record at the hearing on the Motions, the Motions are denied in their entirety without prejudice.

2. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

# # #

<u>Submitted by:</u>

**BERGER SINGERMAN, P.A.**
Paul Steven Singerman (Florida Bar No. 378860)
200 South Biscayne Boulevard, Suite 1000
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile:  (305) 714-4340

    -and-

**KIRKLAND & ELLIS LLP**
Richard M. Cieri (New York Bar No. 420712)
M. Natasha Labovitz (New York Bar No. 2813251)
Joshua A. Sussberg (New York Bar. No. 4316453)
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile:  (212) 446-4900

*Co-Counsel to the Debtors*

<u>Copies to:</u>
Paul Steven Singerman
*(Attorney Singerman shall upon receipt serve a copy of this Order upon all interested parties and file a certificate of service.)*