**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

---------------------------------------------------------------- x
In re:                                                         :    Chapter 11 Cases
                                                               :    Case No. 08-10928
TOUSA, INC., *et al*.,                                         :    Jointly Administered
                                                               :
            Debtors.                                           :
                                                               :
---------------------------------------------------------------- x

**CERTIFICATE OF SERVICE**

I, Stefanie C. Gardella, depose and say that I am employed by Kurtzman Carson Consultants LLC ("KCC"), the claims and noticing agent for the Debtor in the above-captioned cases.

On January 28, 2010, under my direction and under my supervision, employees of KCC caused the following documents to be served via Electronic Mail upon the service lists attached hereto as **Exhibit A** and **Exhibit B**, and via Overnight Mail upon the service list attached hereto as **Exhibit C**:

- **Notice of Filing Agreement of Purchase and Sale, Dated as of October 20, 2009, Among TOUSA Homes, Inc. and TOUSA Homes Florida, L.P. and Starwood Land Ventures, L.L.C., and Amendments Thereto** (Docket No. 4726)

- **Debtors' Omnibus Response to Objections to Florida Division Sale** (Docket No. 4727)

- **Notice of Debtors' Tax Identification Numbers**

Dated: January 29, 2010

                                                        /s/ Stefanie C. Gardella
                                                        Stefanie C. Gardella

Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245
(310) 823-9000

# EXHIBIT A

Exhibit A
Core/2002 List

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Adorno & Yoss LLP | Alan J Perlman | aperlman@adorno.com |
| Akerman Senterfitt | Francis L Carter, Andrea S Hartley & Philip J Landau | francis.carter@akerman.com<br>andrea.hartley@akerman.com<br>philip.landau@akerman.com |
| Akin Gump Strauss Hauer & Feld LLP | Daniel H Golden, Philip C Dublin, Philip M Abelson, Brian D Geldert, Stanley B Tarr | dgolden@akingump.com<br>pdublin@akingump.com<br>pabelson@akingump.com<br>bgeldert@akingump.com<br>starr@akingump.com |
| American Express Bank FSB | Gilbert B Weisman | notices@becket-lee.com |
| Arapahoe County Attorney's Office | George Rosenberg | grosenberg@co.arapahoe.co.us<br>rjohnson2@co.arapahoe.co.us |
| Arent Fox LLP | Andrew I Silfen & Leah M Eisenberg | silfen.andrew@arentfox.com |
| Arnstein & Lehr LLP | Phillip M Hudson | pmhudson@arnstein.com |
| Arnstein & Lehr LLP | Stephen C Hunt & David A Ray | shunt@arnstein.com<br>daray@arnstein.com |
| Ballard Spahr Andrews & Ingersoll LLP | Dean C Waldt | waldtd@ballardspahr.com |
| Barbara L Phillips PA | Barbara L Phillips | bphillipspa@bellsouth.net |
| Bartlett Hackett Feinberg PC | Frank F McGinn | ffm@bostonbusinesslaw.com |
| Bast Amron LLP | Brett M Amron | bamron@bastamron.com |
| Bast Amron LLP | Jeffrey P Bast | jbast@bastamron.com |
| Bell Nunnally & Martin LLP | Randall Lindley & Heather H Jobe | randyl@bellnunnally.com<br>heatherj@bellnunnally.com |
| Blizin Sumber Baena Price & Axelrod LLP | Scott L Baena, Matthew I Kramer & Jeffrey I Snyder | sbaena@bilzin.com<br>eservice@bilzin.com |
| Borges & Associates LLC | Wanda Borges | borgeslawfirm@aol.com |
| Bracewell Guiliani | Evan Flaschen | evan.flaschen@bgllp.com |
| Bracewell Guiliani LLP | Gregory W Nye, Evan Flaschen, Richard F Whiteley, Mary Kurtz, Kurt Mayr, Heath A Novosad, Ilia O'Hearn, Daynor M Carman | gregory.nye@bgllp.com |
| Brown McCarroll LLP | Lynn Hamilton Butler | lbutler@mailbmc.com |
| Buchalter Nemer A Professional Corporation | Shawn M Christianson | schristianson@buchalter.com |
| Capital Research and Management Company | Tara Torrens | talt@capgroup.com |
| Chadbourne & Parke | Joseph Smolinsky | jsmolinsky@chadbourne.com |
| Chadbourne & Parke LLP | Joseph Smolinsky | jsmolinsky@chadbourne.com |
| Cheifetz Iannitelli Marcolini PC | Steven W Cheifetz, Buzzi L Schindler | swc@cimlaw.com<br>bls@cimlaw.com |
| Citicorp North America, Inc., as Administrative Agent and Lender | David G. Maffett | david.g.maffett@citigroup.com |
| City of Fort Worth | Christopher B Mosley | chris.mosley@fortworthgov.org |
| Clark Thomas & Winters | Thomas P Fredell & Will B Guerrant | tpf@ctw.com<br>wbg@ctw.com |
| Computershare | John Piskadlo Senior Relationship Manager | john.piskadlo@computershare.com |
| County Attorney's Office | Melinda S Thornton | cao.bkc@miamidade.gov |
| Dykema Gossett PLLC | Richard M Bendix & Morgan M Smith | rbendix@schwartzcooper.com<br>mmsmith@dykema.com |
| Eckert Seamans Cherin & Mellott LLC | Karen Lee "Kitt" Turner | kturner@eckertseamans.com |
| Faruqui Law Firm PA | Mohammad Ahmed Faruqui | mohammad@faruquilawfirm.com |
| Fennemore Craig PC | Gerald Shelley | gshelley@fclaw.com |

**Exhibit A**
**Core/2002 List**

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Foley & Lardner LLP | W Keith Fendrick | wfendrick@foley.com<br>jsimon@foley.com<br>jlee@foley.com |
| Forrester & Worth PLLC | John R Worth | jrw@fwlawaz.com |
| Fowler White Boggs Banker PA | Donald R Kirk | dkirk@fowlerwhite.com |
| Fowler White Boggs Banker PA | Keith Appleby | kappleby@fowlerwhite.com |
| Fowler White Burnett PA | Ronald G Neiwirth | rneiwirth@fowler-white.com |
| Fromberg Perlow & Kornik PA | Thomas M Moon | tmoon@fpk-law.com |
| Genovese Joblove & Battista PA | Glenn D Moses | gmoses@gjb-law.com |
| Genovese Joblove & Battista PA | John H Genovese, Paul J Battista & Heather L Yonke | jgenovese@gjb-law.com<br>pbattista@gjb-law.com<br>hyonke@gjb-law.com |
| Geoffrey S Aaronson | Geoffrey S Aaronson PA | gaaronson@aaronsonpa.com |
| Geotek Inc. | Christopher M Amen | camen@geotekusa.com |
| Gibson Dunn & Crutcher LLP | Daniel B Denny | ddenny@gibsondunn.com |
| Goulston & Storrs PC | Christine D Lynch Vanessa V Peck | clynch@goulstonstorrs.com<br>vpeck@goulstonstorrs.com |
| Gray Robinson PA | Frank P Terzo | Frank.Terzo@gray-robinson.com |
| Gray Robinson PA | Ivan J Reich | ivan.reich@gray-robinson.com |
| Hale Lane Peek Dennison and Howard | J Stephen Peek & Justin C Jones | speek@halelane.com<br>jjones@halelane.com |
| Hennigan Bennett & Dorman LLP | Bruce Bennett & Michael A Morris | bennettB@hbdlawyers.com<br>mamorris@hbdlawyers.com |
| Hill Ward & Henderson PA | Gregory P Brown | gbrown@hwhlaw.com |
| Hill Ward & Henderson PA | Michael P Brundage & Dennis P Waggoner | mbrundage@hwhlaw.com<br>dwaggoner@hwhlaw.com |
| Hohmann Taube & Summers LLP | Mark C Taylor | markt@hts-law.com |
| Holland & Knight LLP | Leonard H Gilbert | leonard.gilbert@hklaw.com |
| Hoover Slovacek LLP | Fredreck S Hudgens | hudgensbk@hooverslovacek.com |
| Hopping Green & Sams PA | Jere L Earlywine | jeree@hgslaw.com |
| HSBC Bank USA, National Association | Robert Conrad | robert.conrad@us.hsbc.com |
| Hunton & Williams LLP | Craig V Rasile, Matthew A Mannering | crasile@hunton.com<br>mmannering@hunton.com |
| Hunton & Williams LLP | Gregory G Little, Ryan A Becker | rbecker@hunton.com |
| IKON Financial Services - Bankruptcy Administration | Christine R Etheridge | christine.etheridge@ikonfin.com |
| Ira J Raab | | irajraab@yahoo.com |
| Jess M Metzgar | | jmetzgar@yahoo.com |
| Jones Day | Joseph M Tiller | jtiller@jonesday.com |
| Jones Day | Mark A Cody | macody@jonesday.com |
| Kalis & Kleiman PA | M Scott Kleiman | skleiman@kaliskleiman.com |
| Kasowitz Benson Torres Friedman LLP | David Rosner | drosner@kasowitz.com |
| Kasowitz Benson Torres Friedman LLP | David S Rosner & Andrew K Glenn | drosner@kasowitz.com<br>aglenn@kasowitz.com |
| Kasowitz Benson Torres Friedman LLP | Jeffrey R Gleit | jgleit@kasowitz.com |
| Kluger Peretz Kaplan & Berlin PL | Michael D Seese, D Brett Marks & Eyal Berger | mseese@kpkb.com<br>bmarks@kpkb.com<br>eberger@kpkb.com |
| Law Offices of David J Stearn PA | Frederic J DiSpigna | fdispigna@dstern.com |
| Law Offices of Marshall C Watson PA | Scott Weiss | scott.weiss@marshallwatson.com |
| Linebarger Goggan Blair & Sampson LLP | David G Aelvoet | sanantonio.bankruptcy@publicans.com |
| Linebarger Goggan Blair & Sampson LLP | Diane W Sanders | austin.bankruptcy@publicans.com |
| Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | dallas.bankruptcy@publicans.com |

**Exhibit A**
Core/2002 List

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Linebarger Goggan Blair & Sampson LLP | John T Dillman | houston_bankruptcy@publicans.com |
| Manier & Herod | J Michael Franks, Jeffrey S Price, Rebecca B Howald | rhowald@manierherod.com<br>jprice@manierherod.com |
| Markowitz Davis Ringel & Trusty PA | Jerry M Markowitz | jmarkowitz@mdrtlaw.com |
| Markowitz Davis Ringel & Trusty PA | Rachel L Rubio | rrubio@mdrtlaw.com |
| Markowitz Davis Ringel & Trusty PA | Ross R Hartog | rhartog@mdrtlaw.com |
| Mateer & Harbert PA | Jon E Kane | jkane@mateerharbert.com |
| McCreary Veselka Bragg & Allen PC | Michael Reed | mreed@mvbalaw.com |
| McGuirewoods LLP | John H Maddock II & Aaron G McCollough | jmaddock@mcguirewoods.com<br>amccollough@mcguirewoods.com |
| McGuirewoods LLP | Sara F Holladay Tobias | sfhollad@mcguirewoods.com |
| Meyers Rodbell & Rosenbaum PA | Robert H Rosenbaum & M Evan Meyers | emeyers@mrrlaw.net<br>rrosenbaum@mrrlaw.net |
| Miami Dade County Paralegal Unit | Miami Dade Bankruptcy Unit | alberto@miamidade.gov<br>MDTCBKC@miamidade.gov |
| Miller Hamilton Snider & Odom LLC | Mark R King | markking@mhsolaw.com |
| Mitrani Rynor Adamsky & Toland | James J Webb | jwebb@mitrani.com |
| Mouser & Mouser PA | Frederick L Mouser | rmouser@mouserlaw.com |
| Pasco County Board of County Commissioners | Anthony M Salzano | asalzano@pascocountyfl.net |
| Paul Joseph McMahon PA | Paul J McMahon | pjm@pjmlawmiami.com |
| Paul Weiss Rifkind Wharton & Garrison LLP | Andrew Rosenberg | arosenberg@paulweiss.com |
| Paul Weiss Rifkind Wharton & Garrison LLP | Andrew Rosenberg, Kelley A Cornish & Samantha Amdursky | kcornish@paulweiss.com<br>samdursky@paulweiss.com |
| Pearson Horowitz & Burnett PC | Kevin S Neiman | kneiman@ph-law.com |
| Pedernales Electric Cooperative Inc | Kimberly Paffe | kimberly.paffe@peci.com |
| Perdue Brandon Fielder Collins & Mott LLP | c o Elizabeth Banda | arlbank@pbfcm.com |
| Perdue Brandon Fielder Collins & Mott LLP | Carl O Sandin | csandin@pbfcm.com |
| Post & Schell PC | Brian W Bisignani | bbisignani@postschell.com |
| Powell & Pearson LLP | Karl E Pearson & Brian D Shank | kpearson@powellpearson.com<br>bshank@powellpearson.com |
| Powell Goldstein LLP | Wendy L Hagenau | whagenau@pogolaw.com |
| Powell Goldstein LLP | William C Crenshaw | wcrenshaw@pogolaw.com |
| Quarles & Brady LLP | Keeley K Smith | kksmith@quarles.com |
| Quarles & Brady LLP | Mark H Muller | mhm@quarles.com |
| Recovery Management Systems Corp | Ramesh Singh | claims@recoverycorp.com |
| Reed Smith LLP | Linda S Broyhill | lbroyhill@reedsmith.com |
| Rice Pugatch Robinson & Schiller PA | Mark S Roher | mroher@rprslaw.com |
| Sachs Sax Caplan | Stephanie Barr Partlow | spartlow@ssclawfirm.com |
| Schulte Roth & Zabel LLP | Lawrence V Gelber | lawrence.gelber@srz.com |
| Sedgwick Detert Moran & Arnold | Valerie Shea | valerie.shea@sdma.com |
| SelectBuild Arizona | Sarah Johnston | sarah.johnston@bmhc.com |
| Seward & Kissel | John R Ashmead, Dale Christensen | ashmead@sewkis.com |
| Shaw & Lines LLC | Quinten T Cupps | qcupps@shawlines.com |
| Shulman Rogers Gandal Pordy & Ecker PA | Michael J Lichtenstein | mjl@srgpe.com |
| Shutts & Bowen LLP | Andrew M Brumby | abrumby@shutts.com |
| Shutts & Bowen LLP | Peter E Shapiro | pshapiro@shutts.com |
| SMH Capital Advisors, Inc. | Stephen J Cooke | scooke@smhca.com |

**Exhibit A**
**Core/2002 List**

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Smith Hulsey & Busey | Stephen D Busey, James H Post, Allan E Wulbern | busey@smithhulsey.com<br>jpost@smithhulsey.com<br>awulbern@smithhulsey.com |
| Snell & Wilmer LLP | Donald L Gaffney | dgaffney@swlaw.com |
| Squire Sanders & Dempsey LLP | Tina M Talarchyk | ttalarchyk@ssd.com |
| Stack Fernandez Anderson & Harris PA | Brian J Stack | bstack@stackfernandez.com |
| Stinson Morrison Hecker LLP | Katherine M Sutcliffe Becker | kbecker@stinson.com |
| Stutzman Bromberg Esserman & Plifka | Sander L Esserman, Jacob L Newton, Heather J Panko | esserman@sbep-law.com<br>newton@sbep-law.com<br>panko@sbep-law.com |
| Tabas Freedman Soloff & Miller PA | Gary M Freedman | gfreedman@tfsmlaw.com |
| Taxing Authority Consulting Services PC | Jeffrey Scharf, Mark K Ames | jeff@taxva.com |
| Tiffany & Bosco PA | Christopher R Kaup, William J Simon, Frank R Mead | crk@tblaw.com<br>wjs@tblaw.com<br>frm@tblaw.com |
| Tobey & Toro PC | Jeanne M Toro | jtoro@tobeytoro.com |
| Trapeza CDOX Ltd | Christopher G Pappas | cgpappas@resourceamerica.com |
| Trenam Kemker Scharf Barkin Frye O'Neill & Mullis | Roberta A Colton | racolton@trenam.com |
| Vezina Lawrence & Piscitelli PA | Joseph W Lawrence II | jlawrence@vlplaw.com |
| Vezina Lawrence & Piscitelli PA | Mike Piscitelli | mpiscitelli@vplaw.com |
| Weil Gotshal & Manges LLP | Elisa R Lemmer | elisa.lemmer@weil.com |
| Weil Gotshal & Manges LLP | Lori R Fife and Alfredo R Perez | lori.fife@weil.com<br>alfredo.perez@weil.com |
| Weiss Serota Helfman Pastoriza Cole & Boniske PL | Douglas R Gonzales | dgonzales@wsh-law.com |
| West Riata Homeowners Association | Tamara L Simich | tamara@simichlaw.com |
| William T Peckham | | wpeckham@swbell.net |
| Wilmer Cutler Pickering Hale and Dorr LLP | Andrew N Goldman | andrew.goldman@wilmerhale.com |
| Wilmington Trust Company | James McGinley | jmcginley@wilmingtontrust.com |
| Wilmington Trust Company | Suzanne MacDonald, Corporate Trust Administrator | SmacDonald@Wilmingtontrust.com |
| Winderweedle Haines Ward & Woodman PA | Bradley M Saxton | bsaxton@whww.com |
| Wolff Hill McFarlin & Herron PA | Peter N Hill | phill@whmh.com |

# EXHIBIT B

**Exhibit B**

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Clark & Albaugh LLP | Mitchell E Albaugh | malbaugh@clarkandalbaugh.com |
| Clark & Albaugh LLP | Scott D Clark | sclark@clarkandalbaugh.com |
| Eckert Seamans | Gaston P Loomis | gloomis@eckertseamans.com |
| Eckert Seamans | Karen Lee Turner | kturner@eckertseamans.com |
| Ehrenstein Charbonneau Calderin | Robert P Charbonneau | rpc@ecclegal.com |
| Hopping Green & Sams | Jere L Earlywine | jearlywine@hgslaw.com |
| Stutzman Bromberg Esserman & Plifka | Heather J Panko | panko@sbep-law.com |
| Stutzman Bromberg Esserman & Plifka | Jacob L Newton | newton@sbep-law.com |
| Stutzman Bromberg Esserman & Plifka | Sander L Esserman | esserman@sbep-law.com |
| The DuBosar Law Group PA | Howard DuBosar | dubosarh@dubolaw.com |

In re TOUSA, Inc., et al.
Case No. 08-10928

Page 1 of 1

1/28/2010

# EXHIBIT C

Case 08-10928-JKO    Doc 5042    Filed 01/29/10    Page 9 of 10

Exhibit C
Core/2002 List

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Bank of Florida Southwest | Otis Scott VP | PO Box 61279 | | Fort Myers | FL | 33912 |
| Becker & Poliakoff | Herbert Brock | Emerald Lake Corporate Park | 3111 Stirling Rd | Fort Lauderdale | FL | 33312-6525 |
| Blackton Flooring Inc | Matt Beardman | 1714 Alden Rd | | Orlando | FL | 32803 |
| Broward County Revenue Collection Division | Bankruptcy and Litigation Section | Government Center Annex | 115 S Andrews Ave | Ft Lauderdale | FL | 33301 |
| Butler and Hosch PA | Danielle N Parsons | 3185 S Conway Rd Ste E | | Orlando | FL | 32812 |
| Clark & Albaugh LLP | Mitchell E Albaugh | 655 W Morse Blvd Ste 212 | | Winter Park | FL | 32789 |
| County Attorney for Broward County | Jeffrey J Newton & Hollie N Hawn | Government Center | 115 S Andrews Ave | Ft Lauderdale | FL | 33301 |
| EB Developers Inc | | 7200 W Camino Real Ste 302 | | Bocal Raton | FL | 33433 |
| Ekmark & Ekmark LLC | Penny L Koepke and Kathryn A Battock | 6720 N Scottsdale Rd | Ste 261 | Scottsdale | AZ | 85253 |
| EMC Mortgage Corporation | Attn Bankruptcy Department | PO Box 293150 | | Lewisville | TX | 75029-3150 |
| Forrest Sygman PA | Forrest Sygman | Regions Bank Building Ste 303 | 8603 South Dixie Hwy | Miami | FL | 33143 |
| IKON Office Solutions Inc | Recovery & Bankruptcy Group | 3920 Arkwright Rd Ste 400 | | Macon | GA | 31210 |
| Internal Revenue Service | Special Procedures Insolvency | Attn Bankruptcy Unit | PO Box 17167 Stop 5760 | Ft Lauderdale | FL | 33318 |
| Internal Revenue Service CIO | | PO Box 21126 | | Philadelphia | PA | 19114 |
| Kettler Inc | Sean Curtin | 1751 Pinnacle Dr Ste 700 | | McLean | VA | 22102 |
| MG Building Materials Ltd | Dennis J LeVine | Dennis LeVine & Associates PA | PO Box 707 | Tampa | FL | 33601-0707 |
| Nixon and Associates | Victor H Veschio, Jary C Nixon | 3105 W Waters Ave Ste 204 | | Tampa | FL | 33614 |
| Office of Attorney General | T Lawrence Palmer | 564 Forbes Ave 5th Fl | Manor Bldg | Pittsburgh | PA | 15219 |
| Office of the United States Trustee | Steven D Schneiderman | 51 SW First Avenue | Room 1204 | Miami | FL | 33130 |
| Robert C Maddox & Associates | Troy L Isaacson | 3811 W Charleston Blvd Ste 110 | | Las Vegas | NV | 89102 |
| Securities & Exchange Commission | David Nelson, Regional Director | Miami Regional Office | 801 Brickell Ave., Suite 1800 | Miami | FL | 33131 |
| Securities & Exchange Commission | | 15th & Pennsylvania Ave NW | | Washington | DC | 20020 |
| State of Florida Dept of Revenue | Bankruptcy Section | PO Box 6668 | | Tallahassee | FL | 32314-6668 |
| Strategic Capital Resources | David Miller | 1801 N Military Trail Ste 203 | | Boca Raton | FL | 33431 |
| Susan R Fuertes | | 14910 Aldine Westfield Rd | | Houston | TX | 77032 |
| Tennessee Department of Revenue | c o TN Attorney General's Office, Bankruptcy Division | PO Box 20207 | | Nashville | TN | 37202-0207 |
| The Law Offices of Brett A Elam PA | Brett A Elam | 127 NE 2nd Ave | | Delray Beach | FL | 33444 |
| Time Warner Telecom Inc | Linda Boyle | 10475 Park Meadows Dr, Unit 400 | | Littleton | CO | 80124 |
| Todd M Hoepker | | PO Box 3311 | | Orlando | FL | 32802-3311 |
| United States Attorney General Miami Division | | 99 N.E. 4th Street | | Miami | FL | 33182 |