**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11 Cases
                                                                 :   Case No. 08-10928
TOUSA, INC., *et al.*,                                           :   Jointly Administered
                                                                 :
          Debtors.                                              :
                                                                 :
---------------------------------------------------------------- x

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

    I, Greg Barlage, depose and say that I am employed by Kurtzman Carson Consultants LLC ("KCC"), the claims and noticing agent for the Debtor in the above-captioned cases.

    On or before August 5, 2010, under my direction and under my supervision, employees of KCC caused the following documents to be served per postal forwarding address via First Class Mail upon the service list attached hereto as **Exhibit A**:

- **Notice of Proposed Sale of Substantially All of the Debtors' Assets in the Western Region**

- **Notice of Debtors' Tax Identification Numbers**

Dated:  August 6, 2010

                                                                       */s/ Greg Barlage*

Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245
(310) 823-9000

# EXHIBIT A

Exhibit A
Service List

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| CTL Thompson Inc | Baker | 1971 W 12th Ave | Denver | CO | 80204-3415 |
| D&E Electrical SYS Inc | | PO Box 471237 | Lake Monroe | FL | 32747-1237 |
| Geotek Inc | | 4810 S 40th St Ste 3 | Phoenix | AZ | 85040-2972 |
| GeoTek Insite, Inc. | | 4810 S 40th St Ste 3 | Phoenix | AZ | 85040-2972 |
| Lawson Industries, Inc. | | 2025 High Ridge Rd | Boynton Beach | FL | 33426-8713 |
| Masco Contractor Services Central, Inc. F/K/A Gale Industries, Inc. dba Gale Insulation | | 3601 Crossroads Pkwy Ste A | Fort Pierce | FL | 34945-2700 |
| Mibar Engineering LTD | | 6825 Silver Ponds Hts Ste 101 | Colorado Spgs | CO | 80908-4781 |
| MIBAR Engineering LTD | | 6825 Silver Ponds Hts Ste 101 | Colorado Spgs | CO | 80908-4781 |
| Pristine Pool Services Inc | | 2234 N Federal Hwy | Boca Raton | FL | 33431-7706 |
| Protech Security Co Inc | | PO Box 2087 | Norcross | GA | 30091-2087 |
| Protech Sound & Security | | PO Box 2087 | Norcross | GA | 30091-2087 |
| Qwest Corporation | | PO Box 29040 | Phoenix | AZ | 85038-9040 |
| Safe T Rail Company | Autopay Invoice | 1470 S Quebec Way Apt 90 | Denver | CO | 80231-2658 |
| Safe-T-Rail Co. | | 1470 S Quebec Way Apt 90 | Denver | CO | 80231-2658 |
| Safety First Inc | | PO Box 2515 | Parker | CO | 80134-1418 |
| Safety First Inc dba OMI Safety Services Inc | | PO Box 2515 | Parker | CO | 80134-1418 |
| Sweeping Beauty Inc | Sweeping Beauty Inc | 8907 Center St | Manassas | VA | 20110-5401 |
| The Hyland Bay Company | | 1551 N Diane St | Mesa | AZ | 85203-3850 |
| Washington Gas | | PO Box 37747 | Philadelphia | PA | 19101-5047 |
| Westech Homes, LLC | | 1824 Woodmoor Dr Ste 201 | Monument | CO | 80132-9097 |