

**ORDERED in the Southern District of Florida on August 20, 2010.**

*[signature]*

John K. Olson, Judge
United States Bankruptcy Court

___

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | ) Chapter 11 Cases |
| | ) Case No. 08-10928-JKO |
| TOUSA, INC., *et al.*, | ) Jointly Administered |
| | ) |
| Debtors. | ) |
| | ) |

**ORDER RESCHEDULING OMNIBUS HEARING**

IT IS HEREBY ORDERED that, at the request of this Court, the omnibus hearing previously scheduled for Wednesday, August 25, 2010 at 1:30 p.m. is rescheduled to Wednesday, August 25, 2010 at 9:30 a.m. before the Honorable John K. Olson in Courtroom 301, 299 E. Broward Boulevard, Fort Lauderdale, Florida.

The following matters shall be set for hearing on August 25, 2010 at 9:30 a.m.

1. Motion Regarding Sale of Substantially All Assets in the Western Region for (I) Order (A) Approving Bidding Procedures, Break-Up Fee and Expense Reimbursement; (B) Scheduling Hearing to Consider Approval of Sale; (C) Approving Form and Manner of Notice of Sale; (D) Approving Form and Manner of Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (E) Granting Related Relief; (II) Order (A) Approving Sale Free and Clear of All Liens, Claims,

K&E 17547844

       Encumbrances And Interests; (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (C) Authorizing the Buyer's Assumption of Certain Liabilities; and (D) Granting Related Relief; and (III) Authorization, Pursuant to Sections 363 and 365 of the Bankruptcy Code and Bankruptcy Rule 9019, For TOUSA Homes, Inc. to Enter into, and Assume and Assign to Buyer, a Certain Amended Developer Agreement Solely In Connection with the Closing of the Sale (the "Sale Motion") [*D.E. #5691*]

2. Motion for Order Pursuant to Section 363(b), 363(f) and 363(m) Approving the Sale of the Sossaman Lots Pursuant to the Purchase Agreement Between TOUSA Homes, Inc. and Sossaman Holdings L.L.C. [*Docket No. 5692*]

3. Debtors' Seventh Motion for Authority to Use Cash Collateral [*D.E. #5904*]

4. Motion to Object to Sale Motion, Motion to Intervene, Motion to Recuse Joshua A. Sussberg of Kirkland & Ellis LLP [*D.E. #5916*]

5. Claimant CNA Surety Company's Objection to Debtor's Motion for Order Approving Sale of Substantially All Assets in the Western Region Free and Clear of All Liens, Encumbrances and Interests [*D.E. #5970*]

6. Unopposed Motion to Reinstate Appeal [*Adversary Proceeding Case No. 08-1435, D.E. #1061*]

7. Motion to Vacate Order Dismissing the Appeal [*Adversary Proceeding Case No. 08-1435, D.E. #1072*]

8. Joinder in and Supplemental Motion to Vacate Order Dismissing the Appeal [*Adversary Proceeding Case No. 08-1435, D.E. #1073*]

# # #

Submitted by:

**BERGER SINGERMAN, P.A.**
Paul Steven Singerman (Florida Bar No. 378860)
200 South Biscayne Boulevard, Suite 1000
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile:  (305) 714-4340

    -and-

**KIRKLAND & ELLIS LLP**
Richard M. Cieri (New York Bar No. 420712)
M. Natasha Labovitz (New York Bar No. 2813251)
Joshua A. Sussberg (New York Bar. No. 4316453)
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile:  (212) 446-4900

*Co-Counsel to the Debtors*

Copies to:
Paul Steven Singerman
*(Attorney Singerman shall upon receipt serve a copy of this Order upon all interested parties and file a certificate of service.)*