**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | ) Chapter 11 Cases |
| | ) Case No. 08- 10928-JKO |
| TOUSA, INC., *et al.*, | ) Jointly Administered |
| | ) |
| Debtors. | ) |
| | ) |

**NOTICE OF ADJOURNMENT OF MATTERS**
**PREVIOUSLY SCHEDULED FOR HEARING**

      **PLEASE TAKE NOTICE** that the following matters previously scheduled for hearing have been adjourned to the hearing date(s) set forth below:

| | ADJOURNED MATTERS IN TOUSA, Inc., *et al.* Chapter 11 Case No. 08-10928 | D.E. # | New Hearing Date |
|---|---|---|---|
| 1. | Creditor Builder Services Group, Inc.'s Motion for Enlargement of Time to File Proofs of Claim | D.E. #1064 | To Be Determined |
| 2. | Motion to Treat Late-Filed Proof of Claim as Timely Filed | D.E. #1134 | To Be Determined |
| 3. | EMF Fund II, LLC's, EMF Fund IV, LLC's and EMF Fund V, LLC's Motion for Allowance of Administrative Expense Claim in Connection with Post-Petition Option Agreement Obligations | D.E. #1368 | To Be Determined |
| 4. | Motion of Native Technologies, Inc. to Allow Late Filing of Claim | D.E. #1450 | To Be Determined |
| 5. | Motion by MG Building Materials, Ltd. to Deem Two Proofs of Claim as Timely Filed | D.E. #1531 | To Be Determined |
| 6. | Mar Bella Community, Inc.'s Motion for Leave to File Late-Filed Proof of Claim | D.E. #2259 | To Be Determined |
| 7. | Claimants' Nazier Aldeib and Huda Aldeib Motion for Relief From Stay to File State Action for Return of Deposit | D.E. #2697 | To Be Determined |
| 8. | Copper Creek Homeowners Association's Motion for Limited Relief from the Automatic Stay to Pursue Insurance Proceeds [Negative Notice] | D.E. #2769 | October 27, 2010 |
| 9. | Application of Earth & Sun Adobe for Allowance of Administrative Expense Claim Pursuant to Section 503(b)(1)(A) of the Bankruptcy Code and Ordering the Immediate Payment Thereof | D.E. #5061 | September 29, 2010 |

| ADJOURNED MATTERS IN<br>*TOUSA, Inc., et al.* Chapter 11 Case No. 08-10928 | D.E. # | New Hearing Date |
|---|---|---|
| 10. May 2, 2010 Letter from Mrs. Candice Bell to Judge John K. Olson | D.E. #5540 | October 27, 2010 |
| 11. Application of Casa Del Rey Cottages Community Association for Allowance of Administrative Expense Claim Pursuant to Section 503(b)(1)(A) of the Bankruptcy Code and Ordering the Immediate Payment Thereof | D.E. #5559 | September 29, 2010 |
| 12. Glen and Colleen Grabowski's Administrative Expense Proof of Claim Form | D.E. #5561 | September 29, 2010 |
| 13. Daniel B. Scalf's Motion to Extend Time to File Claim or to Allow Late File | D.E. #5590 | To Be Determined |
| 14. Amended Motion of the Official Committee of Unsecured Creditors of TOUSA, Inc., *et al.* For Entry of an Agreed Order Approving Amended Fee Structure For Moelis & Company LLC *Nunc Pro Tunc* to October 2009 | D.E. #5625 | To Be Determined |
| 15. Sixth Interim Fee Application of Moelis & Company LLC as Financial Advisor and Investment Banker to the Official Committee of Secured Creditors for the Period January 1, 2010 through April 30, 2010 | D.E. #5719 | September 29, 2010 |
| 16. Motion for Entry of an Order Allowing Late Filed Proofs of Claim - Chinese Drywall Claimants | D.E. #5925 | September 29, 2010 |
| 17. Markham Contracting Co., Inc.'s Response to Objections to Proof of Claim Nos. 3256, 3277, 3273, 3790, 3253, 3589, 3244, 3574 and 3293 | D.E. #5912 | To Be Determined |

# # #

2

Dated:  August 23, 2010                        Respectfully submitted,

                                               **BERGER SINGERMAN, P.A.**

                                               /s/ Paul Steven Singerman
                                               Paul Steven Singerman (Florida Bar No. 378860)
                                               200 Biscayne Boulevard, Suite 1000
                                               Miami, FL 33131
                                               Telephone: (305) 755-9500
                                               Facsimile:  (305) 714-4340

                                                       -and-

                                               **KIRKLAND & ELLIS LLP**
                                               Richard M. Cieri (New York Bar No. 4207122)
                                               M. Natasha Labovitz (New York Bar No. 2813251)
                                               Joshua A. Sussberg (New York Bar No. 4216453)
                                               601 Lexington Avenue
                                               New York, NY 10022
                                               Telephone: (212) 446-4800
                                               Facsimile:  (212) 446-4900

                                               *Co-Counsel to the Debtors*