**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: ) | Chapter 11 Cases |
| ) | Case No. 08- 10928-JKO |
| TOUSA, INC., *et al.*, ) | Jointly Administered |
| ) | |
| Debtors. ) | |
| ) | |

**AMENDED NOTICE OF ADJOURNMENT OF MATTERS**
**PREVIOUSLY SCHEDULED FOR HEARING**

    **PLEASE TAKE NOTICE** that the following matters previously scheduled for hearing have been adjourned to the hearing date(s) set forth below:

| | **ADJOURNED MATTERS IN**<br>**TOUSA, Inc., *et al.* Chapter 11 Case No. 08-10928** | **D.E. #** | **New Hearing Date** |
|---|---|---|---|
| 1. | Creditor Builder Services Group, Inc.'s Motion for Enlargement of Time to File Proofs of Claim | D.E. #1064 | To Be Determined |
| 2. | Motion to Treat Late-Filed Proof of Claim as Timely Filed | D.E. #1134 | To Be Determined |
| 3. | EMF Fund II, LLC's, EMF Fund IV, LLC's and EMF Fund V, LLC's Motion for Allowance of Administrative Expense Claim in Connection with Post-Petition Option Agreement Obligations | D.E. #1368 | To Be Determined |
| 4. | Motion of Native Technologies, Inc. to Allow Late Filing of Claim | D.E. #1450 | To Be Determined |
| 5. | Motion by MG Building Materials, Ltd. to Deem Two Proofs of Claim as Timely Filed | D.E. #1531 | To Be Determined |
| 6. | Mar Bella Community, Inc.'s Motion for Leave to File Late-Filed Proof of Claim | D.E. #2259 | To Be Determined |
| 7. | Claimants' Nazier Aldeib and Huda Aldeib Motion for Relief From Stay to File State Action for Return of Deposit | D.E. #2697 | To Be Determined |
| 8. | Copper Creek Homeowners Association's Motion for Limited Relief from the Automatic Stay to Pursue Insurance Proceeds [Negative Notice] | D.E. #2769 | October 27, 2010 |
| 9. | Application of Earth & Sun Adobe for Allowance of Administrative Expense Claim Pursuant to Section 503(b)(1)(A) of the Bankruptcy Code and Ordering the Immediate Payment Thereof | D.E. #5061 | September 29, 2010 |

K&E 17569312.1

| **ADJOURNED MATTERS IN** <br> **TOUSA, Inc., *et al.* Chapter 11 Case No. 08-10928** | **D.E. #** | **New Hearing Date** |
|---|---|---|
| 10. May 2, 2010 Letter from Mrs. Candice Bell to Judge John K. Olson | D.E. #5540 | October 27, 2010 |
| 11. Application of Casa Del Rey Cottages Community Association for Allowance of Administrative Expense Claim Pursuant to Section 503(b)(1)(A) of the Bankruptcy Code and Ordering the Immediate Payment Thereof | D.E. #5559 | September 29, 2010 |
| 12. Glen and Colleen Grabowski's Administrative Expense Proof of Claim Form | D.E. #5561 | September 29, 2010 |
| 13. Daniel B. Scalf's Motion to Extend Time to File Claim or to Allow Late File | D.E. #5590 | To Be Determined |
| 14. Amended Motion of the Official Committee of Unsecured Creditors of TOUSA, Inc., *et al*. For Entry of an Agreed Order Approving Amended Fee Structure For Moelis & Company LLC *Nunc Pro Tunc* to October 2009 | D.E. #5625 | To Be Determined |
| 15. Sixth Interim Fee Application of Moelis & Company LLC as Financial Advisor and Investment Banker to the Official Committee of Secured Creditors for the Period January 1, 2010 through April 30, 2010 | D.E. #5719 | September 29, 2010 |
| 16. Motion for Entry of an Order Allowing Late Filed Proofs of Claim - Chinese Drywall Claimants | D.E. #5925 | September 29, 2010 |
| 17. Markham Contracting Co., Inc.'s Response to Objections to Proof of Claim Nos. 3256, 3277, 3273, 3790, 3253, 3589, 3244, 3574 and 3293 | D.E. #5912 | To Be Determined |
| 18. Motion of Ana Maria Plaza for Certification of Class of Chinese Drywall Claimants | D.E. #5941 | To Be Determined |

# # #

| | |
|---|---|
| Dated:  August 24, 2010 | Respectfully submitted,<br><br>**BERGER SINGERMAN, P.A.**<br><br>/s/ Paul Steven Singerman<br>Paul Steven Singerman (Florida Bar No. 378860)<br>200 Biscayne Boulevard, Suite 1000<br>Miami, FL 33131<br>Telephone: (305) 755-9500<br>Facsimile:  (305) 714-4340<br><br>-and-<br><br>**KIRKLAND & ELLIS LLP**<br>Richard M. Cieri (New York Bar No. 4207122)<br>M. Natasha Labovitz (New York Bar No. 2813251)<br>Joshua A. Sussberg (New York Bar No. 4216453)<br>601 Lexington Avenue<br>New York, NY 10022<br>Telephone: (212) 446-4800<br>Facsimile:  (212) 446-4900<br><br>*Co-Counsel to the Debtors* |