

**ORDERED in the Southern District of Florida on August 27, 2010.**

John K. Olson, Judge
United States Bankruptcy Court

___

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov**

| | |
|---|---|
| In re:  ) | Chapter 11 Cases |
|  ) | Case No. 08-10928 (JKO) |
| TOUSA, Inc., et al.,  ) | Jointly Administered |
|  ) | |
| Debtors.  ) | |

**ORDER DIRECTING MEDIATION REGARDING THE JOINT PLAN OF
LIQUIDATION OF TOUSA, INC. AND CERTAIN OF ITS AFFILIATED
DEBTORS AND DEBTORS IN POSSESSION**

Upon this Court's letter to counsel dated July 21, 2010 [D.E. # 5808] regarding the Joint Plan Of Liquidation of TOUSA, Inc. and Its Affiliated Debtors And Debtors in Possession Under Chapter 11 Of The Bankruptcy Code, filed by the Committee on July 16, 2010 [D.E. # 5799] (the "Plan"), and upon the record of the August 12, 2010 hearing, it is hereby

**ORDERED THAT:**

1. The First Lien Revolver Lenders,[1] the First Lien Term Loan Lenders, the Second Lien Term Loan Lenders, the Transeastern Lenders, the Committee and the Debtors (collectively, the "Parties"), are directed to participate in a mediation with respect to the Committee's proposed Plan and related disclosure statement. Each of the Parties will be represented at the mediation by counsel and business representatives who have full authority to settle all issues raised by the Plan on behalf of 66 2/3% in amount of their respective constituencies, unless otherwise agreed by the Mediator and the Parties.

2. Peter L. Borowitz is appointed as the mediator (the "Mediator") for purposes of the mediation directed herein.

3. The in-person mediation conference (the "Mediation Conference") will begin on October 12, 2010 at 9:00 a.m. (ET) and continue from day-to-day (unless otherwise directed by the Mediator) until a settlement is reached or the Mediator declares an impasse. By agreement of the Parties and the Mediator, the Mediation Conference will take place at the offices of Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022.

4. The Mediator may, if he so elects, conduct informal mediation (in person or by telephone) with the Parties, separately and/or jointly, during the periods before and after the Mediation Conference.

5. The Mediator shall report to the Court any willful failure to attend the Mediation Conference or participate in the mediation process in good faith, which failure may result in imposition of sanctions by the Court.

---

[1] All capitalized terms used herein and not otherwise defined will have the meanings ascribed to such terms in the Plan.

6. The Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware §§ 9019-2(e)(iv) and 9019-5(d) are adopted for the mediation mandated by this order.

7. The Debtors shall pay the reasonable fees and expenses of the Mediator without application of the Mediator or further order of the Court.

# # #

Submitted by:

Patricia A. Redmond (Florida Bar No. 303739)
STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
150 West Flagler Street, Miami, Florida 33130
-and-
Daniel H. Golden (New York Bar No. 1133859)
Philip C. Dublin (New York Bar No. 2959344)
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park, New York, NY 10036

*Co-Counsel to the Official Committee of Unsecured Creditors of TOUSA, Inc., et al.*

*(Co-counsel for the Official Committee of Unsecured Creditors of TOUSA, Inc., et al., shall upon receipt serve a copy of this Order upon all interested parties and file a certificate of service.)*