UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 Cases |
| | : | Case No. 08-10928 |
| TOUSA, INC., *et al.*, | : | Jointly Administered |
| | : | |
| Debtors. | : | |
| | : | |

---

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

I, Stephanie Delgado, depose and say that I am employed by Kurtzman Carson Consultants LLC ("KCC"), the claims and noticing agent for the Debtor in the above-captioned cases.

On August 17, 2010, under my direction and under my supervision, employees of KCC caused the following documents to be served per postal forwarding address via First Class Mail upon the service list attached hereto as **Exhibit A**:

- **Notice of Hearing re: Debtors' Motion Regarding Sale of Substantially All Assets in the Western Region for (I) Order (A) Approving Bidding Procedures, Break-Up Fee and Expense Reimbursement; (B) Scheduling Hearing to Consider Approval of Sale; (C) Approving Form and Manner of Notice of Sale; (D) Approving Form and Manner of Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (E) Granting Related Relief; (II) Order (A) Approving Sale Free and Clear of All Liens, Claims, Encumbrances and Interests; (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (C) Authorizing the Buyer's Assumption of Certain Liabilities; and (D) Granting Related Relief; and (III) Authorization, Pursuant to Sections 363 and 365 of the Bankruptcy Code and Bankruptcy Rule 9019, for TOUSA Homes, Inc. to Enter into, and Assume and Assign to Buyer, a Certain Amended Developer Agreement Solely in Connection with the Closing of the Sale [Docket No. 5691]; to be Held July 13, 2010 at 1:30 p.m.** (Docket No. 5696)

*[Space Intentionally Left Blank]*

- **Notice of Debtors' Tax Identification Numbers**

Dated:  August 23, 2010

                                                                                                     _____*/s/ Stephanie Delgado*____
                                                                                                                   Stephanie Delgado

Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245
(310) 823-9000

# EXHIBIT A

Exhibit A
Service List

| CREDITOR NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| Pristine Pool Services Inc | 2234 N Federal Hwy | Boca Raton | FL | 33431-7710 |

In re TOUSA, Inc., et al.
Case No. 08-10928

1 of 1

8/23/2010