**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

|   |   |
|---|---|
| ------------------------------------------------------------ x | |
| In re: : | Chapter 11 Cases |
|  : | Case No. 08-10928 |
| TOUSA, INC., *et al.*, : | Jointly Administered |
|  : |  |
| Debtors. : |  |
|  : |  |
| ------------------------------------------------------------ x | |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

I, Stephanie Delgado, depose and say that I am employed by Kurtzman Carson Consultants LLC ("KCC"), the claims and noticing agent for the Debtor in the above-captioned cases.

On August 17, 2010, under my direction and under my supervision, employees of KCC caused the following documents to be served per postal forwarding address via First Class Mail upon the service list attached hereto as **Exhibit A**:

- **Notice of Proposed Sale of Substantially All of the Debtors' Assets in the Western Region**

- **Notice of Debtors' Tax Identification Numbers**

Dated:  August 23, 2010

                                                      */s/ Stephanie Delgado*
                                                        Stephanie Delgado

Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245
(310) 823-9000

# EXHIBIT A

Exhibit A
Service List

| CREDITOR NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| Land Management LLC | 104 S Cascade Ave Ste 105 | Colorado Spgs | CO | 80903-5101 |
| Landiscor Inc | PO Box 63753 | Phoenix | AZ | 85082-3753 |
| Red Rock Mechanical LLC | 6311 Dean Martin Dr | Las Vegas | NV | 89118-3842 |

In re TOUSA, Inc., et al.
Case No. 08-10928

1 of 1

8/23/2010