UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| In re: | ) | Chapter 11 Cases |
| --- | --- | --- |
| | ) | Case No. 08- 10928-JKO |
| TOUSA, INC., *et al.*, | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |
| | ) | |

## NOTICE OF ADJOURNMENT OF MATTERS
## PREVIOUSLY SCHEDULED FOR HEARING

**PLEASE TAKE NOTICE** that the following matters previously scheduled for hearing have been adjourned to the hearing date(s) set forth below:

| | **ADJOURNED MATTERS IN**<br>**TOUSA, Inc., *et al.* Chapter 11 Case No. 08-10928** | **D.E. #** | **New Hearing Date** |
| --- | --- | --- | --- |
| 1. | Creditor Builder Services Group, Inc.'s Motion for Enlargement of Time to File Proofs of Claim | D.E. #1064 | To Be Determined |
| 2. | Motion to Treat Late-Filed Proof of Claim as Timely Filed | D.E. #1134 | To Be Determined |
| 3. | EMF Fund II, LLC's, EMF Fund IV, LLC's and EMF Fund V, LLC's Motion for Allowance of Administrative Expense Claim in Connection with Post-Petition Option Agreement Obligations | D.E. #1368 | To Be Determined |
| 4. | Motion of Native Technologies, Inc. to Allow Late Filing of Claim | D.E. #1450 | To Be Determined |
| 5. | Motion by MG Building Materials, Ltd. to Deem Two Proofs of Claim as Timely Filed | D.E. #1531 | To Be Determined |
| 6. | Mar Bella Community, Inc.'s Motion for Leave to File Late-Filed Proof of Claim | D.E. #2259 | To Be Determined |
| 7. | Claimants' Nazier Aldeib and Huda Aldeib Motion for Relief From Stay to File State Action for Return of Deposit | D.E. #2697 | To Be Determined |
| 8. | Copper Creek Homeowners Association's Motion for Limited Relief from the Automatic Stay to Pursue Insurance Proceeds | D.E. #2769 | December 6, 2010 |
| 9. | Application of Earth & Sun Adobe for Allowance of Administrative Expense Claim Pursuant to Section 503(b)(1)(A) of the Bankruptcy Code and Ordering the Immediate Payment Thereof | D.E. #5061 | To Be Determined |

K&E 17894591.4

| ADJOURNED MATTERS IN<br>TOUSA, Inc., *et al.* Chapter 11 Case No. 08-10928 | D.E. # | New Hearing Date |
|---|---|---|
| 10. May 2, 2010 Letter from Mrs. Candice Bell to Judge John K. Olson | D.E. #5540 | November 17, 2010 |
| 11. Application of Casa Del Rey Cottages Community Association for Allowance of Administrative Expense Claim Pursuant to Section 503(b)(1)(A) of the Bankruptcy Code and Ordering the Immediate Payment Thereof | D.E. #5559 | To Be Determined |
| 12. Glen and Colleen Grabowski's Administrative Expense Proof of Claim Form | D.E. #5561 | To Be Determined |
| 13. Daniel B. Scalf's Motion to Extend Time to File Claim or to Allow Late File | D.E. #5590 | To Be Determined |
| 14. Sixth Interim Fee Application of Moelis & Company LLC as Financial Advisor and Investment Banker to the Official Committee of Secured Creditors for the Period January 1, 2010 through April 30, 2010 | D.E. #5719 | December 6, 2010 |
| 15. Motion of the Official Committee of Unsecured Creditors of Tousa, Inc., *et al*. For Entry of Order Approving the Disclosure Statement for Joint Plan of Liquidation of Tousa, Inc. And Its Affiliated Debtors and Debtors in Possession and Establishing Solicitation and Voting Procedures with to the Joint Plan of Liquidation of Tousa, Inc. And Its Affiliated Debtors and Debtors in Possession | D.E. #5803 | December 6, 2010 |
| 16. Markham Contracting Co., Inc.'s Response to Objections to Proof of Claim Nos. 3256, 3277, 3273, 3790, 3253, 3589, 3244, 3574 and 3293 | D.E. #5912 | To Be Determined |
| 17. Motion for Entry of an Order Allowing Late Filed Proofs of Claim - Chinese Drywall Claimants | D.E. #5925 | To Be Determined |
| 18. Motion of Ana Maria Plaza for Certification of Class of Chinese Drywall Claimants | D.E. #5941 | To Be Determined |
| 19. Motion for Entry of an Order Pursuant to Section 363(b) of the Bankruptcy Code Approving TOUSA Homes, Inc.'s Transfer of Property to the City of Goodyear | D.E. #6155 | November 17, 2010 |

# # #

Dated: October 25, 2010                              Respectfully submitted,

**BERGER SINGERMAN, P.A.**

/s/ Paul Steven Singerman
Paul Steven Singerman (Florida Bar No. 378860)
200 Biscayne Boulevard, Suite 1000
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340

-and-

**KIRKLAND & ELLIS LLP**
Richard M. Cieri (New York Bar No. 4207122)
M. Natasha Labovitz (New York Bar No. 2813251)
Joshua A. Sussberg (New York Bar No. 4216453)
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

*Co-Counsel to the Debtors*