**GT** GreenbergTraurig

Invoice No. : 2725612
File No.    :  090102.016700
Bill Date   :  July 14, 2010

Transeastern Homes

Tousa Homes Florida, L.P.
PREBILLS ARE PDF'D TO KARINA
DO NOT MAIL OR EMAIL TO THE CLIENT

## INVOICE

Re:  Robert Krieff v. EH/Transeastern
     Claim #: 94

Transeastern Homes

Legal Services through June 30, 2010:

|  |  |  |
|---|---|---|
| Total Fees: | $ | 257.50 |

Expenses:

Information and Research

|  |  |  |
|---|---|---|
| | 39.75 | |
| Total Expenses: | $ | 39.75 |
| **Current Invoice:** | **$** | **297.25** |

MFB:LMH
Tax ID:  59-1270754

Greenberg Traurig, P.A. | Attorneys at Law | 777 South Flagler Drive | Suite 300 East | West Palm Beach, Florida 33401
Tel 561.650.7900 | Fax 561.655.6222 | www.gtlaw.com

 GreenbergTraurig

Invoice No. : 2725612
File No.    :  090102.016700

**Summary of Fees (Current Invoice)**

<u>Timekeeper</u>

| | Hours | Rate | | Amount |
|---|---|---|---|---|
| Bridget A. Berry | 0.50 | 515.00 | | 257.50 |
| Totals: | 0.50 | 515.00 | $ | 257.50 |

\* \* \* \* \*

MFB:LMH
Tax ID: 59-1270754

Greenberg Traurig, P.A. | Attorneys at Law | 777 South Flagler Drive | Suite 300 East | West Palm Beach, Florida 33401
Tel 561.650.7900 | Fax 561.655.6222 | www.gtlaw.com

Invoice No.:    2725612
Re:             Robert Krieff v. EH/Transeastern                                    Page 1
Matter No.:     090102.016700

<u>Description of Professional Services Rendered:</u>

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 06/07/10 | Bridget A. Berry | Research and analysis re. indemnification provisions/indemnities own negligence. | 0.50 | 257.50 |
| | | Total Time: | 0.50 | |
| | | Total Fees: | | $ 257.50 |

Invoice No.:     2725612
Re:              Robert Krieff v. EH/Transeastern                                    Page 2
Matter No.:      090102.016700

<u>Description of Expenses Billed</u>:

| <u>DATE</u> | <u>DESCRIPTION</u> | | <u>AMOUNT</u> |
|---|---|---|---|
| 06/07/10 | Westlaw Research by BERRY,BRIDGET A. | $ | 39.75 |
| | Total Expenses: | $ | 39.75 |

 GreenbergTraurig

Invoice No. :   2739240
File No.      :   090102.016700
Bill Date     :   August 6, 2010

Transeastern Homes

Tousa Homes Florida, L.P.
PREBILLS ARE PDF'D TO KARINA
DO NOT MAIL OR EMAIL TO THE CLIENT

## INVOICE

Re:   Robert Krieff v. EH/Transeastern
      Claim #: 94

Transeastern Homes

Legal Services through July 31, 2010:

|  | | |
|---|---|---|
| Total Fees: | $ | 515.00 |
| **Current Invoice:** | **$** | **515.00** |

MFB:LMH
Tax ID:  59-1270754

Greenberg Traurig, P.A. | Attorneys at Law | 777 South Flagler Drive | Suite 300 East | West Palm Beach, Florida 33401
Tel 561.650.7900 | Fax 561.655.6222 | www.gtlaw.com



Invoice No. :   2739240
File No.    :   090102.016700

## Summary of Fees (Current Invoice)

| Timekeeper | Hours | Rate | | Amount |
|---|---|---|---|---|
| Bridget A. Berry | 1.00 | 515.00 | | 515.00 |
| Totals: | 1.00 | 515.00 | $ | 515.00 |

\* \* \* \* \*

MFB:LMH
Tax ID:  59-1270754

Greenberg Traurig, P.A. | Attorneys at Law | 777 South Flagler Drive | Suite 300 East | West Palm Beach, Florida 33401
Tel 561.650.7900 | Fax 561.655.6222 | www.gtlaw.com

| Invoice No.: | 2739240 | | Page 1 |
| Re: | Robert Krieff v. EH/Transeastern | | |
| Matter No.: | 090102.016700 | | |

Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 07/22/10 | Bridget A. Berry | Receive and review appellate court order directing that we file status report; follow up re: same. | 0.50 | 257.50 |
| 07/23/10 | Bridget A. Berry | Communicaiton with J. Sussberg and B. Schartz re: Order directing filing of status report. | 0.10 | 51.50 |
| 07/30/10 | Bridget A. Berry | Electronic communications and follow up re: status and strategy as to appeal and status report to court. | 0.40 | 206.00 |
| | | Total Time: | 1.00 | |
| | | Total Fees: | | $ 515.00 |

**GT** GreenbergTraurig

Invoice No.:  2760334
File No.   :  090102.016700
Bill Date  :  September 8, 2010

Transeastern Homes

Tousa Homes Florida, L.P.
PREBILLS ARE PDF'D TO KARINA
DO NOT MAIL OR EMAIL TO THE CLIENT

## INVOICE

Re:  Robert Krieff v. EH/Transeastern
     Claim #: 94

Transeastern Homes

Legal Services through August 31, 2010:

|  |  |  |
|---|---|---|
| Total Fees: | $ | 257.50 |

Expenses:

| | | |
|---|---|---|
| Messenger/Courier Services | 22.50 | |
| Photocopy Charges | 58.20 | |
| Postage | 10.00 | |
| Total Expenses: | $ | 90.70 |
| **Current Invoice:** | $ | **348.20** |

MFB:LMH
Tax ID: 59-1270754

Greenberg Traurig, P.A. | Attorneys at Law | 777 South Flagler Drive | Suite 300 East | West Palm Beach, Florida 33401
Tel 561.650.7900 | Fax 561.655.6222 | www.gtlaw.com



Invoice No.:  2760334
File No.    :  090102.016700

## Summary of Fees (Current Invoice)

| Timekeeper | Hours | Rate | | Amount |
|---|---|---|---|---|
| Bridget A. Berry | 0.50 | 515.00 | | 257.50 |
| Totals: | 0.50 | 515.00 | $ | 257.50 |

\* \* \* \* \*

MFB:LMH
Tax ID:  59-1270754

Greenberg Traurig, P.A. | Attorneys at Law | 777 South Flagler Drive | Suite 300 East | West Palm Beach, Florida 33401
Tel 561.650.7900 | Fax 561.655.6222 | www.gtlaw.com

Invoice No.:          2760334                                                          Page 1
Re:                   Robert Krieff v. EH/Transeastern
Matter No.:           090102.016700

<u>Description of Professional Services Rendered:</u>

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|------|------|------|------|------|
| 08/02/10 | Bridget A. Berry | Finalize Notice of Filing Status Report and file with appellate court. | 0.50 | 257.50 |
| | | Total Time: | 0.50 | |
| | | Total Fees: | | $ 257.50 |

Invoice No.:      2760334                                                    Page 2
Re:               Robert Krieff v. EH/Transeastern
Matter No.:       090102.016700

## Description of Expenses Billed:

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 08/02/10 | VENDOR: Rock Legal Services & Investigations, In INVOICE#: 2010011453 DATE: 8/2/2010 Job Number 2010011453 - Courier to: 4th DCA Requested by Lance Paxton on 08/02/2010 090102.016700 , | $ | 22.50 |
| 08/02/10 | Copy; 388 Page(s) by 004368 | $ | 58.20 |
| 08/02/10 | Postage by 004368 | $ | 5.00 |
| 08/02/10 | Postage by 004368 | $ | 5.00 |
| | | Total Expenses: $ | 90.70 |