**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Cases |
| | ) | Case No. 08-10928-JKO |
| TOUSA, INC., *et al.*, | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |
| | ) | |

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON DECEMBER 6, 2010**[1]

# INTRODUCTION

    Set forth below is a proposed agenda for the hearing scheduled for December 6, 2010 at 9:30 a.m. (the "Agenda"). The information contained in this Agenda reflects documents received in our offices as of the date hereof.

    Effective January 1, 2010, all telephonic appearances before Judge Olson must be via CourtCall, an independent conference call company. Counsel wishing to appear by telephone must establish an account with CourtCall and follow its procedures. See www.CourtCall.com or call (888) 882-6878. Please also see Judge Olson's instructions at http://www.flsb.uscourts.gov/frames/jko.pl.

| I. | | **Uncontested Matters** | **Filed** |
|---|---|---|---|
| 1. | A. | **Committee's Motion to Modify Claims Procedures**. Motion of the Official Committee of Unsecured Creditors of TOUSA, Inc. *et al.* for Modification of the Claims Objection Procedure. | 11/19/10<br>D.E. #6335 |
| | | **Response Deadline:** December 1, 2010 at 5:00 p.m. | |
| | | **Responses Received:** None | |
| | | **Other Related Filings:** | |
| | B. | Notice of Hearing re: Motion of the Official Committee of Unsecured Creditors of TOUSA, Inc. *et al.* for Modification of the Claims Objection Procedure [D.E. # 6335]. Hearing scheduled for 12/06/2010 at 9:30 a.m. at 299 E. Broward Blvd., Room 301 (JKO), Fort Lauderdale. | 11/22/10<br>D.E. #6356 |
| | | **Status:** This matter is going forward. | |

---

[1] Pleadings that have been filed, but later withdrawn, have not been listed.

| | | | |
|---|---|---|---|
| **II.** | | **Contested Interim Fee Applications** | |
| 1. | A. | **Moelis & Company LLC**. Sixth Interim Fee Application of Moelis & Company LLC as Financial Advisor and Investment Banker to the Official Committee of Unsecured Creditors for the Period January 1, 2010 Through April 30, 2010. | 7/1/10<br>D.E. #5719 |
| | | **Response Deadline:** December 1, 2010 at 5:00 p.m. | |
| | | **Responses Received:** None | |
| | | **Other Related Filings:** | |
| | B. | Re-Notice of Hearing re: Sixth Application for Interim Compensation for William Q. Derrough, Financial Advisor, Period: 1/1/2010 to 4/30/2010, Fee: $600,000.00, Expenses: $8,705.00, filed by Other Professional William Q. Derrough [D.E. #5719]. Hearing scheduled for 12/06/2010 at 9:30 a.m. at 299 E. Broward Blvd., Room 301 (JKO), Fort Lauderdale. | 11/19/10<br>D.E. #6334 |
| | C. | Citicorp North America, Inc.'s as Revolver Agent and First Lien Term Loan Agent, (A) Objection to the Sixth Interim Fee Application of Moelis & Company LLC as Financial Advisor and Investment Banker to the Committee for the Period January 1, 2010 Through April 30, 2010 [Docket No. 5719] as Amended [Docket No. 5994]; (B) Seventh Interim Fee Application of Moelis & Company LLC as Financial Advisor and Investment Banker to the Committee for the Period May 1, 2010 Through August 31, 2010 [Docket No. 6236]; (C) Continued Limited Objection to the Seventh Interim Fee Application of J.H. Cohn LLP as Forensic Accountants and Financial Consultants to the Committee [Docket No. 5718] and (D) Limited Objection to the Eight Interim Fee Application of J.H. Cohn LLP as Forensic Accountants and Financial Consultants to the Committee [Docket No. 6235]. | 12/1/10<br>D.E. #6454 |
| | | **Status:** This matter is going forward. | |
| 2. | A. | **Moelis & Company LLC**. Seventh Interim Fee Application of Moelis & Company LLC as Financial Advisor and Investment Banker to the Official Committee of Unsecured Creditors for the Period May 1, 2010 Through August 31, 2010. | 11/1/10<br>D.E. #6236 |
| | | **Response Deadline:** December 1, 2010 at 5:00 p.m. | |
| | | **Responses Received:** None | |
| | | **Other Related Filings:** | |
| | B. | Notice of Hearing re: Seventh Application for Interim Compensation for Financial Advisory and Investment Banker, for William Q. Derrough, Other Professional, Period: 5/1/2010 to 8/31/2010, Fee: $400,000.00, Expenses: $26,434.00 [D.E. #6236]. Hearing scheduled for 12/06/2010 at 9:30 a.m. at 299 E. Broward Blvd., Room 301 (JKO), Fort Lauderdale. | 11/9/10<br>D.E. #6302 |
| | C. | Citicorp North America, Inc.'s as Revolver Agent and First Lien Term Loan Agent, (A) Objection to the Sixth Interim Fee Application of Moelis & Company LLC as Financial Advisor and Investment Banker to the Committee for the Period January 1, 2010 Through April 30, 2010 [Docket No. 5719] as Amended [Docket No. 5994]; (B) Seventh Interim Fee Application of Moelis & Company LLC as Financial Advisor and Investment Banker to the Committee for the Period May 1, 2010 Through August 31, 2010 [Docket No. 6236]; (C) Continued Limited Objection to the Seventh Interim Fee Application of J.H. Cohn LLP as Forensic Accountants and Financial Consultants to the Committee [Docket No. 5718] and (D) Limited | 12/1/10<br>D.E. #6454 |

|  |  |  |  |
|---|---|---|---|
|  |  | Objection to the Eight Interim Fee Application of J.H. Cohn LLP as Forensic Accountants and Financial Consultants to the Committee [Docket No. 6235]. |  |
|  |  | **Status:** This matter is going forward. |  |
| 3. | A. | **J.H. Cohn LLP**.  Eighth Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses to J.H. Cohn LLP as Forensic Accountants and Financial  Onsultants to the Official Committee of Unsecured Creditors of TOUSA, Inc., *et al.* | 11/1/10 D.E. #6235 |
|  |  | **Response Deadline:**  December 1, 2010 at 5:00 p.m. |  |
|  |  | **Responses Received:**  None |  |
|  |  | **Other Related Filings:** |  |
|  | B. | Notice of Hearing re: Eighth Interim Application for Interim Compensation for Forensic Accountants and Financial Consultants, for Kevin P Clancy, Other Professional, Period: 5/1/2010 to 8/31/2010, Fee: $352,574.45, Expenses: $919.12, [D.E. #6235].  Hearing scheduled for 12/06/2010 at 9:30 a.m. at 299 E. Broward Blvd., Room 301 (JKO), Fort Lauderdale. | 11/9/10 D.E. #6301 |
|  | C. | Citicorp North America, Inc.'s as Revolver Agent and First Lien Term Loan Agent, (A) Objection to the Sixth Interim Fee Application of Moelis & Company LLC as Financial Advisor and Investment Banker to the Committee for the Period January 1, 2010 Through April 30, 2010 [Docket No. 5719] as Amended [Docket No. 5994]; (B) Seventh Interim Fee Application of Moelis & Company LLC as Financial Advisor and Investment Banker to the Committee for the Period May 1, 2010 Through August 31, 2010 [Docket No. 6236]; (C) Continued Limited Objection to the Seventh Interim Fee Application of J.H. Cohn LLP as Forensic Accountants and Financial Consultants to the Committee [Docket No. 5718] and (D) Limited Objection to the Eight Interim Fee Application of J.H. Cohn LLP as Forensic Accountants and Financial Consultants to the Committee [Docket No. 6235].[2] | 12/1/10 D.E. #6454 |
|  |  | **Status:** This matter is going forward. |  |
| **III.** |  | **Uncontested Interim Fee Applications** |  |
| 1. | A. | **Greenberg Traurig, P.A.**  Eighth Interim Application for Compensation and Reimbursement of Expenses (Greenberg Traurig, P.A.) for the Period May 1, 2010 through August 31, 2010. | 10/29/10 D.E. #6225 |
|  |  | **Response Deadline:**  December 1, 2010 at 5:00 p.m. |  |
|  |  | **Responses Received:**  None |  |

---

[2] The objection filed by Citicorp North America, Inc. [D.E. #6454] states that it is a continued limited objection to the *Seventh Application of J.H. Cohn LLP, Forensic Accountants and Financial Consultants to the Official Committee of Unsecured Creditors of TOUSA, Inc.,* et al. *for the Period January 1, 2010 Through April 30, 2010* [D.E. #5718], which application was approved by order of the Court dated August 17, 2010 [D.E. #5977].

|   |   | | |
|---|---|---|---|
| | | **Other Related Filings:** | |
| | B. | Notice of Hearing re: Eighth Interim Application for Compensation for James P S Leshaw Esq, Special Counsel, Period: 5/1/2010 to 8/31/2010, Fee: $302,020.50, Expenses: $10669.22, filed by Attorney James P S Leshaw Esq. [D.E. #6225]. Hearing scheduled for 12/06/2010 at 9:30 a.m. at 299 E. Broward Blvd., Room 301 (JKO), Fort Lauderdale. | 11/1/10 D.E. #6241 |
| | | **Status:** This matter is going forward. | |
| 2. | A. | **Berger Singerman, P.A.** Eighth Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses to Berger Singerman, P.A., as Co-Counsel to the Debtors. | 11/1/10 D.E. #6226 |
| | | **Response Deadline:** December 1, 2010 at 5:00 p.m. | |
| | | **Responses Received:** None | |
| | | **Other Related Filings:** | |
| | B. | Notice of Hearing re: Eighth Application for Interim Compensation and Reimbursement of Expenses to Berger Singerman, P.A. as Co-Counsel to the Debtors for Paul Steven Singerman Esq, Debtor's Attorney, Period: 5/1/2010 to 8/31/2010, Fee: $37,340.50, Expenses: $2,969.47, filed by Attorney Paul Steven Singerman Esq. [D.E. # 6226]. Hearing scheduled for 12/06/2010 at 9:30 a.m. at 299 E. Broward Blvd., Room 301 (JKO), Fort Lauderdale. | 11/9/10 D.E. #6300 |
| | | **Status:** This matter is going forward. | |
| 3. | A. | **Robert Charles Lesser & Co.** Eighth Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses to Robert Charles Lesser & Co. as Real Estate Advisors to the Official Committee of Unsecured Creditors of TOUSA, Inc., *et al*. | 11/1/10 D.E. #6237 |
| | | **Response Deadline:** December 1, 2010 at 5:00 p.m. | |
| | | **Responses Received:** None | |
| | | **Other Related Filings:** | |
| | B. | Notice of Hearing re: Eighth Application for Interim Compensation for Real Estate Advisors, for Leonard Bogorad, Other Professional, Period: 5/1/2010 to 8/31/2010, Fee: $15,447.00, Expenses: $327.24 [D.E. #6237]. Hearing scheduled for 12/06/2010 at 9:30 a.m. at 299 E. Broward Blvd., Room 301 (JKO), Fort Lauderdale. | 11/9/10 D.E. #6304 |
| | | **Status:** This matter is going forward. | |
| 4. | A. | **Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP**. Seventh Interim Fee Application of Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP, Fraudulent Conveyance Litigation Counsel for the Official Committee of Unsecured Creditors of TOUSA, Inc., *et al*. | 11/1/10 D.E. #6238 |
| | | **Response Deadline:** December 1, 2010 at 5:00 p.m. | |
| | | **Responses Received:** None | |

|   |   |   |   |
|---|---|---|---|
| | | **Other Related Filings:** | |
| | B. | Notice of Hearing re: Seventh Application for Interim Compensation for Fraudulent Conveyance Litigation Counsel, for Lawrence S Robbins, Special Counsel, Period: 5/1/2010 to 8/31/2010, Fee: $1,235,494.25, Expenses: $71,872.29 [D.E. #6238]. Hearing scheduled for 12/06/2010 at 9:30 a.m. at 299 E. Broward Blvd., Room 301 (JKO), Fort Lauderdale. | 11/9/10 D.E. #6305 |

**Status:** This matter is going forward.

5. A. **Akin Gump Strauss Hauer & Feld LLP**. Eighth Application of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel for the Official Committee of Unsecured Creditors of TOUSA, Inc., *et al*., for Interim Allowance of Compensation and for Reimbursement of Expenses for Services Rendered During the Period May 1, 2010 Through August 31, 2010.    11/1/10 D.E. #6239

   **Response Deadline:** December 1, 2010 at 5:00 p.m.

   **Responses Received:** None

   **Other Related Filings:**

   B. Notice of Hearing re: Eighth Application for Interim Compensation for Co-counsel for the Official Committee of Unsecured Creditors for Daniel H Golden, Special Counsel, Period: 5/1/2010 to 8/31/2010, Fee: $1,677,504.50, Expenses: $62,916.77, filed by Daniel H. Golden [D.E. #6239]. Hearing scheduled for 12/06/2010 at 9:30 a.m. at 299 E. Broward Blvd., Room 301 (JKO), Fort Lauderdale.    11/9/10 D.E. #6306

   **Status:** This matter is going forward.

6. A. **Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.** Eighth Interim Fee Application of Patricia A. Redmond and Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A., for Compensation and Reimbursement of Expenses    11/1/10 D.E. #6240

   **Response Deadline:** December 1, 2010 at 5:00 p.m.

   **Responses Received:** None

   **Other Related Filings:**

   B. Notice of Hearing re: Eighth Application for Interim Compensation for Co-counsel, for Patricia A Redmond, Creditor Comm. Aty, Period: 5/1/2010 to 8/31/2010, Fee: $144,970.50, Expenses: $6,663.79, filed by Attorney Patricia A Redmond [D.E. #6240]. Hearing scheduled for 12/06/2010 at 9:30 a.m. at 299 E. Broward Blvd., Room 301 (JKO), Fort Lauderdale.    11/9/10 D.E. #6307

   **Status:** This matter is going forward.

7. A. **Ernst & Young LLP**. Eighth Interim Fee Application of Ernst & Young LLP, as Independent Auditors and Tax Advisors to the Debtors for the Period Beginning on May 1, 2010 Through August 31, 2010.    11/1/10 D.E. #6242

   **Response Deadline:** December 1, 2010 at 5:00 p.m.

   **Responses Received:** None

|   |   |   |   |
|---|---|---|---|
|   | **B.** | **Other Related Filings:**<br>Notice of Hearing re: Eighth Interim Application for Compensation and Reimbursement of Expenses for Peter N Wellman, Auditor, Period: 5/1/2010 to 8/31/2010, Fee: $270,864.00, Expenses: $1,643.00, filed by Auditor Peter N Wellman [D.E. #6242]. Hearing scheduled for 12/06/2010 at 9:30 a.m. at 299 E. Broward Blvd., Room 301 (JKO), Fort Lauderdale. | 11/9/10<br>D.E. #6308 |

**Status:** This matter is going forward.

| 8. | A. | **Lazard Freres & Co. LLC** Eighth Interim Application of Lazard Freres & Co. LLC, Debtors' Investment Banker & Financial Advisor, for the Period May 1, 2010 Through August 31, 2010. | 11/1/10<br>D.E. #6243 |
|---|---|---|---|

**Response Deadline:** December 1, 2010 at 5:00 p.m.

**Responses Received:** None

|   | **B.** | **Other Related Filings:**<br>Notice of Hearing re: Eighth Interim Application for Compensation and Reimbursement of Expenses for David S. Kurtz, Financial Advisor, Period: 5/1/2010 to 8/31/2010, Fee: $100,000.00, filed by Financial Advisor David S. Kurtz [D.E. #6243]. Hearing scheduled for 12/06/2010 at 9:30 a.m. at 299 E. Broward Blvd., Room 301 (JKO), Fort Lauderdale. | 11/9/10<br>D.E. #6309 |
|---|---|---|---|

**Status:** This matter is going forward.

| 9. | A. | **Kirkland & Ellis LLP**. Eighth Interim Application of Kirkland & Ellis LLP as Attorneys for the Debtors and Debtors in Possession for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses Incurred from May 1, 2010 Through August 31, 2010. | 11/1/10<br>D.E. #6244 |
|---|---|---|---|

**Response Deadline:** December 1, 2010 at 5:00 p.m.

**Responses Received:** None

|   | **B.** | **Other Related Filings:**<br>Notice of Hearing re Eighth Interim Application for Compensation and Reimbursement of Expenses for M. Natasha Labovitz, Special Counsel, Period: 5/1/2010 to 8/31/2010, Fee: $1,449,805.75, Expenses: $48,955.17, filed by Special Counsel M. Natasha Labovitz [D.E. #6244]. Hearing scheduled for 12/06/2010 at 9:30 a.m. at 299 E. Broward Blvd., Room 301 (JKO), Fort Lauderdale. | 11/9/10<br>D.E. #6310 |
|---|---|---|---|

**Status:** This matter is going forward.

# # #

Dated:  December 2, 2010

Respectfully submitted,

**BERGER SINGERMAN, P.A.**

/s/ Paul Steven Singerman
Paul Steven Singerman (Florida Bar No. 378860)
200 Biscayne Boulevard, Suite 1000
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile:  (305) 714-4340

- and -

**KIRKLAND & ELLIS LLP**
Richard M. Cieri (New York Bar No. 4207122)
M. Natasha Labovitz (New York Bar No. 2813251)
Joshua A. Sussberg (New York Bar No. 4216453)
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile:  (212) 446-4900

*Co-Counsel to the Debtors*

**EXHIBIT A**

**Formal Responses to Debtors' First Omnibus Objection to Claims**

|  | **FILED RESPONSES** |
|---|---|
| 1 | Response of Creditor Kendale Holdings, LLLP [Docket No. 5169] |
| 2 | Response of Creditor Allison Okon [Docket No. 5178] |
| 3 | Response of Creditor Salado Quarry, Inc. [Docket No. 5198] |
| 4 | Response of Creditor TJ's Quality Construction Clean-Up, LLC [Docket No. 5204] |
| 5 | Response of Creditor Sun State Nursery & Landscaping, Inc. [Docket No. 5205] |
| 6 | Response of Creditor Brittney King [Docket No. 5217] |
| 7 | Response of Creditor Edge Creek Builders [Docket No. 5218] |
| 8 | Response of Creditors Mai Kennedy and John Kennedy [Docket No. 5219] |
| 9 | Response of Creditors Cheryl Wimpey and Jerry Wimpey [Docket No. 5220] |
| 10 | Response of Creditor Specialized Services, Inc. [Docket No. 5226] |
| 11 | Response of Creditor Strategic Capital Resources, Inc. [Docket No. 5229] |
| 12 | Response of Creditor Don Christensen [Docket No. 5235] |
| 13 | Response of Creditor IRS [Docket No. 5240] |
| 14 | Response of Creditor King Landscaping & Sod of SW Florida, Inc. [Docket No. 5245] |
| 15 | Response of Creditor Pembroke Falls Homeowners Association, Inc. [Docket No. 5248] |
| 16 | Response of Creditor Mark S. Allen [Docket No. 5253] |
| 17 | Response of Interested Party Amick Construction, Inc. [Docket No. 5256] |
| 18 | Response of Creditor Marbella At Spanish Wells III Condominium Association, Inc. [Docket No. 5259] |
| 19 | Response of Creditor Mitchell & Stark Construction Co., Inc. [Docket No. 5261] |
| 20 | Response of Creditors Suzanne Burnside and John Burnside [Docket No. 5262] |
| 21 | Response of Creditors Annette Smith and Ernest Smith [Docket No. 5263] |
| 22 | Response of Creditor Premier Contractors Group, Inc. [Docket No. 5264] |
| 23 | Response of Creditor Lost River Homeowners' Assoc., Inc. [Docket No. 5266] |

|    | **FILED RESPONSES**                                                                               |
|----|---------------------------------------------------------------------------------------------------|
| 24 | Response of Creditor April Brown [Docket No. 5267]                                                |
| 25 | Response of Creditor Safety Rails of Florida, Inc. [Docket No. 5268]                              |
| 26 | Response of Creditor Deer Lake Homeowners Association, Inc. [Docket No. 5270]                     |
| 27 | Response of Creditor Donald W. McIntosh Associates, Inc. [Docket No. 5276]                        |
| 28 | Response of Creditor Cora B Wiltshire [Docket No. 5277]                                           |
| 29 | Response of Creditor Brian and Deborah Lynn [Docket No. 5278]                                     |
| 30 | Response of Creditor Brian and Stacy Appelblatt [Docket No. 5279]                                 |
| 31 | Response of Creditor Triple R Paving, Inc. [Docket No. 5280]                                      |
| 32 | Response of Creditor Central Supply Company [Docket No. 5281]                                     |
| 33 | Response of Creditor Earth and Sun Adobe, Inc. [Docket No. 5283]                                  |
| 34 | Response of Creditor Comet Electric & Equipment, LLC [Docket No. 5284]                            |
| 35 | Response of Creditor MG Building Materials, Ltd. [Docket No. 5285]                                |
| 36 | Response of Creditor Dorothy Minato [Docket No. 5290]                                             |
| 37 | Response of Creditor Copper Creek Homeowners' Association [Docket No. 5291]                       |
| 38 | Response of Creditor Cates-Kottas Development LLC [Docket No. 5292]                               |
| 39 | Response of Creditor Sean Murray [Docket No. 5294]                                                |
| 40 | Response of Creditor Michael Hood and Michael Hood & Assoc., LLC [Docket No. 5295]                |
| 41 | Response of Creditor Howard Hughes Properties, Inc. [Docket No. 5300]                             |
| 42 | Response of Creditor Jess Metzgar [Docket No. 5301]                                               |
| 43 | Response of Creditor KST Building & Land LLC [Docket No. 5302]                                    |
| 44 | Response of Creditor Simon & Shirlie Jacobs [Docket No. 5303]                                     |
| 45 | Response of Creditor McCloud Investors, LLC [Docket Nos. 5304, 5322]                              |
| 46 | Declaration of Larry L. Miller In Support on McCloud Investors, LLC Response [Docket No. 5323]    |
| 47 | Response of Creditor CNA Surety Company [Docket No. 5305]                                         |
| 48 | Response of Creditor Madeira II Islands at Doral Neighborhood [Docket No. 5308]                   |

|   | **FILED RESPONSES** |
|---|---|
| 49 | Response of Creditor Casabella Property Owners Association, Inc. [Docket No. 5309] |
| 50 | Response of Creditor Menorca at Islands at Doral Neighborhood [Docket No. 5310] |
| 51 | Response of Creditor Meadow Run Property Owners [Docket No. 5311] |
| 52 | Response of Creditor River Glen Condominium Association, Inc. [Docket No. 5312] |
| 53 | Response of Creditor Santorini at Islands Doral Neighborhood [Docket No. 5313] |
| 54 | Response of Creditor Drexel Park Townhomes 1 Condo Assoc [Docket No. 5314] |
| 55 | Response of Creditor Darlington Park Homeowners Association [Docket No. 5315] |
| 56 | Response of Creditor Estada at Monterra Homeowners Association [Docket No. 5316] |
| 57 | Response of Creditor Islands at Doral Master Association, Inc. [Docket No. 5317] |
| 58 | Response of Creditor Civil Constructors, Inc. [Docket No. 5320] |
| 59 | Response of Creditor Alberto Jauregui Designs [Docket No. 5325] |
| 60 | Response of Creditor Lisa M. Vitti [Docket No. 5326] |
| 61 | Response of Creditor Earl Cottman [Docket No. 5327] |
| 62 | Response of Creditors Peter Beattie and Bruce N Beattie [Docket No. 5329] |
| 63 | Response of Creditor Michael and Andria Schur [Docket No. 5330] |
| 64 | Response of Creditor Corey Lamb [Docket No. 5332] |
| 65 | Response of Creditor Connie Payne [Docket No. 5334] |
| 66 | Response of Creditor Larry Pierce [Docket No. 5335] |
| 67 | Response of Creditor Longaro & Clarke LP [Docket No. 5339] |
| 68 | Response of Creditor International Fidelity Insurance Company [Docket No. 5341] |
| 69 | Response of Creditor Weiss Sand and Clay LP [Docket No. 5346] |
| 70 | Response of Creditor Advantage Plumbing, Inc. [Docket No. 5351] |
| 71 | Response of Creditor Versailles at Wellington Homeowners Association, Inc. [Docket No. 5356] |
| 72 | Response of Creditor MADJ, Inc., dba Lodi Garage Doors & More, Inc. [Docket No. 5793] |
| 73 | Response of Creditor Markham Contracting Co., Inc. [Docket No. 5912] |

| | **FILED RESPONSES** |
|---|---|
| 74 | Response of Nancy and Larry Vantil [Docket No. 5939] |
| 75 | Response of Ana Maria Plaza [Docket No. 5940] |

**EXHIBIT B**

**Informal Responses to Debtors' First Omnibus Objection to Claims**

| TAB | INFORMAL RESPONSES |
|---|---|
| 1 | Response of Amick Construction, Inc. [Claim No. 1640] |
| 2 | Response of CD & E Services, Inc. d/b/a Royal Enterprises [Claim No. 3703] |
| 3 | Response of Green Acres USA, Inc. [Claim Nos. 2927, 2514, 2686] |
| 4 | Response of King Landscaping & Sod [Claim No. 1673] |
| 5 | Response of Kings Landscaping & Sod of SW Florida, Inc. [Claim No. 4365] |
| 6 | Response of Land Design South Inc. [Claim No. 1765] |
| 7 | Response of Ready Mixed Concrete Company [Claim No. 3706] |
| 8 | Response of Royal Tee Homeowners Association, Inc. [Claim Nos. 3908, 3909, 3910, 3912, 4303] |
| 9 | Response of Suncoast Paving, Inc. [Claim No. 2658] |
| 10 | Response of John & Tanya Whitaker [Claim No. 2841] |
| 11 | Response of Ana Maria Plaza on Behalf of Herself and on Behalf of All Others Similarly Situated [Claim No. 4481] |
| 12 | Response of Bellinger DeWolf & Sullivan [Claim No. 3388] |
| 13 | Response of CC Loan Acquisition LLC [Claim No. 2957, 2281] |
| 14 | Response of Arcadis Geraghty & Miller, Inc. [Claim No. 2034] |
| 15 | Response of Hanson Brick East LLC [Claim No. 3936] |
| 16 | Response of Masterpiece Interiors, Inc. [Claim Nos. 2138, 1938] |
| 17 | Response of Eagle Dunes LLC [Claim No. 3029] |
| 18 | Response of K T No. 1 LLC [Claim No. 3030] |
| 19 | Response of Nancy & Larry Vantil [Claim No. 1865] |
| 20 | Response of Victor Findley [Claim Nos. 3685 and 2076] |
| 21 | Response of IES Residential Inc d/b/a Mitchell Electric [Claim No. 2151] |
| 22 | Response of Zurich American Insurance Company its Subsidiaries and Affiliates A T I M A [Claim Nos. 3070, 3076, 3331, 3523, 3525, 3529, 3738, 3779, 3188, 3187, 3194] |

K&E 18059165.4

| TAB | INFORMAL RESPONSES |
|---|---|
| 23 | Response of International Fidelity Insurance [Claim No. 2153] |
| 24 | Response of Total Maintenance Erosion Control LLC [Claim Nos. 2926, 2923, 2707, 2922] |
| 25 | Response of SelectBuild Arizona LLC, *et al.* [Claim Nos. 2741, 3580] |
| 26 | Response of BMC West dba SelectBuild Colorado [Claim No. 3071] |
| 27 | Response of WBC Construction LLC d/b/a SelectBuild Florida LLC [Claim No. 3937] |
| 28 | Response of Dennis Sage [Claim Nos. 1638, 3612] |
| 29 | Response of Storm Water Solutions LP [Claim No. 702] |
| 30 | Response of D & L Telecommunications, Inc. [Claim Nos. 4320, 1390] |