

**ORDERED in the Southern District of Florida on January 10, 2011.**

John K. Olson, Judge
United States Bankruptcy Court

___

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov**

|  |  |
|---|---|
| In re: | ) Chapter 11 Cases |
| | ) Case No. 08-10928 (JKO) |
| TOUSA, Inc., et al., | ) Jointly Administered |
| Debtors. | ) |

**AGREED ORDER ADJOURNING HEARINGS ON (I) COMMITTEE'S MOTION TO APPROVE THE DISCLOSURE STATEMENT AND (II) SECOND LIEN AGENT'S MOTION TO DEFER *SINE DIE* THE SCHEDULING OF THE HEARING ON THE COMMITTEE'S PROPOSED PLAN OF LIQUIDATION**

Upon the motion [ECF No. 5803] (the "Disclosure Statement Motion")[1] of the Official

Committee of Unsecured Creditors (the "Committee") of TOUSA, Inc., et al. for the entry of an

---

[1] Capitalized terms used but not otherwise defined herein shall have the same meanings as used in the Disclosure Statement Motion.

100498510

order approving (i) the Disclosure Statement [ECF No. 5798] (the "Disclosure Statement") For Joint Plan Of Liquidation Of TOUSA, Inc. And Its Affiliated Debtors And Debtors In Possession Under Chapter 11 Of The Bankruptcy Code, filed by the Committee on July 16, 2010 [ECF No. 5799] (the "Plan") and (ii) certain procedures by which creditors entitled to vote may vote to accept or reject the Plan; and upon the amended versions of the Plan [ECF No. 6479] and Disclosure Statement [ECF No. 6478] filed by the Committee on December 10, 2010; and upon the Second Lien Agent's Motion to Defer *Sine Die* the Scheduling of the Hearing on the Committee's Proposed Plan of Liquidation [ECF No. 6556] (the "Scheduling Motion"), it is hereby

ORDERED THAT:

1. The hearings on the Disclosure Statement Motion and the Scheduling Motion are adjourned to February 17, 2011 at 9:30 a.m., at the United States Courthouse, 299 East Broward Boulevard, Room 301, Fort Lauderdale, Florida 33301.

2. Pursuant to the order dated November 11, 2010 [ECF No. 6299], the deadline to object to the Disclosure Statement was December 17, 2010.  The deadline to object to the Disclosure Statement has not been extended.  The Committee's reply brief will be filed with the Bankruptcy Court and served on the master service list on or before February 4, 2011. The Committee will file, but not serve, revised versions of the Plan and Disclosure Statement concurrently with the filing of the reply.  The deadline to object to the revised version of the Disclosure Statement shall be February 11, 2011, provided that any such objection must be limited to specific changes in the revised Disclosure Statement compared to the original Disclosure Statement.  The deadline for the Committee's reply (if any) to such objections shall be February 15, 2011.

100498510

3. Objections to the Scheduling Motion shall be filed and served on the master service list by February 4, 2011. The deadline for the Second Lien Agent's reply (if any) to such objections shall be February 11, 2011.

# # #

Submitted by:

Patricia A. Redmond (Florida Bar No. 303739)
STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
150 West Flagler Street, Miami, Florida 33130
-and-
Daniel H. Golden (New York Bar No. 1133859)
Philip C. Dublin (New York Bar No. 2959344)
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park, New York, NY 10036

*Co-Counsel to the Official Committee of Unsecured Creditors of TOUSA, Inc., et al.*

(Co-counsel for the Official Committee of Unsecured Creditors of TOUSA, Inc., et al., shall upon receipt serve a copy of this Order upon all interested parties and file a certificate of service.)

#675667 v1
100498510