Form CGFCRD4A (1/26/11)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 08–10928–JKO

Chapter: 11

**In re:**

TOUSA, Inc.
dba Technical USA, Inc., dba TOUSA Homes, Inc, dba Engle Homes, dba Newmark Homes Corporation, dba Newmark Homes, L.P., ...
c/o Paul Steven Singerman, Esq
200 Biscayne Blvd #1000
Miami, FL 33131

EIN: 76–0460831

## RENOTICE OF HEARING

(reset from August 18, 2011)

**NOTICE IS HEREBY GIVEN** that a hearing will be held on **June 21, 2011** at **10:30 AM,** at the following location:

**U.S. Courthouse
299 E Broward Blvd #301
Ft Lauderdale FL 33301**

to consider the following:

**Motion for Entry of an Order Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure Authorizing Tousa, Inc. to Enter into a Settlement Agreement with Zurich American Insurance Company and Steadfast Insurance Company Filed by Debtor TOUSA, Inc.**

**THIS MATTER HAS BEEN SCHEDULED FOR A TEN MINUTE HEARING. IF YOU REQUIRE MORE TIME YOU MUST CONTACT THE COURTROOM DEPUTY IMMEDIATELY FOR A SPECIAL SETTING.**
**This matter has not been scheduled as an evidentiary hearing.** If you require an evidentiary hearing, the currently scheduled hearing will be treated as a preliminary hearing. Contact the courtroom deputy, Christina Romero at (954) 769–5774 to schedule a final evidentiary hearing.

**THE MOVANT, (OR MOVANT'S COUNSEL if represented by an attorney) SHALL SERVE A COPY OF THIS NOTICE OF HEARING** and, unless previously served, the above–described pleading on all required parties within the time frames required by the Bankruptcy Rules, Local Rules, or orders of the Court, and shall file a certificate of service as required under Local Rules 2002–1(F) and 9073–1(B). Any party who fails to properly serve any pleadings or other paper may be denied the opportunity to be heard thereon.

**PLEASE NOTE:** Photo identification is required to gain entrance to all federal courthouse facilities. Electronic devices, including but not limited to cameras, cellular phones (including those with cameras), pagers, personal data assistants (PDA), laptop computers, radios, tape–recorders, etc., **are not permitted** in the courtroom, chambers or other environs of this court. These restrictions **(except for cameras not integrated into a cell phone device)** do not apply to attorneys with a valid Florida Bar identification card, attorneys who have been authorized to appear by pro hac vice order and witnesses subpoenaed to appear in a specific case. An attorney seeking entry to the Ft. Lauderdale courthouse facilities must also be admitted to practice in the Southern District of Florida or be authorized to appear by pro hac vice order. **No one is permitted to bring a camera or other prohibited electronic device into a federal courthouse facility except with a written order signed by a judge and verified by the United States Marshal's Service. See Local Rule 5072–2.**

**Dated: 5/31/11**                                        **CLERK OF COURT**
                                                          By: Christina Romero

Deputy Clerk