UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| In re: | ) | Chapter 11 Cases |
| | ) | Case No. 08-10928-JKO |
| TOUSA, INC., *et al.*, | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |
| | ) | |

NOTICE OF AMENDED AGENDA OF MATTERS
SCHEDULED FOR HEARING ON JUNE 21, 2011

# INTRODUCTION

Set forth below is a proposed agenda for the hearing scheduled for June 21, 2011 at 10:30 a.m. (the "Agenda"). The information contained in this Agenda reflects documents received in our offices as of the date hereof.

All telephonic appearances before Judge Olson must be via CourtCall, an independent conference call company. Counsel wishing to appear by telephone must establish an account with CourtCall and follow its procedures. See www.CourtCall.com or call (888) 882-6878. Please also see Judge Olson's instructions at http://www.flsb.uscourts.gov/frames/jko.pl.

| **I.** | | **Uncontested Matters** | **Filed** |
|---|---|---|---|
| **1.** | **A.** | **Zurich Settlement Agreement Motion** - TOUSA, Inc.'s, Motion for Entry of an Order Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure Authorizing TOUSA, Inc. to Enter into a Settlement Agreement with Zurich American Insurance Company and Steadfast Insurance Company | 5/19/2011 D.E. #7552 |
| | | **Response Deadline:** June 16, 2011 at 5:00 p.m. | |
| | | **Responses Received:** None | |
| | | **Other Related Filings:** | |
| | **B.** | Notice of Hearing of Zurich Settlement Agreement Motion | 5/24/11 D.E. #7567 |
| | **C.** | Re-Notice of Hearing of Zurich Settlement Agreement Motion | 5/31/11 D.E. #7591 |
| | | **Status:** This matter is going forward. | |
| **2.** | **A.** | **Relief From Stay Motion** - Motion of Antonio B. Mon, Randy L. Kotler and David Keller for Relief From the Automatic Stay, to the Extent Applicable, to Permit Insurer to Advance Certain Defense Costs | 5/27/2011 D.E. #7581 |
| | | **Response Deadline:** June 16, 2011 at 5:00 p.m. | |

**Response Received:**

**B.** Limited Objection of the Official Committee of Unsecured Creditors of TOUSA, Inc. *et al.*, to Motion of Antonio B. Mon, Randy L. Kotler and David Keller for Relief From the Automatic Stay, to the Extent Applicable, to Permit Insurer to Advance Certain Defense Costs

6/16/2011
D.E. #7653

**Other Related Filing:**

**C.** Notice of Hearing of Relief from Stay Motion

6/8/2011
D.E. #7627

**Status:** This matter is going forward for the purpose of presenting an agreed upon order that resolves the limited objection.

# # #

Dated: June 20, 2011

Respectfully submitted,

**BERGER SINGERMAN, P.A.**

/s/ Paul Steven Singerman
Paul Steven Singerman (Florida Bar No. 378860)
200 Biscayne Boulevard, Suite 1000
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile:  (305) 714-4340

- and -

**KIRKLAND & ELLIS LLP**
Richard M. Cieri (New York Bar No. 4207122)
M. Natasha Labovitz (New York Bar No. 2813251)
Joshua A. Sussberg (New York Bar No. 4216453)
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile:  (212) 446-4900

*Co-Counsel to the Debtors*