**GT** GreenbergTraurig

|  |  |  |
|---|---|---|
| Invoice No. : | | 2860041 |
| File No. | : | 055697.018600 |
| Bill Date | : | February 4, 2011 |

TOUSA Inc.
4000 Hollywood Blvd.
Ste. 400N
Hollywood, Florida  33021

Attn: Sorana Georgescu

## INVOICE

Re:   Zurich American Insurance

Legal Services through January 31, 2011:

|  |  |  |
|---|---|---|
| Total Fees: | $ | 73,526.50 |

Expenses:

| | | |
|---|---|---|
| Conference Calls | 8.40 | |
| Photocopy Charges | 8.70 | |
| Deposition/Court Reporters | 59.40 | |
| Postage | 3.12 | |
| Travel and Lodging Out of Town | 200.00 | |
| Information and Research | 1,561.23 | |
| Total Expenses: | $ | 1,840.85 |
| **Total Current Invoice:** | **$** | **75,367.35** |

PNB:SC
Tax ID:  59-1270754

**WE HAVE MOVED**
**Greenberg Traurig, P.A.**
333 Avenue of the Americas (333 S.E. 2nd Avenue) | Suite 4400 | Miami, Florida 33131
Tel 305.579.0500 | Fax 305.579.0717 | www.gtlaw.com

# GT GreenbergTraurig

Invoice No. :  2860041
File No.    :  055697.018600

### Summary of Fees (Current Invoice)

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Paul Berkowitz | 13.60 | 670.00 | 9,112.00 |
| Padma G. Hinrichs | 44.20 | 430.00 | 19,006.00 |
| James P. S. Leshaw | 48.30 | 725.00 | 35,017.50 |
| Ari Newman | 31.10 | 315.00 | 9,796.50 |
| Maribel Fontanez | 2.90 | 205.00 | 594.50 |
| Totals: | 140.10 | 524.81 | $ 73,526.50 |

PNB:SC
Tax ID: 59-1270754

**WE HAVE MOVED**
**Greenberg Traurig, P.A.**
**333 Avenue of the Americas (333 S.E. 2nd Avenue) | Suite 4400 | Miami, Florida 33131**
**Tel 305.579.0500 | Fax 305.579.0717 | www.gtlaw.com**

Invoice No.:    2860041                                                                 Page  1

Matter No.:    055697.018600

Description of Professional Services Rendered

## Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 01/04/11 | Padma G. Hinrichs | Tele-conference with and exchange e-mails with Chris Boyd re response to motion | 0.20 | 86.00 |
| 01/05/11 | Padma G. Hinrichs | Draft response to Zurich's emergency motion to lift stay | 3.30 | 1419.00 |
| 01/06/11 | Paul Berkowitz | Prepare response to Zurich Pleading | 1.80 | 1206.00 |
| 01/06/11 | Padma G. Hinrichs | Continue drafting response in opposition to Zurich's emergency motion and research in support of same; tele-coference with and e-mails to Paul Berkowitz, Jim Leshaw, and Angeline Koo re response and revisions to same | 8.30 | 3569.00 |
| 01/06/11 | James P. S. Leshaw | Strategy re Zurich response; review of cases re same | 2.20 | 1595.00 |
| 01/07/11 | Paul Berkowitz | Prepare answers to Zurich Motion, telephone calls re same | 1.60 | 1072.00 |
| 01/07/11 | Maribel Fontanez | Prepare motion for extension to file response to Motion to Assert Defenses and order; e-mail same to P. Hinrichs for review; e-file same with court and upload order. | 1.50 | 307.50 |
| 01/07/11 | Padma G. Hinrichs | Multiple e-mails to and tele-conferences with Jim Leshaw, Paul Berkowitz re revisions to response; research re standard for stay relief in context of setoff and setoff of unliquidated claims; review local rules and commentary and tele-conference with Angeline Koo re deadline; communicate with Maribel Fontanez re filing motion for extension and review and revise motion and order; review and revise response to emergency motion | 4.80 | 2064.00 |
| 01/07/11 | James P. S. Leshaw | Review of and revision of opposition to Zurich stay relief motion; calls and emails re same | 6.40 | 4640.00 |
| 01/10/11 | Paul Berkowitz | prepare Zurich response, telephone calls re same | 1.30 | 871.00 |
| 01/10/11 | Padma G. Hinrichs | Tele-conference with Sorana Georgescu and Angeline Koo re comments to response to emergency motion; review e-mails from Jim Leshaw and Paul Berkowitz re same; incorporate revisions to response from Sorana Georgescu, Paul Berkowitz, and Angeline Koo; attention to service issues; exchange e-mails with Ron Gellert and Kitt Turner re exhibit under seal; begin preparing for hearing on motion to permit setoff and e-mail to Jim Leshaw re same | 6.70 | 2881.00 |
| 01/10/11 | James P. S. Leshaw | Review of and revision of opposition; follow up re same; telephone conference with Gary Freedman re same | 1.60 | 1160.00 |
| 01/11/11 | Paul Berkowitz | Re court hearing | 0.20 | 134.00 |

Invoice No.:    2860041                                                                          Page 2

Matter No.:     055697.018600

<u>Description of Professional Services Rendered</u>

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 01/11/11 | Padma G. Hinrichs | Continue preparing case law for Jim Leshaw's review in preparation for Zurich's hearing on motion to allow setoff; exchange e-mails with Sorana Georgescu, Paul Berkowitz, Josh Sussberg and Jim Leshaw re moving hearing date; review creditor committee's joinder in response to Zurich's motion | 3.40 | 1462.00 |
| 01/11/11 | James P. S. Leshaw | Preparation for hearing on Zurich stay relief motion | 2.30 | 1667.50 |
| 01/12/11 | Paul Berkowitz | Review Zurich Motion | 1.30 | 871.00 |
| 01/12/11 | Padma G. Hinrichs | Review Zurich's reply in support of emergency motion; exchange e-mails with Jim Leshaw, Sorana Georgescu, and Paul Berkowitz re reply; tele-conference with Ari Newman re reply; tele-conference with Jim Leshaw, Sorana Georgescu, and Paul Berkowitz re hearing; exchange e-mails with Angeline Koo re reply; send additional caselaw to Jim Leshaw in preparation for hearing | 2.60 | 1118.00 |
| 01/12/11 | James P. S. Leshaw | Prepare for hearing on Zurich stay relief motion | 6.60 | 4785.00 |
| 01/12/11 | Ari Newman | Case law research and analysis re recoupment and setoff issues (1.0).  Internal discussion and analysis re same (0.3). | 1.30 | 409.50 |
| 01/13/11 | Paul Berkowitz | Attend hearing telephonically | 2.20 | 1474.00 |
| 01/13/11 | Padma G. Hinrichs | Prepare for and attend hearing on emergency motion for stay relief and motion to file under seal; tele-conferences with Paul Berkowitz and Angeline Koo re outcome of hearing; research re court registry fees and exchange e-mails with Jim Leshaw re same; follow up re transcript of hearing | 5.50 | 2365.00 |
| 01/13/11 | James P. S. Leshaw | Preparation for Zurich stay relief hearing; participation in same; follow up re hearing, including calls re escrow issues, extension of time and related matters; review of and revision of draft escrow agreement | 5.80 | 4205.00 |
| 01/13/11 | Ari Newman | Drafting and revising form Escrow Agreement; internal discussions re same; circulating Escrow Agreement to opposing counsel; discussion re case strategy and issues. | 1.60 | 504.00 |
| 01/14/11 | Paul Berkowitz | Conference re escrow issue, possible settlement | 0.50 | 335.00 |
| 01/14/11 | Padma G. Hinrichs | E-mails to Nancy Crossman re transcript; e-mail to Maribel Fontanez re certificate of service; draft orders on motion to file under seal and emergency motion re setoff; e-mail to Jim Leshaw re same | 1.40 | 602.00 |
| 01/14/11 | James P. S. Leshaw | Review of and revision of stay relief order; strategy re claim objections and settlement issues | 3.20 | 2320.00 |
| 01/17/11 | Padma G. Hinrichs | Exchange e-mails with Paul Berkowitz and Jim | 0.20 | 86.00 |

Invoice No.:    2860041                                                          Page 3

Matter No.:    055697.018600

Description of Professional Services Rendered

| | | | | |
|---|---|---|---|---|
| | | Leshaw re proposed orders | | |
| 01/17/11 | Ari Newman | Drafting and revising Escrow Agreement with Zurich (2.2); internal discussions and emails re same (0.3). | 2.50 | 787.50 |
| 01/18/11 | Paul Berkowitz | Prepare Escrow Agreement, review Loss PIK | 1.20 | 804.00 |
| 01/18/11 | Maribel Fontanez | Prepare certificate of service and e-file. | 0.20 | 41.00 |
| 01/18/11 | Maribel Fontanez | Review noticing agent cite to obtain copies of proofs of claim; review PACER claims register; call with noticing agent regarding request for proofs of claim; e-mail to noticing agent requesting proofs of claim; e-mail to J. Leshaw regarding same; finalize binder. | 1.00 | 205.00 |
| 01/18/11 | Padma G. Hinrichs | Review e-mails from Sorana Georgescu and Jim Leshaw re transcript and Zurich's proofs of claim; review certificate of service and e-mail to Brenda Munoz re same; review transcript of ruling; review Zurich's proofs of claim | 1.20 | 516.00 |
| 01/18/11 | James P. S. Leshaw | Review of and revision of escrow agreement; follow up re claim issues; telephone conference with Kit Turner re next steps | 1.40 | 1015.00 |
| 01/18/11 | Ari Newman | Drafting and revising Escrow Agreement; circulating same for review by opposing counsel. | 1.10 | 346.50 |
| 01/19/11 | Paul Berkowitz | Telephone call Hilliard, Wigginton re Zurich claims, conference re same | 1.40 | 938.00 |
| 01/19/11 | Maribel Fontanez | Download and e-file proofs of claim to P. Hinrichs. | 0.20 | 41.00 |
| 01/19/11 | Padma G. Hinrichs | Multiple tele-conferences with and e-mails to Mark Hilliard, Carol Wigginton, Paul Berkowitz, Ari Newman, and Jim Leshaw re coverage issues, choice of law provision, amendment of complaint, response to complaint, and order on hearing; review Zurich's proofs of claim and e-mail to Maribel Fontanez re same; analyze spreadsheet from Sorana Georgescu re POCs | 3.60 | 1548.00 |
| 01/19/11 | James P. S. Leshaw | Multiple calls with Paddy, Hinrichs and Miller re strategy and legal issues; t/c with Hilliard re background and proofs of claim; review of proofs of claim and policies | 3.80 | 2755.00 |
| 01/19/11 | Ari Newman | Conference call with insurance broker re insurance policies and other issues pertinent to the adversary proceeding (1.0); Conference call with M. Miller re insurance law issues, choice of law issues and other issues pertinent to the adversary proceeding (0.6); Internal discussion and strategy re adversary proceeding (0.9); Case law and treatise research re counterclaim issues (1.0); drafting and revising Escrow Agreement and resolving related escrow issues (0.4) | 3.90 | 1228.50 |
| 01/20/11 | Paul Berkowitz | Telephone call re Escrow Agreement | 0.50 | 335.00 |

Invoice No.:    2860041                                                          Page 4

Matter No.:    055697.018600

<u>Description of Professional Services Rendered</u>

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 01/20/11 | Padma G. Hinrichs | Review e-mails from Jim Leshaw and Kit Turner; review transcript from hearing | 0.70 | 301.00 |
| 01/20/11 | James P. S. Leshaw | Telephone conference with kit Turner re litigation issues, escrow, etc.; follow up re choice of law issues; legal research re setoff issues; email re call with Kit; review of escrow agreement and order; follow up re same | 4.80 | 3480.00 |
| 01/20/11 | Ari Newman | Case law and treatise research re compulsory counterclaim and joinder issues (2.0). Drafting and revising Escrow Agreement and internal discussion escrow issues (1.0). Internal strategy discussions re claims analysis, setoff and other relevant issues (1.0). | 3.80 | 1197.00 |
| 01/21/11 | Padma G. Hinrichs | Review Zurich's answer and affirmative defenses; review e-mail from Jim Leshaw re same | 0.20 | 86.00 |
| 01/21/11 | James P. S. Leshaw | Review of Zurich answer to complaint; strategy re same; follow up re escrow issues | 1.20 | 870.00 |
| 01/21/11 | Ari Newman | Reviewing and analyzing Zurich's Answer and Counterclaim. Emails and discussion re escrow issues. | 0.30 | 94.50 |
| 01/23/11 | Ari Newman | Reviewing and analyzing case law and treatise research re Choice of Law issues (2.3); Drafting research Memorandum re same (2.6). Reviewing and analyzing case law and treatise research re setoff issues (0.7). | 5.60 | 1764.00 |
| 01/24/11 | Padma G. Hinrichs | Exchange e-mails with Jim Leshaw re scheduling order; review Judge Olson's pre-trial order deadlines | 0.20 | 86.00 |
| 01/24/11 | James P. S. Leshaw | Review of choice of law cases; telephone conference with Kit Turner re scheduling issues; email re same | 2.20 | 1595.00 |
| 01/24/11 | Ari Newman | Drafting and revising Research Memorandum address Choice of Law Issues; Drafting and revising Research Memorandum addressing Setoff issues. | 4.00 | 1260.00 |
| 01/25/11 | Padma G. Hinrichs | Exchange e-mails with Kit Turner and Jim Leshaw re scheduling order | 0.10 | 43.00 |
| 01/25/11 | James P. S. Leshaw | Review of choice of law cases | 0.80 | 580.00 |
| 01/25/11 | Ari Newman | Reviewing and analyzing case law and treatise research re choice of law issues, and drafting and revising research Memorandum addressing choice of law issues. | 4.30 | 1354.50 |
| 01/26/11 | Paul Berkowitz | Review Motions and Orders | 0.30 | 201.00 |
| 01/26/11 | James P. S. Leshaw | Review of and revision of memo re choice of law issues; strategy re same; telephone conference with Kit Turner re escrow funds; follow up email and call re same; review of seal order | 3.30 | 2392.50 |
| 01/26/11 | Ari Newman | Drafting and revising research Memorandum | 1.70 | 535.50 |

Invoice No.:    2860041                                                                                          Page  5

Matter No.:    055697.018600

Description of Professional Services Rendered

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | addressing choice of law issues (1.0); internal discussion re choice of law issues and analysis, and general strategy (0.5); emails to Zurich's counsel re Escrow Agreement and Order (0.1); reviewing and analyzing Order (0.1). |  |  |
| 01/27/11 | Paul Berkowitz | Review Choice of Law memo, conferences re same | 0.80 | 536.00 |
| 01/27/11 | James P. S. Leshaw | Review of amended answer; strategy re same and next steps | 0.50 | 362.50 |
| 01/27/11 | Ari Newman | Reviewing and analyzing Zurich's Amended Answer and internal emails re same (0.2); case law research and analysis re setoff and other relevant issues (0.8). | 1.00 | 315.00 |
| 01/31/11 | Paul Berkowitz | Conference re Zurich counterclaim. | 0.50 | 335.00 |
| 01/31/11 | Padma G. Hinrichs | Tele-conference with Kitt Turner, Jim Leshaw, and Gaston Loomis re proposed scheduling order and choice of law; tele-conference with and e-mails to Paul Berkowitz re strategy; review and respond to e-mails from Mark Hilliard; research re choice of law issues | 1.80 | 774.00 |
| 01/31/11 | James P. S. Leshaw | Preparation for call w. Kit Turner re scheduling issues; participation in call re same | 1.40 | 1015.00 |
| 01/31/11 | James P. S. Leshaw | Strategy re go-forward strategy and next steps | 0.80 | 580.00 |

|  |  |
|---|---|
| Total Time: | 140.10 |
| Total Fees: | $ 73,526.50 |

Invoice No.:    2860041                                                          Page 6

Re:             Zurich American Insurance

Matter No.:     055697.018600

Description of Expenses Billed

## Description of Expenses Billed:

| Date | Description | | Amount |
|------|-------------|---|--------|
| 12/01/10 | Search Criteria: (None);   Document Type: Pacer Research Charges for November 2010 | $ | 0.16 |
| 12/27/10 | Search Criteria: (None);   Document Type: Pacer Research Charges for November 2010 | $ | 2.40 |
| 12/29/10 | Search Criteria: (None);   Document Type: Pacer Research Charges for November 2010 | $ | 0.08 |
| 01/02/11 | VENDOR: Soundpath / Premier Global INVOICE#: GT010211 DATE: 1/2/2011 Conferencing Services Invoice Date 101228 User PNB Client Code 055697 Matter Code 018600 | $ | 2.02 |
| 01/05/11 | Westlaw Research by HINRICHS,PADMA. | $ | 4.05 |
| 01/06/11 | Westlaw Research by HINRICHS,PADMA. | $ | 34.05 |
| 01/07/11 | Westlaw Research by HINRICHS,PADMA. | $ | 344.83 |
| 01/10/11 | Postage by 004368 | $ | 3.12 |
| 01/10/11 | Westlaw Research by HINRICHS,PADMA. | $ | 91.30 |
| 01/11/11 | Westlaw Research by HINRICHS,PADMA. | $ | 2.80 |
| 01/12/11 | Westlaw Research by HINRICHS,PADMA. | $ | 184.56 |
| 01/13/11 | VENDOR: Leshaw, James P. S. INVOICE#: C051000003672110266 DATE: 1/13/2011 TYPE: Taxi/Car Service; REASON: Client Billable-MIA-Bkcy-Shareholder; DATE: 01/13/11 - Taxi from Key Biscayne to Fort Lauderdale Courthouse; MERCHANT: Yellow Cab | $ | 120.00 |
| 01/13/11 | VENDOR: Leshaw, James P. S. INVOICE#: C051000003672110266 DATE: 1/13/2011 TYPE: Taxi/Car Service; REASON: Client Billable-MIA-Bkcy-Shareholder; DATE: 01/13/11 - Taxi from Fort Lauderdale Courthouse to Greenberg Traurig Miami office; MERCHANT: Yellow Cab | $ | 80.00 |
| 01/16/11 | VENDOR: Soundpath / Premier Global INVOICE#: GT011611 DATE: 1/16/2011 Conferencing Services Invoice Date 110112 User PGH Client Code 055697 Matter Code 018600 | $ | 6.38 |
| 01/18/11 | VENDOR: Ouellette & Mauldin Court Reporters; INVOICE#: 947848; DATE: 1/18/2011  -  Court reporter services on 1/13/11- Hearing before Judge Olson - Judges ruling, orig & 1-8 pgs. | $ | 59.40 |
| 01/19/11 | Copy; 58 Page(s) by 000001 | $ | 8.70 |
| 01/20/11 | Westlaw Research by NEWMAN,ARI. | $ | 28.60 |
| 01/23/11 | Westlaw Research by NEWMAN,ARI. | $ | 299.15 |
| 01/24/11 | Westlaw Research by NEWMAN,ARI. | $ | 322.20 |
| 01/25/11 | Westlaw Research by NEWMAN,ARI. | $ | 221.65 |
| 01/26/11 | Westlaw Research by NEWMAN,ARI. | $ | 25.40 |

Invoice No.:    2860041                                                                    Page  7

Re:            Zurich American Insurance

Matter No.:    055697.018600

<u>Description of Expenses Billed</u>

                                              Total Expenses:      $      1,840.85

# GT | GreenbergTraurig

|  |  |  |
|---|---|---|
| Invoice No. | : | 2860034 |
| File No. | : | 055697.018700 |
| Bill Date | : | February 4, 2011 |

TOUSA Inc.
4000 Hollywood Blvd.
Ste. 400N
Hollywood, Florida 33021

Attn: Sorana Georgescu

## **INVOICE**

Re:   Motion to Intervene in Valente matters

Legal Services through January 31, 2011:

|  |  |  |
|---|---|---|
| Total Fees: | $ | 201.00 |
| **Total Current Invoice:** | **$** | **201.00** |

PNB:SC
Tax ID: 59-1270754

**WE HAVE MOVED**
Greenberg Traurig, P.A.
333 Avenue of the Americas (333 S.E. 2nd Avenue) | Suite 4400 | Miami, Florida 33131
Tel 305.579.0500 | Fax 305.579.0717 | www.gtlaw.com

 GreenbergTraurig

Invoice No. :  2860034
File No.    :   055697.018700

## Summary of Fees (Current Invoice)

| Timekeeper | Hours | Rate | | Amount |
|---|---|---|---|---|
| Paul Berkowitz | 0.30 | 670.00 | | 201.00 |
| Totals: | 0.30 | 670.00 | $ | 201.00 |

PNB:SC
Tax ID: 59-1270754

**WE HAVE MOVED**
**Greenberg Traurig, P.A.**
**333 Avenue of the Americas (333 S.E. 2nd Avenue) | Suite 4400 | Miami, Florida 33131**
**Tel 305.579.0500 | Fax 305.579.0717 | www.gtlaw.com**

Invoice No.:   2860034                                                Page  1

Matter No.:    055697.018700

<u>Description of Professional Services Rendered</u>

## Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 01/03/11 | Paul Berkowitz | Review settlement agreements | 0.30 | 201.00 |

|  |  |  | Total Time: | 0.30 |  |
|--|--|--|-------------|------|--|
|  |  |  | Total Fees: |  | $ 201.00 |

**GT** GreenbergTraurig

Invoice No. :  2857520
File No.     :  055697.050000
Bill Date   :  February 1, 2011

TOUSA Inc.
PREBILLS ARE PDF'D TO KARINA
DO NOT MAIL OR EMAIL TO THE CLIENT

## INVOICE

Re:   General Restructuring

Legal Services through January 31, 2011:

|  |  |  |
|---|---|---|
| Total Fees: | $ | 369.00 |

Expenses:

| | | |
|---|---|---|
| Federal Express Charges | 36.74 | |
| Photocopy Charges | 39.00 | |
| Total Expenses: | $ | 75.74 |
| Other Credits Applied: | | (444.74) |
| **Current Invoice:** | **$** | **0.00** |

LNG:KAL
Tax ID:  59-1270754

Greenberg Traurig, P.A. | Attorneys at Law | 777 South Flagler Drive | Suite 300 East | West Palm Beach, Florida 33401
Tel 561.650.7900 | Fax 561.655.6222 | www.gtlaw.com



Invoice No. :  2857520
File No.    :  055697.050000

## Summary of Fees (Current Invoice)

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Maribel Fontanez | 1.80 | 205.00 | 369.00 |
| Totals: | 1.80 | 205.00 | $ 369.00 |

\* \* \* \* \*

LNG:KAL
Tax ID:  59-1270754

Greenberg Traurig, P.A. | Attorneys at Law | 777 South Flagler Drive | Suite 300 East | West Palm Beach, Florida 33401
Tel 561.650.7900 | Fax 561.655.6222 | www.gtlaw.com

Invoice No.:      2857520                                                    Page  1
Re:               General Restructuring
Matter No.:       055697.050000

<u>Description of Professional Services Rendered:</u>

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|---|---|---|---|---|
| 01/07/11 | Maribel Fontanez | Prepare estimate of fees for January 2011; e-mail to P. Berkowitz in reply to his e-mail; circulate monthly reminder to group. | 0.40 | 82.00 |
| 01/18/11 | Maribel Fontanez | Review invoices and commence preparing summary; sent e-mail to L. Hart and P. Berkowitz regarding missing invoices. | 0.80 | 164.00 |
| 01/19/11 | Maribel Fontanez | Finalize summary of fees and expenses and serve. | 0.60 | 123.00 |

Total Time:   1.80
Total Fees:         $ 369.00

| Invoice No.: | 2857520 | Page 2 |
| Re: | General Restructuring | |
| Matter No.: | 055697.050000 | |

## Description of Expenses Billed:

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 01/19/11 | VENDOR: FedEx INVOICE#: 737297103 DATE: 1/26/2011 Tracking #465991068048; From: Maribel Fontanez, Greenberg Traurig - Miami, 333 Avenue Of The Americas, Miami, FL 33131;  To: Sorana Georgescuesq., Tousainc., 4000 Hollywood Blvd.ste 500, Hollywood, FL 33021 | $ | 7.26 |
| 01/19/11 | VENDOR: FedEx INVOICE#: 737297103 DATE: 1/26/2011 Tracking #465991068059; From: Maribel Fontanez, Greenberg Traurig - Miami, 333 Avenue Of The Americas, Miami, FL 33131;  To: Office Of The U.s. Trustee, -, 51 Sw 1st Streetroom 1204, Miami, FL 33130 | $ | 7.26 |
| 01/19/11 | VENDOR: FedEx INVOICE#: 737297103 DATE: 1/26/2011 Tracking #465991068060; From: Maribel Fontanez, Greenberg Traurig - Miami, 333 Avenue Of The Americas, Miami, FL 33131;  To: Daniel H. Goldenesq., Akin Gump Strauss Hauer Feld L, One Bryant Park, New York City, NY 10036 | $ | 11.11 |
| 01/19/11 | VENDOR: FedEx INVOICE#: 737297103 DATE: 1/26/2011 Tracking #465991068070; From: Maribel Fontanez, Greenberg Traurig - Miami, 333 Avenue Of The Americas, Miami, FL 33131;  To: Nicole L. Greenblattesq., Kirkl& Ellis Llp, Citigroup Center, New York City, NY 10022 | $ | 11.11 |
| 01/19/11 | Copy; 260 Page(s) by 000001 | $ | 39.00 |
| | Total Expenses: | $ | 75.74 |

**GT** GreenbergTraurig

|  |  |  |
|---|---|---|
| Invoice No. | : | 2860039 |
| File No. | : | 055697.020000 |
| Bill Date | : | February 4, 2011 |

TOUSA Inc.
4000 Hollywood Boulevard
Suite 400N
Hollywood, Florida 33021

Attn: Sorana Georgescu

## INVOICE

Re:   General Corp.

<u>Legal Services through January 31, 2011</u>:

|  |  |  |
|---|---|---|
| Total Fees: | $ | 536.00 |
| **Total Current Invoice:** | **$** | **536.00** |

PNB:SC
Tax ID: 59-1270754

### WE HAVE MOVED
**Greenberg Traurig, P.A.**
**333 Avenue of the Americas (333 S.E. 2nd Avenue) | Suite 4400 | Miami, Florida 33131**
**Tel 305.579.0500 | Fax 305.579.0717 | www.gtlaw.com**

# GT GreenbergTraurig

Invoice No. :   2860039
File No.    :   055697.020000

**Summary of Fees (Current Invoice)**

| Timekeeper | Hours | Rate | | Amount |
|---|---|---|---|---|
| Paul Berkowitz | 0.80 | 670.00 | | 536.00 |
| Totals: | 0.80 | 670.00 | $ | 536.00 |

PNB:SC
Tax ID:  59-1270754

**WE HAVE MOVED**
**Greenberg Traurig, P.A.**
**333 Avenue of the Americas (333 S.E. 2nd Avenue) | Suite 4400 | Miami, Florida 33131**
**Tel 305.579.0500 | Fax 305.579.0717 | www.gtlaw.com**

Invoice No.:    2860039                                                                Page  1

Matter No.:    055697.020000

<u>Description of Professional Services Rendered</u>

## <u>Description of Professional Services Rendered:</u>

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|------|------------|-------------|-------|--------|
| 01/05/11 | Paul Berkowitz | Telephone calls re Lake Las Vegas | 0.20 | 134.00 |
| 01/12/11 | Paul Berkowitz | Telephone call and email re Las Vegas Paving | 0.30 | 201.00 |
| 01/31/11 | Paul Berkowitz | Telephone call with potential Las Vegas counsel. | 0.30 | 201.00 |

<u>Total Time:</u>    0.80
<u>Total Fees:</u>         $ 536.00

# GT GreenbergTraurig

Invoice No. :  2857521
File No.     :  062225.075300
Bill Date   :  February 1, 2011

TOUSA Homes, Inc.
PREBILLS ARE PDF'D TO MARIBEL FONTANEZ & ERICA CALUC
DO NOT MAIL OR EMAIL TO THE CLIENT

## INVOICE

Re:   Waterford - Sale of

Expenses:

| | | | |
|---|---|---|---|
| Federal Express Charges | 18.06 | | |
| Total Expenses: | | $ | 18.06 |
| **Current Invoice:** | | **$** | **18.06** |

LNG:KAL
Tax ID:  59-1270754

Greenberg Traurig, P.A. | Attorneys at Law | 777 South Flagler Drive | Suite 300 East | West Palm Beach, Florida 33401
Tel 561.650.7900 | Fax 561.655.6222 | www.gtlaw.com



Invoice No.:  2857521
File No.    :   062225.075300

## Summary of Fees (Current Invoice)

| Timekeeper | Hours | Rate | | Amount |
|---|---|---|---|---|
| Totals: | 0.00 | 0.00 | $ | 0.00 |

* * * * *

LNG:KAL
Tax ID:  59-1270754

Greenberg Traurig, P.A. | Attorneys at Law | 777 South Flagler Drive | Suite 300 East | West Palm Beach, Florida 33401
Tel 561.650.7900 | Fax 561.655.6222 | www.gtlaw.com

Invoice No.:     2857521                                                    Page 2
Re:              Waterford - Sale of
Matter No.:      062225.075300

## Description of Expenses Billed:

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 01/14/11 | VENDOR: FedEx INVOICE#: 736467293 DATE: 1/19/2011 Tracking #796659255256; From: Daniel Wurtenberger, Greenberg Traurigp.a, 777 South Flagler Drive, West Palm Beach, FL 33401;   To: Sorana L. Georgescuesq., Tousa Homes, 4000 Hollywood Blvd Ste 400, Hollywood, FL 33021 | $ | 18.06 |
| | | Total Expenses:   $ | 18.06 |



Invoice No. : 2857522
File No.   : 062225.075400
Bill Date  : February 1, 2011

TOUSA Homes, Inc.
PREBILLS ARE PDF'D TO MARIBEL FONTANEZ & ERICA CALUC
DO NOT MAIL OR EMAIL TO THE CLIENT

## INVOICE

Re:  Regal Oaks Settlement of Dispute

<u>Legal Services through January 31, 2011</u>:

|  |  |  |
|---|---|---|
| Total Fees: | $ | 621.50 |

Expenses:
Photocopy Charges              0.15

|  |  |  |
|---|---|---|
| Total Expenses: | $ | 0.15 |
| **Current Invoice**: | $ | **621.65** |

LNG:KAL
Tax ID: 59-1270754

Greenberg Traurig, P.A. | Attorneys at Law | 777 South Flagler Drive | Suite 300 East | West Palm Beach, Florida 33401
Tel 561.650.7900 | Fax 561.655.6222 | www.gtlaw.com



Invoice No. : 2857522
File No.    :   062225.075400

## Summary of Fees (Current Invoice)

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Laurie L. Gildan | 1.10 | 565.00 | 621.50 |
| Totals: | 1.10 | 565.00 | $ 621.50 |

\* \* \* \* \*

LNG:KAL
Tax ID: 59-1270754

Greenberg Traurig, P.A. | Attorneys at Law | 777 South Flagler Drive | Suite 300 East | West Palm Beach, Florida 33401
Tel 561.650.7900 | Fax 561.655.6222 | www.gtlaw.com

| | | | | |
|---|---|---|---|---|
| Invoice No.: | 2857522 | | | Page 1 |
| Re: | Regal Oaks Settlement of Dispute | | | |
| Matter No.: | 062225.075400 | | | |

## Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/06/11 | Laurie L. Gildan | Revise questions from creditors' committee. | 0.10 | 56.50 |
| 01/13/11 | Laurie L. Gildan | Confirm court approval of sale. | 0.10 | 56.50 |
| 01/14/11 | Laurie L. Gildan | Review final sales order. | 0.30 | 169.50 |
| 01/25/11 | Laurie L. Gildan | Draft notice letter re. final sales order. | 0.20 | 113.00 |
| 01/30/11 | Laurie L. Gildan | Confirm that sale order is final. | 0.10 | 56.50 |
| 01/31/11 | Laurie L. Gildan | Letter to buyer re. expiration of objection period. | 0.30 | 169.50 |

|  | | |
|---|---|---|
| Total Time: | 1.10 | |
| Total Fees: | | $ 621.50 |

Invoice No.:    2857522                                              Page  2
Re:             Regal Oaks Settlement of Dispute
Matter No.:     062225.075400

## Description of Expenses Billed:

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 01/31/11 | Copy; 1 Page(s) by 025716 | $ | 0.15 |
| | Total Expenses: | $ | 0.15 |

 **GreenbergTraurig**

Invoice No.: 2866782
File No.   :  013157.102500
Bill Date  :  February 1, 2011

Engle Homes, Inc.
PREBILLS ARE PDF'D TO KARINA
DO NOT MAIL OR EMAIL TO THE CLIENT

## INVOICE

Re:  Barry B. Yamron v. Engle/Sunbelt, LLC, et al.

Legal Services through January 31, 2011:

|  |  |  |
|---|---|---|
| Total Fees: | $ | 56,190.00 |

Expenses:

| | | |
|---|---|---|
| Messenger/Courier Services | 58.00 | |
| Photocopy Charges | 484.05 | |
| Information and Research | 56.20 | |
| Total Expenses: | $ | 598.25 |
| **Current Invoice:** | $ | **56,788.25** |

\* \* \* \* \*

MFB:KAL
Tax ID:  59-1270754

Greenberg Traurig, P.A. | Attorneys at Law | 777 South Flagler Drive | Suite 300 East | West Palm Beach, Florida 33401
Tel 561.650.7900 | Fax 561.655.6222 | www.gtlaw.com



Invoice No. :    2866782
File No.    :    013157.102500

**Summary of Fees (Current Invoice)**

| Timekeeper | Hours | Rate | | Amount |
|------------|-------|------|---|--------|
| Paul Berkowitz | 0.30 | 670.00 | | 201.00 |
| Booker T. Evans | 22.10 | 585.00 | | 12,928.50 |
| Alexandra M. Nash | 112.40 | 300.00 | | 33,720.00 |
| Marian R. Mackey | 47.90 | 195.00 | | 9,340.50 |
| Totals: | 182.70 | 307.55 | $ | 56,190.00 |

\* \* \* \* \*

MFB:KAL
Tax ID:  59-1270754

Greenberg Traurig, P.A. | Attorneys at Law | 777 South Flagler Drive | Suite 300 East | West Palm Beach, Florida 33401
Tel 561.650.7900 | Fax 561.655.6222 | www.gtlaw.com

Invoice No.:  2866782                                                                                         Page  1
Re:           Barry B. Yamron v. Engle/Sunbelt, LLC, et al.
Matter No.:   013157.102500

## Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 01/03/11 | Alexandra M. Nash | Review issues regarding request to take expert deposition and status of discovery; review order dismissing PHMCWF; review Plaintiffs' supplemental responses to discovery. | 0.90 | 270.00 |
| 01/04/11 | Alexandra M. Nash | Draft renewed motion to dismiss; review issues regarding expert depositions; e-mail correspondence regarding expert depositions; review related e-mails regarding discovery cutoff and expert depositions; teleconference with B. Evans regarding same; review deposition of B. Yamron. | 6.80 | 2040.00 |
| 01/05/11 | Booker T. Evans | Revise and edit letter regarding discovery dispute with Plaintiff's counsel, J. Palecek. | 1.20 | 702.00 |
| 01/05/11 | Marian R. Mackey | Review discs and prepare spreadsheet relevant to searches requested by A. Nash regarding payments and taxes paid; update case notebook; call Margie regarding discs and disclosures. | 3.20 | 624.00 |
| 01/05/11 | Alexandra M. Nash | Teleconference with B. Berrett regarding motion to dismiss and motion for sanctions; conference with B. Evans regarding strategy; review issues regarding discovery dispute; review deposition of B. Yamron; review deposition of K. Yamron; conference with B. Evans regarding depositions and strategy; conduct research regarding mortgage fraud. | 7.00 | 2100.00 |
| 01/06/11 | Marian R. Mackey | Continue to review discs and documents relative to request of A. Nash. | 3.30 | 643.50 |
| 01/06/11 | Alexandra M. Nash | Conduct research regarding mortgage fraud for motion for sanctions; e-mail correspondence with B. Berrett; draft renewed motion to dismiss; conduct research regarding timeliness of amended complaint; e-mail M. Privity regarding "read and sign" of deposition; review documents produced by E. Ranta; review issues regarding source of funds for one Mast property; e-mail correspondence regarding discovery dispute; conference with M. Mackey regarding documents produced. | 8.00 | 2400.00 |
| 01/07/11 | Marian R. Mackey | Continue to review discs and documents relative to request of A. Nash. | 2.80 | 546.00 |
| 01/07/11 | Alexandra M. Nash | Review documents produced by plaintiffs; draft renewed motion to dismiss; review issues regarding Engle documents. | 5.00 | 1500.00 |
| 01/10/11 | Alexandra M. Nash | Draft motion for summary judgment; teleconference with R. Strole regarding status; teleconference with B. Evans regarding R. Strole opinion on issue of mortgage fraud. | 4.00 | 1200.00 |

| Invoice No.: | 2866782 | | Page 2 |
|---|---|---|---|
| Re: | Barry B. Yamron v. Engle/Sunbelt, LLC, et al. | | |
| Matter No.: | 013157.102500 | | |

Description of Professional Services Rendered

| | | | | |
|---|---|---|---|---|
| 01/11/11 | Marian R. Mackey | Review documents for source of funding on Mast purchases. | 0.80 | 156.00 |
| 01/11/11 | Alexandra M. Nash | Teleconference with R. Strole regarding depositions; review Ranta's response to plaintiffs' motion to compel; draft motion for summary judgment; e-mail correspondence with B. Berrett; conference with M. Mackey regarding source of funds letter; conference with B. Evans regarding renewed motion to dismiss. | 1.00 | 300.00 |
| 01/12/11 | Alexandra M. Nash | Draft motion for summary judgment; teleconference with B. Berrett regarding strategy and renewed motion to dismiss; conference with B. Evans; conduct research regarding consumer fraud action. | 5.10 | 1530.00 |
| 01/13/11 | Booker T. Evans | Revise and edit motion to dismiss renewing initial arguments and focusing on Plaintiff's failure to amend. | 1.60 | 936.00 |
| 01/13/11 | Marian R. Mackey | Prepare documents relative to request of A. Nash for upcoming motion. | 0.40 | 78.00 |
| 01/13/11 | Alexandra M. Nash | Draft motion for summary judgment. | 4.70 | 1410.00 |
| 01/14/11 | Alexandra M. Nash | Review renewed motion to dismiss; email correspondence with B. Berrett regarding same. | 0.80 | 240.00 |
| 01/18/11 | Booker T. Evans | Review and revise motion to dismiss and email correspondence regarding filing motion to dismiss. | 0.60 | 351.00 |
| 01/18/11 | Alexandra M. Nash | Draft motion for summary judgment; review issues regarding 30(b)(6) deposition; conference with B. Evans; conduct research regarding lender duty and consumer fraud action. | 5.80 | 1740.00 |
| 01/19/11 | Booker T. Evans | Receive and review Plaintiff's motion to amend and proposed amended complaint; review depositions of Masts and Yamrons. | 2.60 | 1521.00 |
| 01/19/11 | Alexandra M. Nash | Draft motion for summary judgment; teleconference with B. Berrett regarding motion to amend; conference with B. Evans regarding same; conduct research regarding reliance as element of causes of action. | 7.00 | 2100.00 |
| 01/20/11 | Booker T. Evans | Review Mast draft motion for summary judgment and read supporting case law. | 0.70 | 409.50 |
| 01/20/11 | Marian R. Mackey | Search documents relative to request of A. Nash and update information in loan chart. | 2.40 | 468.00 |
| 01/20/11 | Alexandra M. Nash | Draft motion for summary judgment; review Mast depositions for evidence; conference with B. Evans; review property chart. | 7.70 | 2310.00 |
| 01/21/11 | Booker T. Evans | Revise and edit motion for summary judgment in Mast matters. | 2.10 | 1228.50 |
| 01/21/11 | Marian R. Mackey | Continue research for A. Nash for upcoming motion. | 1.40 | 273.00 |
| 01/21/11 | Alexandra M. Nash | Draft motion for summary judgment; conference with B. Evans regarding same; review Yamron depositions for statement of facts. | 8.20 | 2460.00 |

| Invoice No.: | 2866782 | | Page 3 |
| Re: | Barry B. Yamron v. Engle/Sunbelt, LLC, et al. | | |
| Matter No.: | 013157.102500 | | |

Description of Professional Services Rendered

| | | | | |
|---|---|---|---|---|
| 01/24/11 | Booker T. Evans | Revise and edit motion for summary judgment regarding B. and K. Yamron's claims; research case law; read relevant cases and reorganize draft. | 3.80 | 2223.00 |
| 01/24/11 | Marian R. Mackey | Prepare draft statement of facts and research supporting evidence to be used as exhibits. | 10.30 | 2008.50 |
| 01/24/11 | Alexandra M. Nash | Draft Yamron motion for summary judgment; draft Mast statement of facts; conference with B. Evans regarding motions for summary judgment; conference with M. Mackey regarding statement of facts and exhibits; teleconference with B. Berrett regarding status of motion to dismiss for failure to disclose evidence timely. | 7.90 | 2370.00 |
| 01/25/11 | Booker T. Evans | Complete draft of the Mast motion for summary judgment. | 2.10 | 1228.50 |
| 01/25/11 | Booker T. Evans | Revise and edit draft Yamron motion for summary judgment. | 2.30 | 1345.50 |
| 01/25/11 | Marian R. Mackey | Continue Mast statement of facts and pull exhibits and revise and research citations for the Yamron and Punitive damages statement of facts and submit to A. Nash for review. | 9.60 | 1872.00 |
| 01/25/11 | Alexandra M. Nash | Draft Yamron statement of facts; revise Mast motion for summary judgment; draft motion for summary judgment regarding punitive damages; draft statement of facts regarding punitive damages; revise Mast statement of facts; conference with B. Evans regarding motion for summary judgments; review minute entry regarding allocation of fault. | 9.30 | 2790.00 |
| 01/26/11 | Paul Berkowitz | Review Notice to Dismiss, telephone calls regarding same. | 0.30 | 201.00 |
| 01/26/11 | Booker T. Evans | Final revisions to Mast motion for summary judgment and Mast separate statement of facts. | 1.40 | 819.00 |
| 01/26/11 | Booker T. Evans | Revise Yamron separate statement of facts. | 0.70 | 409.50 |
| 01/26/11 | Booker T. Evans | Revise and edit motion to dismiss RICO claims. | 0.90 | 526.50 |
| 01/26/11 | Marian R. Mackey | Continue edits and research additional citations for the Yamron statement of facts. | 2.50 | 487.50 |
| 01/26/11 | Alexandra M. Nash | Draft motion for summary judgment for Mast and Yamron claims; revise statements of facts; revise renewed motion to dismiss; conference with B. Evans. | 8.70 | 2610.00 |
| 01/27/11 | Booker T. Evans | Review final draft of motion for summary judgment and separate statement of facts and approve filing. | 0.80 | 468.00 |
| 01/27/11 | Booker T. Evans | Read and revise draft of motion to dismiss and statement of facts. | 0.70 | 409.50 |
| 01/27/11 | Marian R. Mackey | Edit all pending motions and statement of facts and prepare exhibits for filing. | 6.80 | 1326.00 |
| 01/27/11 | Alexandra M. Nash | Draft motions for summary judgment for Yamron and Mast; draft statements of fact; draft renewed motion to dismiss. | 4.00 | 1200.00 |

| Invoice No.: | 2866782 | | | Page 4 |
| Re: | Barry B. Yamron v. Engle/Sunbelt, LLC, et al. | | | |
| Matter No.: | 013157.102500 | | | |

Description of Professional Services Rendered

| 01/28/11 | Marian R. Mackey | Assist A. Nash with finalizing motions and statement of facts for filing and prepare hearing notebooks. | 4.40 | 858.00 |
|---|---|---|---|---|
| 01/28/11 | Alexandra M. Nash | Finalize motion for summary judgment for Mast and Yamron and statement of facts; finalize motion for summary judgment and statement of facts regarding punitive damages; finalize renewed motion to dismiss. | 7.90 | 2370.00 |
| 01/30/11 | Booker T. Evans | Receive and review Defendant's Motion to Dismiss or in the Alternative to Join Jill Quentzil as a Real Party in Interest. | 0.60 | 351.00 |
| 01/31/11 | Alexandra M. Nash | Review all pleadings filed by defendant Ranta; conference with B. Evans. | 2.60 | 780.00 |

|  |  | Total Time: | 182.70 |
|---|---|---|---|
|  |  | Total Fees: | $ 56,190.00 |

| | | | |
|---|---|---|---|
| Invoice No.: | 2866782 | | Page 5 |
| Re: | Barry B. Yamron v. Engle/Sunbelt, LLC, et al. | | |
| Matter No.: | 013157.102500 | | |

## Description of Expenses Billed:

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 01/06/11 | Westlaw Research by MIJARES NASH,ALEXANDRA. | $ | 56.20 |
| 01/11/11 | VENDOR: Advance Courier Services; INVOICE#: 81793; DATE: 1/18/2011 - In-house Messenger Service - Special Deliveries and Rushes | $ | 12.00 |
| 01/12/11 | Copy; 191 Page(s) by 016172 | $ | 28.65 |
| 01/20/11 | Copy; 23 Page(s) by 016172 | $ | 3.45 |
| 01/24/11 | Copy; 174 Page(s) by 016172 | $ | 26.10 |
| 01/27/11 | Copy; 241 Page(s) by 000075 | $ | 36.15 |
| 01/28/11 | VENDOR: Advance Courier Services; INVOICE#: 81795; DATE: 1/31/2011 - In-house Messenger Service - Special Deliveries and Rushes | $ | 46.00 |
| 01/28/11 | Copy; 1413 Page(s) by 016172 | $ | 211.95 |
| 01/28/11 | Copy; 80 Page(s) by 017104 | $ | 12.00 |
| 01/28/11 | Copy; 884 Page(s) by 016172 | $ | 132.60 |
| 01/28/11 | Copy; 221 Page(s) by 016172 | $ | 33.15 |
| | Total Expenses: | $ | 598.25 |

**GT** GreenbergTraurig

Invoice No. : 2866783
File No. : 013157.105300
Bill Date : February 1, 2011

Engle Homes, Inc.
PREBILLS ARE PDF'D TO KARINA
DO NOT MAIL OR EMAIL TO THE CLIENT

## INVOICE

Re:   Chinese Drywall Miscellaneous Matters

Legal Services through January 31, 2011:

|  |  |  |
|---|---|---|
| Total Fees: | $ | 215.00 |
| **Current Invoice:** | $ | **215.00** |

\* \* \* \* \*

MFB:KAL
Tax ID:  59-1270754

Greenberg Traurig, P.A. | Attorneys at Law | 777 South Flagler Drive | Suite 300 East | West Palm Beach, Florida 33401
Tel 561.650.7900 | Fax 561.655.6222 | www.gtlaw.com



Invoice No. :   2866783
File No.    :   013157.105300

## Summary of Fees (Current Invoice)

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Padma G. Hinrichs | 0.50 | 430.00 | 215.00 |
| Totals: | 0.50 | 430.00 | $      215.00 |

\* \* \* \* \*

MFB:KAL
Tax ID:  59-1270754

Greenberg Traurig, P.A. | Attorneys at Law | 777 South Flagler Drive | Suite 300 East | West Palm Beach, Florida 33401
Tel 561.650.7900 | Fax 561.655.6222 | www.gtlaw.com

Invoice No.:    2866783                                               Page  1
Re:             Chinese Drywall Miscellaneous Matters
Matter No.:    013157.105300

## Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 01/20/11 | Padma G. Hinrichs | Review letter from Durkee regarding inspection and e-mail to Brenda Munoz regarding same. | 0.20 | 86.00 |
| 01/24/11 | Padma G. Hinrichs | Exchange e-mails with Brenda Munoz regarding response to Durkee letter and drywall samples. | 0.30 | 129.00 |
| | | Total Time: | 0.50 | |
| | | Total Fees: | | $ 215.00 |

 **GT** GreenbergTraurig

Invoice No. : 2866784
File No.     :  013157.106000
Bill Date    :  February 1, 2011

Engle Homes, Inc.
Tousa Homes, Inc.
4000 Hollywood Blvd
Suite 400 N
Hollywood, Florida  33021

Attn: Sorana Georgescu, Esq,

## INVOICE

Re:  Florence Gomery, et al. v. Technical Olympic USA, et al.

<u>Legal Services through January 31, 2011:</u>

|  | | |
|---|---|---|
| Total Fees: | $ | 172.00 |
| **Current Invoice**: | **$** | **172.00** |

MFB:KAL
Tax ID: 59-1270754

| Invoice No.: | 2866784 | | Page 1 |
| Re: | Florence Gomery, et al. v. Technical Olympic USA, et al. | | |
| Matter No.: | 013157.106000 | | |

### Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 01/24/11 | Padma G. Hinrichs | Review discovery requests and motion to refer to mediation. | 0.30 | 129.00 |
| 01/27/11 | Padma G. Hinrichs | Review motion to compel. | 0.10 | 43.00 |
| | | Total Time: | 0.40 | |
| | | Total Fees: | | $ 172.00 |

**GT** GreenbergTraurig

Invoice No. : 2866785
File No. : 013157.106200
Bill Date : February 1, 2011

Engle Homes, Inc.
PREBILLS ARE PDF'D TO KARINA
DO NOT MAIL OR EMAIL TO THE CLIENT

## INVOICE

Re:  FBI Investigation

Legal Services through January 31, 2011:

| | | |
|---|---|---|
| Total Fees: | $ | 86.00 |
| **Current Invoice:** | **$** | **86.00** |

\* \* \* \* \*

MFB:KAL
Tax ID: 59-1270754



Invoice No. :  2866785
File No.    :  013157.106200

## Summary of Fees (Current Invoice)

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Padma G. Hinrichs | 0.20 | 430.00 | 86.00 |
| Totals: | 0.20 | 430.00 | $      86.00 |

\* \* \* \* \*

MFB:KAL
Tax ID:  59-1270754

Greenberg Traurig, P.A. | Attorneys at Law | 777 South Flagler Drive | Suite 300 East | West Palm Beach, Florida 33401
Tel 561.650.7900 | Fax 561.655.6222 | www.gtlaw.com

| Invoice No.: | 2866785 | | Page 1 |
|---|---|---|---|
| Re: | FBI Investigation | | |
| Matter No.: | 013157.106200 | | |

Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/04/11 | Padma G. Hinrichs | Review e-mails from Mike Stogdill and Sorana Georgescu regarding subpoena from Texas FBI agent. | 0.20 | 86.00 |
| | | Total Time: | 0.20 | |
| | | Total Fees: | | $ 86.00 |

 GreenbergTraurig

Invoice No.:  2866786
File No.     :  013157.106300
Bill Date    :  February 1, 2011

Engle Homes, Inc.
4000 N Hollywood Blvd.
Suite 500-1
Hollywood, Florida  33021

Attn: Sorana Georgescu, Esq,

## <u>INVOICE</u>

Re:   Mario & Ana Mendoza v. Newmark Homes, L.P.

<u>Legal Services through January 31, 2011</u>:

|  |  |  |
|---|---|---|
| Total Fees: | $ | 6,896.00 |

<u>Expenses</u>:

| Information and Research | 180.85 |  |  |
|---|---|---|---|
| Total Expenses: |  | $ | 180.85 |
| **Current Invoice:** |  | $ | **7,076.85** |

MFB:KAL
Tax ID: 59-1270754

Greenberg Traurig, P.A. | Attorneys at Law | 777 South Flagler Drive | Suite 300 East | West Palm Beach, Florida 33401
Tel 561.650.7900 | Fax 561.655.6222 | www.gtlaw.com

| | | | | |
|---|---|---|---|---|
| Invoice No.: | 2866786 | | | Page 1 |
| Re: | Mario & Ana Mendoza v. Newmark Homes, L.P. | | | |
| Matter No.: | 013157.106300 | | | |

## Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/03/11 | Padma G. Hinrichs | Review e-mails from Sorana Georgescu regarding new complaint; tele-conference with and e-mails to Jana Terry and Sorana Georgescu regarding strategy. | 0.40 | 172.00 |
| 01/10/11 | Padma G. Hinrichs | Review and respond to multiple e-mails from Sorana Georgescu, Jana Terry, and Stephanie Gardella regarding strategy and claims bar date. | 0.50 | 215.00 |
| 01/10/11 | Jana K. Terry | Review petition and default judgment against Newmark Homes; research procedural options for having judgment vacated; correspond with Ms. Hinrichs and Ms. Georgescu regarding same; confer and correspond with opposing counsel regarding agreement to order vacating judgment and dismissing case; correspond with client regarding same and whether plaintiffs were served with bankruptcy court notices; review notices served upon plaintiffs; draft motion to vacate default judgment and affidavit in support of same; identify and select exhibits to same; correspond with Ms. Hinrichs regarding drafts. | 9.30 | 4185.00 |
| 01/12/11 | Padma G. Hinrichs | Review motion to vacate default and draft affidavit of Sorana Georgescu; tele-conference with Jana Terry regarding revisions. | 0.40 | 172.00 |
| 01/12/11 | Jana K. Terry | Confer with Ms. Hinrichs regarding draft motion to set aside default judgment and affidavit in support; revise documents in accordance with Ms. Hinrichs' comments; correspond with Ms. Georgescu regarding draft pleadings; revise same to incorporate her changes. | 1.00 | 450.00 |
| 01/13/11 | Beth A. Defenbaugh | Review motion and prepare exhibits for filing; confer with J. Terry regarding proposed Order; convert documents to PDF and file same with the County Court at Law. | 2.30 | 506.00 |
| 01/13/11 | Beth A. Defenbaugh | Review motion and prepare exhibits for filing as referenced in the motions, confer with J. Terry regarding submittal of a proposed Order, convert documents to PDF and file same with the County Court at Law, review local rules to confirm that there are no additional requirements. | 2.30 | 506.00 |
| 01/13/11 | Padma G. Hinrichs | Review e-mails from Sorana Georgescu and Jana Terry regarding revisions to filings. | 0.20 | 86.00 |
| 01/13/11 | Jana K. Terry | Correspond with opposing counsel regarding whether plaintiffs are unopposed to setting aside the default judgment and dismissing the case; confer with Ms. Hinrichs regarding same; make final changes to affidavit and motion and correspond with Ms. Georgescu regarding same; draft proposed order and finalize documents. | 1.00 | 450.00 |

| Invoice No.: | 2866786 | | Page 2 |
| Re: | Mario & Ana Mendoza v. Newmark Homes, L.P. | | |
| Matter No.: | 013157.106300 | | |

Description of Professional Services Rendered

| 01/14/11 | Beth A. Defenbaugh | Review case file express and confirm court entered file stamped copy of filing of 01-13-11 Defendant's agreed motion to set aside the interlocutory default judgment; print copy of same for master file. | 0.10 | 22.00 |
| 01/14/11 | Beth A. Defenbaugh | Review case file express and confirm court entered file stamped copy of filing of 01-13-11 defendant's agreed motion to set aside the interlocutory default judgment, print copy of same for master file; confer with J. Terry regarding filing and forward copy to counsel for Plaintiff. | 0.60 | 132.00 |

|  | Total Time: | 18.10 | |
|  | Total Fees: | | $ 6,896.00 |

Invoice No.:     2866786                                              Page 3
Re:             Mario & Ana Mendoza v. Newmark Homes, L.P.
Matter No.:      013157.106300

## Description of Expenses Billed:

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 01/10/11 | Westlaw Research by TERRY,JANA. | $ | 180.85 |
| | Total Expenses: | $ | 180.85 |