# GT GreenbergTraurig

|  |  |  |
|---|---|---|
| Invoice No. | : | 2878034 |
| File No. | : | 062225.075400 |
| Bill Date | : | March 1, 2011 |

TOUSA Homes, Inc.
PREBILLS ARE PDF'D TO MARIBEL FONTANEZ & ERICA CALUC
DO NOT MAIL OR EMAIL TO THE CLIENT

## INVOICE

Re:  Regal Oaks Settlement of Dispute

Legal Services through February 28, 2011:

|  |  |  |
|---|---|---|
| Total Fees: | $ | 113.00 |

Expenses:

| Federal Express Charges | 30.63 |  |  |
|---|---|---|---|
| Total Expenses: |  | $ | 30.63 |
| **Current Invoice:** |  | $ | **143.63** |

\* \* \* \* \*

LNG:KAL
Tax ID:  59-1270754

Greenberg Traurig, P.A. | Attorneys at Law | 777 South Flagler Drive | Suite 300 East | West Palm Beach, Florida 33401
Tel 561.650.7900 | Fax 561.655.6222 | www.gtlaw.com

**GT** GreenbergTraurig

Invoice No. :  2878034
File No.      :  062225.075400

### Summary of Fees (Current Invoice)

| Timekeeper | Hours | Rate | | Amount |
|---|---|---|---|---|
| Laurie L. Gildan | 0.20 | 565.00 | | 113.00 |
| Totals: | 0.20 | 565.00 | $ | 113.00 |

\* \* \* \* \*

LNG:KAL
Tax ID: 59-1270754

Invoice No.:      2878034                                                    Page  1
Re:               Regal Oaks Settlement of Dispute
Matter No.:       062225.075400

Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 02/01/11 | Laurie L. Gildan | Follow up regarding deposit. | 0.10 | 56.50 |
| 02/25/11 | Laurie L. Gildan | Respond to client request for updated closing calendar. | 0.10 | 56.50 |
| | | Total Time: | 0.20 | |
| | | Total Fees: | | $ 113.00 |

Invoice No.:  2878034                                                         Page  2
Re:           Regal Oaks Settlement of Dispute
Matter No.:   062225.075400

## Description of Expenses Billed:

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 01/31/11 | VENDOR: FedEx INVOICE#: 586776066 DATE: 2/9/2011 Tracking #794374985750; From: Laurie L. Gildanesq., Greenberg Traurig, 777 S. Flagler Drive # 300, West Palm Beach, FL 33401;  To: Geoff Bruce, Prime Properties, Charter House-woodlands Rd, AltrinchamCheshire, WA141HF | $ | 30.63 |
| | | Total Expenses: $ | 30.63 |

**GT** GreenbergTraurig

| | | |
|---|---|---|
| Invoice No. : | 2878033 |
| File No. : | 062225.074600 |
| Bill Date : | March 1, 2011 |

TOUSA Homes, Inc.
PREBILLS ARE PDF'D TO MARIBEL FONTANEZ & ERICA CALUC
DO NOT MAIL OR EMAIL TO THE CLIENT

## INVOICE

Re:   Bulk Sale of Florida Properties

<u>Legal Services through February 28, 2011</u>:

| | | |
|---|---|---|
| Total Fees: | $ | 282.50 |
| **Current Invoice:** | $ | **282.50** |

\* \* \* \* \*

LNG:KAL
Tax ID:  59-1270754

Greenberg Traurig, P.A. | Attorneys at Law | 777 South Flagler Drive | Suite 300 East | West Palm Beach, Florida 33401
Tel 561.650.7900 | Fax 561.655.6222 | www.gtlaw.com



Invoice No. :   2878033
File No.      :   062225.074600

## Summary of Fees (Current Invoice)

| Timekeeper | Hours | Rate | | Amount |
|---|---|---|---|---|
| Laurie L. Gildan | 0.50 | 565.00 | | 282.50 |
| Totals: | 0.50 | 565.00 | $ | 282.50 |

\* \* \* \* \*

LNG:KAL
Tax ID: 59-1270754

Greenberg Traurig, P.A. | Attorneys at Law | 777 South Flagler Drive | Suite 300 East | West Palm Beach, Florida 33401
Tel 561.650.7900 | Fax 561.655.6222 | www.gtlaw.com

Invoice No.:      2878033                                                        Page 1
Re:               Bulk Sale of Florida Properties
Matter No.:       062225.074600

<u>Description of Professional Services Rendered:</u>

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|---|---|---|---|---|
| 02/15/11 | Laurie L. Gildan | Review HOA matters; follow up correspondence to Starwood. | 0.50 | 282.50 |
| | | Total Time: | 0.50 | |
| | | Total Fees: | | $ 282.50 |

**GT** GreenbergTraurig

|  |  |  |
|---|---|---|
| Invoice No. | : | 2878032 |
| File No. | : | 062225.074200 |
| Bill Date | : | March 1, 2011 |

TOUSA Homes, Inc.
PREBILLS ARE PDF'D TO MARIBEL FONTANEZ & ERICA CALUC
DO NOT MAIL OR EMAIL TO THE CLIENT

## INVOICE

Re:   Sale of Austin Division

Legal Services through February 28, 2011:

|  |  |  |
|---|---|---|
| Total Fees: | $ | 88.00 |
| **Current Invoice:** | $ | **88.00** |

\* \* \* \* \*

LNG:KAL
Tax ID:  59-1270754

Greenberg Traurig, P.A. | Attorneys at Law | 777 South Flagler Drive | Suite 300 East | West Palm Beach, Florida 33401
Tel 561.650.7900 | Fax 561.655.6222 | www.gtlaw.com

# GT GreenbergTraurig

Invoice No.:  2878032
File No.    :  062225.074200

## Summary of Fees (Current Invoice)

| Timekeeper | Hours | Rate | | Amount |
|---|---|---|---|---|
| Pamela B. Stein | 0.20 | 440.00 | | 88.00 |
| Totals: | 0.20 | 440.00 | $ | 88.00 |

* * * * *

LNG:KAL
Tax ID: 59-1270754

Greenberg Traurig, P.A. | Attorneys at Law | 777 South Flagler Drive | Suite 300 East | West Palm Beach, Florida 33401
Tel 561.650.7900 | Fax 561.655.6222 | www.gtlaw.com

| | | | | |
|---|---|---|---|---|
| Invoice No.: | 2878032 | | | Page 1 |
| Re: | Sale of Austin Division | | | |
| Matter No.: | 062225.074200 | | | |

## Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/07/11 | Pamela B. Stein | Email correspondence with title company regarding proposed release. | 0.20 | 88.00 |
| | | Total Time: | 0.20 | |
| | | Total Fees: | | $ 88.00 |

 **GT** GreenbergTraurig

Invoice No. :  2878031
File No.     :  055697.050000
Bill Date    :  March 1, 2011

TOUSA Inc.
PREBILLS ARE PDF'D TO KARINA
DO NOT MAIL OR EMAIL TO THE CLIENT

## INVOICE

Re:   General Restructuring

Legal Services through February 28, 2011:

| | | | |
|---|---|---|---|
| Total Fees: | $ | | 3,669.00 |

Expenses:

| | | | |
|---|---|---|---|
| Federal Express Charges | 37.08 | | |
| Photocopy Charges | 0.75 | | |
| Information and Research | 10.24 | | |
| Total Expenses: | | $ | 48.07 |
| **Current Invoice:** | | $ | **3,717.07** |

\* \* \* \* \*

LNG:KAL
Tax ID:  59-1270754

Greenberg Traurig, P.A. | Attorneys at Law | 777 South Flagler Drive | Suite 300 East | West Palm Beach, Florida 33401
Tel 561.650.7900 | Fax 561.655.6222 | www.gtlaw.com


GreenbergTraurig

Invoice No. :   2878031
File No.     :   055697.050000

## Summary of Fees (Current Invoice)

| Timekeeper | Hours | Rate | | Amount |
|---|---|---|---|---|
| Padma G. Hinrichs | 1.00 | 430.00 | | 430.00 |
| Maribel Fontanez | 15.80 | 205.00 | | 3,239.00 |
| Totals: | 16.80 | 218.39 | $ | 3,669.00 |

\* \* \* \* \*

LNG:KAL
Tax ID:  59-1270754

Greenberg Traurig, P.A. | Attorneys at Law | 777 South Flagler Drive | Suite 300 East | West Palm Beach, Florida 33401
Tel 561.650.7900 | Fax 561.655.6222 | www.gtlaw.com

| | | | | |
|---|---|---|---|---|
| Invoice No.: | 2878031 | | | Page 1 |
| Re: | General Restructuring | | | |
| Matter No.: | 055697.050000 | | | |

## Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/07/11 | Maribel Fontanez | Prepare estimate of fees and costs for February 2011; circulate e-mail to team requesting fees/costs and estimates if different from estimated amount. | 0.40 | 82.00 |
| 02/11/11 | Maribel Fontanez | Prepare ninth fee application. | 1.50 | 307.50 |
| 02/14/11 | Maribel Fontanez | Prepare ninth fee application. | 0.90 | 184.50 |
| 02/14/11 | Maribel Fontanez | Prepare monthly summary. | 0.80 | 164.00 |
| 02/15/11 | Maribel Fontanez | Finalize monthly summary of fees and costs. | 1.00 | 205.00 |
| 02/15/11 | Maribel Fontanez | Prepare ninth interim fee application. | 3.20 | 656.00 |
| 02/17/11 | Maribel Fontanez | Review e-mail regarding invoices to be sent directly to insurance and reply. | 0.20 | 41.00 |
| 02/17/11 | Maribel Fontanez | Prepare ninth fee application. | 2.00 | 410.00 |
| 02/24/11 | Maribel Fontanez | Prepare ninth fee application. | 4.20 | 861.00 |
| 02/24/11 | Padma G. Hinrichs | Review and revise summaries for fee application; review invoices and e-mails to Maribel Fontanez regarding same. | 0.70 | 301.00 |
| 02/25/11 | Maribel Fontanez | Revisions to ninth fee application. | 0.40 | 82.00 |
| 02/28/11 | Maribel Fontanez | Finalize draft fee application and e-mail to J.P.S. Leshaw for review. | 1.20 | 246.00 |
| 02/28/11 | Padma G. Hinrichs | Review and revise summaries for fee application and e-mail to Maribel Fontanez regarding same. | 0.30 | 129.00 |

|  | Total Time: | 16.80 |
|---|---|---|
|  | Total Fees: | $ 3,669.00 |

| | | | Page 2 |
|---|---|---|---|
| Invoice No.: | 2878031 | | |
| Re: | General Restructuring | | |
| Matter No.: | 055697.050000 | | |

## Description of Expenses Billed:

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 01/06/11 | Search Criteria: (None);   Document Type: Pacer Research Charges for January 2011 | $ | 4.96 |
| 01/10/11 | Search Criteria: (None);   Document Type: Pacer Research Charges for January 2011 | $ | 2.16 |
| 01/11/11 | Search Criteria: (None);   Document Type: Pacer Research Charges for January 2011 | $ | 0.24 |
| 01/18/11 | Search Criteria: (None);   Document Type: Pacer Research Charges for January 2011 | $ | 2.88 |
| 02/15/11 | VENDOR: FedEx INVOICE#: 740434861 DATE: 2/23/2011 Tracking #465991077031; From: Maribel Fontanez, Greenberg Traurig - Miami, 333 Avenue Of The Americas, Miami, FL 33131;   To: Sorana Georgescuesq., Tousainc., 4000 Hollywood Blvd.ste 500, Hollywood, FL 33021 | $ | 7.33 |
| 02/15/11 | VENDOR: FedEx INVOICE#: 740434861 DATE: 2/23/2011 Tracking #465991077042; From: Maribel Fontanez, Greenberg Traurig - Miami, 333 Avenue Of The Americas, Miami, FL 33131;   To: Office Of The U.s. Trustee, -, 51 Sw 1st Streetroom 1204, Miami, FL 33130 | $ | 7.33 |
| 02/15/11 | VENDOR: FedEx INVOICE#: 740434861 DATE: 2/23/2011 Tracking #465991077053; From: Maribel Fontanez, Greenberg Traurig - Miami, 333 Avenue Of The Americas, Miami, FL 33131;   To: Daniel H. Goldenesq., Akin Gump Strauss Hauer Feld L, One Bryant Park, New York City, NY 10036 | $ | 11.21 |
| 02/15/11 | VENDOR: FedEx INVOICE#: 740434861 DATE: 2/23/2011 Tracking #465991077086; From: Maribel Fontanez, Greenberg Traurig - Miami, 333 Avenue Of The Americas, Miami, FL 33131;   To: Nicole L. Greenblattesq., Kirkl& Ellis Llp, Citigroup Center, New York City, NY 10022 | $ | 11.21 |
| 02/15/11 | Copy; 5 Page(s) by 000001 | $ | 0.75 |
| | Total Expenses: | $ | 48.07 |


**GreenbergTraurig**

Invoice No. :   2878729
File No.     :   062225.074700
Bill Date    :   March 1, 2011

TOUSA Homes, Inc.
4000 Hollywood Blvd.
Suite 500 North
Hollywood, Florida  33021

Attn: Paul Berkowitz

## <u>INVOICE</u>

Re:   Sale of Pioneer Crossing Lots

<u>Legal Services through February 28, 2011</u>:

|  | | |
|---|---|---|
| Total Fees: | $ | 2,332.00 |
| **Current Invoice:** | **$** | **2,332.00** |

\* \* \* \* \*

LNG:KAL
Tax ID:  59-1270754

Greenberg Traurig, P.A. | Attorneys at Law | 777 South Flagler Drive | Suite 300 East | West Palm Beach, Florida 33401
Tel 561.650.7900 | Fax 561.655.6222 | www.gtlaw.com

 GreenbergTraurig

Invoice No. :  2878729
File No.    :   062225.074700

## Summary of Fees (Current Invoice)

| Timekeeper | Hours | Rate | | Amount |
|---|---|---|---|---|
| Pamela B. Stein | 5.30 | 440.00 | | 2,332.00 |
| Totals: | 5.30 | 440.00 | $ | 2,332.00 |

\* \* \* \* \*

LNG:KAL
Tax ID:  59-1270754

Greenberg Traurig, P.A. | Attorneys at Law | 777 South Flagler Drive | Suite 300 East | West Palm Beach, Florida 33401
Tel 561.650.7900 | Fax 561.655.6222 | www.gtlaw.com

| Invoice No.: | 2878729 | | | Page 1 |
| Re: | Sale of Pioneer Crossing Lots | | | |
| Matter No.: | 062225.074700 | | | |

## Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 02/21/11 | Pamela B. Stein | Review of on-line records for Travis County to locate underlying agreements; telephone conference with Lenora Dubose of Jackson Walker regarding requested releases; follow-up email correspondence; telephone conference with Dave Crist, counsel to Pioneer, regarding release and status of escrow agreement and deed of trust; additional on-line research; transmit requested documents to Dave Crist. | 2.80 | 1232.00 |
| 02/22/11 | Pamela B. Stein | Review of additional documents; telephone conference with Dave Crist; draft memorandum to Sorana Georgescue. | 2.50 | 1100.00 |

|  | Total Time: | 5.30 | |
|  | Total Fees: | | $ 2,332.00 |

# GT GreenbergTraurig

Invoice No. :  2885525
File No.    :  013157.106300
Bill Date   :  March 1, 2011

Engle Homes, Inc.
4000 N Hollywood Blvd.
Suite 500-1
Hollywood, Florida  33021

Attn: Sorana Georgescu, Esq,

## <u>INVOICE</u>

Re:   Mario & Ana Mendoza v. Newmark Homes, L.P.

<u>Legal Services through February 28, 2011</u>:

|  |  |  |
|---|---|---|
| Total Fees: | $ | 910.00 |

<u>Expenses</u>:

| | | |
|---|---|---|
| Postage | 7.17 | |
| Information and Research | 14.16 | |
| Total Expenses: | $ | 21.33 |
| **Current Invoice:** | $ | 931.33 |

MFB:KAL
Tax ID: 59-1270754

Greenberg Traurig, P.A. | Attorneys at Law | 777 South Flagler Drive | Suite 300 East | West Palm Beach, Florida 33401
Tel 561.650.7900 | Fax 561.655.6222 | www.gtlaw.com

| | | | |
|---|---|---|---|
| Invoice No.: | 2885525 | | Page 1 |
| Re: | Mario & Ana Mendoza v. Newmark Homes, L.P. | | |
| Matter No.: | 013157.106300 | | |

## Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/07/11 | Beth A. Defenbaugh | Contact the Court regarding motion to set aside the interlocutory default judgment and to dismiss the case, coordinate with the Court the procedure for filing of a fiat, advise J. Terry regarding. | 0.70 | 154.00 |
| 02/07/11 | Jana K. Terry | Confer with paralegal regarding status of agreed motion to set aside default judgment and dismiss case. | 0.10 | 45.00 |
| 02/09/11 | Beth A. Defenbaugh | Contact the Court again regarding Engle Homes' motion to set aside the interlocutory default judgment and setting for hearing, confirm with the Court if the Judge allows appearance at the Fiat by telephone, advise J. Terry, draft Fiat, review the Court's web site to confirm their address for the fiat. | 0.70 | 154.00 |
| 02/09/11 | Jana K. Terry | Review draft fiat prepared by paralegal; revise proposed order per the court's requirements for entry without a hearing; email opposing counsel requesting agreement to order setting aside default judgment and dismissing the case. | 0.50 | 225.00 |
| 02/23/11 | Beth A. Defenbaugh | Review and analyze Engle's motion to set aside interlocutory default judgment and dismiss the case and fiat for same, coordinate with J. Terry regarding. | 0.20 | 44.00 |
| 02/28/11 | Beth A. Defenbaugh | Attention to review of Order from the Court and setting of Fiat on the agreed motion to dismiss the case, calendar same. | 0.10 | 22.00 |
| 02/28/11 | Padma G. Hinrichs | Review e-mail from Jana Terry; review order regarding hearing. | 0.20 | 86.00 |
| 02/28/11 | Jana K. Terry | Receive and review court order setting hearing on motion to set aside default judgment and dismiss case; email Ms. Hinrichs regarding same. | 0.40 | 180.00 |

|  | Total Time: | 2.90 | |
|---|---|---|---|
|  | Total Fees: | | $ 910.00 |

Invoice No.:     2885525                                              Page  2
Re:              Mario & Ana Mendoza v. Newmark Homes, L.P.
Matter No.:      013157.106300

## Description of Expenses Billed:

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 01/10/11 | Search Criteria: (None);   Document Type: Pacer Research Charges for January 2011 | $ | 14.16 |
| 01/13/11 | Postage Charge on 01/13/11 (Law office of Van Shaw) | $ | 7.17 |
| | Total Expenses: | $ | 21.33 |

 GreenbergTraurig

Invoice No. :  2885523
File No.     :  013157.106000
Bill Date    :  March 1, 2011

Engle Homes, Inc.
Tousa Homes, Inc.
4000 Hollywood Blvd
Suite 400 N
Hollywood, Florida  33021

Attn: Sorana Georgescu, Esq,

## INVOICE

Re:   Florence Gomery, et al. v. Technical Olympic USA, et al.

Legal Services through February 28, 2011:

|  | | |
|---|---|---|
| Total Fees: | $ | 430.00 |
| **Current Invoice:** | $ | **430.00** |

MFB:KAL
Tax ID: 59-1270754

| Invoice No.: | 2885523 | | Page 1 |
|---|---|---|---|
| Re: | Florence Gomery, et al. v. Technical Olympic USA, et al. | | |
| Matter No.: | 013157.106000 | | |

## Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/16/11 | Padma G. Hinrichs | Review motion to compel and notice regarding hearing. | 0.30 | 129.00 |
| 02/17/11 | Padma G. Hinrichs | Review notices of deposition. | 0.10 | 43.00 |
| 02/22/11 | Padma G. Hinrichs | Review motion to stay proceedings and review letter from Kim Murano regarding same; review docket. | 0.40 | 172.00 |
| 02/28/11 | Padma G. Hinrichs | Tele-conference with Kim Murano regarding lifting stay. | 0.20 | 86.00 |

|  |  | Total Time: | 1.00 |  |
|---|---|---|---|---|
|  |  | Total Fees: |  | $ 430.00 |

 GreenbergTraurig

Invoice No. :   2885522
File No.     :   013157.105300
Bill Date    :   March 1, 2011

Engle Homes, Inc.
PREBILLS ARE PDF'D TO KARINA
DO NOT MAIL OR EMAIL TO THE CLIENT

### INVOICE

Re:   Chinese Drywall Miscellaneous Matters

Legal Services through February 28, 2011:

| | | |
|---|---|---|
| Total Fees: | $ | 989.00 |
| **Current Invoice:** | $ | **989.00** |

\* \* \* \* \*

MFB:KAL
Tax ID:  59-1270754

Greenberg Traurig, P.A. | Attorneys at Law | 777 South Flagler Drive | Suite 300 East | West Palm Beach, Florida 33401
Tel 561.650.7900 | Fax 561.655.6222 | www.gtlaw.com



Invoice No. :  2885522
File No.    :  013157.105300

## Summary of Fees (Current Invoice)

| Timekeeper | Hours | Rate | | Amount |
|---|---|---|---|---|
| Padma G. Hinrichs | 2.30 | 430.00 | | 989.00 |
| Totals: | 2.30 | 430.00 | $ | 989.00 |

\* \* \* \* \*

MFB:KAL
Tax ID:  59-1270754

Greenberg Traurig, P.A. | Attorneys at Law | 777 South Flagler Drive | Suite 300 East | West Palm Beach, Florida 33401
Tel 561.650.7900 | Fax 561.655.6222 | www.gtlaw.com

Invoice No.:        2885522                                                                          Page  1
Re:                 Chinese Drywall Miscellaneous Matters
Matter No.:         013157.105300

## Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 02/23/11 | Padma G. Hinrichs | Review and respond to e-mails from Carol Wigginton, Sorana Georgescu, and Paul Berkowitz regarding decision re pollution exclusion; research regarding opinion cited in article and review MDL docket re CDW decisions; analyze Judge Fallon's opinion regarding applicability of various exclusions in insurance policies. | 2.30 | 989.00 |

|  |  | Total Time: | 2.30 |  |
|  |  | Total Fees: |  | $ 989.00 |

 GreenbergTraurig

|  |  |  |
|---|---|---|
| Invoice No. : | 2885521 |
| File No. | : | 013157.102500 |
| Bill Date | : | March 1, 2011 |

Engle Homes, Inc.
PREBILLS ARE PDF'D TO KARINA
DO NOT MAIL OR EMAIL TO THE CLIENT

## INVOICE

Re:   Barry B. Yamron v. Engle/Sunbelt, LLC, et al.

Legal Services through February 28, 2011:

| | | | |
|---|---|---|---|
| Total Fees: | $ | 35,467.50 |

Expenses:

| | | |
|---|---|---|
| Photocopy Charges | 7.50 |
| Information and Research | 903.73 |
| Total Expenses: | $ | 911.23 |
| **Current Invoice:** | $ | 36,378.73 |

\* \* \* \* \*

MFB:KAL
Tax ID:  59-1270754

Greenberg Traurig, P.A. | Attorneys at Law | 777 South Flagler Drive | Suite 300 East | West Palm Beach, Florida 33401
Tel 561.650.7900 | Fax 561.655.6222 | www.gtlaw.com



Invoice No. : 2885521
File No.   :  013157.102500

## Summary of Fees (Current Invoice)

| Timekeeper | Hours | Rate | | Amount |
|---|---|---|---|---|
| Booker T. Evans | 21.60 | 585.00 | | 12,636.00 |
| Alexandra M. Nash | 68.50 | 300.00 | | 20,550.00 |
| Marian R. Mackey | 11.70 | 195.00 | | 2,281.50 |
| Totals: | 101.80 | 348.40 | $ | 35,467.50 |

\* \* \* \* \*

MFB:KAL
Tax ID:  59-1270754

Greenberg Traurig, P.A. | Attorneys at Law | 777 South Flagler Drive | Suite 300 East | West Palm Beach, Florida 33401
Tel 561.650.7900 | Fax 561.655.6222 | www.gtlaw.com

| | |
|---|---|
| Invoice No.: | 2885521 |
| Re: | Barry B. Yamron v. Engle/Sunbelt, LLC, et al. |
| Matter No.: | 013157.102500 |

Page 1

## Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/01/11 | Booker T. Evans | Receive and review Ranta's motion for summary judgment against Yamron and Ranta's joinder in Preferred's motion for summary judgment. | 1.30 | 760.50 |
| 02/01/11 | Marian R. Mackey | Conduct research relevant to request of A. Nash for supplemental motion. | 1.80 | 351.00 |
| 02/01/11 | Alexandra M. Nash | Conduct research regarding leave to amend; review procedural history of case; draft response to motion for leave to amend. | 5.80 | 1740.00 |
| 02/02/11 | Marian R. Mackey | Continue research for A. Nash regarding supplemental motion; prepare motion notebooks for A. Nash in preparation of motion responses and hearings. | 2.50 | 487.50 |
| 02/02/11 | Alexandra M. Nash | Conduct research regarding grounds to oppose plaintiffs' motion for leave to amend; draft response to motion to amend; Conference with B. Evans. | 5.70 | 1710.00 |
| 02/03/11 | Booker T. Evans | Receive, revise and edit initial draft of response to plaintiffs' motion to amend. | 1.60 | 936.00 |
| 02/03/11 | Booker T. Evans | Correspondence with S. Stark regarding status of Yamron matter. | 0.30 | 175.50 |
| 02/03/11 | Alexandra M. Nash | Draft response in opposition to motion to amend; conduct research regarding same; confer with B. Evans regarding strategy. | 6.50 | 1950.00 |
| 02/06/11 | Booker T. Evans | Revise and edit response to plaintiffs' motion to amend complaint. | 1.40 | 819.00 |
| 02/06/11 | Alexandra M. Nash | Email correspondence with B. Evans regarding response to motion to amend. | 0.10 | 30.00 |
| 02/07/11 | Booker T. Evans | Revise, edit and draft additional arguments for response to plaintiffs' motion to amend. | 2.30 | 1345.50 |
| 02/07/11 | Booker T. Evans | Receive and review Plaintiffs' motion to compel discovery and Plaintiffs' response to D. Ranta's motion to compel. | 1.70 | 994.50 |
| 02/07/11 | Marian R. Mackey | Assist A. Nash with research and preparations for response in opposition of motion for leave to amend complaint. | 2.40 | 468.00 |
| 02/07/11 | Alexandra M. Nash | Conference with B. Evans regarding response to motion to amend; revise response to motion to amend; review issues regarding exhibits to response to motion to amend. | 3.10 | 930.00 |
| 02/08/11 | Booker T. Evans | Conference with A. Nash regarding response to plaintiff's motion to compel discovery. | 0.80 | 468.00 |
| 02/08/11 | Booker T. Evans | Receive and review co-defendant Ranta's response to plaintiffs' motion to amend complaint. | 0.60 | 351.00 |
| 02/08/11 | Marian R. Mackey | Continue to assist A. Nash with motion and exhibits. | 1.80 | 351.00 |

| Invoice No.: | 2885521 | | Page 3 |
| Re: | Barry B. Yamron v. Engle/Sunbelt, LLC, et al. | | |
| Matter No.: | 013157.102500 | | |

## Description of Professional Services Rendered

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 02/18/11 | Alexandra M. Nash | Review 2/17/11 minute entry; email correspondence with B. Evans regarding same. | 0.40 | 120.00 |
| 02/19/11 | Booker T. Evans | Receive and review B. Berrett's exhibits in support of Defendant Ranta's motion to Dismiss; email correspondence with J. Palecek regarding his request for additional time to respond to motion to dismiss. | 0.70 | 409.50 |
| 02/20/11 | Alexandra M. Nash | Email correspondence with B. Evans regarding response to motion to compel. | 0.20 | 60.00 |
| 02/21/11 | Booker T. Evans | Receive and review Errata from J. Palecek correcting pleadings filed on February 18, 2011; receive and review plaintiffs' responses to Rule 37(D) motions. | 1.20 | 702.00 |
| 02/21/11 | Alexandra M. Nash | Review issues regarding Errata filing and Plaintiffs' concern regarding Ranta exhibits; review issues regarding Plaintiffs' response to motion to dismiss RICO claims. | 0.30 | 90.00 |
| 02/22/11 | Booker T. Evans | Revise response to motion to compel discovery. | 2.20 | 1287.00 |
| 02/22/11 | Booker T. Evans | Complete final edits to response to motion to compel. | 0.80 | 468.00 |
| 02/22/11 | Booker T. Evans | Receive and review plaintiffs' response to motions to dismiss RICO claims, rule 37(D) motions and exhibits thereto. | 1.40 | 819.00 |
| 02/22/11 | Booker T. Evans | Receive and review memo regarding expert witness testimony. | 0.80 | 468.00 |
| 02/22/11 | Alexandra M. Nash | Review response to motion to dismiss RICO claims; draft reply in support of motion to dismiss; revise response to motion to compel; conference with B. Evans regarding strategy. | 6.90 | 2070.00 |
| 02/23/11 | Booker T. Evans | Finalize responses to motion to compel. | 1.70 | 994.50 |
| 02/23/11 | Booker T. Evans | Extended telephone conference with co-defense counsel, B. Berrett regarding Rule 37(D) motion and local rules regarding separate statement of facts for motion for summary judgment. | 0.30 | 175.50 |
| 02/23/11 | Marian R. Mackey | Assist A. Nash with Motion to Compel with emphasis on exhibits. | 1.60 | 312.00 |
| 02/23/11 | Alexandra M. Nash | Draft response to motion to compel; review issues regarding filing and exhibits; conduct research regarding "personal consultation"; review issues regarding receipt of exhibits by defendant Rantaj; conference with B. Evans regarding status and strategy; review issues regarding expert testimony and admissibility; conference with B. Evans regarding same; conduct research regarding outcome of similar cases nationwide. | 8.20 | 2460.00 |
| 02/25/11 | Alexandra M. Nash | Conduct research regarding issues for trial in preparation of drafting reply in support of motion to dismiss; review issues regarding pending deadlines. | 6.30 | 1890.00 |

| Invoice No.: | 2885521 | Page 2 |
|---|---|---|
| Re: | Barry B. Yamron v. Engle/Sunbelt, LLC, et al. | |
| Matter No.: | 013157.102500 | |

Description of Professional Services Rendered

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 02/08/11 | Alexandra M. Nash | Conference with B. Evans regarding motion to compel; conference with M. Mackey regarding exhibits to response to motion to compel; review Ranta response to motion to amend; review motion to compel and exhibits; strategize and outline response to motion to compel. | 2.80 | 840.00 |
| 02/09/11 | Alexandra M. Nash | Draft response to motion to compel; conduct research regarding same; review issues regarding status conference. | 1.00 | 300.00 |
| 02/10/11 | Booker T. Evans | Telephone conference with Court, J. Palecek, B. Berrett and A. Nash. | 0.40 | 234.00 |
| 02/10/11 | Booker T. Evans | Receive and review letter from J. Palecek regarding his position on disclosure of his clients' purchases of additional properties and attached emails regarding communications with J. Quentzil. | 0.20 | 117.00 |
| 02/10/11 | Alexandra M. Nash | Review letter from J. Palecek; participate in telephonic status conference; conference with B. Evans regarding status and strategy; draft response to motion to compel; Review case correspondence regarding discovery. | 2.60 | 780.00 |
| 02/11/11 | Alexandra M. Nash | Draft response to motion to compel; review recent plaintiffs' disclosure; conference with B. Evans regarding same; review issues regarding admissibility of expert testimony. | 3.50 | 1050.00 |
| 02/12/11 | Booker T. Evans | Email correspondence from B. Berrett regarding emails disclosed by plaintiffs. | 0.30 | 175.50 |
| 02/12/11 | Booker T. Evans | Receive and review minute entry setting oral argument on pending motions for March 16, March 28, and April 18, 2011. | 0.40 | 234.00 |
| 02/14/11 | Booker T. Evans | Receive and review letter with email attachments from J. Quentzel to J&R Mast. | 0.40 | 234.00 |
| 02/14/11 | Alexandra M. Nash | Draft response to motion to compel; review court minute entry; review issues regarding deadline for plaintiff to respond to motion to dismiss and reply to motion to amend. | 6.80 | 2040.00 |
| 02/15/11 | Marian R. Mackey | Review M. Privity deposition testimony for relevant information requested by A. Nash. | 0.80 | 156.00 |
| 02/15/11 | Alexandra M. Nash | Draft response to motion to compel; teleconference with B. Berrett regarding status and recent disclosures; review issues regarding plaintiffs request for extension to reply; conference with B. Evans; review state's reply regarding interlocutory sale. | 3.80 | 1140.00 |
| 02/16/11 | Marian R. Mackey | Continue to review M. Previty deposition testimony for relevant information requested by A. Nash. | 0.80 | 156.00 |
| 02/17/11 | Booker T. Evans | Receive and review plaintiffs' drafts of stipulations to extend time for plaintiffs' responses and replies. | 0.60 | 351.00 |
| 02/17/11 | Alexandra M. Nash | Review issues regarding extension of time for plaintiffs to file reply in support of motion to amend; review stipulations; email correspondence with B. Evans regarding same. | 0.60 | 180.00 |

| Invoice No.: | 2885521 | | Page 4 |
| Re: | Barry B. Yamron v. Engle/Sunbelt, LLC, et al. | | |
| Matter No.: | 013157.102500 | | |

Description of Professional Services Rendered

| 02/27/11 | Booker T. Evans | Email correspondence with J. Palecek regarding an additional extension of time until March 7, 2011 for his responsive pleadings. | 0.20 | 117.00 |
| 02/27/11 | Alexandra M. Nash | Email correspondence regarding extension of time for plaintiffs to respond to motions for summary judgment. | 0.10 | 30.00 |
| 02/28/11 | Alexandra M. Nash | E-mail correspondence regarding plaintiffs completing one combined statement of facts; e-mail correspondence with R. Strole regarding status; draft reply in support of motion to dismiss. | 3.80 | 1140.00 |

|  | | Total Time: | 101.80 | |
|  | | Total Fees: | | $ 35,467.50 |

Invoice No.:     2885521                                                    Page 5
Re:              Barry B. Yamron v. Engle/Sunbelt, LLC, et al.
Matter No.:      013157.102500

## Description of Expenses Billed:

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 12/27/10 | Westlaw Research by MIJARES NASH,ALEXANDRA. | $ | 150.60 |
| 01/12/11 | Westlaw Research by MIJARES NASH,ALEXANDRA. | $ | 47.30 |
| 01/13/11 | Westlaw Research by MIJARES NASH,ALEXANDRA. | $ | 75.50 |
| 01/18/11 | Westlaw Research by MIJARES NASH,ALEXANDRA. | $ | 142.95 |
| 01/19/11 | Westlaw Research by MIJARES NASH,ALEXANDRA. | $ | 119.50 |
| 01/21/11 | Westlaw Research by MIJARES NASH,ALEXANDRA. | $ | 72.20 |
| 01/24/11 | Westlaw Research by MIJARES NASH,ALEXANDRA. | $ | 44.80 |
| 02/02/11 | Westlaw Research by MIJARES NASH,ALEXANDRA. | $ | 11.85 |
| 02/03/11 | Westlaw Research by MIJARES NASH,ALEXANDRA. | $ | 4.20 |
| 02/09/11 | Westlaw Research by MIJARES NASH,ALEXANDRA. | $ | 52.35 |
| 02/14/11 | Copy; 50 Page(s) by 008243 | $ | 7.50 |
| 02/14/11 | Westlaw Research by MIJARES NASH,ALEXANDRA. | $ | 72.08 |
| 02/23/11 | Westlaw Research by MIJARES NASH,ALEXANDRA. | $ | 30.90 |
| 02/25/11 | Westlaw Research by MIJARES NASH,ALEXANDRA. | $ | 79.50 |
| | Total Expenses: | $ | 911.23 |

 **GreenbergTraurig**

Invoice No. :  2885520
File No.    :  013157.020000
Bill Date   :  March 1, 2011

Engle Homes, Inc.
PREBILLS ARE PDF'D TO KARINA
DO NOT MAIL OR EMAIL TO THE CLIENT

## INVOICE

Re:  General Litigation Matters 92-481

<u>Legal Services through February 28, 2011</u>:

|  |  |  |
|---|---|---|
| Total Fees: | $ | 7,267.00 |

<u>Expenses:</u>
Information and Research                     0.72

|  |  |  |
|---|---|---|
| Total Expenses: | $ | 0.72 |
| **Current Invoice**: | $ | **7,267.72** |

\* \* \* \* \*

MFB:KAL
Tax ID:  59-1270754

Greenberg Traurig, P.A. | Attorneys at Law | 777 South Flagler Drive | Suite 300 East | West Palm Beach, Florida 33401
Tel 561.650.7900 | Fax 561.655.6222 | www.gtlaw.com

 GreenbergTraurig

Invoice No.:  2885520
File No.    :   013157.020000

## Summary of Fees (Current Invoice)

| Timekeeper | Hours | Rate | | Amount |
|---|---|---|---|---|
| Padma G. Hinrichs | 16.90 | 430.00 | | 7,267.00 |
| Totals: | 16.90 | 430.00 | $ | 7,267.00 |

* * * * *

MFB:KAL
Tax ID:  59-1270754

Greenberg Traurig, P.A. | Attorneys at Law | 777 South Flagler Drive | Suite 300 East | West Palm Beach, Florida 33401
Tel 561.650.7900 | Fax 561.655.6222 | www.gtlaw.com

| Invoice No.: | 2885520 | Page 1 |
| Re: | General Litigation Matters 92-481 | |
| Matter No.: | 013157.020000 | |

## Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 01/03/11 | Padma G. Hinrichs | Call to John Chaix; review and respond to e-mail from Josh Sussberg regarding Rancho El Dorado. | 0.20 | 86.00 |
| 01/04/11 | Padma G. Hinrichs | Tele-conference with Aileen Ma regarding Rancho El Dorado; call to John Chaix regarding same. | 0.20 | 86.00 |
| 01/05/11 | Padma G. Hinrichs | E-mails to Josh Sussberg and John Chaix regarding Rancho El Dorado hearing. | 0.20 | 86.00 |
| 01/07/11 | Padma G. Hinrichs | Tele-conference with Booker Evans regarding Yamron; exchange e-mails with Jana Terry regarding Batcahssi; draft litigation update and e-mail to Brenda Munoz regarding same. | 0.80 | 344.00 |
| 01/11/11 | Padma G. Hinrichs | E-mails to Josh Sussberg and John Chaix regarding opposition to stay relief. | 0.30 | 129.00 |
| 01/12/11 | Padma G. Hinrichs | Rancho El Dorado - tele-conference with Michael Hoffman regarding stay; tele-conference with Sorana Georgescu regarding same. | 0.40 | 172.00 |
| 01/14/11 | Padma G. Hinrichs | Review correspondence regarding Cutters Ridge and Sorrel Ranch defects; e-mail to Sorana Georgescu regarding same. | 0.50 | 215.00 |
| 01/17/11 | Padma G. Hinrichs | Cooper Creek - Exchange e-mails with Sorana Georgescu regarding Cooper Creek complaint; review complaint and exhibits. | 0.50 | 215.00 |
| 01/17/11 | Padma G. Hinrichs | Yellow Brass Litigation - review subpoena and exchange e-mails with Sorana Georgescu and Brenda Munoz and Valerie Mangum regarding response; tele-conference with Brenda Munoz regarding service issues. | 0.40 | 172.00 |
| 01/25/11 | Padma G. Hinrichs | Cecelia Campbell - review e-mail from Brenda Munoz; review report from Zurich regarding claim. | 0.20 | 86.00 |
| 01/26/11 | Padma G. Hinrichs | Review Debbie Ciampi complaint and e-mail from Brenda Munoz regarding same. | 0.30 | 129.00 |
| 01/27/11 | Padma G. Hinrichs | Connery v. Bullard - Review request for production and e-mail from Brenda Munoz regarding same; tele-conference with and e-mail to Dana Granberry regarding response. | 0.40 | 172.00 |
| 01/31/11 | Padma G. Hinrichs | Cecelia Campbell - review letter from plaintiff's counsel regarding stay; e-mails to Josh Sussberg and Booker Evans regarding same. | 0.30 | 129.00 |
| 02/01/11 | Padma G. Hinrichs | Review e-mail and related documents from Brenda Munoz regarding Reyes foreclosure. | 0.30 | 129.00 |
| 02/02/11 | Padma G. Hinrichs | Exchange e-mails with Josh Sussberg and Sorana Georgescu regarding lifting stay in Campbell; review policy regarding SIR limits; review suggestion in Cecilia Campbell; tele-conference with Carol Wigginton regarding coverage issues regarding general liability policy; review e-mail from Judy Dold regarding Zurich final audit. | 1.40 | 602.00 |

| Invoice No.: | 2885520 | | Page 2 |
| Re: | General Litigation Matters 92-481 | | |
| Matter No.: | 013157.020000 | | |

Description of Professional Services Rendered

| 02/02/11 | Padma G. Hinrichs | Review subpoena and documents in response to Carolyn Peeler subpoena; review e-mail from Brenda Munoz regarding same. | 1.20 | 516.00 |
| 02/02/11 | Padma G. Hinrichs | Review Debra Ciampi file; check docket; tele-conference with and e-mail to Sorana Georgescu regarding Debra Ciampi claim and default. | 0.90 | 387.00 |
| 02/04/11 | Padma G. Hinrichs | Review e-mail and correspondence from Curt Sullan regarding Sorrel Ranch and Cutters Ridge construction defect claims; e-mail to and tele-conference with Sorana Georgescu regarding same; review proofs of claim chart. | 0.80 | 344.00 |
| 02/07/11 | Padma G. Hinrichs | Tele-conference with Curt Sullan regarding Cutters Ridge and Sorrel Creek; e-mail to Marilyn Badolato regarding same. | 0.40 | 172.00 |
| 02/07/11 | Padma G. Hinrichs | Draft monthly litigation update; tele-conferences with Jana Terry and Booker Evans regarding same. | 0.70 | 301.00 |
| 02/10/11 | Padma G. Hinrichs | Review e-mail from Brenda Munoz and documents regarding Bradley Howell claim and Donna Brady subpoena; review documents to be produced in response to subpoena and draft letter regarding same. | 1.40 | 602.00 |
| 02/10/11 | Padma G. Hinrichs | Review Cecelia Campbell complaint; e-mail to and telephone conference with Jules Grandjean regarding SIR provision. | 0.50 | 215.00 |
| 02/14/11 | Padma G. Hinrichs | Rancho El Dorado - review e-mails from Aileen Ma regarding order on motion to lift stay and review and analyze same. | 0.40 | 172.00 |
| 02/14/11 | Padma G. Hinrichs | County of Williamson v. Hinson - review and analyze letter and e-mail from Sorana Georgescu regarding new claim. | 0.30 | 129.00 |
| 02/16/11 | Padma G. Hinrichs | Cecelia Campbell - Tele-conference with and review email from Jules Grandjean regarding SIR; communicate with Sorana Georgescu and Josh Sussberg regarding SIR limit. | 0.60 | 258.00 |
| 02/16/11 | Padma G. Hinrichs | Finalize letter in response to Donna Brady subpoena and review additional documents to be produced; e-mail to Brenda Munoz regarding same. | 0.60 | 258.00 |
| 02/17/11 | Padma G. Hinrichs | County of Williamson v. Hinson - review e-mails from Treasa Odom regarding claim. | 0.20 | 86.00 |
| 02/22/11 | Padma G. Hinrichs | Lawrence Rose - review e-mails and related correspondence from Brenda Munoz, Sorana Keever, Kristin LeGregs and Carol Wigginton regarding sub rogation claim from Sunshine State Insurance Company. | 0.60 | 258.00 |
| 02/22/11 | Padma G. Hinrichs | Rancho El Dorado - Review motion to lift stay; review e-mails from Michael Hoffman and Aileen Ma regarding motion to lift stay. | 0.40 | 172.00 |
| 02/22/11 | Padma G. Hinrichs | Review order regarding Cooper Creek; review e-mails from Sorana Keever regarding Garcia v. Kendall complaint and motion to lift stay. | 0.60 | 258.00 |

| Invoice No.: | 2885520 | | Page 3 |
| Re: | General Litigation Matters 92-481 | | |
| Matter No.: | 013157.020000 | | |

Description of Professional Services Rendered

| 02/24/11 | Padma G. Hinrichs | Review motion to strike SJ motion in Garcia v. Kendall. | 0.20 | 86.00 |
| 02/28/11 | Padma G. Hinrichs | Garcia v. Kendall - Review motion to strike summary judgment motion; review and respond to e-mail from Sorana Georgescu regarding suggestion and motion to lift stay and strategy. | 0.70 | 301.00 |

|  | Total Time: | 16.90 |
|  | Total Fees: | $ 7,267.00 |

| | | |
|---|---|---|
| Invoice No.: | 2885520 | Page 4 |
| Re: | General Litigation Matters 92-481 | |
| Matter No.: | 013157.020000 | |

## Description of Expenses Billed:

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 01/11/11 | Search Criteria: (None);  Document Type: Pacer Research Charges for January 2011 | $ | 0.72 |
| | Total Expenses: | $ | 0.72 |

# GT | GreenbergTraurig

|  |  |  |
|---|---|---|
| Invoice No. | : | 2890470 |
| File No. | : | 055697.018600 |
| Bill Date | : | March 8, 2011 |

TOUSA Inc.
4000 Hollywood Blvd.
Ste. 400N
Hollywood, Florida 33021

Attn: Sorana Georgescu

## INVOICE

Re:   Zurich American Insurance

<u>Legal Services through February 28, 2011</u>:

|  |  |  |
|---|---|---|
| Total Fees: | $ | 73,409.50 |

<u>Expenses</u>:

| | |
|---|---|
| Conference Calls | 11.59 |
| Information and Research | 1,220.21 |

| | | |
|---|---|---|
| Total Expenses: | $ | 1,231.80 |
| **Total Current Invoice:** | $ | **74,641.30** |

PNB:SC
Tax ID:  59-1270754

**WE HAVE MOVED**
Greenberg Traurig, P.A.
333 Avenue of the Americas (333 S.E. 2nd Avenue) | Suite 4400 | Miami, Florida 33131
Tel 305.579.0500 | Fax 305.579.0717 | www.gtlaw.com

**GT** GreenbergTraurig

Invoice No. :   2890470
File No.      :   055697.018600

**Summary of Fees (Current Invoice)**

| Timekeeper | Hours | Rate | | Amount |
|------------|-------|------|---|--------|
| Paul Berkowitz | 7.40 | 670.00 | | 4,958.00 |
| Mark D. Bloom | 0.40 | 825.00 | | 330.00 |
| Shari L. Heyen | 0.70 | 675.00 | | 472.50 |
| Padma G. Hinrichs | 37.90 | 430.00 | | 16,297.00 |
| James P. S. Leshaw | 44.00 | 725.00 | | 31,900.00 |
| Mark E. Miller | 2.10 | 690.00 | | 1,449.00 |
| Ari Newman | 51.10 | 315.00 | | 16,096.50 |
| Maribel Fontanez | 9.30 | 205.00 | | 1,906.50 |
| Totals: | 152.90 | 480.11 | $ | 73,409.50 |

PNB:SC
Tax ID:  59-1270754

**WE HAVE MOVED**
**Greenberg Traurig, P.A.**
**333 Avenue of the Americas (333 S.E. 2nd Avenue) | Suite 4400 | Miami, Florida 33131**
**Tel 305.579.0500 | Fax 305.579.0717 | www.gtlaw.com**

Invoice No.:    2890470                                                                    Page  1

Matter No.:    055697.018600

<u>Description of Professional Services Rendered</u>

## <u>Description of Professional Services Rendered:</u>

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|---|---|---|---|---|
| 01/19/11 | Mark E. Miller | Call with Jim Leshaw; review materials re same. | 1.80 | 1242.00 |
| 02/01/11 | Padma G. Hinrichs | Continue research re choice of law issues; outline motion to dismiss counterclaim; review proofs of claim filed by Zurich; review audit documents provided by Mark Hilliard; review case law re setoff under Texas law; review executive summary from Mark Hilliard re calculation of premium | 3.50 | 1505.00 |
| 02/01/11 | James P. S. Leshaw | Strategy re litigation issues | 0.30 | 217.50 |
| 02/02/11 | Paul Berkowitz | Conference re motion to dismiss. | 0.60 | 402.00 |
| 02/02/11 | Padma G. Hinrichs | Review e-mails and proposed order re seal motion | 0.40 | 172.00 |
| 02/02/11 | James P. S. Leshaw | Review of documents re motion to dismiss; preparation for meeting re same; attendance at meeting | 1.10 | 797.50 |
| 02/02/11 | Mark E. Miller | Review complaint and policies. | 0.30 | 207.00 |
| 02/02/11 | Ari Newman | Case law research and analysis in connection with setoff issues; drafting and revising research memorandum in connection with dispositive motion to be filed. | 4.50 | 1417.50 |
| 02/03/11 | Paul Berkowitz | Telephone call and review materils re Zurich. | 0.50 | 335.00 |
| 02/03/11 | Padma G. Hinrichs | Review proposed motion from Gaston Loomis re scheduling order; review local rules re same; revise motion and scheduling order | 0.80 | 344.00 |
| 02/03/11 | James P. S. Leshaw | Telephone conference with Paul Berkowitz re miscellaneous insurance issues; review of documents re same | 0.30 | 217.50 |
| 02/03/11 | Ari Newman | Research in connection with Motion to Dismiss Zurich's Counterclaim. | 2.90 | 913.50 |
| 02/04/11 | Paul Berkowitz | Telephone call re Zurich Premium Audit. | 0.40 | 268.00 |
| 02/04/11 | Padma G. Hinrichs | Exchange e-mails with and tele-conference with Paul Berkowitz and Jim Leshaw re insurance coverage and audit issues; review updated memo from Ari Newman and categorize cases; begin drafting motion to dismiss counterclaim; review transcript of hearing on emergency motion; e-mail to Ari Newman re same | 3.80 | 1634.00 |
| 02/04/11 | James P. S. Leshaw | Review of setoff issues; participation in call re Zurich issues | 0.80 | 580.00 |
| 02/04/11 | Ari Newman | Case law research and analysis in connection with setoff issues in connection with dispositive motion to be filed; internal discussions and emails re same. | 3.30 | 1039.50 |
| 02/06/11 | Padma G. Hinrichs | Review memoranda prepared by Ari Newman re setoff issues; continue drafting motion to dismiss | 3.70 | 1591.00 |

Invoice No.:    2890470                                                          Page 2

Matter No.:    055697.018600

Description of Professional Services Rendered

|  |  | counterclaim |  |  |
|---|---|---|---|---|
| 02/07/11 | Paul Berkowitz | Telephone calls re Zurich audit. | 0.30 | 201.00 |
| 02/07/11 | Padma G. Hinrichs | Continue drafting motion to dismiss counterclaim; tele-conferences with Ari Newman, Jim Leshaw, and Paul Berkowitz re motion; research re Texas law re setoff | 5.80 | 2494.00 |
| 02/07/11 | James P. S. Leshaw | Review of memo re setoff issues; call re motion to dismiss | 0.80 | 580.00 |
| 02/07/11 | Ari Newman | Case law and treatise research and analysis of setoff and other relevant issues in connection with preparing Motion to Dismiss (4.4); Internal phone conversations and emails re strategy and analysis of case law (1.2). | 5.60 | 1764.00 |
| 02/08/11 | Maribel Fontanez | Confer w/A. Newman regarding need to locate cases regarding Zurich and stay relief/turnover; review various Texas cases. | 1.70 | 348.50 |
| 02/08/11 | Shari L. Heyen | Emails to/from Mr. Newman regarding set off rights under Texas law; brief research regarding same. | 0.70 | 472.50 |
| 02/08/11 | Padma G. Hinrichs | Multiple tele-conferences with Ari Newman re revisions to memo re setoff of contingent claims under Texas law and additional research; review revised memorandum; review e-mails from Jim Leshaw re research | 1.70 | 731.00 |
| 02/08/11 | James P. S. Leshaw | Telephone conference re motion to dismiss | 0.40 | 290.00 |
| 02/08/11 | Ari Newman | Case law and treatise research and analysis in connection with Motion to Dismiss; internal phone communications and emails re arguments and general strategy; reviewing relevant pleadings and arguments in related case; analysis and discussions re mutuality and related setoff issues. | 6.10 | 1921.50 |
| 02/09/11 | Paul Berkowitz | Review Zurich pleading. | 0.40 | 268.00 |
| 02/09/11 | Maribel Fontanez | Review various cases and pleadings in Northern and Southern district of Texas regarding Zurich/Steadfast. | 1.00 | 205.00 |
| 02/09/11 | Maribel Fontanez | Review numerous pleadings in numerous cases with regards to Zurich/Steadfast. | 3.10 | 635.50 |
| 02/09/11 | Padma G. Hinrichs | Review pleadings from In re WL Homes, LLC case re similar setoff claims asserted by Zurich; continue drafting and revising motion to dismiss counterclaim; research re standard on motion to dismiss; e-mail to Jim Leshaw re same | 8.20 | 3526.00 |
| 02/09/11 | James P. S. Leshaw | Review of Zurich pleadings re setoff issues; email re same | 1.40 | 1015.00 |
| 02/09/11 | Ari Newman | Case law and treatise research re equitable defenses and other related issues; internal discussions re same; reviewing pleadings relevant in connection with setoff issues; emails re motion to dismiss. | 1.50 | 472.50 |

Invoice No.:    2890470                                                                    Page  3

Matter No.:    055697.018600

Description of Professional Services Rendered

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 02/10/11 | Paul Berkowitz | Conference re Zurich issues | 0.40 | 268.00 |
| 02/10/11 | Padma G. Hinrichs | Review e-mails re seal motion; | 0.20 | 86.00 |
| 02/10/11 | James P. S. Leshaw | Work on motion to dismiss including review of insurance policy, stay relief motion, answer, etc.; telephone conference with consultant re same | 6.50 | 4712.50 |
| 02/10/11 | Ari Newman | Reviewing and analyzing draft motion to dismiss; providing comments re same; additional case law research. | 0.40 | 126.00 |
| 02/11/11 | Paul Berkowitz | Telephone conferences and review materials for Zurich claim. | 1.30 | 871.00 |
| 02/11/11 | Padma G. Hinrichs | Tele-conference with Jim Leshaw re proofs of claim; review e-mails re seal motion; tele-conference with and e-mails to Mark Hilliard re proofs of claim filed by Zurich and claims for premium payments; e-mail to Jim Leshaw and Paul Berkowitz re same; review and revise proposed joint motion regarding continuing pre-trial deadlines and e-mail to Jim Leshaw re same; begin reviewing memos from Ari Newman re setoff | 2.70 | 1161.00 |
| 02/11/11 | James P. S. Leshaw | Review of and revision of motion to dismiss; review of underlying documents | 5.70 | 4132.50 |
| 02/13/11 | Paul Berkowitz | Review pleadings in precedent cases. | 0.60 | 402.00 |
| 02/13/11 | Ari Newman | Drafting and revising Motion to Dismiss; reviewing research re same. | 1.50 | 472.50 |
| 02/14/11 | Paul Berkowitz | Telephone call re claims against Zurich. | 1.30 | 871.00 |
| 02/14/11 | Padma G. Hinrichs | Tele-conferences with Aileen Ma re orders and pre-trial conference; e-mail to Gaston Loomis re joint motion and revisions to same; tele-conference with Paul Berkowitz re motion to dismiss; exchange e-mails with Jim Leshaw re revisions to same; review e-mails re proofs of claim from Ari Newman | 1.60 | 688.00 |
| 02/14/11 | James P. S. Leshaw | Review of and revision of motion to dismiss; legal research re same | 5.60 | 4060.00 |
| 02/14/11 | Ari Newman | Drafting and revising motion to dismiss; research re proof of claim issues. | 2.30 | 724.50 |
| 02/15/11 | Padma G. Hinrichs | Multiple emails to Kit Turner, Gary Freedman, Scott Brown and Gaston Loomis re joint motion to continue pre-trial deadlines and scheduling conference and revisions to same; multiple telephone conference calls with and e-mails to Aileen Ma, Judge Olson's courtroom deputy and clerk re continuance of scheduling conference | 2.10 | 903.00 |
| 02/15/11 | James P. S. Leshaw | Review of and revision of motion to dismiss; review of documents re same | 6.00 | 4350.00 |
| 02/15/11 | Ari Newman | Drafting and revising motion to dismiss; research re issues related to self-insured retention. | 3.30 | 1039.50 |
| 02/16/11 | Mark D. Bloom | Analysis of pre-and post-petition nature of | 0.40 | 330.00 |

Invoice No.:    2890470                                                                    Page 4

Matter No.:    055697.018600

Description of Professional Services Rendered

| Date | Name | Description | | |
|------|------|-------------|---|---|
| | | claims for purposes of setoff and mutuality issues, and planning of strategy re recoupment defenses and settlement posture | | |
| 02/16/11 | James P. S. Leshaw | Strategy re motion to dismiss; research re same; revision of document | 4.60 | 3335.00 |
| 02/16/11 | Ari Newman | Drafting and revising Motion to Dismiss Counterclaim; internal discussions re strategy; reviewing and analyzing pleadings in connection with Motion to Dismiss; research and analysis in connection with mutuality issues. | 4.30 | 1354.50 |
| 02/17/11 | Paul Berkowitz | Prepare response to Zurich matters. | 0.80 | 536.00 |
| 02/17/11 | Padma G. Hinrichs | Review scheduling order; review latest version of motion to dismiss counterclaim | 0.60 | 258.00 |
| 02/17/11 | James P. S. Leshaw | Review of and revision of motion to dismiss; legal research regarding same | 2.80 | 2030.00 |
| 02/17/11 | Ari Newman | Drafting and revising Motion to Dismiss; additional research re same; discussions re arguments, case law, and general strategy. | 4.50 | 1417.50 |
| 02/18/11 | Paul Berkowitz | Prepare Motion. | 0.80 | 536.00 |
| 02/18/11 | Maribel Fontanez | Review citations in motion to dismiss counterclaim. | 2.50 | 512.50 |
| 02/18/11 | James P. S. Leshaw | Work re Zurich motion to dismiss | 0.70 | 507.50 |
| 02/18/11 | Ari Newman | Revising motion to dismiss. | 0.50 | 157.50 |
| 02/20/11 | Ari Newman | Drafting and revising Motion to Dismiss; research in connection with motion to dismiss - mutuality issues and unliquidated and unmatured claim issues. | 7.30 | 2299.50 |
| 02/22/11 | Padma G. Hinrichs | Review and revise motion to dismiss counterclaim; e-mail to Jim Leshaw re same | 1.70 | 731.00 |
| 02/22/11 | James P. S. Leshaw | Work re motion to dismiss, including legal research and revision of motion | 3.20 | 2320.00 |
| 02/22/11 | Ari Newman | Drafting and revising Motion to Dismiss; preparing exhibits and finalizing documents for filing with court. | 3.00 | 945.00 |
| 02/23/11 | Maribel Fontanez | Finalize Motion to Dismiss; e-file and serve. | 0.80 | 164.00 |
| 02/23/11 | Padma G. Hinrichs | Review and respond to e-mails from and tele-conference with Angeline Koo re motion to dismiss counterclaim; review filed motion and order scheduling hearing; exchange e-mails with Jim Leshaw and Paul Berkowitz re same | 1.00 | 430.00 |
| 02/23/11 | James P. S. Leshaw | Final review of and revision of motion to dismiss | 2.70 | 1957.50 |
| 02/23/11 | Ari Newman | Internal discussion re case law and briefing. | 0.10 | 31.50 |
| 02/25/11 | James P. S. Leshaw | Strategy re litigation issues | 0.80 | 580.00 |
| 02/28/11 | Maribel Fontanez | Prepare certificate of service of notice of hearing motion to dismiss. | 0.20 | 41.00 |
| 02/28/11 | Padma G. Hinrichs | Review e-mail from Angeline Koo re motion to dismiss counterclaims | 0.10 | 43.00 |
| 02/28/11 | James P. S. Leshaw | follow up re setoff issues | 0.30 | 217.50 |

Total Time:    152.90

Invoice No.:    2890470                                                                                    Page  5

Matter No.:    055697.018600

<u>Description of Professional Services Rendered</u>

<u>Total Fees:</u>          $ 73,409.50

Invoice No.:    2890470                                                                 Page 6

Re:             Zurich American Insurance

Matter No.:     055697.018600

<u>Description of Expenses Billed</u>

## Description of Expenses Billed:

| Date | Description | | Amount |
|------|-------------|---|--------|
| 01/20/11 | Search Criteria: (None);  Document Type: Pacer Research Charges for January 2011 | $ | 0.16 |
| 01/23/11 | VENDOR: Soundpath / Premier Global INVOICE#: GT012311 DATE: 1/23/2011 Conferencing Services Invoice Date 110119 User PGH Client Code 055697 Matter Code 018600 | $ | 5.75 |
| 01/25/11 | Search Criteria: (None);  Document Type: Pacer Research Charges for January 2011 | $ | 3.36 |
| 01/26/11 | Search Criteria: (None);  Document Type: Pacer Research Charges for January 2011 | $ | 1.92 |
| 01/26/11 | Search Criteria: (None);  Document Type: Pacer Research Charges for January 2011 | $ | 2.40 |
| 01/26/11 | Search Criteria: (None);  Document Type: Pacer Research Charges for January 2011 | $ | 3.20 |
| 01/27/11 | Search Criteria: (None);  Document Type: Pacer Research Charges for January 2011 | $ | 5.60 |
| 01/27/11 | Search Criteria: (None);  Document Type: Pacer Research Charges for January 2011 | $ | 1.28 |
| 02/04/11 | Westlaw Research by NEWMAN,ARI. | $ | 217.20 |
| 02/06/11 | VENDOR: Soundpath / Premier Global INVOICE#: GT020611 DATE: 2/6/2011 Conferencing Services Invoice Date 110131 User PGH Client Code 055697 Matter Code 018600 | $ | 5.84 |
| 02/07/11 | Westlaw Research by HINRICHS,PADMA. | $ | 90.23 |
| 02/07/11 | Westlaw Research by NEWMAN,ARI. | $ | 152.66 |
| 02/08/11 | Westlaw Research by FONTANEZ,MARIBEL. | $ | 31.48 |
| 02/08/11 | Westlaw Research by NEWMAN,ARI. | $ | 150.64 |
| 02/09/11 | Westlaw Research by NEWMAN,ARI. | $ | 73.20 |
| 02/13/11 | Westlaw Research by HINRICHS,PADMA. | $ | 20.00 |
| 02/14/11 | Westlaw Research by NEWMAN,ARI. | $ | 5.14 |
| 02/15/11 | Westlaw Research by NEWMAN,ARI. | $ | 15.75 |
| 02/16/11 | Westlaw Research by NEWMAN,ARI. | $ | 124.80 |
| 02/17/11 | Westlaw Research by NEWMAN,ARI. | $ | 129.08 |
| 02/20/11 | Westlaw Research by NEWMAN,ARI. | $ | 192.11 |
| | Total Expenses: | $ | 1,231.80 |

# GT GreenbergTraurig

| | |
|---|---|
| Invoice No.: | 2890469 |
| File No.    : | 055697.020000 |
| Bill Date   : | March 8, 2011 |

TOUSA Inc.
4000 Hollywood Boulevard
Suite 400N
Hollywood, Florida 33021

Attn: Sorana Georgescu

## <u>INVOICE</u>

Re:  General Corp.

<u>Legal Services through February 28, 2011</u>:

|  | | | |
|---|---|---|---|
| Total Fees: | $ | 1,273.00 |

<u>Expenses</u>:

| | | | |
|---|---|---|---|
| Conference Calls | 1.25 | | |
| Telephone Expenses - Long Distance | 123.00 | | |
| Total Expenses: | | $ | 124.25 |
| **Total Current Invoice:** | | $ | **1,397.25** |

PNB:SC
Tax ID: 59-1270754

**WE HAVE MOVED**
Greenberg Traurig, P.A.
333 Avenue of the Americas (333 S.E. 2nd Avenue) | Suite 4400 | Miami, Florida 33131
Tel 305.579.0500 | Fax 305.579.0717 | www.gtlaw.com

**GT** GreenbergTraurig

Invoice No. :  2890469
File No.    :  055697.020000

## Summary of Fees (Current Invoice)

| Timekeeper | Hours | Rate | | Amount |
|---|---|---|---|---|
| Paul Berkowitz | 1.90 | 670.00 | | 1,273.00 |
| Totals: | 1.90 | 670.00 | $ | 1,273.00 |

PNB:SC
Tax ID:  59-1270754

**WE HAVE MOVED**
**Greenberg Traurig, P.A.**
**333 Avenue of the Americas (333 S.E. 2nd Avenue) | Suite 4400 | Miami, Florida 33131**
**Tel 305.579.0500 | Fax 305.579.0717 | www.gtlaw.com**

Invoice No.:    2890469                                                                    Page  1

Matter No.:     055697.020000

Description of Professional Services Rendered

## Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 02/08/11 | Paul Berkowitz | Prepare agreement with B&C; prepare Access agreement. | 1.40 | 938.00 |
| 02/09/11 | Paul Berkowitz | Telephone call re Lake Las Vegas litigation. | 0.20 | 134.00 |
| 02/14/11 | Paul Berkowitz | Telephone call with McAdam re LLV. | 0.30 | 201.00 |

|  | | | Total Time: | 1.90 | |
|  | | | Total Fees: | | $ 1,273.00 |

| Invoice No.: | 2890469 | | Page 2 |
|---|---|---|---|

Re:       General Corp.

Matter No.:       055697.020000

<u>Description of Expenses Billed</u>

## Description of Expenses Billed:

| | | | |
|---|---|---|---|
| 01/24/11 | VENDOR: CitiBusiness Card INVOICE#: 5574/0211ADJWILLIAMS DATE: 2/1/2011<br>Courtcall #3971533 03103420888 Ca CourtCall<br>Matter 030000 is currently closed. | $ | 58.00 |
| 01/25/11 | VENDOR: American Express INVOICE#: 6113201102 DATE: 2/13/2011<br>Courtcall *#39675 Los Angeles Ca Ref# 35617037 310-342-0888 01/24/11<br>Todd Grube | $ | 65.00 |
| 02/06/11 | VENDOR: Soundpath / Premier Global INVOICE#: GT020611 DATE:<br>2/6/2011<br>Conferencing Services Invoice Date 110204 User PNB Client Code 055697<br>Matter Code 020000 | $ | 1.25 |
| | Total Expenses: | $ | 124.25 |

# GT GreenbergTraurig

|                | |              |
|----------------|-|--------------|
| Invoice No. :  | | 2890471      |
| File No.       | : | 055697.018700 |
| Bill Date      | : | March 8, 2011 |

TOUSA Inc.
4000 Hollywood Blvd.
Ste. 400N
Hollywood, Florida 33021

Attn: Sorana Georgescu

## INVOICE

Re:   Motion to Intervene in Valente matters

<u>Legal Services through February 28, 2011</u>:

|                          |    |         |
|--------------------------|----|---------|
| Total Fees:              | $  | 268.00  |
| **Total Current Invoice:** | **$** | **268.00** |

PNB:SC
Tax ID:  59-1270754

## WE HAVE MOVED
**Greenberg Traurig, P.A.**
333 Avenue of the Americas (333 S.E. 2nd Avenue) | Suite 4400 | Miami, Florida 33131
Tel 305.579.0500 | Fax 305.579.0717 | www.gtlaw.com

# GT GreenbergTraurig

Invoice No. :   2890471
File No.    :   055697.018700

### Summary of Fees (Current Invoice)

| Timekeeper | Hours | Rate | | Amount |
|---|---|---|---|---|
| Paul Berkowitz | 0.40 | 670.00 | | 268.00 |
| Totals: | 0.40 | 670.00 | $ | 268.00 |

PNB:SC
Tax ID:  59-1270754

**WE HAVE MOVED**
**Greenberg Traurig, P.A.**
**333 Avenue of the Americas (333 S.E. 2nd Avenue) | Suite 4400 | Miami, Florida 33131**
**Tel 305.579.0500 | Fax 305.579.0717 | www.gtlaw.com**

Invoice No.:    2890471

Page  1

Matter No.:    055697.018700

Description of Professional Services Rendered

## Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 02/11/11 | Paul Berkowitz | Review Settlement Agreement; telephone conference with Committee Counsel. | 0.40 | 268.00 |
|  |  | Total Time: | 0.40 |  |
|  |  | Total Fees: |  | $ 268.00 |