# Greenberg Traurig

Invoice No. :  2174244
File No.     :  055697.015800
Bill Date    :  June 12, 2008

TOUSA Inc.
4000 Hollywood Blvd.
Suite 500-N
Hollywood, Florida  33021

Attn: Jody Campbell

## INVOICE

Re:   Rivadeneira, Nadia (Perm. Res.)

Legal Services through May 31, 2008:

| | | |
|---|---|---|
| Total Fees: | $ | 234.00 |
| **Current Invoice:** | **$** | **234.00** |

\* \* \* \* \*

MNS:WM
Tax ID:  13-3613083

Greenberg Traurig, LLP | Attorneys at Law | 1750 Tysons Boulevard | Suite 1200 | McLean, Virginia 22102 | Tel 703.749.1300 | Fax 703.749.1301 | www.gtlaw.com

# Greenberg
# Traurig

Invoice No. :   2174244
File No.    :   055697.015800

## Summary of Fees (Current Invoice)

| Timekeeper | Hours | Rate | | Amount |
|---|---|---|---|---|
| Kristin L. Bolayir | 0.60 | 265.00 | | 159.00 |
| Dillon Colucci | 1.00 | 75.00 | | 75.00 |
| Totals: | 1.60 | 146.25 | $ | 234.00 |

* * * *

Invoice No.:     2174244                                                    Page   1
Re:              Rivadeneira, Nadia (Perm. Res.)
Matter No.:      055697.015800

## Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 05/01/08 | Dillon Colucci | Prepare employment authorization and advance parole extensions for Nadia Rivadeneira. | 0.20 | 15.00 |
| 05/07/08 | Kristin L. Bolayir | Review documents from N. Rivadeneira regarding applications to extend employment authorization and travel permission. | 0.10 | 26.50 |
| 05/12/08 | Dillon Colucci | Prepare advance parole and employment authorization forms for Nadia Rivadeneira's signature. | 0.60 | 45.00 |
| 05/13/08 | Kristin L. Bolayir | Review and revise correspondence to N. Rivadeneira and final forms regarding applications to extend employment authorization and travel permission. | 0.20 | 53.00 |
| 05/13/08 | Dillon Colucci | Prepare employment and advance parole extensions for Nadia Rivadeneira. | 0.20 | 15.00 |
| 05/21/08 | Kristin L. Bolayir | Finalize documentation regarding applications to extend employment authorization and travel permission for N. Rivadeneira; prepare correspondence to N. Rivadeneira regarding same. | 0.30 | 79.50 |

|  | Total Time: | 1.60 |
|--|-------------|------|
|  | Total Fees: | $ 234.00 |

Invoice No.:      2174244                                              Page  2
Re:               Rivadeneira, Nadia (Perm. Res.)
Matter No.:       055697.015800

<u>Description of Expenses Billed</u>:

<u>DATE</u>        <u>DESCRIPTION</u>                                    <u>AMOUNT</u>

**<u>No expenses charged to this file</u>**

**GT** GreenbergTraurig

Invoice No. :   2258130
File No.      :   055697.015800
Bill Date     :   October 10, 2008

TOUSA Inc.
4000 Hollywood Blvd.
Suite 500-N
Hollywood, Florida  33021

Attn: Jody Campbell

## INVOICE

Re:   Rivadeneira, Nadia (Perm. Res.)

<u>Legal Services through September 30, 2008</u>:

| | | |
|---|---|---|
| Total Fees: | $ | 26.50 |
| **Current Invoice:** | **$** | **26.50** |

\* \* \* \* \*

MNS:WM
Tax ID:  13-3613083

Greenberg Traurig, LLP | Attorneys at Law | 1750 Tysons Boulevard | Suite 1200 | McLean, Virginia 22102 | Tel 703.749.1300 | Fax 703.749.1301 | www.gtlaw.com

# GT GreenbergTraurig

Invoice No.: 2258130
File No.   :  055697.015800

**Summary of Fees (Current Invoice)**

| Timekeeper | Hours | Rate | | Amount |
|---|---|---|---|---|
| Kristin L. Bolayir | 0.10 | 265.00 | | 26.50 |
| Totals: | 0.10 | 265.00 | $ | 26.50 |

\* \* \* \*

| Invoice No.: | 2258130 | Page 1 |
|---|---|---|
| Re: | Rivadeneira, Nadia (Perm. Res.) | |
| Matter No.: | 055697.015800 | |

## Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/10/08 | Kristin L. Bolayir | Confer with M. Schoonover regarding processing of nonimmigrant and immigrant petitions for N. Rivadeneira. | 0.10 | 26.50 |
| | | Total Time: | 0.10 | |
| | | Total Fees: | | $ 26.50 |

Invoice No.:     2258130                                                    Page  2
Re:              Rivadeneira, Nadia (Perm. Res.)
Matter No.:      055697.015800

Description of Expenses Billed:

DATE          DESCRIPTION                                          AMOUNT

**No expenses charged to this file**

**GT** GreenbergTraurig

Invoice No. : 2908680
File No.    : 055697.018600
Bill Date   : April 7, 2011

TOUSA Inc.
4000 Hollywood Blvd.
Ste. 400N
Hollywood, Florida 33021

Attn: Sorana Georgescu

## INVOICE

Re: Zurich American Insurance

Legal Services through March 31, 2011:

|  |  |  |
|---|---|---|
| Total Fees: | $ | 79,721.75 |

Expenses:

| | |
|---|---|
| Photocopy Charges | 2.40 |
| Local Travel | 24.00 |
| Business Meals | 26.03 |
| Postage | 1.39 |
| Special Clerical Services | 126.67 |
| Information and Research | 1,760.14 |
| Total Expenses: $ | 1,940.63 |
| **Total Current Invoice:** $ | **81,662.38** |

PNB:SC
Tax ID: 59-1270754

**WE HAVE MOVED**
**Greenberg Traurig, P.A.**
**333 Avenue of the Americas (333 S.E. 2nd Avenue) | Suite 4400 | Miami, Florida 33131**
**Tel 305.579.0500 | Fax 305.579.0717 | www.gtlaw.com**

**GT** GreenbergTraurig

Invoice No. :   2908680
File No.     :   055697.018600

## Summary of Fees (Current Invoice)

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Paul Berkowitz | 3.80 | 670.00 | 2,546.00 |
| Padma G. Hinrichs | 38.50 | 430.00 | 16,555.00 |
| James P. S. Leshaw | 49.40 | 725.00 | 35,815.00 |
| Julissa Rodriguez | 2.30 | 475.00 | 1,092.50 |
| Ari Newman | 63.40 | 315.00 | 19,971.00 |
| Gerardo J. Rodriguez-Albizu | 11.80 | 285.00 | 3,363.00 |
| Maribel Fontanez | 1.85 | 205.00 | 379.25 |
| Totals: | 171.05 | 466.07 | $  79,721.75 |

PNB:SC
Tax ID: 59-1270754

**WE HAVE MOVED**
**Greenberg Traurig, P.A.**
333 Avenue of the Americas (333 S.E. 2nd Avenue) | Suite 4400 | Miami, Florida 33131
Tel 305.579.0500 | Fax 305.579.0717 | www.gtlaw.com

Invoice No.:    2908680                                                                    Page  1

Matter No.:    055697.018600

<u>Description of Professional Services Rendered</u>

## <u>Description of Professional Services Rendered:</u>

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|---|---|---|---|---|
| 03/01/11 | Maribel Fontanez | Finalize and e-file certificate of service of DE 14. | 0.10 | 20.50 |
| 03/02/11 | Maribel Fontanez | Pull caselaw from Westlaw and provice A. Newman two sets. | 1.00 | 205.00 |
| 03/02/11 | Ari Newman | Reviewing and analyzing case law in preparation for hearing on motion to dismiss. | 1.00 | 315.00 |
| 03/03/11 | Maribel Fontanez | Upload caselaw to FileSite. | 0.30 | 61.50 |
| 03/03/11 | Ari Newman | Reviewing and analyzing case law in preparation for hearing on motion to dismiss. | 4.50 | 1417.50 |
| 03/04/11 | Ari Newman | Reviewing and analyzing case law in preparation for hearing on motion to dismiss; case law summaries and notes; additional case law research and analysis in advance of hearing; internal discussion re hearing strategy. | 4.20 | 1323.00 |
| 03/07/11 | Ari Newman | Reviewing and analyzing case law in preparation for hearing on motion to dismiss; case law summaries and notes; additional case law research and analysis in advance of hearing; internal discussion re hearing strategy. | 4.10 | 1291.50 |
| 03/08/11 | Padma G. Hinrichs | Review e-mails from Scott Brown, Jim Leshaw and Paul Berkowitz re revisions to confidentiality agreement; telephone conference with and e-mails to Ari Newman re same; tele-conference with Jim  Leshaw re order | 0.80 | 344.00 |
| 03/08/11 | James P. S. Leshaw | Preparation for motion to dismiss hearing; multiple calls with Turner and others re litigation issues; follow up re seal order | 0.80 | 580.00 |
| 03/08/11 | Ari Newman | Communications with the courtroom deputy re scheduling hearing on motion to dismiss; communications with opposing deadlines re hearing dates; reviewing and analyzing order on motion to seal and confidentiality agreement; internal discussion re motion to dismiss and related issues. | 1.20 | 378.00 |
| 03/09/11 | Padma G. Hinrichs | Review motion and order re hearing on motion to dismiss; exchange e-mails with Jim Leshaw, Ari Newman, and Kitt Turner re hearing on motion to dismiss, briefing schedule, and order on seal motion; follow up re confidentiality order | 1.40 | 602.00 |
| 03/09/11 | James P. S. Leshaw | Review of order; strategy re hearing issues; review of issues re motion to dismiss | 0.40 | 290.00 |
| 03/09/11 | Ari Newman | Drafting Motion to Continue Hearing and Proposed Order; internal discussions and emails re same; discussion with courtroom deputy re | 1.40 | 441.00 |

Invoice No.:     2908680                                                                    Page 2

Matter No.:     055697.018600

Description of Professional Services Rendered

|  |  | hearing dates; internal discussion re hearing issues and arguments. |  |  |
|---|---|---|---|---|
| 03/10/11 | Padma G. Hinrichs | Review scheduling order; review e-mails from Jim Leshaw, Scott Brown, and Ari Newman re confidentiality order and review draft documents from Scott Brown | 1.10 | 473.00 |
| 03/10/11 | James P. S. Leshaw | Follow up re CA issues and motion to dismiss issues | 0.30 | 217.50 |
| 03/10/11 | Ari Newman | Reviewing Order; circulating same and preparing certificate of service. | 0.20 | 63.00 |
| 03/11/11 | Paul Berkowitz | Prepare confidentiality agreement | 0.50 | 335.00 |
| 03/11/11 | Padma G. Hinrichs | Tele-conference with Jim Leshaw re proposed confidentiality order; review e-mails to Scott Brown re same and review red-lined changes; e-mails to Sorana Georgescu re strategy | 1.30 | 559.00 |
| 03/11/11 | James P. S. Leshaw | Review of and revision of CA and order on seal motion; multiple calls with S. Brown re same | 3.20 | 2320.00 |
| 03/16/11 | Paul Berkowitz | Review Zurich pleadings; telephone conferences regarding response to same | 1.50 | 1005.00 |
| 03/17/11 | Maribel Fontanez | Pull case law. | 0.15 | 30.75 |
| 03/17/11 | Padma G. Hinrichs | Review Zurich's response to motion to dismiss counterclaim; multiple tele-conferences with and e-mails to Ari Newman, Sorana Keever and Paul Berkowitz re strategy for response; review memo re choice of law analysis; conference with Gerardo Rodriguez-Albizu re research and insert for reply; draft outline of reply in support of motion to dismiss and begin reviewing case law cited by Zurich | 2.70 | 1161.00 |
| 03/17/11 | Ari Newman | Reviewing and analyzing Zurich's Response; reviewing and analyzing case law cited in Response; internal discussions re Reply to Response; conference call with client re Zurich's Response; drafting Reply. | 6.60 | 2079.00 |
| 03/17/11 | Gerardo J. Rodriguez-Albizu | Meet with Padma Hinrichs to discuss case. Participate in conference call with Padma Hinrichs re: plan for preparing and drafting reply in support of motion to dismiss Zurich's counterclaim.  Participate in conference call with Padma Hinrichs and Ari Newman re: dividing research for same.  Review Tousa's motion to dismiss counterclaim and Defendants' response to same.  Begin reviewing and analyzing legal authorities cited by Defendants in their response to Tousa's motion to dismiss counterclaim. | 3.10 | 883.50 |
| 03/18/11 | Padma G. Hinrichs | Review cases cited in Zurich's response to motion to dismiss; review e-mails from Ari Newman; review complaint and counterclaim and insurance policy;  tele-conference with Gerardo Rodriguez-Albizu re research and reply | 3.20 | 1376.00 |

Invoice No.:    2908680                                                                    Page  3

Matter No.:    055697.018600

<u>Description of Professional Services Rendered</u>

| 03/18/11 | Ari Newman | Reviewing and analyzing Zurich's Response; reviewing and analyzing case law cited in Response; drafting memorandum addressing case law in Zurich's Response; internal discussions re Zurich's response. | 4.00 | 1260.00 |
|---|---|---|---|---|
| 03/18/11 | Gerardo J. Rodriguez-Albizu | Continue reviewing select pleadings, Tousa's motion to dismiss counterclaim, and Defendants' response in anticipation of drafting reply drop-in section.  Review and analyze legal authorities cited by Defendants.  Review and analyze legal authorities cited by Tousa in its motion to dismiss.  Review and analyze additional legal authorities in anticipation of drafting reply drop-in section.  Discuss issues with Padma Hinrichs re: same.  Draft, revise, and finalize first draft of reply drop-in section.  Email first draft of reply drop-in section to Padma Hinrichs for her review and comments. | 8.70 | 2479.50 |
| 03/20/11 | Padma G. Hinrichs | Review research memos from Ari Newman and Gerardo Rodriguez-Albizu re reply; continue research re mutuality of claims; begin drafting reply in support of motion to dismiss counterclaim | 6.10 | 2623.00 |
| 03/21/11 | Maribel Fontanez | Confer with A. Newman regarding Zurich proofs of claim; review claims register; contact claims agent to obtain copies. | 0.10 | 20.50 |
| 03/21/11 | Padma G. Hinrichs | Continue drafting reply in support of motion to dismiss counterclaim; continue research re mutuality; highlight mutuality cases for Jim Leshaw in preparation for hearing on motion to dismiss; multiple tele-conferences with Jim Leshaw and Ari Newman re revisions to reply; e-mails to creditor's committee re draft reply; telephone conference with Paul Berkowitz re same | 5.40 | 2322.00 |
| 03/21/11 | James P. S. Leshaw | Review of and revision of reply to Zurich's response to motion to dismiss; telephone conference with Sussberg re same; legal research re same | 14.50 | 10512.50 |
| 03/21/11 | Ari Newman | Reviewing, analyzing and summarizing case law cited in Response; additional research in connection with case law cited in Response; drafting and revising Reply to Zurich's Response; strategy discussion re Zurich's response and arguments; reviewing insurance policies and proofs of claim in connection with same. | 6.20 | 1953.00 |
| 03/22/11 | Paul Berkowitz | Review response to Zurich filing; telephone conference re same. | 0.60 | 402.00 |
| 03/22/11 | Padma G. Hinrichs | Multiple telephone conferences with Jim Leshaw | 2.80 | 1204.00 |

Invoice No.:    2908680                                                                    Page  4

Matter No.:    055697.018600

<u>Description of Professional Services Rendered</u>

| | | | | |
|---|---|---|---|---|
| | | and Ari Newman re revisions to reply and revise same; e-mails to and tele-conference with Chris Boyd re Akin's position on reply; e-mails to Sorana Keever re hearing; coordinate court call with Maribel Fontanez | | |
| 03/22/11 | James P. S. Leshaw | Review of and revision of reply to response to motion to dismiss; review of cases re same | 5.80 | 4205.00 |
| 03/22/11 | Ari Newman | Drafting and revising reply in support of motion to dismiss counterclaim; reviewing and analyzing case law in connection with Reply and in preparation for Hearing on Motion to Dismiss; internal discussions re revisions to Reply brief and addressing relevant case law; finalizing and filing Reply Brief. | 5.00 | 1575.00 |
| 03/23/11 | Padma G. Hinrichs | Telephone conference with Jim Leshaw re proposed order and preparation for hearing on motion to dismiss counterclaim and Rule 26 disclosures; review e-mail from and telephone conference with Ron Gellert re Rule 26 disclosures; review rules re disclosure and draft disclosures; e-mails to Paul Berkowitz and Sorana Keever re draft disclosures and hearing; tele-conference with Carol Wigginton re Zurich's disclosures and binders | 3.20 | 1376.00 |
| 03/23/11 | James P. S. Leshaw | Preparation for hearing on motion to dismiss.5 | 7.50 | 5437.50 |
| 03/23/11 | Ari Newman | Reviewing and analyzing case law in preparation for hearing on motion to dismiss; reviewing argument in preparation for motion to dismiss. | 0.80 | 252.00 |
| 03/24/11 | Paul Berkowitz | Telephone call re court hearing/settlement issues. | 0.80 | 536.00 |
| 03/24/11 | Padma G. Hinrichs | Draft proposed order on motion to dismiss counterclaim; attend hearing on motion to dismiss counterclaim; tele-conference with Paul Berkowitz re hearing; review e-mail from Theresa Gildhart re Tousa loss runs and revise Rule 26 disclosures | 5.10 | 2193.00 |
| 03/24/11 | James P. S. Leshaw | Preparation for hearing on motion to dismiss; attendance at hearing re same; strategy re follow up/next steps | 7.20 | 5220.00 |
| 03/24/11 | Ari Newman | Preparing and reviewing materials and argument in advance of hearing; attending hearing on Motion to Dismiss Counterclaim. | 5.30 | 1669.50 |
| 03/28/11 | Padma G. Hinrichs | Finalize Rule 26 disclosures and e-mails to Paul Berkowitz and Jim Leshaw re same | 1.20 | 516.00 |
| 03/28/11 | James P. S. Leshaw | Follow up re settlement issues, Rule 26 issues and order issues | 0.70 | 507.50 |
| 03/28/11 | Ari Newman | Case law and treatise research re Recoupment issues. | 1.90 | 598.50 |
| 03/29/11 | Maribel Fontanez | Finalize, e-file and serve initial disclosures. | 0.20 | 41.00 |
| 03/29/11 | Padma G. Hinrichs | Continue revising Rule 26 disclosures; multiple | 1.70 | 731.00 |

Invoice No.:    2908680

Page  5

Matter No.:    055697.018600

Description of Professional Services Rendered

| | | | | |
|---|---|---|---|---|
| | | e-mails to and telephone conferences with Jim Leshaw, Carol Wigginton, and Sorana Keever re revisions to same; coordinate filing with Maribel Fontanez | | |
| 03/29/11 | James P. S. Leshaw | Review of and revision of record; drafting of order granting motion to dismiss; telephone conference w. Kit Turner re same and settlement; strategy re settlement | 5.20 | 3770.00 |
| 03/29/11 | Ari Newman | Case law and treatise research in connection with Recoupment issues (4.1); Drafting research memorandum addressing recoupment issues (3.8); reviewing and revising proposed order granting motion to dismiss counterclaim (0.5). | 8.40 | 2646.00 |
| 03/30/11 | Padma G. Hinrichs | Review letter from Jason Jofee re insurance; coordinate deposition of Lunde with Andy Kruppa and Lee Weintraub | 0.30 | 129.00 |
| 03/30/11 | James P. S. Leshaw | Follow up re settlement issues; review of revised order dismissing counterclaims | 0.50 | 362.50 |
| 03/30/11 | Ari Newman | Reviewing and analyzing case law and treatises in connection with Recoupment and related issues (1.7); Drafting research memorandum addressing recoupment issues (4.2). | 5.90 | 1858.50 |
| 03/31/11 | Paul Berkowitz | Review order, telephone calls re same. | 0.40 | 268.00 |
| 03/31/11 | Padma G. Hinrichs | Review transcript from hearing on motion to dismiss counterclaim; review e-mails from Jim Leshaw and Ari Newman re same; revise proposed order of dismissal; review recoupment memo; tele-conference with Jim Leshaw re motion for summary judgment and e-mail to Ari Newman re same | 2.20 | 946.00 |
| 03/31/11 | James P. S. Leshaw | Review of record; review of and revision of order dismissing counterclaim; calls and strategy re same | 3.30 | 2392.50 |
| 03/31/11 | Ari Newman | Reviewing and analyzing case law and treatises in connection with Recoupment and related issues; reviewing, and analyzing form of proposed order; emails re summary judgment and related issues. | 2.70 | 850.50 |
| 03/31/11 | Julissa Rodriguez | Conference with J.Leshaw regarding proposed order on motion to dismiss defendants' counterclaim and defendants' assertion that they will be appealing the order; review proposed order on motion to dismiss; conduct legal research regarding appealability of order granting motion to dismiss counterclaim and applicable standard and timing for appeal; conference with E.Scherker regarding appeal of order dismissing counterclaim; conference with J.Leshaw regarding comments to proposed order, suggested changes and appealability of | 2.30 | 1092.50 |

Invoice No.:   2908680

Matter No.:   055697.018600

Description of Professional Services Rendered

order.

| | | |
|---|---|---|
| Total Time: | 171.05 | |
| Total Fees: | | $ 79,721.75 |

Invoice No.:    2908680                                                        Page  7

Re:            Zurich American Insurance

Matter No.:    055697.018600

Description of Expenses Billed

## Description of Expenses Billed:

| Date | Description | | Amount |
|------|-------------|---|--------|
| 02/04/11 | Search Criteria: (None);   Document Type: Pacer Research Charges for February 2011 | $ | 2.48 |
| 02/08/11 | Search Criteria: (None);   Document Type: Pacer Research Charges for February 2011 | $ | 22.48 |
| 02/08/11 | Search Criteria: (None);   Document Type: Pacer Research Charges for February 2011 | $ | 18.64 |
| 02/09/11 | Search Criteria: (None);   Document Type: Pacer Research Charges for February 2011 | $ | 103.28 |
| 02/15/11 | Search Criteria: (None);   Document Type: Pacer Research Charges for February 2011 | $ | 0.48 |
| 02/15/11 | Search Criteria: (None);   Document Type: Pacer Research Charges for February 2011 | $ | 0.72 |
| 02/17/11 | Search Criteria: (None);   Document Type: Pacer Research Charges for February 2011 | $ | 1.12 |
| 02/23/11 | Search Criteria: (None);   Document Type: Pacer Research Charges for February 2011 | $ | 6.56 |
| 02/24/11 | Search Criteria: (None);   Document Type: Pacer Research Charges for February 2011 | $ | 6.64 |
| 03/02/11 | Westlaw Research by FONTANEZ,MARIBEL. | $ | 50.40 |
| 03/17/11 | Lexis Charges: 03/17/11 LEXIS LEGAL SERVICES Requested by FONTANEZ, MARIBEL Ref: 055697.018600 | $ | 1.78 |
| 03/17/11 | Lexis Charges: 03/17/11 LEXIS LEGAL SERVICES Requested by FONTANEZ, MARIBEL Ref: 055697.018600 | $ | 9.38 |
| 03/17/11 | Lexis Charges: 03/17/11 BRIEFS PLEADINGS MOTIONS Requested by FONTANEZ, MARIBEL Ref: 055697.018600 | $ | 0.03 |
| 03/17/11 | Westlaw Research by HINRICHS,PADMA. | $ | 27.08 |
| 03/17/11 | Westlaw Research by NEWMAN,ARI. | $ | 48.75 |
| 03/17/11 | Westlaw Research by RODRIGUEZ-ALBIZU,GERARDO. | | 33.49 |
| 03/18/11 | Westlaw Research by HINRICHS,PADMA. | $ | 21.15 |
| 03/18/11 | Westlaw Research by NEWMAN,ARI. | $ | 15.00 |
| 03/18/11 | Westlaw Research by RODRIGUEZ-ALBIZU,GERARDO. | | 244.73 |
| 03/21/11 | VENDOR: Leshaw, James P. S. INVOICE#: C051000003672110282 DATE: 3/22/2011 TYPE: Business Meals; REASON: Client Billable-MIA-Bkcy-Shareholder; DATE: 03/21/11 - Dinner for Jim Leshaw and Nancy Crossman; MERCHANT: Cittadeli; ATTENDEES: James P. S.   Leshaw (ACH), Nancy Crossman | $ | 26.03 |
| 03/21/11 | Special Clerical Service: Nancy J Crossman - Date of Service: 2011-03-21 | $ | 126.67 |
| 03/21/11 | Westlaw Research by HINRICHS,PADMA. | $ | 7.24 |
| 03/21/11 | Westlaw Research by NEWMAN,ARI. | $ | 70.76 |

Invoice No.:    2908680                                              Page 8

Re:             Zurich American Insurance

Matter No.:     055697.018600

<u>Description of Expenses Billed</u>

| | | | |
|---|---|---|---:|
| 03/22/11 | Copy; 16 Page(s) by 025637 | $ | 2.40 |
| 03/22/11 | Postage by 000001 | $ | 1.39 |
| 03/22/11 | Westlaw Research by NEWMAN,ARI. | $ | 195.49 |
| 03/24/11 | VENDOR: Newman, Ari INVOICE#: C051000551972110050 DATE: 3/28/2011 TYPE: Parking and Tolls; REASON: Client Billable-MIA-Bkcy-Associate; DATE: 03/24/11 - parking to attend hearing; MERCHANT: Lanier Parking | $ | 14.00 |
| 03/24/11 | VENDOR: Hinrichs, Padma G. INVOICE#: C051000273372110079 DATE: 3/29/2011 TYPE: Parking and Tolls; REASON: Client Billable-WPB-Lit-Shareholder; DATE: 03/24/11 - Parking at courthouse for hearing on motion to dismiss | $ | 10.00 |
| 03/28/11 | Westlaw Research by NEWMAN,ARI. | $ | 123.34 |
| 03/29/11 | Westlaw Research by NEWMAN,ARI. | $ | 425.85 |
| 03/30/11 | Westlaw Research by NEWMAN,ARI. | $ | 151.16 |
| 03/31/11 | Westlaw Research by NEWMAN,ARI. | $ | 34.05 |
| 03/31/11 | Westlaw Research by RODRIGUEZ,JULISSA. | $ | 138.06 |

Total Expenses:    $    1,940.63

Invoice No. :   2897964
File No.      :   055697.050000
Bill Date    :   April 1, 2011

TOUSA Inc.
PREBILLS ARE PDF'D TO KARINA
DO NOT MAIL OR EMAIL TO THE CLIENT

## INVOICE

Re:   General Restructuring

Legal Services through March 31, 2011:

|  | | |
|---|---|---|
| Total Fees: | $ | 2,435.50 |

Expenses:

| | | | |
|---|---|---|---|
| Federal Express Charges | 37.92 | | |
| Photocopy Charges | 32.40 | | |
| Total Expenses: | | $ | 70.32 |
| **Current Invoice:** | | **$** | **2,505.82** |

\* \* \* \* \*

LNG:KAL
Tax ID:  59-1270754

Greenberg Traurig, P.A. | Attorneys at Law | 777 South Flagler Drive | Suite 300 East | West Palm Beach, Florida 33401
Tel 561.650.7900 | Fax 561.655.6222 | www.gtlaw.com



Invoice No. :   2897964
File No.     :   055697.050000

## Summary of Fees (Current Invoice)

| Timekeeper | Hours | Rate | | Amount |
|---|---|---|---|---|
| James P. S. Leshaw | 2.20 | 725.00 | | 1,595.00 |
| Maribel Fontanez | 4.10 | 205.00 | | 840.50 |
| Totals: | 6.30 | 386.59 | $ | 2,435.50 |

\* \* \* \* \*

LNG:KAL
Tax ID:  59-1270754

Greenberg Traurig, P.A. | Attorneys at Law | 777 South Flagler Drive | Suite 300 East | West Palm Beach, Florida 33401
Tel 561.650.7900 | Fax 561.655.6222 | www.gtlaw.com

| Invoice No.: | 2897964 | Page 1 |
| --- | --- | --- |
| Re: | General Restructuring | |
| Matter No.: | 055697.050000 | |

## Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
| --- | --- | --- | --- | --- |
| 02/28/11 | James P. S. Leshaw | Review of and revision of fee application. | 1.70 | 1232.50 |
| 03/01/11 | Maribel Fontanez | Finalize and e-file ninth fee application; reconcile payments received. | 1.00 | 205.00 |
| 03/07/11 | Maribel Fontanez | Commence preparation of monthly summary of fees and costs; e-mail to team regarding invoices and estimate for February/March. | 0.40 | 82.00 |
| 03/08/11 | Maribel Fontanez | Review docket for hearing dates; e-mail to J.P.S. Leshaw regarding same. | 0.20 | 41.00 |
| 03/14/11 | Maribel Fontanez | Prepare monthly summary. | 1.30 | 266.50 |
| 03/21/11 | James P. S. Leshaw | Review of objection to fee applications. | 0.20 | 145.00 |
| 03/22/11 | Maribel Fontanez | E-mail invoice to Sorana Keever. | 0.10 | 20.50 |
| 03/29/11 | Maribel Fontanez | Review Tousa accounting for February 2011 and reconcile with budget; e-mail to accounting regarding application of payment; review e-mail from accounting with regards to outstanding balances; review payments and reply. | 1.10 | 225.50 |
| 03/29/11 | James P. S. Leshaw | Follow up re cash collateral issues. | 0.30 | 217.50 |

Total Time: 6.30

Total Fees: $ 2,435.50

| Invoice No.: | 2897964 | Page 2 |
| Re: | General Restructuring | |
| Matter No.: | 055697.050000 | |

## Description of Expenses Billed:

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 03/14/11 | VENDOR: FedEx INVOICE#: 743606336 DATE: 3/23/2011 Tracking #465991085095; From: Maribel Fontanez, Greenberg Traurig - Miami, 333 Avenue Of The Americas, Miami, FL 33131;  To: Sorana Georgescuesq., Tousainc., 4000 Hollywood Blvd.ste 500, Hollywood, FL 33021 | $ | 6.97 |
| 03/14/11 | VENDOR: FedEx INVOICE#: 743606336 DATE: 3/23/2011 Tracking #465991085100; From: Maribel Fontanez, Greenberg Traurig - Miami, 333 Avenue Of The Americas, Miami, FL 33131;  To: Office Of The U.s. Trustee, -, 51 Sw 1st Streetroom 1204, Miami, FL 33130 | $ | 6.97 |
| 03/14/11 | VENDOR: FedEx INVOICE#: 743606336 DATE: 3/23/2011 Tracking #465991085110; From: Maribel Fontanez, Greenberg Traurig - Miami, 333 Avenue Of The Americas, Miami, FL 33131;  To: Daniel H. Goldenesq., Akin Gump Strauss Hauer Feld L, One Bryant Park, New York City, NY 10036 | $ | 11.99 |
| 03/14/11 | VENDOR: FedEx INVOICE#: 743606336 DATE: 3/23/2011 Tracking #465991085132; From: Maribel Fontanez, Greenberg Traurig - Miami, 333 Avenue Of The Americas, Miami, FL 33131;  To: Nicole L. Greenblattesq., Kirkl& Ellis Llp, Citigroup Center, New York City, NY 10022 | $ | 11.99 |
| 03/14/11 | Copy; 216 Page(s) by 000001 | $ | 32.40 |
| | | Total Expenses: $ | 70.32 |

# GT GreenbergTraurig

|  |  |  |
|---|---|---|
| Invoice No. : | 2908686 |
| File No. | : | 055697.020000 |
| Bill Date | : | April 7, 2011 |

TOUSA Inc.
4000 Hollywood Boulevard
Suite 400N
Hollywood, Florida 33021

Attn: Sorana Georgescu

## INVOICE

Re:   General Corp.

Legal Services through March 31, 2011:

|  |  |  |
|---|---|---|
| Total Fees: | $ | 670.00 |

Expenses:

| | |
|---|---|
| Conference Calls | 3.73 |
| Delivery | 5.00 |

|  |  |  |
|---|---|---|
| Total Expenses: | $ | 8.73 |
| **Total Current Invoice:** | $ | **678.73** |

PNB:SC
Tax ID: 59-1270754

**WE HAVE MOVED**
Greenberg Traurig, P.A.
333 Avenue of the Americas (333 S.E. 2nd Avenue) | Suite 4400 | Miami, Florida 33131
Tel 305.579.0500 | Fax 305.579.0717 | www.gtlaw.com

**GT** GreenbergTraurig

Invoice No. :  2908686
File No.     :  055697.020000

### Summary of Fees (Current Invoice)

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Paul Berkowitz | 1.00 | 670.00 | 670.00 |
| Totals: | 1.00 | 670.00 | $   670.00 |

PNB:SC
Tax ID: 59-1270754

**WE HAVE MOVED**
Greenberg Traurig, P.A.
333 Avenue of the Americas (333 S.E. 2nd Avenue) | Suite 4400 | Miami, Florida 33131
Tel 305.579.0500 | Fax 305.579.0717 | www.gtlaw.com

Invoice No.:    2908686                                                                                    Page  1

Matter No.:    055697.020000

Description of Professional Services Rendered

## Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 03/03/11 | Paul Berkowitz | Telephone conference Mcaden, Keever re LLV Paving negotiation. | 0.50 | 335.00 |
| 03/30/11 | Paul Berkowitz | Review draft settlement agreement (Yamara). | 0.50 | 335.00 |
| | | Total Time: | 1.00 | |
| | | Total Fees: | | $ 670.00 |

Invoice No.:    2908686                                          Page  2

Re:             General Corp.

Matter No.:     055697.020000

Description of Expenses Billed

## Description of Expenses Billed:

| | | | |
|---|---|---|---|
| 03/04/11 | Courthouse/Other Deliveries - 03/04/11 POST OFFICE Valcarcel, Manuel R. | $ | 5.00 |
| 03/06/11 | VENDOR: Soundpath / Premier Global INVOICE#: GT030611 DATE: 3/6/2011 Conferencing Services Invoice Date 110303 User PNB Client Code 055697 Matter Code 020000 | $ | 2.55 |
| 03/13/11 | VENDOR: Soundpath / Premier Global INVOICE#: GT031311 DATE: 3/13/2011 Conferencing Services Invoice Date 110309 User PNB Client Code 055697 Matter Code 020000 | $ | 1.18 |
| | Total Expenses: | $ | 8.73 |

**GT** GreenbergTraurig

|  |  |  |
|---|---|---|
| Invoice No. : | 2897965 |
| File No.      : | 062225.074600 |
| Bill Date    : | April 1, 2011 |

TOUSA Homes, Inc.
PREBILLS ARE PDF'D TO MARIBEL FONTANEZ & ERICA CALUC
DO NOT MAIL OR EMAIL TO THE CLIENT

## INVOICE

Re:   Bulk Sale of Florida Properties

Legal Services through March 31, 2011:

|  |  |  |
|---|---|---|
| Total Fees: | $ | 452.00 |
| **Current Invoice:** | $ | **452.00** |

\* \* \* \* \*

LNG:KAL
Tax ID: 59-1270754

Greenberg Traurig, P.A. | Attorneys at Law | 777 South Flagler Drive | Suite 300 East | West Palm Beach, Florida 33401
Tel 561.650.7900 | Fax 561.655.6222 | www.gtlaw.com



Invoice No. :   2897965
File No.      :   062225.074600

**Summary of Fees (Current Invoice)**

| Timekeeper | Hours | Rate | | Amount |
|---|---|---|---|---|
| Laurie L. Gildan | 0.80 | 565.00 | | 452.00 |
| Totals: | 0.80 | 565.00 | $ | 452.00 |

\* \* \* \* \*

LNG:KAL
Tax ID:  59-1270754

Greenberg Traurig, P.A. | Attorneys at Law | 777 South Flagler Drive | Suite 300 East | West Palm Beach, Florida 33401
Tel 561.650.7900 | Fax 561.655.6222 | www.gtlaw.com

Invoice No.:      2897965                                                              Page 1
Re:               Bulk Sale of Florida Properties
Matter No.:       062225.074600


<u>Description of Professional Services Rendered:</u>

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|---|---|---|---|---|
| 03/04/11 | Laurie L. Gildan | Review correspondence re. HOA reconciliation. | 0.20 | 113.00 |
| 03/07/11 | Laurie L. Gildan | Review HOA documents; telephone call with client. | 0.60 | 339.00 |
| | | <u>Total Time:</u> | 0.80 | |
| | | <u>Total Fees:</u> | | $ 452.00 |

**GT** GreenbergTraurig

|                |   |            |
|----------------|---|------------|
| Invoice No. :  |   | 2897966    |
| File No.    :  |   | 062225.075400 |
| Bill Date  :   |   | April 1, 2011 |

TOUSA Homes, Inc.
PREBILLS ARE PDF'D TO MARIBEL FONTANEZ & ERICA CALUC
DO NOT MAIL OR EMAIL TO THE CLIENT

## INVOICE

Re:   Regal Oaks Settlement of Dispute

Legal Services through March 31, 2011:

|                    |    |          |
|--------------------|----|----------|
| Total Fees:        | $  | 2,876.00 |
| **Current Invoice:** | $  | **2,876.00** |

\* \* \* \* \*

LNG:KAL
Tax ID:  59-1270754

Greenberg Traurig, P.A. | Attorneys at Law | 777 South Flagler Drive | Suite 300 East | West Palm Beach, Florida 33401
Tel 561.650.7900 | Fax 561.655.6222 | www.gtlaw.com



Invoice No. :  2897966
File No.    :   062225.075400

**Summary of Fees (Current Invoice)**

| Timekeeper | Hours | Rate | | Amount |
|---|---|---|---|---|
| Paul Berkowitz | 2.10 | 670.00 | | 1,407.00 |
| Laurie L. Gildan | 2.60 | 565.00 | | 1,469.00 |
| Totals: | 4.70 | 611.91 | $ | 2,876.00 |

\* \* \* \* \*

LNG:KAL
Tax ID:  59-1270754

Greenberg Traurig, P.A. | Attorneys at Law | 777 South Flagler Drive | Suite 300 East | West Palm Beach, Florida 33401
Tel 561.650.7900 | Fax 561.655.6222 | www.gtlaw.com

Invoice No.:     2897966                                                      Page  1
Re:              Regal Oaks Settlement of Dispute
Matter No.:      062225.075400

## Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 03/01/11 | Laurie L. Gildan | Attention to HOA questions. | 0.10 | 56.50 |
| 03/03/11 | Laurie L. Gildan | Review complaint against Superior Homes. | 0.50 | 282.50 |
| 03/04/11 | Laurie L. Gildan | Conference call re. litigation against Superior. | 0.40 | 226.00 |
| 03/08/11 | Paul Berkowitz | Prepare for call with Trustee. | 0.30 | 201.00 |
| 03/08/11 | Laurie L. Gildan | Attention to Superior litigation. | 0.30 | 169.50 |
| 03/09/11 | Paul Berkowitz | Telephone conference Trustee counsel, prepare affidavit. | 0.40 | 268.00 |
| 03/09/11 | Laurie L. Gildan | Conference call re. superior litigation; draft affidavit. | 0.60 | 339.00 |
| 03/10/11 | Paul Berkowitz | Prepare affidavit. | 0.20 | 134.00 |
| 03/10/11 | Laurie L. Gildan | Revise affidavit. | 0.20 | 113.00 |
| 03/11/11 | Paul Berkowitz | Prepare affidavit.  E-mails and telephone calls regarding same. | 1.20 | 804.00 |
| 03/29/11 | Laurie L. Gildan | Correspondence with buyer's counsel. | 0.10 | 56.50 |
| 03/30/11 | Laurie L. Gildan | Review contract and title commitment. | 0.30 | 169.50 |
| 03/31/11 | Laurie L. Gildan | Review draft checklist. | 0.10 | 56.50 |

Total Time:     4.70
Total Fees:             $ 2,876.00

 **GT** GreenbergTraurig

Invoice No.:  2915274
File No.     :  013157.020000
Bill Date    :  April 15, 2011

Engle Homes, Inc.
PREBILLS ARE PDF'D TO KARINA
DO NOT MAIL OR EMAIL TO THE CLIENT

## INVOICE

Re:  General Litigation Matters 92-481

<u>Legal Services through March 31, 2011</u>:

|  |  |  |
|---|---|---|
| Total Fees: | $ | 3,731.00 |

<u>Expenses</u>:

| Information and Research | 0.16 | | |
|---|---|---|---|
| | Total Expenses: | $ | 0.16 |
| | **Current Invoice:** | $ | **3,731.16** |

\* \* \* \* \*

MFB:LMH
Tax ID:  59-1270754

Greenberg Traurig, P.A. | Attorneys at Law | 777 South Flagler Drive | Suite 300 East | West Palm Beach, Florida 33401
Tel 561.650.7900 | Fax 561.655.6222 | www.gtlaw.com



Invoice No.:   2915274
File No.    :   013157.020000

## Summary of Fees (Current Invoice)

| Timekeeper | Hours | Rate | | Amount |
|---|---|---|---|---|
| Paul Berkowitz | 0.60 | 630.00 | | 378.00 |
| Padma G. Hinrichs | 2.20 | 410.00 | | 902.00 |
| Padma G. Hinrichs | 5.70 | 430.00 | | 2,451.00 |
| Totals: | 8.50 | 438.94 | $ | 3,731.00 |

\* \* \* \* \*

MFB:LMH
Tax ID: 59-1270754

Greenberg Traurig, P.A. | Attorneys at Law | 777 South Flagler Drive | Suite 300 East | West Palm Beach, Florida 33401
Tel 561.650.7900 | Fax 561.655.6222 | www.gtlaw.com

Invoice No.:    2915274                                                       Page 1

Re:             General Litigation Matters 92-481

Matter No.:    013157.020000

## Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 12/29/10 | Paul Berkowitz | Review Indemnity Demand Letter, telephone call regarding same. | 0.60 | 378.00 |
| 12/29/10 | Padma G. Hinrichs | Review e-mail from Sorana Georgescu regarding ULT, LLC demand letter; tele-conference with Sorana Georgescu and Paul Berkowitz regarding response; review purchase agreement. | 0.60 | 246.00 |
| 12/30/10 | Padma G. Hinrichs | Multiple tele-conferences with and exchange e-mails with Paul Berkowitz and Sorana Georgescu regarding letter to Mike Glass; review purchase agreement and draft response to demand letter from Mike Glass. | 1.60 | 656.00 |
| 03/01/11 | Padma G. Hinrichs | Review claim from Patricia Banks; review multiple e-mails from Sorana Keever, Carol Wigginton and Kristin Lagregs re same. | 0.60 | 258.00 |
| 03/08/11 | Padma G. Hinrichs | Tele-conference with Booker Evans; e-mail to Jana Terry; draft monthly litigation update and e-mail to Brenda Munoz re same. | 1.60 | 688.00 |
| 03/15/11 | Padma G. Hinrichs | Review correspondence from Carol Wigginton, Sorana Keever, and Kristin Lagregs re Leilani Bukula claim | 0.30 | 129.00 |
| 03/17/11 | Padma G. Hinrichs | Multiple tele-conferences with and e-mails to Mike Stogdill, Sorana Keever, and Special Agent Robert Calabrese re subpoena and closing records | 0.60 | 258.00 |
| 03/18/11 | Padma G. Hinrichs | Review correspondence re construction defect claims at Cottages at Sierra Verde; review and respond to e-mails from Sorana Keever, Carol Wigginton, Brenda Munoz, Valerie Mangum and Kristin LaGregs re same | 0.60 | 258.00 |
| 03/18/11 | Padma G. Hinrichs | Review correspondence re Leilani Bukula claim | 0.20 | 86.00 |
| 03/21/11 | Padma G. Hinrichs | Review e-mail from Brenda Munoz re Howell subrogation claim | 0.10 | 43.00 |
| 03/22/11 | Padma G. Hinrichs | Review and respond to e-mails from Brenda Munoz and Valerie Mangum re Howell subrogation claim; review e-mail re Sierra Verde claim | 0.40 | 172.00 |
| 03/31/11 | Padma G. Hinrichs | Telephone conference with Carol Wigginton re SIR provision in connection with Garcia claim | 0.20 | 86.00 |
| 03/31/11 | Padma G. Hinrichs | Review correspondence from Carol Wigginton and Sorana Keever re Patricia Banks claim; begin drafting letter to Alan Tannenbaum re same; e-mail to Carol Wigginton re coverage issues | 1.10 | 473.00 |

|  |  | Total Time: | 8.50 |  |
|--|--|-------------|------|--|
|  |  | Total Fees: |  | $ 3,731.00 |

Invoice No.:     2915274                                                              Page  2
Re:              General Litigation Matters 92-481
Matter No.:      013157.020000

## Description of Expenses Billed:

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 02/04/11 | Search Criteria: (None);   Document Type: Pacer Research Charges for February 2011 | $ | 0.16 |
| | | Total Expenses:   $ | 0.16 |

**GT** GreenbergTraurig

Invoice No. : 2915284
File No.    : 013157.102500
Bill Date   : April 1, 2011

Engle Homes, Inc.
PREBILLS ARE PDF'D TO KARINA
DO NOT MAIL OR EMAIL TO THE CLIENT

## INVOICE

Re:  Barry B. Yamron v. Engle/Sunbelt, LLC, et al.

Legal Services through March 31, 2011:

|  |  |  |
|---|---|---|
| Total Fees: | $ | 47,886.00 |

Expenses:

| | |
|---|---|
| Local Travel | 8.00 |
| Messenger/Courier Services | 81.00 |
| Photocopy Charges | 81.15 |
| Information and Research | 552.16 |
| Total Expenses: | $  722.31 |
| Current Invoice: | $  48,608.31 |

\* \* \* \* \*

MFB:LMH
Tax ID: 59-1270754

Greenberg Traurig, P.A. | Attorneys at Law | 777 South Flagler Drive | Suite 300 East | West Palm Beach, Florida 33401
Tel 561.650.7900 | Fax 561.655.6222 | www.gtlaw.com



Invoice No.: 2915284
File No.   :  013157.102500

## Summary of Fees (Current Invoice)

| Timekeeper | Hours | Rate | | Amount |
|---|---|---|---|---|
| Booker T. Evans | 39.80 | 585.00 | | 23,283.00 |
| Alexandra M. Nash | 81.10 | 300.00 | | 24,330.00 |
| Marian R. Mackey | 1.40 | 195.00 | | 273.00 |
| Totals: | 122.30 | 391.55 | $ | 47,886.00 |

\* \* \* \* \*

MFB:LMH
Tax ID: 59-1270754

Greenberg Traurig, P.A. | Attorneys at Law | 777 South Flagler Drive | Suite 300 East | West Palm Beach, Florida 33401
Tel 561.650.7900 | Fax 561.655.6222 | www.gtlaw.com

| | | | | |
|---|---|---|---|---|
| Invoice No.: | 2915284 | | | Page  1 |
| Re: | Barry B. Yamron v. Engle/Sunbelt, LLC, et al. | | | |
| Matter No.: | 013157.102500 | | | |

## Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/01/11 | Booker T. Evans | Revise and edit reply in support of motion to dismiss | 1.80 | 1053.00 |
| 03/01/11 | Alexandra M. Nash | Draft reply in support of motion to dismiss RICO claims; Review issues regarding plaintiffs' reply in support of motion to amend; Conference with B. Evans regarding status | 2.90 | 870.00 |
| 03/03/11 | Alexandra M. Nash | Revise reply in support of motion to dismiss RICO claims; Conference with B. Evans regarding same | 2.00 | 600.00 |
| 03/04/11 | Alexandra M. Nash | Review issues regarding Ranta deadline and request to extend e-mail correspondence regarding same; Review stipulation and proposed order; E-mail correspondence regarding same | 0.80 | 240.00 |
| 03/07/11 | Booker T. Evans | Review and make final revisions to reply in support of motion to dismiss; Read claims | 0.90 | 526.50 |
| 03/07/11 | Booker T. Evans | Receive and review letter from J. Palecek and combine statement of facts supporting response to motions for summary judgment | 1.20 | 702.00 |
| 03/07/11 | Alexandra M. Nash | Revise and finalize reply in support of motion to dismiss RICO claims | 2.10 | 630.00 |
| 03/08/11 | Booker T. Evans | Receive and review letter from J. Palecek and combined statement of facts for Mast and Yamron | 0.70 | 409.50 |
| 03/08/11 | Booker T. Evans | Receive and review Yamron's response to Ranta's and Roberts' motion for summary judgment; Response to Preferred's motion for summary judgment and supporting affidavits | 2.20 | 1287.00 |
| 03/08/11 | Booker T. Evans | Receive and review Mast's response to Ranta's and Roberts' motion for summary judgment; Response to Preferred's motion for summary judgment and supporting affidavits | 1.70 | 994.50 |
| 03/08/11 | Booker T. Evans | Receive and review exhibits in support of Plaintiffs' responses to motions for summary judgment | 0.70 | 409.50 |
| 03/08/11 | Booker T. Evans | Receive and review Plaintiffs Mast's and Yamron's responses to motions for summary judgment | 1.40 | 819.00 |
| 03/08/11 | Alexandra M. Nash | Review and analyze case law and holdings in similar cases; Analyze recent discovery for review of reply in support of rule 37(d) motion | 3.90 | 1170.00 |
| 03/09/11 | Booker T. Evans | Revise and edit Reply in Support of Rule 37(d) Motion for Dismissal | 0.90 | 526.50 |
| 03/09/11 | Alexandra M. Nash | Review and revise reply in support of Rule 37(D) motion; Review and analyze Mast response to motion for summary judgment; Conduct research form residential real estate purchase contract; Conference with B. Evans | 3.30 | 990.00 |
| 03/11/11 | Booker T. Evans | Receive and review Ranta's engagement letter produced by Ranta's attorney, B. Berrett | 0.20 | 117.00 |

| Invoice No.: | 2915284 | Page 2 |
| Re: | Barry B. Yamron v. Engle/Sunbelt, LLC, et al. | |
| Matter No.: | 013157.102500 | |

<u>Description of Professional Services Rendered</u>

| 03/11/11 | Alexandra M. Nash | Review issues regarding reply in support of motion for summary judgment; Conference with B. Evans regarding deadline to respond; E-mail correspondence with B. Berrett; Review recent disclosure by B. Berrett | 1.20 | 360.00 |
|---|---|---|---|---|
| 03/14/11 | Alexandra M. Nash | E-mail correspondence with J. Palecek; Draft stipulation to extend time; Teleconference with B. Berrett regarding status and pending deadlines | 1.20 | 360.00 |
| 03/15/11 | Booker T. Evans | Revise inserts for Rule 37(d) motion to dismiss | 1.70 | 994.50 |
| 03/15/11 | Booker T. Evans | Revise and edit joint motion to strike plaintiffs' pleadings for want of service | 1.80 | 1053.00 |
| 03/15/11 | Marian R. Mackey | Update appraisal reviews on property chart | 0.40 | 78.00 |
| 03/15/11 | Alexandra M. Nash | Review recent pleadings filed by B. Berrett; Review docket for ruling on motion to compel; Review issues regarding pleadings filed but not served; Review file to verify non-service; E-mail correspondence with B. Evans regarding same; Teleconference with B. Berrett regarding same; Draft motion to strike; Conduct brief research regarding same; Prepare for oral argument regarding motion to amend; Conference with B. Evans regarding same; Review extension pleadings filed by B. Berrett | 5.00 | 1500.00 |
| 03/16/11 | Booker T. Evans | Preparation for and attend oral argument on Plaintiffs' motion to amend complaint | 2.60 | 1521.00 |
| 03/16/11 | Booker T. Evans | Telephone conference with J. Palecek regarding additional information and possible dismissal of action | 0.30 | 175.50 |
| 03/16/11 | Booker T. Evans | Receive and review plaintiffs' supplemental disclosures (.6); Receive and review emails from J. Palecek trying to locate L. Rogers and J. Lee (.2) | 0.80 | 468.00 |
| 03/16/11 | Booker T. Evans | Receive and review plaintiffs' response to Ranta's motion to compel discovery | 0.40 | 234.00 |
| 03/16/11 | Alexandra M. Nash | Email correspondence regarding outcome of oral argument on motion to amend;Email correspondence regarding pleadings filed but not served; Review issues regarding recently filed pleadings not served and emailed by counsel after receiving motion to strike; Email correspondence regarding discovery; Review recent discovery submitted by plaintiffs. | 1.40 | 420.00 |
| 03/17/11 | Booker T. Evans | Receive and review Mast's and Yamron's supplemental disclosures pursuant to Court's February 17, 2011 minute entry | 1.60 | 936.00 |
| 03/17/11 | Booker T. Evans | Receive and review exhibits to Mast/Yamron response to rule 37D, motion to dismiss | 1.20 | 702.00 |
| 03/17/11 | Booker T. Evans | Review Mast responses to rule 37D motion to dismiss | 1.10 | 643.50 |

Invoice No.:    2915284                                                          Page 3
Re:             Barry B. Yamron v. Engle/Sunbelt, LLC, et al.
Matter No.:     013157.102500

Description of Professional Services Rendered

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 03/17/11 | Alexandra M. Nash | Email correspondence with S. Mills regarding pleadings; Review issues regarding potential settlement; Email issues regarding access to former employees; Email correspondence with B. Evans regarding same | 0.90 | 270.00 |
| 03/18/11 | Booker T. Evans | Receive and review Yamron's third and fourth supplemental discovery responses and Masts' fourth supplemental responses | 0.40 | 234.00 |
| 03/18/11 | Alexandra M. Nash | Review minute entry regarding motion to strike | 0.20 | 60.00 |
| 03/21/11 | Alexandra M. Nash | Review and analyze Yamron response to motion for summary judgment; Review and analyze statement of facts submitted by Plaintiffs; Conference with B. Evans; Draft motion to strike affidavits; Conduct research regarding same | 7.00 | 2100.00 |
| 03/22/11 | Alexandra M. Nash | Draft motion to strike affidavits; Conduct research regarding grounds to dismiss damage statement in affidavit | 5.10 | 1530.00 |
| 03/23/11 | Booker T. Evans | Email correspondence with J. Palecek regarding dismissal of pending action | 0.30 | 175.50 |
| 03/23/11 | Booker T. Evans | Receive and review court's order denying motion to amend | 0.30 | 175.50 |
| 03/23/11 | Marian R. Mackey | Research and prepare document with admitted statements from or Motions for Summary Judgment | 1.00 | 195.00 |
| 03/23/11 | Alexandra M. Nash | Review order denying motion to amend complaint; E-mail correspondence regarding possible settlement; Teleconference with B. Evans regarding ruling on motion to amend; Conduct research regarding failure to dispute statement of facts; Draft response to Plaintiffs' combined statement of facts | 2.00 | 600.00 |
| 03/24/11 | Booker T. Evans | Receive and review court's minute entry denying plaintiff's motion to amend complaint (.2); Receive and review notice of errata and exhibits in support of plaintiff's combined statement of facts (.3) | 0.50 | 292.50 |
| 03/24/11 | Booker T. Evans | Email correspondence with J. Palecek regarding our request that he dismiss Preferred from this action | 0.40 | 234.00 |
| 03/24/11 | Alexandra M. Nash | Draft response to combined statement of facts; Draft motion to strike expert reports; Conduct research regarding evidence admissible for motion for summary judgment; Draft reply in support of Yamron motion for summary judgment | 8.00 | 2400.00 |
| 03/25/11 | Booker T. Evans | Review and revise motion to strike plaintiff's combined statement of facts (.7); Extended telephone conference with J. Palecek regarding settlement (.3); Receive and review minute entry granting Ranta's motion to compel and sanctions (.2) | 1.20 | 702.00 |

| Invoice No.: | 2915284 | Page 4 |
| Re: | Barry B. Yamron v. Engle/Sunbelt, LLC, et al. | |
| Matter No.: | 013157.102500 | |

Description of Professional Services Rendered

| | | | | |
|---|---|---|---|---|
| 03/25/11 | Alexandra M. Nash | Draft reply in support of motion for summary judgment | 3.00 | 900.00 |
| 03/26/11 | Alexandra M. Nash | Prepare reply in support of motion for summary judgment on Yamron claims; Conduct research regarding same | 5.00 | 1500.00 |
| 03/27/11 | Booker T. Evans | Preparation for oral argument on motion to dismiss RICO claim and motion to dismiss pursuant to Rule 37(d) | 1.60 | 936.00 |
| 03/27/11 | Alexandra M. Nash | Prepare for oral argument on motion to dismiss RICO claims | 2.90 | 870.00 |
| 03/28/11 | Booker T. Evans | Hearing on motion to dismiss and rule 37D motion to dismiss | 0.90 | 526.50 |
| 03/28/11 | Booker T. Evans | Attend hearing on motion to dismiss per rule 37(D) and motion to dismiss RICO claims | 1.20 | 702.00 |
| 03/28/11 | Alexandra M. Nash | Conduct oral argument on motions to dismiss; Draft reply in support of motion for summary judgment on Yamron claims; Teleconference with B. Berrett regarding reply to motion for summary judgment on RICO claims | 8.90 | 2670.00 |
| 03/29/11 | Booker T. Evans | Revise, edit and review cited case law to complete re-draft of Reply | 2.20 | 1287.00 |
| 03/29/11 | Booker T. Evans | Additional revisions and edits to Replies for both the Mast and Yamron matters | 4.30 | 2515.50 |
| 03/29/11 | Alexandra M. Nash | Draft reply in support of Mast motion for summary judgment; Draft reply in support of Yamron motion for summary judgment; Conference with B. Evans regarding replies; E-mail correspondencne with parties regarding discovery responses; Draft response to request per rule 56(f); Conduct research regarding grounds to oppose 56(f) request | 8.80 | 2640.00 |
| 03/30/11 | Booker T. Evans | Email correspondence with J. Palecek regarding settlement; Email correspondence with S. Georgescu and P. Berkowitz regarding proposed settlement; Extended telephone conference with J. Palecek | 0.80 | 468.00 |
| 03/30/11 | Booker T. Evans | Revise and edit settlement agreement | 0.80 | 468.00 |
| 03/30/11 | Booker T. Evans | Telephone conference with J. Palecek regarding extending time for reply briefs; Telephone conference with P. Berkowitz regarding revisions to settlement agreement | 0.50 | 292.50 |
| 03/30/11 | Booker T. Evans | Telephone conference with P. Berkowitz; Email correspondence with S. Keever and P. Berkowitz to discuss plaintiffs' settlement proposal (.4); Telephone conference with J. Palecek to confirm settlement and extension of time to file replies (.4) | 0.80 | 468.00 |

| Invoice No.: | 2915284 | | Page 5 |
| Re: | Barry B. Yamron v. Engle/Sunbelt, LLC, et al. | | |
| Matter No.: | 013157.102500 | | |

<u>Description of Professional Services Rendered</u>

| | | | | |
|---|---|---|---|---|
| 03/30/11 | Alexandra M. Nash | Review minute entry; Review issues regarding potential settlement and stay on briefing; Draft settlement agreement and general release; E-mail correspondence regarding potential settlement, terms and waiver of fees; Draft stipulation to extend deadlines; Revise motion to strike; Draft proposed order to extend deadlines; Conference with B. Evans regarding deadlines and settlement; Teleconference with B. Berrett regarding extension and status; Conference with B. Evans regarding Settlement Agreement | 5.10 | 1530.00 |
| 03/31/11 | Booker T. Evans | Revise settlement agreement; Email correspondence with S. Stark | 0.40 | 234.00 |
| 03/31/11 | Alexandra M. Nash | Revise settlement agreement; E-mail correspondence regarding settlement conveyed to insurance for approval; E-mail correspondence regarding settlement agreement | 0.40 | 120.00 |

|  |  |
|---|---|
| <u>Total Time:</u> | 122.30 |
| <u>Total Fees:</u> | $ 47,886.00 |

| Invoice No.: | 2915284 | Page 6 |
|---|---|---|
| Re: | Barry B. Yamron v. Engle/Sunbelt, LLC, et al. | |
| Matter No.: | 013157.102500 | |

## Description of Expenses Billed:

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 02/01/11 | Westlaw Research by MIJARES NASH,ALEXANDRA. | $ | 21.60 |
| 03/15/11 | VENDOR: Advance Courier Services; INVOICE#: 81802; DATE: 3/30/2011 - In house special deliveries and rushes | $ | 38.50 |
| 03/16/11 | VENDOR: Evans, Booker T. INVOICE#: C051000428312110177 DATE: 3/29/2011 TYPE: Parking and Tolls; REASON: Client Billable-PHX-Lit-Shareholder; DATE: 03/16/11 - Attend Oral Argument RE: Plaintiff?s Motion to Amend Complaint; Superior Court of Arizona, Maricopa County Case No. CV2009-017113; MERCHANT: AMPCO System Parking | $ | 4.00 |
| 03/21/11 | Westlaw Research by MIJARES NASH,ALEXANDRA. | $ | 42.53 |
| 03/22/11 | Westlaw Research by MIJARES NASH,ALEXANDRA. | $ | 12.60 |
| 03/23/11 | Westlaw Research by MIJARES NASH,ALEXANDRA. | $ | 35.70 |
| 03/24/11 | Copy; 541 Page(s) by 008243 | $ | 81.15 |
| 03/24/11 | Westlaw Research by MIJARES NASH,ALEXANDRA. | $ | 205.05 |
| 03/26/11 | Westlaw Research by MIJARES NASH,ALEXANDRA. | $ | 174.75 |
| 03/28/11 | Westlaw Research by MIJARES NASH,ALEXANDRA. | $ | 10.84 |
| 03/29/11 | VENDOR: Laurie A Welch as Petty Cash Custodian INVOICE#: 75033111515 DATE: 3/31/2011 Parking | $ | 4.00 |
| 03/29/11 | Westlaw Research by MIJARES NASH,ALEXANDRA. | $ | 49.09 |
| 03/30/11 | VENDOR: Advance Courier Services; INVOICE#: 81804; DATE: 4/5/2011 - In-house messenger service. Special delivery and rushes. | $ | 18.00 |
| 03/30/11 | VENDOR: Advance Courier Services; INVOICE#: 81804; DATE: 4/5/2011 - In-house messenger service. Special delivery and rushes. | $ | 24.50 |
| | Total Expenses: | $ | 722.31 |

**GT** GreenbergTraurig

Invoice No. :  2915276
File No.    :  013157.104700
Bill Date   :  April 15, 2011

Engle Homes, Inc.
PREBILLS ARE PDF'D TO KARINA
DO NOT MAIL OR EMAIL TO THE CLIENT

## <u>INVOICE</u>

Re:  E.J. Strickland Construction, et al. v. Tousa Homes, et al.

<u>Legal Services through March 31, 2011</u>:

| | | | |
|---|---|---|---|
| Total Fees: | $ | 86.00 |
| **Current Invoice:** | $ | **86.00** |

* * * * *

MFB:LMH
Tax ID:  59-1270754

Greenberg Traurig, P.A. | Attorneys at Law | 777 South Flagler Drive | Suite 300 East | West Palm Beach, Florida 33401
Tel 561.650.7900 | Fax 561.655.6222 | www.gtlaw.com



Invoice No. :  2915276
File No.    :  013157.104700

**Summary of Fees (Current Invoice)**

| Timekeeper | Hours | Rate | | Amount |
|------------|-------|------|---|--------|
| Padma G. Hinrichs | 0.20 | 430.00 | | 86.00 |
| Totals: | 0.20 | 430.00 | $ | 86.00 |

\* \* \* \* \*

MFB:LMH
Tax ID:  59-1270754

Greenberg Traurig, P.A. | Attorneys at Law | 777 South Flagler Drive | Suite 300 East | West Palm Beach, Florida 33401
Tel 561.650.7900 | Fax 561.655.6222 | www.gtlaw.com

Invoice No.:      2915276                                                                 Page  1
Re:               E.J. Strickland Construction, et al. v. Tousa Homes, et al.
Matter No.:       013157.104700


<u>Description of Professional Services Rendered:</u>

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|---|---|---|---|---|
| 03/22/11 | Padma G. Hinrichs | Review e-mail from Helen Albee regarding summary judgment motion and subpoena. | 0.10 | 43.00 |
| 03/23/11 | Padma G. Hinrichs | Respond to email from Helen Albee regarding subpoena. | 0.10 | 43.00 |
| | | <u>Total Time:</u> | 0.20 | |
| | | <u>Total Fees:</u> | | $ 86.00 |

**GT** GreenbergTraurig

| | |
|---|---|
| Invoice No.: | 2915277 |
| File No.    : | 013157.105300 |
| Bill Date  : | April 15, 2011 |

Engle Homes, Inc.
PREBILLS ARE PDF'D TO KARINA
DO NOT MAIL OR EMAIL TO THE CLIENT

## <u>INVOICE</u>

Re:  Chinese Drywall Miscellaneous Matters

<u>Legal Services through March 31, 2011</u>:

|  | | |
|---|---|---|
| Total Fees: | $ | 129.00 |
| **Current Invoice:** | **$** | **129.00** |

\* \* \* \* \*

MFB:LMH
Tax ID:  59-1270754

Greenberg Traurig, P.A. | Attorneys at Law | 777 South Flagler Drive | Suite 300 East | West Palm Beach, Florida 33401
Tel 561.650.7900 | Fax 561.655.6222 | www.gtlaw.com



Invoice No.:  2915277
File No.    :  013157.105300

## Summary of Fees (Current Invoice)

| Timekeeper | Hours | Rate | | Amount |
|---|---|---|---|---|
| Padma G. Hinrichs | 0.30 | 430.00 | | 129.00 |
| Totals: | 0.30 | 430.00 | $ | 129.00 |

\* \* \* \* \*

MFB:LMH
Tax ID:  59-1270754

Greenberg Traurig, P.A. | Attorneys at Law | 777 South Flagler Drive | Suite 300 East | West Palm Beach, Florida 33401
Tel 561.650.7900 | Fax 561.655.6222 | www.gtlaw.com

Invoice No.:       2915277                                                    Page  1
Re:                Chinese Drywall Miscellaneous Matters
Matter No.:        013157.105300

## Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 03/02/11 | Padma G. Hinrichs | Read and respond to e-mails from Sorana Keever regarding Sanchez and Gil claim; review letter of intent from Jorge Lorenzo. | 0.30 | 129.00 |

|  |  |  | Total Time: | 0.30 |  |
|  |  |  | Total Fees: |  | $ 129.00 |

 GreenbergTraurig

Invoice No. : 2915278
File No.    :  013157.106000
Bill Date   :  April 15, 2011

Engle Homes, Inc.
Tousa Homes, Inc.
4000 Hollywood Blvd
Suite 400 N
Hollywood, Florida  33021

Attn: Sorana Georgescu, Esq,

## INVOICE

Re:   Florence Gomery, et al. v. Technical Olympic USA, et al.

<u>Legal Services through March 31, 2011</u>:

|  | | |
|---|---|---|
| Total Fees: | $ | 430.00 |
| **Current Invoice:** | $ | **430.00** |

MFB:LMH
Tax ID: 59-1270754

Greenberg Traurig, P.A. | Attorneys at Law | 777 South Flagler Drive | Suite 300 East | West Palm Beach, Florida 33401
Tel 561.650.7900 | Fax 561.655.6222 | www.gtlaw.com

| Invoice No.: | 2915278 | Page 1 |
|---|---|---|
| Re: | Florence Gomery, et al. v. Technical Olympic USA, et al. | |
| Matter No.: | 013157.106000 | |

## Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/01/11 | Padma G. Hinrichs | Review notices re depositions | 0.20 | 86.00 |
| 03/03/11 | Padma G. Hinrichs | Review Landarc's supplemental discovery responses; review docket | 0.40 | 172.00 |
| 03/17/11 | Padma G. Hinrichs | Review deposition notices | 0.10 | 43.00 |
| 03/21/11 | Padma G. Hinrichs | Review expert interrogatories, disclosure of Fabre defendant, and notice re hearing on motion to stay proceedings | 0.30 | 129.00 |

|  |  | Total Time: | 1.00 |  |
|---|---|---|---|---|
|  |  | Total Fees: |  | $ 430.00 |

**GT** GreenbergTraurig

| | | |
|---|---|---|
| Invoice No. : | | 2915279 |
| File No. | : | 013157.106200 |
| Bill Date | : | April 15, 2011 |

Engle Homes, Inc.
PREBILLS ARE PDF'D TO KARINA
DO NOT MAIL OR EMAIL TO THE CLIENT

## INVOICE

Re:   FBI Investigation

<u>Legal Services through March 31, 2011</u>:

|  | | |
|---|---|---|
| Total Fees: | $ | 430.00 |
| **Current Invoice:** | $ | **430.00** |

\* \* \* \* \*

MFB:LMH
Tax ID:  59-1270754



Invoice No. :  2915279
File No.    :   013157.106200

## Summary of Fees (Current Invoice)

| Timekeeper | Hours | Rate | | Amount |
|---|---|---|---|---|
| Padma G. Hinrichs | 1.00 | 430.00 | | 430.00 |
| Totals: | 1.00 | 430.00 | $ | 430.00 |

\* \* \* \* \*

MFB:LMH
Tax ID:  59-1270754

Greenberg Traurig, P.A. | Attorneys at Law | 777 South Flagler Drive | Suite 300 East | West Palm Beach, Florida 33401
Tel 561.650.7900 | Fax 561.655.6222 | www.gtlaw.com

Invoice No.:      2915279                                                    Page  1
Re:               FBI Investigation
Matter No.:       013157.106200

## Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 03/10/11 | Padma G. Hinrichs | Review and respond to e-mails from Sandy Penny re responses to subpoenas for Donna Brady and Charmyn Howell | 0.50 | 215.00 |
| 03/17/11 | Padma G. Hinrichs | | 0.40 | 172.00 |
| 03/21/11 | Padma G. Hinrichs | Tele-conference with Mike Stogdill re subpoena from agent Calebrese | 0.10 | 43.00 |

|  |  |  | Total Time: | 1.00 |  |
|--|--|--|-------------|------|--|
|  |  |  | Total Fees: |  | $ 430.00 |

**GT** GreenbergTraurig

|  |  |  |
|---|---|---|
| Invoice No. : | 2915280 |
| File No.   : | 013157.106300 |
| Bill Date  : | April 15, 2011 |

Engle Homes, Inc.
4000 N Hollywood Blvd.
Suite 500-1
Hollywood, Florida  33021

Attn: Sorana Georgescu, Esq,


## <u>INVOICE</u>


Re:   Mario & Ana Mendoza v. Newmark Homes, L.P.

<u>Legal Services through March 31, 2011</u>:

|  |  |  |
|---|---|---|
| Total Fees: | $ | 3,125.00 |
| **Current Invoice:** | **$** | **3,125.00** |


MFB:LMH
Tax ID: 59-1270754

Greenberg Traurig, P.A. | Attorneys at Law | 777 South Flagler Drive | Suite 300 East | West Palm Beach, Florida 33401
Tel 561.650.7900 | Fax 561.655.6222 | www.gtlaw.com

| | | | | |
|---|---|---|---|---|
| Invoice No.: | 2915280 | | | Page 1 |
| Re: | Mario & Ana Mendoza v. Newmark Homes, L.P. | | | |
| Matter No.: | 013157.106300 | | | |

## Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/08/11 | Padma G. Hinrichs | Review motion to set aside default; review and respond to e-mail from Jana Terry re hearing on same | 0.40 | 172.00 |
| 03/21/11 | Jana K. Terry | Confer with Ms. Heyen regarding strategy of filing motion for contempt in bankruptcy court based upon plaintiffs' intentional and continued violation of the automatic stay. | 0.10 | 45.00 |
| 03/22/11 | Padma G. Hinrichs | Review e-mail from Jana Terry re motion to set aside default | 0.10 | 43.00 |
| 03/22/11 | Jana K. Terry | Correspond with Ms. Hinrichs regarding strategy for handling plaintiffs' intentional and continuing violation of the automatic stay. | 0.20 | 90.00 |
| 03/23/11 | Padma G. Hinrichs | Exchange e-mails with Jana Terry re strategy; review letter to Van Shaw re dismissal; e-mail to Sorana Keever re same | 0.40 | 172.00 |
| 03/23/11 | Jana K. Terry | Draft and revise letter to opposing counsel regarding violation of automatic stay and intention to file a motion for contempt and for recovery of fees; correspond with Ms. Hinrichs regarding same. | 2.00 | 900.00 |
| 03/28/11 | Jana K. Terry | Attempt to reach opposing counsel and confirm that he will not agree to dismissal of case; correspond with Ms. Hinrichs regarding preparation of motion for contempt to be filed in bankruptcy court. | 0.20 | 90.00 |
| 03/29/11 | Beth A. Defenbaugh | Review, organize and index pleadings including bankruptcy filings in Florida, review organize and index cases cited, organize in a notebook for J. Terry for the hearing on agreed motion to stay case. | 2.80 | 616.00 |
| 03/29/11 | Padma G. Hinrichs | Review e-mails from Jana Terry re hearing on motion to set aside; telephone conference with Sorana Georgescu re strategy; e-mail to Jana Terry re same | 0.60 | 258.00 |
| 03/29/11 | Jana K. Terry | Correspond with Ms. Hinrichs regarding upcoming hearing and client decision not to file a motion for contempt sanctions in bankruptcy court prior to hearing; select cases, County Court pleadings, bankruptcy court pleadings, and correspondence to be used at hearing. | 0.70 | 315.00 |
| 03/31/11 | Beth A. Defenbaugh | Confer with J. Terry regarding hearing with the Court and filing of dismissal, confer regarding filing of non-suit by Plaintiffs, work on preparing for same. | 0.30 | 66.00 |
| 03/31/11 | Padma G. Hinrichs | Review e-mail from Jana Terry re hearing on motion to set aside default | 0.10 | 43.00 |
| 03/31/11 | Jana K. Terry | Prepare for hearing on motion to vacate default judgment and dismiss case; review notice of nonsuit filed by plaintiffs and correspond with Ms. Hinrichs regarding same. | 0.70 | 315.00 |

Invoice No.:    2915280                                                    Page 2
Re:            Mario & Ana Mendoza v. Newmark Homes, L.P.
Matter No.:    013157.106300

Description of Professional Services Rendered

|  | | |
|---|---|---|
| Total Time: | 8.60 | |
| Total Fees: | | $ 3,125.00 |