# GT GreenbergTraurig

|  |  |  |
|---|---|---|
| Invoice No. | : | 2920815 |
| File No. | : | 055697.017400 |
| Bill Date | : | May 4, 2011 |

TOUSA Inc.
4000 Hollywood Blvd.
Suite 400
Hollywood, Florida 33021

Attn: Sorana Georgescu

## INVOICE

Re:   GMAC Model Homes Finance

Legal Services through April 30, 2011:

|  |  |  |
|---|---|---|
| Total Fees: | $ | 1,015.00 |
| **Total Current Invoice:** | **$** | **1,015.00** |

JPSL:SC
Tax ID: 59-1270754

**WE HAVE MOVED**
**Greenberg Traurig, P.A.**
**333 Avenue of the Americas (333 S.E. 2nd Avenue) | Suite 4400 | Miami, Florida 33131**
**Tel 305.579.0500 | Fax 305.579.0717 | www.gtlaw.com**

**GT** GreenbergTraurig

Invoice No.:  2920815
File No.    :  055697.017400

### Summary of Fees (Current Invoice)

| Timekeeper | Hours | Rate | | Amount |
|---|---|---|---|---|
| James P. S. Leshaw | 1.40 | 725.00 | | 1,015.00 |
| Totals: | 1.40 | 725.00 | $ | 1,015.00 |

JPSL:SC
Tax ID:  59-1270754

**WE HAVE MOVED**
Greenberg Traurig, P.A.
333 Avenue of the Americas (333 S.E. 2nd Avenue) | Suite 4400 | Miami, Florida 33131
Tel 305.579.0500 | Fax 305.579.0717 | www.gtlaw.com

Invoice No.:    2920815                                                                Page  1

Matter No.:    055697.017400

<u>Description of Professional Services Rendered</u>

## Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 04/28/11 | James P. S. Leshaw | Review of documents re GMAC objection to claim/GMAC settlement | 1.40 | 1015.00 |

|  | Total Time: | 1.40 |  |
|--|-------------|------|--|
|  | Total Fees: | | $ 1,015.00 |

**GT** GreenbergTraurig

|                |   |               |
|----------------|---|---------------|
| Invoice No. : | | 2931467 |
| File No.       | : | 055697.018600 |
| Bill Date      | : | May 9, 2011   |

TOUSA Inc.
4000 Hollywood Blvd.
Ste. 400N
Hollywood, Florida 33021

Attn: Sorana Georgescu

## INVOICE

Re:   Zurich American Insurance

<u>Legal Services through April 30, 2011</u>:

|                   |    |           |
|-------------------|----|-----------|
| Total Fees:       | $  | 35,352.50 |

<u>Expenses</u>:

| | | |
|---|---|---|
| Conference Calls | 3.28 | |
| Telephone Expenses - Long Distance | 44.00 | |
| Information and Research | 476.01 | |
| Total Expenses: | $ | 523.29 |
| **Total Current Invoice:** | $ | **35,875.79** |

PNB:SC
Tax ID: 59-1270754

**WE HAVE MOVED**
**Greenberg Traurig, P.A.**
**333 Avenue of the Americas (333 S.E. 2ⁿᵈ Avenue) | Suite 4400 | Miami, Florida 33131**
**Tel 305.579.0500 | Fax 305.579.0717 | www.gtlaw.com**

**GT** GreenbergTraurig

Invoice No. :   2931467
File No.      :   055697.018600

**Summary of Fees (Current Invoice)**

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Paul Berkowitz | 1.60 | 670.00 | 1,072.00 |
| Padma G. Hinrichs | 29.30 | 430.00 | 12,599.00 |
| James P. S. Leshaw | 25.50 | 725.00 | 18,487.50 |
| Ari Newman | 9.00 | 315.00 | 2,835.00 |
| Gerardo J. Rodriguez-Albizu | 0.90 | 285.00 | 256.50 |
| Maribel Fontanez | 0.50 | 205.00 | 102.50 |
| Totals: | 66.80 | 529.23 | $ 35,352.50 |

PNB:SC
Tax ID:  59-1270754

**WE HAVE MOVED**
Greenberg Traurig, P.A.
333 Avenue of the Americas (333 S.E. 2nd Avenue) | Suite 4400 | Miami, Florida 33131
Tel 305.579.0500 | Fax 305.579.0717 | www.gtlaw.com

Invoice No.:    2931467

Page  1

Matter No.:    055697.018600

<u>Description of Professional Services Rendered</u>

## Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 04/04/11 | Padma G. Hinrichs | Review e-mail from Scott Brown | 0.10 | 43.00 |
| 04/08/11 | Padma G. Hinrichs | Review e-mail from Jim Leshaw; begin drafting summary judgment motion | 3.20 | 1376.00 |
| 04/11/11 | Padma G. Hinrichs | Research re summary judgment motion; continue drafting motion | 1.70 | 731.00 |
| 04/11/11 | James P. S. Leshaw | Review of recoupment cases | 1.40 | 1015.00 |
| 04/11/11 | Ari Newman | Reviewing and analyzing case law in connection with Summary Judgment. | 1.50 | 472.50 |
| 04/12/11 | Padma G. Hinrichs | Continue drafting motion for summary judgment and research re same | 2.40 | 1032.00 |
| 04/12/11 | James P. S. Leshaw | Review of law re recoupment; telephone conference w./ Kit Turner re settlement and summary judgment; email re same | 1.40 | 1015.00 |
| 04/13/11 | Padma G. Hinrichs | Multiple telephone conference with and e-mails to Jim Leshaw re motion for summary judgment; discuss research issue with Gerardo Rodriguez-Albizu and review research results re admissibility of counsel statements as party admission; continue drafting motion for summary judgment | 3.10 | 1333.00 |
| 04/13/11 | James P. S. Leshaw | Strategy re summary judgment; call with M. Miller re insurance issues | 1.00 | 725.00 |
| 04/13/11 | Gerardo J. Rodriguez-Albizu | Discuss with Padma Hinrichs legal research needed re: admissibility of attorney's in-court statement as evidence against a party.  Review and analyze legal authorities re: same.  Email pertinent cases to Padma Hinrichs for her review and comments. | 0.90 | 256.50 |
| 04/14/11 | Paul Berkowitz | Review emails and telephone calls re settlement. | 0.60 | 402.00 |
| 04/14/11 | Padma G. Hinrichs | Continue drafting motion for summary judgment; e-mail to Jim Leshaw re same; review e-mails from Jim Leshaw and Kit Turner re settlement, summary judgment, committee approval and outstanding issues | 3.90 | 1677.00 |
| 04/14/11 | James P. S. Leshaw | Review of and revision of motion for summary judgment; strategy re settlement; drafting of settlement agreement; follow up re settlement issues and alternatives | 6.40 | 4640.00 |
| 04/14/11 | Ari Newman | Internal discussion re status and settlement. | 0.20 | 63.00 |
| 04/15/11 | Padma G. Hinrichs | Review premium calculations and e-mails to Sorana Keever, Mark Hilliard, and Carol Wigginton re same; review policy re calculation of premium; review financial statements received from Sonya Serrano; review documents received from Carol Wigginton from Zurich | 1.80 | 774.00 |

Invoice No.:     2931467                                                                 Page  2

Matter No.:     055697.018600

Description of Professional Services Rendered

| Date | Professional | Description | Hours | Amount |
|---|---|---|---|---|
| | | auditors | | |
| 04/15/11 | James P. S. Leshaw | Review of and revision of settlement agreement; follow up re numbers differential/litigation issues | 2.20 | 1595.00 |
| 04/17/11 | Ari Newman | Drafting and revising Motion to Compromise Controversy. | 3.10 | 976.50 |
| 04/18/11 | Padma G. Hinrichs | Telephone conference with Jim Leshaw re settlement and premium calculation; e-mails to Carol Wigginton, Mark Hilliard, and Sonya Serrano re same; analyze revenue statements sent by Sonya Sorrano to calculate premium overpayment and review documents forwarded by Carol Wigginton; review and respond to e-mails from Jim Leshaw re dismissal; research re entitlement to attorney's fees | 3.50 | 1505.00 |
| 04/18/11 | James P. S. Leshaw | Multiple calls re settlement; revision of settlement agreement; follow up re interest and fee issues; preparation of draft email to Committee and Agent re settlement | 3.40 | 2465.00 |
| 04/18/11 | Ari Newman | Drafting and revising Settlement Motion; reviewing settlement agreement; reviewing case law re same. | 1.70 | 535.50 |
| 04/19/11 | Padma G. Hinrichs | Multiple telephone conferences with and e-mails to Carol Wigginton, Sonya Serrano, Mark Hilliard, Jim Leshaw, and Sorana Keever re revenue calculations; research re recoverability of attorneys' fees and prejudgment interest under Texas law and conference with Jim Leshaw re same; e-mails to Jim Leshaw and Sorana Keever re research results and interest calculations; review proposed settlement agreement and e-mail to Jim Leshaw re revisions; draft notice of dismissal | 4.80 | 2064.00 |
| 04/19/11 | James P. S. Leshaw | Call with Willis people re audit; follow up call with Sorana re interest, fee and settlement issues; calls re same; revision of email to Committee re same; strategy re same | 4.60 | 3335.00 |
| 04/20/11 | Paul Berkowitz | Review settlement agreement with Zurich; telephone calls re: same. | 0.40 | 268.00 |
| 04/20/11 | Padma G. Hinrichs | Review pleadings and correspondence with Kitt Turner re date of audit; exchange e-mails with and tele-conferences with Carol Wigginton, Mark Hilliard, and Sonya Serrano re same; e-mail to Jim Leshaw; review revised motion for summary judgment | 2.60 | 1118.00 |
| 04/20/11 | James P. S. Leshaw | Review of and revision of summary judgment motion; telephone conference with Seven Rivera re same; follow up re audit issues | 2.80 | 2030.00 |
| 04/21/11 | Paul Berkowitz | Review Motion for Summary Judgement, telephone call re same. | 0.60 | 402.00 |

Invoice No.:    2931467                                                                                  Page  3

Matter No.:    055697.018600

Description of Professional Services Rendered

| | | | | |
|---|---|---|---|---|
| 04/21/11 | Padma G. Hinrichs | Review draft summary judgment motion; review e-mails from Carol Wigginton re audit; review related documents from Zurich; review e-mails from Jim Leshaw re same | 1.40 | 602.00 |
| 04/21/11 | James P. S. Leshaw | Telephone conference with P. Dublin re settlement issues; telephone conference with Kitt re same; review of and revision of summary judgment motion; emails re same; review of motion and order re extension of tome to submit order | 1.70 | 1232.50 |
| 04/21/11 | Ari Newman | Drafting Motion to Extend Time to Submit Order; reviewing settlement proposal; revising 9019 Settlement Motion. | 2.20 | 693.00 |
| 04/22/11 | Maribel Fontanez | Finalize, e-file and serve motion to extend time to file order; upload order. | 0.20 | 41.00 |
| 04/22/11 | Padma G. Hinrichs | Telephone conference with Paul Berkowitz re order on motion to dismiss; review proposed motion and order on motion to dismiss and e-mail to Ari Newman re same | 0.50 | 215.00 |
| 04/22/11 | Ari Newman | Finalizing Motion to extend time and proposed order. | 0.30 | 94.50 |
| 04/26/11 | James P. S. Leshaw | Review  for settlement agreement to incoroporate comments | 0.60 | 435.00 |
| 04/27/11 | Maribel Fontanez | Prepare certificate of service of DE 29; serve order. | 0.20 | 41.00 |
| 04/27/11 | Padma G. Hinrichs | Review order re submission of order | 0.10 | 43.00 |
| 04/28/11 | Maribel Fontanez | Finalize and e-file certificate of service. | 0.10 | 20.50 |
| 04/29/11 | Padma G. Hinrichs | Tele-conference with Sorana Keever re status; e-mail to Jim Leshaw re same | 0.20 | 86.00 |

Total Time:    66.80

Total Fees:    $ 35,352.50

Invoice No.:    2931467                                                                Page  4

Re:             Zurich American Insurance

Matter No.:     055697.018600

Description of Expenses Billed

## Description of Expenses Billed:

| Date | Description | | Amount |
|------|-------------|---|--------|
| 03/04/11 | Search Criteria: (None);   Document Type: Pacer Research Charges for March 2011 | $ | 2.96 |
| 03/10/11 | Search Criteria: (None);   Document Type: Pacer Research Charges for March 2011 | $ | 0.24 |
| 03/17/11 | Search Criteria: (None);   Document Type: Pacer Research Charges for March 2011 | $ | 1.36 |
| 03/17/11 | Search Criteria: (None);   Document Type: Pacer Research Charges for March 2011 | $ | 3.36 |
| 03/20/11 | VENDOR: Soundpath / Premier Global INVOICE#: GT032011 DATE: 3/20/2011 Conferencing Services Invoice Date 110317 User PGH Client Code 055697 Matter Code 018600 | $ | 2.06 |
| 03/20/11 | Search Criteria: (None);   Document Type: Pacer Research Charges for March 2011 | $ | 0.72 |
| 03/21/11 | Search Criteria: (None);   Document Type: Pacer Research Charges for March 2011 | $ | 2.16 |
| 03/22/11 | Search Criteria: (None);   Document Type: Pacer Research Charges for March 2011 | $ | 1.36 |
| 03/24/11 | Search Criteria: (None);   Document Type: Pacer Research Charges for March 2011 | $ | 0.24 |
| 03/27/11 | VENDOR: Soundpath / Premier Global INVOICE#: GT032711 DATE: 3/27/2011 Conferencing Services Invoice Date 110322 User PGH Client Code 055697 Matter Code 018600 | $ | 1.22 |
| 03/28/11 | VENDOR: CitiBusiness Card INVOICE#: 5574/0411ADJWILLIAMS DATE: 4/1/2011 Courtcall *#4112002 031034208 CourtCall - Client (Sorana Georgescu) | $ | 44.00 |
| 03/31/11 | Search Criteria: (None);   Document Type: Pacer Research Charges for March 2011 | $ | 0.24 |
| 04/12/11 | Westlaw Research by HINRICHS,PADMA. | $ | 9.75 |
| 04/13/11 | Westlaw Research by HINRICHS,PADMA. | $ | 27.23 |
| 04/13/11 | Westlaw Research by RODRIGUEZ-ALBIZU,GERARDO. | $ | 100.69 |
| 04/14/11 | Westlaw Research by HINRICHS,PADMA. | $ | 242.19 |
| 04/18/11 | Westlaw Research by HINRICHS,PADMA. | $ | 61.01 |
| 04/19/11 | Westlaw Research by HINRICHS,PADMA. | $ | 22.50 |
| | Total Expenses: | $ | 523.29 |



Invoice No. : 2920507
File No.    : 055697.050000
Bill Date   : May 2, 2011

TOUSA Inc.
PREBILLS ARE PDF'D TO KARINA
DO NOT MAIL OR EMAIL TO THE CLIENT

## INVOICE

Re:  General Restructuring

Legal Services through April 30, 2011:

|                   |    |          |
|-------------------|----|----------|
| Total Fees:       | $  | 1,464.50 |

Expenses:

| Federal Express Charges | 38.60 |
| Photocopy Charges       | 82.20 |
| Information and Research | 10.88 |

|                   |    |          |
|-------------------|----|----------|
| Total Expenses:   | $  | 131.68   |
| **Current Invoice:** | $ | **1,596.18** |

\* \* \* \* \*

LNG:KAL
Tax ID:  59-1270754

Greenberg Traurig, P.A. | Attorneys at Law | 777 South Flagler Drive | Suite 300 East | West Palm Beach, Florida 33401
Tel 561.650.7900 | Fax 561.655.6222 | www.gtlaw.com



Invoice No.:   2920507
File No.    :   055697.050000

**Summary of Fees (Current Invoice)**

| Timekeeper | | Hours | Rate | | Amount |
|---|---|---|---|---|---|
| James P. S. Leshaw | | 1.20 | 725.00 | | 870.00 |
| Maribel Fontanez | | 2.90 | 205.00 | | 594.50 |
| | Totals: | 4.10 | 357.20 | $ | 1,464.50 |

\* \* \* \* \*

LNG:KAL
Tax ID: 59-1270754

Greenberg Traurig, P.A. | Attorneys at Law | 777 South Flagler Drive | Suite 300 East | West Palm Beach, Florida 33401
Tel 561.650.7900 | Fax 561.655.6222 | www.gtlaw.com

Invoice No.:    2920507                                                        Page 1

Re:          General Restructuring

Matter No.:    055697.050000

### Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 04/06/11 | James P. S. Leshaw | Follow up regarding fee issues. | 0.80 | 580.00 |
| 04/08/11 | Maribel Fontanez | Review docket and e-mail reply to objection to J.S.P. Leshaw. | 0.20 | 41.00 |
| 04/13/11 | Maribel Fontanez | Provide accounting with breakdown of payment received; provide estimate chart; forward monthly e-mail to group. | 0.60 | 123.00 |
| 04/14/11 | Maribel Fontanez | Review proposed order granting ninth fee award. | 0.10 | 20.50 |
| 04/15/11 | Maribel Fontanez | Prepare monthly summary. | 1.50 | 307.50 |
| 04/15/11 | James P. S. Leshaw | Review of claim objection; telephone call with D. Galle regarding GMAC issues. | 0.40 | 290.00 |
| 04/27/11 | Maribel Fontanez | Review pending invoice amounts and provide accounting with breakdown as to application of payment. | 0.50 | 102.50 |

|  |  | Total Time: | 4.10 |  |
|--|--|-------------|------|--|
|  |  | Total Fees: |  | $ 1,464.50 |

| Invoice No.: | 2920507 | Page 2 |
| Re: | General Restructuring | |
| Matter No.: | 055697.050000 | |

## Description of Expenses Billed:

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 03/01/11 | Search Criteria: (None);   Document Type: Pacer Research Charges for March 2011 | $ | 9.60 |
| 03/08/11 | Search Criteria: (None);   Document Type: Pacer Research Charges for March 2011 | $ | 1.28 |
| 04/15/11 | VENDOR: FedEx INVOICE#: 746745767 DATE: 4/20/2011 Tracking #465991095979; From: Maribel Fontanez, Greenberg Traurig - Miami, 333 Avenue Of The Americas, Miami, FL 33131;   To: Sorana Georgescuesq., Tousainc., 4000 Hollywood Blvd.ste 500, Hollywood, FL 33021 | $ | 7.10 |
| 04/15/11 | VENDOR: FedEx INVOICE#: 746745767 DATE: 4/20/2011 Tracking #465991095980; From: Maribel Fontanez, Greenberg Traurig - Miami, 333 Avenue Of The Americas, Miami, FL 33131;   To: Office Of The U.s. Trustee, -, 51 Sw 1st Streetroom 1204, Miami, FL 33130 | $ | 7.10 |
| 04/15/11 | VENDOR: FedEx INVOICE#: 746745767 DATE: 4/20/2011 Tracking #465991095990; From: Maribel Fontanez, Greenberg Traurig - Miami, 333 Avenue Of The Americas, Miami, FL 33131;   To: Daniel H. Goldenesq., Akin Gump Strauss Hauer Feld L, One Bryant Park, New York City, NY 10036 | $ | 12.20 |
| 04/15/11 | VENDOR: FedEx INVOICE#: 746745767 DATE: 4/20/2011 Tracking #465991096015; From: Maribel Fontanez, Greenberg Traurig - Miami, 333 Avenue Of The Americas, Miami, FL 33131;   To: Nicole L. Greenblattesq., Kirkl& Ellis Llp, Citigroup Center, New York City, NY 10022 | $ | 12.20 |
| 04/15/11 | Copy; 548 Page(s) by 000001 | $ | 82.20 |
| | Total Expenses: | $ | 131.68 |

**GT** GreenbergTraurig

|  |  |  |
|---|---|---|
| Invoice No. | : | 2931466 |
| File No. | : | 055697.020000 |
| Bill Date | : | May 9, 2011 |

TOUSA Inc.
4000 Hollywood Boulevard
Suite 400N
Hollywood, Florida  33021

Attn: Sorana Georgescu

## INVOICE

Re:   General Corp.

Legal Services through April 30, 2011:

|  |  |  |
|---|---|---|
| Total Fees: | $ | 1,267.50 |
| **Total Current Invoice:** | **$** | **1,267.50** |

PNB:SC
Tax ID: 59-1270754

**WE HAVE MOVED**
Greenberg Traurig, P.A.
333 Avenue of the Americas (333 S.E. 2nd Avenue) | Suite 4400 | Miami, Florida 33131
Tel 305.579.0500 | Fax 305.579.0717 | www.gtlaw.com

# GT GreenbergTraurig

Invoice No. :   2931466
File No.      :   055697.020000

**Summary of Fees (Current Invoice)**

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Paul Berkowitz | 1.80 | 670.00 | 1,206.00 |
| Maribel Fontanez | 0.30 | 205.00 | 61.50 |
| Totals: | 2.10 | 603.57 | $   1,267.50 |

PNB:SC
Tax ID: 59-1270754

**WE HAVE MOVED**
Greenberg Traurig, P.A.
333 Avenue of the Americas (333 S.E. 2nd Avenue) | Suite 4400 | Miami, Florida 33131
Tel 305.579.0500 | Fax 305.579.0717 | www.gtlaw.com

Invoice No.:    2931466                                                                          Page  1

Matter No.:    055697.020000

Description of Professional Services Rendered

## Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 04/20/11 | Paul Berkowitz | Telephone call Keenan re LLP; telephone call counsel for Debtors. | 0.30 | 201.00 |
| 04/21/11 | Paul Berkowitz | Review LLC Plan of Reorganization; telephone calls re possible settlement. | 0.80 | 536.00 |
| 04/21/11 | Maribel Fontanez | Review Lake Las Vegas docket and provide P. Berkowitz with copy of Plan and confirmation order. | 0.30 | 61.50 |
| 04/22/11 | Paul Berkowitz | Review materials and telephone calls re settlement of LVP issue. | 0.70 | 469.00 |

Total Time:    2.10

Total Fees:    $ 1,267.50

**GT** GreenbergTraurig

| | |
|---|---|
| Invoice No. : | 2920508 |
| File No. : | 062225.074600 |
| Bill Date : | May 2, 2011 |

TOUSA Homes, Inc.
PREBILLS ARE PDF'D TO MARIBEL FONTANEZ & ERICA CALUC
DO NOT MAIL OR EMAIL TO THE CLIENT

## INVOICE

Re:  Bulk Sale of Florida Properties

Legal Services through April 30, 2011:

|  | | |
|---|---|---|
| Total Fees: | $ | 2,316.50 |

Expenses:
    Federal Express Charges                  8.25

|  | | |
|---|---|---|
| Total Expenses: | $ | 8.25 |
| **Current Invoice:** | $ | **2,324.75** |

\* \* \* \* \*

LNG:KAL
Tax ID:  59-1270754

Greenberg Traurig, P.A. | Attorneys at Law | 777 South Flagler Drive | Suite 300 East | West Palm Beach, Florida 33401
Tel 561.650.7900 | Fax 561.655.6222 | www.gtlaw.com

**GT** GreenbergTraurig

Invoice No.:   2920508
File No.     :   062225.074600

### Summary of Fees (Current Invoice)

| Timekeeper | Hours | Rate | | Amount |
|---|---|---|---|---|
| Laurie L. Gildan | 4.10 | 565.00 | | 2,316.50 |
| Totals: | 4.10 | 565.00 | $ | 2,316.50 |

\* \* \* \* \*

LNG:KAL
Tax ID: 59-1270754

Invoice No.:        2920508                                              Page  1
Re:                 Bulk Sale of Florida Properties
Matter No.:         062225.074600

Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 04/11/11 | Laurie L. Gildan | Draft contract for sale of townhomes. | 0.70 | 395.50 |
| 04/13/11 | Laurie L. Gildan | Review title commitment; draft contract and closing documents. | 2.20 | 1243.00 |
| 04/14/11 | Laurie L. Gildan | Revise Reflection Lakes contract. | 0.20 | 113.00 |
| 04/15/11 | Laurie L. Gildan | Revise Reflection Lakes contract. | 0.30 | 169.50 |
| 04/18/11 | Laurie L. Gildan | Finalize contract. | 0.20 | 113.00 |
| 04/19/11 | Laurie L. Gildan | Finalize contract and calendar key dates. | 0.40 | 226.00 |
| 04/20/11 | Laurie L. Gildan | Follow up re. bulk sales approval. | 0.10 | 56.50 |

Total Time:     4.10
Total Fees:                 $ 2,316.50

| | | Page 2 |
|---|---|---|
| Invoice No.: | 2920508 | |
| Re: | Bulk Sale of Florida Properties | |
| Matter No.: | 062225.074600 | |

Description of Expenses Billed:

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 04/14/11 | VENDOR: FedEx INVOICE#: 746696014 DATE: 4/20/2011 Tracking #794652613275; From: Laurie L. Gildanesq, Greenberg Traurig, 777 S. Flagler Drive # 300, West Palm Beach, FL 33401;  To: Jeffrey T. Schnarsp.e., Schnars Engineering Corporatio, 949a Clint Moore Rd, Boca Raton, FL 33487 | $ | 8.25 |
| | Total Expenses: | $ | 8.25 |

**GT** GreenbergTraurig

Invoice No. : 2920509
File No.    :  062225.075400
Bill Date   :  May 2, 2011

TOUSA Homes, Inc.
PREBILLS ARE PDF'D TO MARIBEL FONTANEZ & ERICA CALUC
DO NOT MAIL OR EMAIL TO THE CLIENT

## INVOICE

Re:  Regal Oaks Settlement of Dispute

Legal Services through April 30, 2011:

|  | | |
|---|---|---|
| Total Fees: | $ | 8,023.00 |

Expenses:

| | | | |
|---|---|---|---|
| Conference Calls | 5.23 | | |
| Federal Express Charges | 13.61 | | |
| Total Expenses: | | $ | 18.84 |
| **Current Invoice:** | | $ | **8,041.84** |

\* \* \* \* \*

LNG:KAL
Tax ID:  59-1270754

Greenberg Traurig, P.A. | Attorneys at Law | 777 South Flagler Drive | Suite 300 East | West Palm Beach, Florida 33401
Tel 561.650.7900 | Fax 561.655.6222 | www.gtlaw.com

# GT GreenbergTraurig

Invoice No.:   2920509
File No.     :   062225.075400

**Summary of Fees (Current Invoice)**

| Timekeeper | Hours | Rate | | Amount |
|---|---|---|---|---|
| Laurie L. Gildan | 14.20 | 565.00 | | 8,023.00 |
| Totals: | 14.20 | 565.00 | $ | 8,023.00 |

\* \* \* \* \*

LNG:KAL
Tax ID:  59-1270754

Greenberg Traurig, P.A. | Attorneys at Law | 777 South Flagler Drive | Suite 300 East | West Palm Beach, Florida 33401
Tel 561.650.7900 | Fax 561.655.6222 | www.gtlaw.com

Invoice No.:    2920509                                                          Page 1
Re:             Regal Oaks Settlement of Dispute
Matter No.:     062225.075400


## Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 04/01/11 | Laurie L. Gildan | Review checklist; telephone call with buyer's counsel; draft closing documents. | 2.60 | 1469.00 |
| 04/04/11 | Laurie L. Gildan | Conference call with client re. review checklist; revise checklist. | 2.00 | 1130.00 |
| 04/05/11 | Laurie L. Gildan | Attention to closing matters. | 0.30 | 169.50 |
| 04/06/11 | Laurie L. Gildan | Attention to closing matters. | 0.20 | 113.00 |
| 04/07/11 | Laurie L. Gildan | Work on closing statement and related issues. | 0.80 | 452.00 |
| 04/08/11 | Laurie L. Gildan | Review buyer's proposed changes to closing documents; revise closing documents; work on closing statement. | 1.60 | 904.00 |
| 04/11/11 | Laurie L. Gildan | Review changes to closing statement; finalize documents for execution. | 1.00 | 565.00 |
| 04/13/11 | Laurie L. Gildan | Attention to issues re. closing statement. | 0.50 | 282.50 |
| 04/14/11 | Laurie L. Gildan | Coordinate execution of documents. | 1.00 | 565.00 |
| 04/15/11 | Laurie L. Gildan | Review signed documents and revised closing statement. | 0.20 | 113.00 |
| 04/18/11 | Laurie L. Gildan | Review closing statement issues and escrow instructions; prepare for closing. | 0.80 | 452.00 |
| 04/19/11 | Laurie L. Gildan | Prepare for closing. | 0.70 | 395.50 |
| 04/20/11 | Laurie L. Gildan | Closing. | 1.50 | 847.50 |
| 04/21/11 | Laurie L. Gildan | Follow up after closing. | 0.90 | 508.50 |
| 04/27/11 | Laurie L. Gildan | Respond to buyer inquiry re. water management district permit. | 0.10 | 56.50 |

Total Time:    14.20
Total Fees:                $ 8,023.00

Case 08-10928-JKO    Doc 7852-4    Filed 07/01/11    Page 24 of 55


| Invoice No.: | 2920509 | Page 2 |
|---|---|---|
| Re: | Regal Oaks Settlement of Dispute | |
| Matter No.: | 062225.075400 | |

## Description of Expenses Billed:

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 04/10/11 | VENDOR: Soundpath / Premier Global INVOICE#: GT041011 DATE: 4/10/2011 Conferencing Services Invoice Date 110404 User LNG Client Code 062225 Matter Code 075400 | $ | 5.23 |
| 04/20/11 | VENDOR: FedEx INVOICE#: 747499300 DATE: 4/27/2011 Tracking #797012976450; From: Laurie L. Gildanesq, Greenberg Traurig, 777 S. Flagler Drive # 300, West Palm Beach, FL 33401;  To: David L. Evansjr.esq, Baker & Hostetlerllp, 200 S Orange Ave Ste 2300, Orlando, FL 32801 | $ | 13.61 |
| | Total Expenses: | $ | 18.84 |

GT GreenbergTraurig

Invoice No. : 2931038
File No.     : 013157.099100
Bill Date    : May 2, 2011

Engle Homes, Inc.
PREBILLS ARE PDF'D TO KARINA
DO NOT MAIL OR EMAIL TO THE CLIENT

## INVOICE

Re:  Paul & Jodi Prescott v. Engle Homes

Legal Services through April 30, 2011:

|  | | |
|---|---|---|
| Total Fees: | $ | 817.00 |
| **Current Invoice:** | $ | **817.00** |

\* \* \* \* \*

MFB:KAL
Tax ID: 59-1270754

Greenberg Traurig, P.A. | Attorneys at Law | 777 South Flagler Drive | Suite 300 East | West Palm Beach, Florida 33401
Tel 561.650.7900 | Fax 561.655.6222 | www.gtlaw.com

**GT** GreenbergTraurig

Invoice No.: 2931038
File No.   :   013157.099100

**Summary of Fees (Current Invoice)**

| Timekeeper | Hours | Rate | | Amount |
|---|---|---|---|---|
| Padma G. Hinrichs | 1.90 | 430.00 | | 817.00 |
| Totals: | 1.90 | 430.00 | $ | 817.00 |

*   *   *   *   *

MFB:KAL
Tax ID:  59-1270754

Greenberg Traurig, P.A. | Attorneys at Law | 777 South Flagler Drive | Suite 300 East | West Palm Beach, Florida 33401
Tel 561.650.7900 | Fax 561.655.6222 | www.gtlaw.com

Invoice No.:       2931038                                                          Page  1
Re:                Paul & Jodi Prescott v. Engle Homes
Matter No.:        013157.099100

Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 04/29/11 | Padma G. Hinrichs | Review and revise motion to approve settlement with ARS; teleconference with and e-mails to Sorana Keever regarding status; call to Steve Lehner; review notice to dismiss for lack of prosecution; review Prescott settlement agreement. | 1.90 | 817.00 |

|  |  |  | Total Time: | 1.90 |  |
|  |  |  | Total Fees: |  | $ 817.00 |

**GT** GreenbergTraurig

|                | |                    |
|----------------|-|--------------------|
| Invoice No. :  | | 2933161            |
| File No.    :  | | 013157.020000      |
| Bill Date   :  | | May 2, 2011        |

Engle Homes, Inc.
PREBILLS ARE PDF'D TO KARINA
DO NOT MAIL OR EMAIL TO THE CLIENT

## INVOICE

Re:   General Litigation Matters 92-481

Legal Services through April 30, 2011:

|                    |   |           |
|--------------------|---|-----------|
| Total Fees:        | $ | 10,664.00 |

Expenses:

|                          |       |   |        |
|--------------------------|-------|---|--------|
| Photocopy Charges        | 3.30  |   |        |
| Postage                  | 7.58  |   |        |
| Information and Research | 6.30  |   |        |
| Total Expenses:          |       | $ | 17.18  |
| **Current Invoice**:     |       | $ | **10,681.18** |

\* \* \* \* \*

MFB:KAL
Tax ID: 59-1270754

Greenberg Traurig, P.A. | Attorneys at Law | 777 South Flagler Drive | Suite 300 East | West Palm Beach, Florida 33401
Tel 561.650.7900 | Fax 561.655.6222 | www.gtlaw.com

**GT** GreenbergTraurig

Invoice No. :  2933161
File No.     :  013157.020000

**Summary of Fees (Current Invoice)**

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Padma G. Hinrichs | 24.80 | 430.00 | 10,664.00 |
| Totals: | 24.80 | 430.00 | $  10,664.00 |

\* \* \* \* \*

MFB:KAL
Tax ID:  59-1270754

| Invoice No.: | 2933161 | Page 1 |
|---|---|---|
| Re: | General Litigation Matters 92-481 | |
| Matter No.: | 013157.020000 | |

## Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/02/11 | Padma G. Hinrichs | Finalize letter regarding Patricia Banks claim; e-mail to Carol Wigginton and Sorana Keever regarding same. | 0.50 | 215.00 |
| 04/02/11 | Padma G. Hinrichs | Review documents for Robert Callado subpoena; draft letter to Jennifer Cassady regarding response. | 0.70 | 301.00 |
| 04/02/11 | Padma G. Hinrichs | Draft response to Bradley Howell subrogation claim; e-mail to Carol Wigginton regarding insurance information. | 0.60 | 258.00 |
| 04/04/11 | Padma G. Hinrichs | Review notice regarding Wesley Smith claim. | 0.20 | 86.00 |
| 04/05/11 | Padma G. Hinrichs | Telephone conference with Carol Wigginton regarding subrogation claim; revise letter to Alan Tannenbaum regarding coverage; exchange e-mails regarding same; finalize letter to Melva Chance regarding subrogation claim. | 2.30 | 989.00 |
| 04/06/11 | Padma G. Hinrichs | Review objection to fee applications and response to same; e-mails to Jim Leshaw and Paul Berkowitz regarding same; review agenda; multiple tele-conferences with e-mails to Maribel Fontanez regarding fee applications. | 1.20 | 516.00 |
| 04/07/11 | Padma G. Hinrichs | Attend hearing on second lien lender's objections to fee application. | 6.20 | 2666.00 |
| 04/07/11 | Padma G. Hinrichs | Review e-mails regarding motion to stay in Rancho El Dorado. | 0.30 | 129.00 |
| 04/08/11 | Padma G. Hinrichs | Multiple e-mails to Sorana Keever, Kristin LaGregs, and Carol Wigginton regarding responses to subrogation claims asserted against Tousa and insurance coverage issues. | 0.70 | 301.00 |
| 04/11/11 | Padma G. Hinrichs | Review e-mails from Sandy Penny and Sorana Keever regarding request for Sandelier documents; review prior correspondence; research regarding notary license and e-mails to Sorana regarding strategy. | 1.10 | 473.00 |
| 04/11/11 | Padma G. Hinrichs | Review e-mail from Brenda Munoz regarding Patricia Banks subpoena; review related correspondence from Zurich. | 0.30 | 129.00 |
| 04/12/11 | Padma G. Hinrichs | Review e-mails and documents related to BOA v. Guthrie deposition notice. | 0.40 | 172.00 |
| 04/13/11 | Padma G. Hinrichs | Review and respond to e-mails from Josh Sussberg and Sorana Keever regarding motions for relief from stay filed by Redbuck and Sorrel Creek. | 0.30 | 129.00 |
| 04/14/11 | Padma G. Hinrichs | Prepare fee estimate and e-mail to Maribel Fontanez regarding same. | 0.80 | 344.00 |

Invoice No.:    2933161                                                    Page  2
Re:             General Litigation Matters 92-481
Matter No.:    013157.020000

### Description of Professional Services Rendered

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 04/15/11 | Padma G. Hinrichs | Review motions for stay relief filed by Redbuck at Sorrel Ranch and Cutters Ridge HOAs; review all prior correspondence with plaintiff's counsel; telephone conference with Josh Sussberg and Aileen Ma regarding strategy; exchange e-mails with Sorana Keever, Valerie Mangum, and James Vick regarding same. | 1.50 | 645.00 |
| 04/15/11 | Padma G. Hinrichs | Review e-mail and attachments from Susie Free regarding Guthrie documents. | 0.30 | 129.00 |
| 04/18/11 | Padma G. Hinrichs | Telephone conference with Sorana Keever, and Josh Sussberg regarding Sorrel Ranch and Cutters Ridge motions to lift stay; review e-mails from David Miller and Josh Sussberg regarding same. | 0.40 | 172.00 |
| 04/18/11 | Padma G. Hinrichs | Review e-mails from Brenda Munoz and Kristin LaGregs regarding Wesley Smith subrogation claim; review and respond to claim letter. | 0.50 | 215.00 |
| 04/19/11 | Padma G. Hinrichs | Review correspondence from Patrick Mason regarding Leilani Bukala subrogation claim; review e-mails from Carol Wigginton, Sorana Keever, and Kristin LaGregs regarding same; e-mail to Brenda Munoz regarding status. | 0.60 | 258.00 |
| 04/19/11 | Padma G. Hinrichs | Review e-mail and documents from Valerie Mangum regarding vendor lists for Sorrel Ranch and Cutters Ridge; e-mails to Josh Sussberg, David Miller and Curt Sullan regarding claim. | 0.80 | 344.00 |
| 04/20/11 | Padma G. Hinrichs | Telephone conference with Sonya Serrano and Brenda Munoz regarding Leilani Bukala subrogation claim; draft response letter to Patrick Mason regarding claim and revise same; e-mail to Sorana Keever regarding letter and revise same. | 1.20 | 516.00 |
| 04/20/11 | Padma G. Hinrichs | Review motion to lift stay; telephone conference with David Miller, Curt Sullan, and Josh Sussberg regarding motion to lift stay and insurance issues; review and redact vendor lists for Cutters Ridge and Sorrel Ranch; e-mails to David Miller and Curt Sullan regarding same and response to motion to lift stay. | 1.80 | 774.00 |
| 04/21/11 | Padma G. Hinrichs | Review e-mails from Josh Sussberg and David Miller regarding motion to lift stay in Sorrel Ranch. | 0.20 | 86.00 |
| 04/22/11 | Padma G. Hinrichs | Call to Matt Sumanick regarding subrogation claim; finalize letter to Patrick Mason. | 0.40 | 172.00 |
| 04/26/11 | Padma G. Hinrichs | Review summary judgment motion in Debbie Ciampi matter and review correspondence from Brenda Munoz regarding same; review correspondence from Zurich regarding Cecelia Campbell matter and check docket regarding notice of stay. | 0.90 | 387.00 |

| Invoice No.: | 2933161 | | Page 3 |
| Re: | General Litigation Matters 92-481 | | |
| Matter No.: | 013157.020000 | | |

Description of Professional Services Rendered

| 04/28/11 | Padma G. Hinrichs | E-mails to Carol Wigginton and Sorana Keever regarding various subrogation claims; review subpoena regarding Walnut Creek and e-mails regarding same from Brenda Munoz and Sandy Penny. | 0.50 | 215.00 |
| 04/29/11 | Padma G. Hinrichs | Review e-mail from David Miller regarding Sorrel Ranch. | 0.10 | 43.00 |

|  |  | Total Time: | 24.80 |  |
|  |  | Total Fees: |  | $ 10,664.00 |

Invoice No.:      2933161                                              Page  4
Re:              General Litigation Matters 92-481
Matter No.:      013157.020000

Description of Expenses Billed:

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 04/04/11 | Postage by 004368 | $ | 6.70 |
| 04/19/11 | Copy; 21 Page(s) by 007319 | $ | 3.15 |
| 04/19/11 | Postage by 025204 | $ | 0.44 |
| 04/21/11 | Copy; 1 Page(s) by 007319 | $ | 0.15 |
| 04/21/11 | Postage by 004368 | $ | 0.44 |
| 04/25/11 | Westlaw Research by HINRICHS,PADMA. | $ | 6.30 |
| | Total Expenses: | $ | 17.18 |

# GT GreenbergTraurig

Invoice No. : 2931039
File No.   :  013157.102500
Bill Date  :  May 2, 2011

Engle Homes, Inc.
PREBILLS ARE PDF'D TO KARINA
DO NOT MAIL OR EMAIL TO THE CLIENT

## INVOICE

Re:  Barry B. Yamron v. Engle/Sunbelt, LLC, et al.

Legal Services through April 30, 2011:

|  |  |  |
|---|---|---|
| Total Fees: | $ | 12,541.50 |

Expenses:

| | | | |
|---|---|---|---|
| Filing Fees | 86.17 | | |
| Local Travel | 4.00 | | |
| Information and Research | 16.80 | | |
| Total Expenses: | | $ | 106.97 |
| **Current Invoice:** | | $ | **12,648.47** |

\* \* \* \* \*

MFB:KAL
Tax ID: 59-1270754

Greenberg Traurig, P.A. | Attorneys at Law | 777 South Flagler Drive | Suite 300 East | West Palm Beach, Florida 33401
Tel 561.650.7900 | Fax 561.655.6222 | www.gtlaw.com

 GT GreenbergTraurig

Invoice No. : 2931039
File No.    :  013157.102500

**Summary of Fees (Current Invoice)**

| Timekeeper | | Hours | Rate | | Amount |
|---|---|---|---|---|---|
| Booker T. Evans | | 8.30 | 585.00 | | 4,855.50 |
| Alexandra M. Nash | | 25.10 | 300.00 | | 7,530.00 |
| Marian R. Mackey | | 0.80 | 195.00 | | 156.00 |
| | Totals: | 34.20 | 366.71 | $ | 12,541.50 |

\* \* \* \* \*

MFB:KAL
Tax ID: 59-1270754

| | | | | |
|---|---|---|---|---|
| Invoice No.: | 2931039 | | | Page 1 |
| Re: | Barry B. Yamron v. Engle/Sunbelt, LLC, et al. | | | |
| Matter No.: | 013157.102500 | | | |

## Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/01/11 | Booker T. Evans | Receive and review revisions to Yamron/Mast Settlement and Release Agreement; receive and review Ranta's joinder in Preferred's motion to strike Plaintiffs' combined statement of facts. | 0.40 | 234.00 |
| 04/01/11 | Alexandra M. Nash | Review Ranta joinder in motion to strike. | 0.20 | 60.00 |
| 04/04/11 | Booker T. Evans | Work on response to Plaintiffs' Rule 56(f) motion for Yamron. | 2.10 | 1228.50 |
| 04/04/11 | Booker T. Evans | Telephone conference with J. Palecek regarding status of settlement. | 0.20 | 117.00 |
| 04/04/11 | Booker T. Evans | Telephone conference with J. Palecek regarding status of settlement; receive and review Plaintiffs' responses to Preferred's motions to strike and supporting affidavits. | 0.60 | 351.00 |
| 04/04/11 | Marian R. Mackey | Assist A. Nash with research project. | 0.40 | 78.00 |
| 04/04/11 | Alexandra M. Nash | Draft opposition to request pursuant to Rule 56(f); conduct research regarding same; review issues regarding settlement; review issues regarding court order extending deadlines. | 7.40 | 2220.00 |
| 04/05/11 | Booker T. Evans | Review and revise opposition to Plaintiff's Rule 56(f) motion in Mast matter. | 2.80 | 1638.00 |
| 04/05/11 | Alexandra M. Nash | Draft response to 56(f) request; review minute entry regarding default hearing; review plaintiffs' motion to stay default hearing; review plaintiffs' response to motion to strike and affidavit in support of opposition; revise replies in support of various motions for summary judgment and response to combined statement of facts; review issues regarding settlement. | 6.50 | 1950.00 |
| 04/06/11 | Booker T. Evans | Review final draft of settlement agreement; telephone conference with J. Palecek regarding settlement agreement; telephone conference with J. Palecek. | 0.70 | 409.50 |
| 04/06/11 | Marian R. Mackey | Search documents relative to request of A. Nash for inclusion in motion response. | 0.40 | 78.00 |
| 04/06/11 | Alexandra M. Nash | Teleconference with R. Strole regarding status of matter; revise and finalize replies in support of motions for summary judgment; response to 56(f) request, and response to statement of facts; review issues regarding settlement; teleconference with B. Barrett regarding status. | 5.00 | 1500.00 |
| 04/07/11 | Alexandra M. Nash | Review minute entry regarding RAG defendants. | 0.10 | 30.00 |
| 04/08/11 | Booker T. Evans | Email correspondence with J. Palecek to discuss edits to Settlement Agreement and Release. | 0.20 | 117.00 |
| 04/08/11 | Alexandra M. Nash | Review issues regarding settlement. | 0.20 | 60.00 |
| 04/10/11 | Booker T. Evans | Receive and review Plaintiffs' supplemental responses to Defendant Ranta's discovery requests. | 0.40 | 234.00 |

Invoice No.:     2931039                                                      Page 2
Re:              Barry B. Yanron v. Engle/Sunbelt, LLC, et al.
Matter No.:      013157.102500

Description of Professional Services Rendered

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 04/11/11 | Booker T. Evans | Receive and review Plaintiffs' edits to Settlement and Release Agreement. | 0.30 | 175.50 |
| 04/11/11 | Alexandra M. Nash | Teleconference with B. Barrett regarding status; conference with B. Evans regarding status and settlement; review Plaintiffs' suggested changes to settlement agreement; conference with B. Evans regarding same; review replies filed by RAG Defendants; revise final version of settlement agreement. | 1.80 | 540.00 |
| 04/14/11 | Alexandra M. Nash | Review dismissal documents; conference with B. Evans regarding same. | 0.20 | 60.00 |
| 04/18/11 | Alexandra M. Nash | Conduct oral arguments on motion to dismiss and for summary judgment; e-mail B. Evans status update; draft stipulation to dismiss; e-mail correspondence with counsel regarding same. | 2.40 | 720.00 |
| 04/19/11 | Alexandra M. Nash | Follow-up regarding stipulation to dismiss; e-mail correspondence with B. Evans regarding same; e-mail correspondence with J. Palecek regarding stipulation to dismiss. | 0.40 | 120.00 |
| 04/21/11 | Booker T. Evans | Receive and review draft revised stipulation for dismissal of Preferred received from Plaintiff's counsel. | 0.20 | 117.00 |
| 04/21/11 | Alexandra M. Nash | Review issues regarding stipulation to dismiss; e-mail correspondence with B. Evans regarding same; e-mail correspondence with J. Palecek regarding amended order. | 0.30 | 90.00 |
| 04/22/11 | Alexandra M. Nash | Review minute entry regarding motion to strike various pleadings. | 0.20 | 60.00 |
| 04/22/11 | Alexandra M. Nash | Email correspondence with plaintiffs' counsel; review proposed orders granting stipulation to dismiss. | 0.20 | 60.00 |
| 04/27/11 | Booker T. Evans | Review and approve revised stipulation and order for dismissal. | 0.40 | 234.00 |
| 04/29/11 | Alexandra M. Nash | E-mail correspondence regarding stipulation to dismiss. | 0.20 | 60.00 |

Total Time:   34.20
Total Fees:   $ 12,541.50

Invoice No.:    2931039                                              Page  3
Re:             Barry B. Yamron v. Engle/Sunbelt, LLC, et al.
Matter No.:     013157.102500

## Description of Expenses Billed:

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 03/07/11 | VENDOR: CitiBusiness Card INVOICE#: 2858/0411ADJHATCHETT DATE: 4/1/2011 Paypal *Turbocourt 402935773 Filing Fees | $ | 6.00 |
| 03/14/11 | VENDOR: CitiBusiness Card INVOICE#: 2858/0411ADJHATCHETT DATE: 4/1/2011 Paypal *Turbocourt 402935773 Filing Fees | $ | 6.00 |
| 03/15/11 | VENDOR: CitiBusiness Card INVOICE#: 2858/0411ADJHATCHETT DATE: 4/1/2011 Paypal *Turbocourt 402935773 Filing Fees | $ | 6.00 |
| 03/30/11 | VENDOR: CitiBusiness Card INVOICE#: 2858/0411ADJHATCHETT DATE: 4/1/2011 Paypal *Turbocourt 402935773 Filing Fees | $ | 6.00 |
| 03/31/11 | VENDOR: CitiBusiness Card INVOICE#: 2858/0411ADJHATCHETT DATE: 4/1/2011 Paypal *Turbocourt 402-935-7 Filing Fees | $ | 6.00 |
| 04/04/11 | Westlaw Research by MIJARES NASH,ALEXANDRA. | $ | 6.30 |
| 04/05/11 | Westlaw Research by MIJARES NASH,ALEXANDRA. | $ | 4.20 |
| 04/06/11 | VENDOR: Advance Courier Services; INVOICE#: 81805; DATE: 4/11/2011  -  In-House messenger service. Special delivery and rushes. | $ | 52.00 |
| 04/17/11 | VENDOR: Laurie A Welch as Petty Cash Custodian INVOICE#: 75042911590 DATE: 4/29/2011 Filing Fee | $ | 4.17 |
| 04/18/11 | VENDOR: Laurie A Welch as Petty Cash Custodian INVOICE#: 75042911590 DATE: 4/29/2011 Parking | $ | 4.00 |
| 04/18/11 | Westlaw Research by MIJARES NASH,ALEXANDRA. | $ | 6.30 |
| | Total Expenses: | $ | 106.97 |

**GT** GreenbergTraurig

Invoice No. :  2931040
File No.    :  013157.104700
Bill Date   :  May 2, 2011

Engle Homes, Inc.
PREBILLS ARE PDF'D TO KARINA
DO NOT MAIL OR EMAIL TO THE CLIENT

## INVOICE

Re:  E.J. Strickland Construction, et al. v. Tousa Homes, et al.

Legal Services through April 30, 2011:

|  |  |  |
|---|---|---|
| Total Fees: | $ | 172.00 |
| **Current Invoice:** | $ | **172.00** |

\* \* \* \* \*

MFB:KAL
Tax ID:  59-1270754

Greenberg Traurig, P.A. | Attorneys at Law | 777 South Flagler Drive | Suite 300 East | West Palm Beach, Florida 33401
Tel 561.650.7900 | Fax 561.655.6222 | www.gtlaw.com

**GT** GreenbergTraurig

Invoice No. :  2931040
File No.    :  013157.104700

**Summary of Fees (Current Invoice)**

| Timekeeper | Hours | Rate | | Amount |
|---|---|---|---|---|
| Padma G. Hinrichs | 0.40 | 430.00 | | 172.00 |
| Totals: | 0.40 | 430.00 | $ | 172.00 |

\* \* \* \* \*

MFB:KAL
Tax ID:  59-1270754

Greenberg Traurig, P.A. | Attorneys at Law | 777 South Flagler Drive | Suite 300 East | West Palm Beach, Florida 33401
Tel 561.650.7900 | Fax 561.655.6222 | www.gtlaw.com

| Invoice No.: | 2931040 | Page 1 |
| Re: | E.J. Strickland Construction, et al. v. Tousa Homes, et al. | |
| Matter No.: | 013157.104700 | |

Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 04/05/11 | Padma G. Hinrichs | Review e-mail from Helen Albee regarding status; check docket and review correspondence regarding trial. | 0.40 | 172.00 |
| | | Total Time: | 0.40 | |
| | | Total Fees: | | $ 172.00 |

**GT** GreenbergTraurig

Invoice No. :  2931041
File No.    :  013157.105300
Bill Date   :  May 2, 2011

Engle Homes, Inc.
PREBILLS ARE PDF'D TO KARINA
DO NOT MAIL OR EMAIL TO THE CLIENT

## INVOICE

Re:  Chinese Drywall Miscellaneous Matters

Legal Services through April 30, 2011:

|  |  |  |
|---|---|---|
| Total Fees: | $ | 2,580.00 |

Expenses:

| Photocopy Charges | 1.20 |  |  |
|---|---|---|---|
| Postage | 5.98 |  |  |
| Total Expenses: |  | $ | 7.18 |
| **Current Invoice:** |  | $ | **2,587.18** |

\* \* \* \* \*

MFB:KAL
Tax ID:  59-1270754

Greenberg Traurig, P.A. | Attorneys at Law | 777 South Flagler Drive | Suite 300 East | West Palm Beach, Florida 33401
Tel 561.650.7900 | Fax 561.655.6222 | www.gtlaw.com

**GT** GreenbergTraurig

Invoice No. : 2931041
File No.   :  013157.105300

**Summary of Fees (Current Invoice)**

| Timekeeper | Hours | Rate | | Amount |
|---|---|---|---|---|
| Padma G. Hinrichs | 6.00 | 430.00 | | 2,580.00 |
| Totals: | 6.00 | 430.00 | $ | 2,580.00 |

\* \* \* \* \*

MFB:KAL
Tax ID:  59-1270754

Greenberg Traurig, P.A. | Attorneys at Law | 777 South Flagler Drive | Suite 300 East | West Palm Beach, Florida 33401
Tel 561.650.7900 | Fax 561.655.6222 | www.gtlaw.com

Invoice No.:     2931041                                                     Page 1
Re:             Chinese Drywall Miscellaneous Matters
Matter No.:     013157.105300

## Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 04/05/11 | Padma G. Hinrichs | Research regarding and review General Fidelity decision; e-mails to Valerie Mangum regarding new claim and response to same; draft letter to Jorge Lorenzo regarding claim; research regarding property records. | 2.10 | 903.00 |
| 04/12/11 | Padma G. Hinrichs | Review claim regarding Sanchez and Gil; exchange e-mails with Kristin LaGregs regarding same. | 0.40 | 172.00 |
| 04/25/11 | Padma G. Hinrichs | Review e-mails and related correspondence regarding new drywall claim against Acacia from Durkee. | 0.40 | 172.00 |
| 04/26/11 | Padma G. Hinrichs | Review letter from Durkee regarding drywall installers; review spreadsheets from Brenda Munoz regarding same; search Lee County property records; draft response letter to Durkee regarding same. | 2.70 | 1161.00 |
| 04/27/11 | Padma G. Hinrichs | Finalize letter to Durkee regarding installers. | 0.20 | 86.00 |
| 04/28/11 | Padma G. Hinrichs | Exchange e-mails with Sorana Keever regarding strategy for drywall claims. | 0.20 | 86.00 |

Total Time:    6.00
Total Fees:    $ 2,580.00

Invoice No.:      2931041                                                    Page 2
Re:               Chinese Drywall Miscellaneous Matters
Matter No.:       013157.105300

Description of Expenses Billed:

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 04/05/11 | Copy; 6 Page(s) by 007319 | $ | 0.90 |
| 04/05/11 | Postage by 004368 | $ | 5.54 |
| 04/27/11 | Copy; 2 Page(s) by 007319 | $ | 0.30 |
| 04/27/11 | Postage by 004368 | $ | 0.44 |
| | Total Expenses: | $ | 7.18 |

# GT GreenbergTraurig

|  |  |
|---|---|
| Invoice No. : | 2931043 |
| File No.   : | 013157.106000 |
| Bill Date  : | May 2, 2011 |

Engle Homes, Inc.
Tousa Homes, Inc.
4000 Hollywood Blvd
Suite 400 N
Hollywood, Florida 33021

Attn: Sorana Georgescu, Esq,

## INVOICE

Re:   Florence Gomery, et al. v. Technical Olympic USA, et al.

Legal Services through April 30, 2011:

|  |  |  |
|---|---|---|
| Total Fees: | $ | 1,419.00 |

Expenses:

| | | | |
|---|---|---|---|
| Photocopy Charges | 0.15 | | |
| Postage | 0.44 | | |
| Information and Research | 11.40 | | |
| Total Expenses: | | $ | 11.99 |
| Current Invoice: | | $ | 1,430.99 |

MFB:KAL
Tax ID: 59-1270754

Invoice No.:       2931043                                                                    Page 1
Re:                Florence Gomery, et al. v. Technical Olympic USA, et al.
Matter No.:        013157.106000

## Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 04/11/11 | Padma G. Hinrichs | Review notice; research regarding dropping parties pursuant to Rule 1.250; e-mail to Sorana Keever regarding same. | 0.80 | 344.00 |
| 04/14/11 | Padma G. Hinrichs | Review notice regarding Fabre defendants. | 0.20 | 86.00 |
| 04/25/11 | Padma G. Hinrichs | Review notice regarding depositions. | 0.10 | 43.00 |
| 04/28/11 | Padma G. Hinrichs | Telephone conference with Carol Wigginton regarding insurance coverage; review letter from Uiterwyck; e-mails to Carol Wigginton and Sorana Keever regarding strategy; research regarding insurance disclosure statute. | 1.40 | 602.00 |
| 04/29/11 | Padma G. Hinrichs | Review e-mails from Carol Wigginton; draft and revise letter to Uiterwyck regarding insurance coverage; e-mail to Sorana Keever regarding same. | 0.80 | 344.00 |

Total Time:     3.30
Total Fees:     $ 1,419.00

Invoice No.:     2931043                                                    Page 2
Re:              Florence Gomery, et al. v. Technical Olympic USA, et al.
Matter No.:      013157.106000

## Description of Expenses Billed:

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 04/11/11 | Westlaw Research by HINRICHS,PADMA. | $ | 9.30 |
| 04/28/11 | Westlaw Research by HINRICHS,PADMA. | $ | 2.10 |
| 04/29/11 | Copy; 1 Page(s) by 007319 | $ | 0.15 |
| 04/29/11 | Postage by 004368 | $ | 0.44 |
| | Total Expenses: | $ | 11.99 |

 GreenbergTraurig

Invoice No. : 2931044
File No.    : 013157.106200
Bill Date   : May 2, 2011

Engle Homes, Inc.
PREBILLS ARE PDF'D TO KARINA
DO NOT MAIL OR EMAIL TO THE CLIENT

## INVOICE

Re:  FBI Investigation

Legal Services through April 30, 2011:

|  | | |
|---|---|---|
| Total Fees: | $ | 1,204.00 |

Expenses:

| | | | |
|---|---|---|---|
| Photocopy Charges | 33.45 | | |
| Postage | 9.68 | | |
| Total Expenses: | | $ | 43.13 |
| **Current Invoice:** | | $ | **1,247.13** |

\* \* \* \* \*

MFB:KAL
Tax ID:  59-1270754

Greenberg Traurig, P.A. | Attorneys at Law | 777 South Flagler Drive | Suite 300 East | West Palm Beach, Florida 33401
Tel 561.650.7900 | Fax 561.655.6222 | www.gtlaw.com



Invoice No.:   2931044
File No.    :   013157.106200

**Summary of Fees (Current Invoice)**

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Padma G. Hinrichs | 2.80 | 430.00 | 1,204.00 |
| Totals: | 2.80 | 430.00 | $    1,204.00 |

\* \* \* \* \*

MFB:KAL
Tax ID:  59-1270754

Greenberg Traurig, P.A. | Attorneys at Law | 777 South Flagler Drive | Suite 300 East | West Palm Beach, Florida 33401
Tel 561.650.7900 | Fax 561.655.6222 | www.gtlaw.com

| Invoice No.: | 2931044 | | Page  1 |
|---|---|---|---|
| Re: | FBI Investigation | | |
| Matter No.: | 013157.106200 | | |

Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/25/11 | Padma G. Hinrichs | Review new subpoena from AUSA in New York and review e-mails from Brenda Munoz and Sandy Penny regarding response; review and respond to e-mails from Sorana Keever and Mike Stogdill regarding Jacksonville trial and testimony; follow up regarding trial transcript and sentencing. | 1.30 | 559.00 |
| 04/28/11 | Padma G. Hinrichs | Review e-mail from Sandy Penny regarding response to subpoena; review responsive documents; draft letter to AUSA Matthew Amatruda regarding Hernandez and Estrada subpoena. | 1.40 | 602.00 |
| 04/29/11 | Padma G. Hinrichs | Review e-mail from Sandy Penny regarding Walnut Creek subpoena. | 0.10 | 43.00 |

|  | Total Time: | 2.80 | |
|  | Total Fees: | | $ 1,204.00 |

Invoice No.:    2931044                                                Page 2
Re:             FBI Investigation
Matter No.:    013157.106200

## Description of Expenses Billed:

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 04/28/11 | Copy; 223 Page(s) by 025204 | $ | 33.45 |
| 04/28/11 | Postage by 025204 | $ | 9.68 |
| | Total Expenses: | $ | 43.13 |

**GT** GreenbergTraurig

Invoice No. :  2931046
File No.     :  013157.106300
Bill Date    :  May 2, 2011

Engle Homes, Inc.
4000 N Hollywood Blvd.
Suite 500-1
Hollywood, Florida  33021

Attn: Sorana Georgescu, Esq,

## INVOICE

Re:  Mario & Ana Mendoza v. Newmark Homes, L.P.

Legal Services through April 30, 2011:

|  | | |
|---|---|---|
| Total Fees: | $ | 5,468.00 |

Expenses:

| | | | |
|---|---|---|---|
| Business Meals | 19.78 | | |
| Local Travel | 14.00 | | |
| Messenger/Courier Services | 29.93 | | |
| Professional & Legal | 16.36 | | |
| Travel and Lodging Out of Town | 476.70 | | |
| Total Expenses: | | $ | 556.77 |
| **Current Invoice:** | | $ | **6,024.77** |

MFB:KAL
Tax ID: 59-1270754

| Invoice No.: | 2931046 | | | Page  1 |
| Re: | Mario & Ana Mendoza v. Newmark Homes, L.P. | | | |
| Matter No.: | 013157.106300 | | | |

## Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/01/11 | Beth A. Defenbaugh | Contact court and advise J. Terry regarding hearing status on the courts docket regarding agreed motion to stay the case. | 0.10 | 22.00 |
| 04/01/11 | Padma G. Hinrichs | Review pleadings; review e-mail from Jana Terry regarding outcome of hearing. | 0.30 | 129.00 |
| 04/01/11 | Jana K. Terry | Prepare for hearing while traveling to Dallas; attend hearing; return to Austin. | 7.70 | 3465.00 |
| 04/04/11 | Padma G. Hinrichs | E-mail to Sorana Keever regarding status; teleconference with Jana Terry and Van Shaw; revise draft letter to Van Shaw. | 0.80 | 344.00 |
| 04/04/11 | Jana K. Terry | Conferences with Ms. Hinrichs and opposing counsel regarding effect of non-suit; further conference with Ms. Hinrichs regarding strategy; receive and review threatening correspondence from opposing counsel regarding same; draft response to same and correspond with Ms. Hinrichs regarding next steps; revise and finalize letter to opposing counsel; attention to unsuccessful fax transmission; review opposing counsel's response to emailed letter. | 2.00 | 900.00 |
| 04/07/11 | Padma G. Hinrichs | Review e-mail and attachment from Jana Terry regarding status. | 0.20 | 86.00 |
| 04/07/11 | Jana K. Terry | Attention to correspondence from court setting second status conference; correspond with Ms. Hinrichs regarding same and next steps. | 0.20 | 90.00 |
| 04/08/11 | Padma G. Hinrichs | Telephone conference with and e-mail to Sorana Georgescu regarding strategy; telephone conference with Aileen Ma regarding research on effect of stay. | 0.70 | 301.00 |
| 04/11/11 | Jana K. Terry | Attention to court's notice that status conference has been re-set. | 0.10 | 45.00 |
| 04/29/11 | Padma G. Hinrichs | Telephone conference with Sorana Keever regarding case; exchange e-mails with Jana Terry regarding status. | 0.20 | 86.00 |

|  |  | Total Time: | 12.30 | |
|  |  | Total Fees: | | $ 5,468.00 |

| Invoice No.: | 2931046 | | Page 2 |
|---|---|---|---|
| Re: | Mario & Ana Mendoza v. Newmark Homes, L.P. | | |
| Matter No.: | 013157.106300 | | |

## Description of Expenses Billed:

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 02/09/11 | VENDOR: Case File Xpress, L.P.; INVOICE#: 18426; DATE: 2/9/2011 - Case File Express LP - Monthly billing for the period of 1/1- 1/31/11; Cause# CC-10-04162-A | $ | 16.36 |
| 04/01/11 | VENDOR: Terry, Jana K. INVOICE#: C051000491992110077 DATE: 4/5/2011<br>TYPE: Business Meals; REASON: Client Billable-AUS-Lit-Associate; DATE: 04/01/11 - Dinner at Dallas Love Field Airport - returning to Austin from hearing.; MERCHANT: McDonald's-Dallas; ATTENDEES: Jana Terry (ACH) | $ | 8.33 |
| 04/01/11 | VENDOR: Terry, Jana K. INVOICE#: C051000491992110077 DATE: 4/5/2011<br>TYPE: Business Meals; REASON: Client Billable-AUS-Lit-Associate; DATE: 04/01/11 - Lunch at Airport - traveling to Dallas to attend hearing.; MERCHANT: Austin Java Coffee House-Austin Airport; ATTENDEES: Jana Terry (ACH) | $ | 11.45 |
| 04/01/11 | VENDOR: Terry, Jana K. INVOICE#: C051000491992110077 DATE: 4/5/2011<br>TYPE: Parking and Tolls; REASON: Client Billable-AUS-Lit-Associate; DATE: 04/01/11 - Parking at Austin-Bergstrom Int'l Airport to travel to Dallas to attend hearing.; MERCHANT: Austin-Bergstrom Int'l Airport | $ | 14.00 |
| 04/01/11 | VENDOR: Special Delivery Service, Inc. INVOICE#: 362024 DATE: 4/2/2011<br>Messenger Service Track No. 910741 Req.'d on 04/01/11 by Diane Sara from Dallas County Court Of Law #1 to Greenberg Traurig - File Ref. 013157.106300, | $ | 29.93 |
| 04/01/11 | VENDOR: Terry, Jana K. INVOICE#: C051000491992110077 DATE: 4/5/2011<br>TYPE: Airfare; REASON: Client Billable-AUS-Lit-Associate; DATE: 04/01/11 - Travel from Austin to Dallas to attend hearing.; MERCHANT: Southwest Airlines | $ | 371.40 |
| 04/01/11 | VENDOR: Terry, Jana K. INVOICE#: C051000491992110077 DATE: 4/5/2011<br>TYPE: Taxi/Car Service; REASON: Client Billable-AUS-Lit-Associate; DATE: 04/01/11 - Cab from Dallas Love Field to Downtown Dallas Courthouse to attend hearing; cab from downtown dallas courthouse to Dallas Love Field to return to Austin.; MERCHANT: Yellow Cab | $ | 64.50 |
| 04/01/11 | VENDOR: Terry, Jana K. INVOICE#: C051000491992110077 DATE: 4/5/2011<br>TYPE: Mileage; REASON: Client Billable-AUS-Lit-Associate; DATE: 04/01/11 - Round trip tavel from Cedar Park, TX to Austin-Bergstrom International Airport to fly to Dallas to attend hearing.; MERCHANT: Jana Terry | $ | 40.80 |
| | Total Expenses: | $ | 556.77 |