UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | | |
|---|---|---|
| In re: | ) | Case No. 08-10928-BKC-JKO |
| | ) | Jointly Administered |
| TOUSA, INC., *et al.*[1] | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | |
| | ) | |

## <u>NOTICE OF WITHDRAWAL OF COUNSEL</u>

PLEASE TAKE NOTICE that Andrea Campbell Davison is hereby withdrawn as counsel

to Wilmington Trust Company in its capacity as Successor Indenture Trustee to Wells Fargo

Bank, National Association ("Wilmington Trust") in the above referenced cases.

Dated:  Miami, FL
June 12, 2013

ARENT FOX LLP

Attorneys for Wilmington Trust Company in
its capacity as Successor Indenture Trustee to
Wells Fargo Bank, National Association

By:   GRAYROBINSON, P.A.

_____/s/ Leyza F. Blanco_____
Leyza F. Blanco
Florida Bar No. 104639
1221 Brickell Avenue, Suite 1650
Miami, Florida 33131
(305) 416-6880 (telephone)
(305) 416-6887 (Fax)

---

[1] The Debtors in the cases are: TOUSA, Inc.; Engle Homes Commercial Construction, LLC; Engle Homes Delaware, Inc.; Engle Homes Residential Construction, L.L.C.; Engle Sierra Verde P4, LLC; Engle Sierra Verde P5, LLC; Engle/Gilligan LLC; Engle/James LLC; LB/TE #1, LLC; Lorton South Condominium, LLC; McKay Landing LLC; Newmark Homes Business Trust; Newmark Homes Purchasing, L.P.; Newmark Homes, L.L.C.; Newmark Homes, L.P.; Preferred Builders Realty, Inc.; Reflection Key, LLC; Silverlake Interests, L.L.C.; TOI, LLC; TOUSA Associates Services Company; TOUSA Delaware, Inc.; TOUSA Funding, LLC; TOUSA Homes Arizona, LLC; TOUSA Homes Colorado, LLC; TOUSA Homes Florida, L.P.; TOUSA Homes Investment #1, Inc.; TOUSA Homes Investment #2, Inc.; TOUSA Homes Investment #2, LLC; TOUSA Homes Mid-Atlantic Holding, LLC; TOUSA Homes Mid-Atlantic, LLC; TOUSA Homes Nevada, LLC; TOUSA Homes, Inc.; TOUSA Homes, L.P.; TOUSA Investment #2, Inc.; TOUSA Mid-Atlantic Investment, LLC; TOUSA Realty, Inc.; TOUSA, LLC; and TOUSA/West Holdings, Inc.

Leyza.Blanco@gray-robinson.com
and

ARENT FOX  LLP

Andrew I. Silfen
Leah M. Eisenberg
1675 Broadway
New York, NY 10019
(212) 484-3900

and

Jeffrey N. Rothleder
1717 K Street, NW
Washington, DC 20036
(202) 857-6000