**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

IN RE:                                    CASE NO.: 08-10928-JKO
                                          **CHAPTER 11**
**TOUSA , INC., et al**                   **Jointly Administered**

   Debtor.
_____/

## <u>UNITED STATES TRUSTEE'S OBJECTION TO</u>
## <u>DISCLOSURE STATEMENT</u>

The United States Trustee for Region 21 (the "UST"), by and through his undersigned counsel, in furtherance of the administrative responsibilities imposed pursuant to 28 U.S.C. §586(a), submits the following objections to the disclosure statement and proposed plan filed by the Debtors[1] in the above-styled Chapter 11 proceeding.

Title 11 of the United States Bankruptcy Code § 1125(b) requires the Bankruptcy Court specifically to find the disclosure statement contains "adequate information" before a party in interest is allowed to solicit its Plan of Reorganization to creditors. Section 1125(a)(1) defines the term "adequate information" as meaning "information of a kind, and in sufficient detail . . . , that would enable a hypothetical reasonable investor typical of holders of claims or interests of the relevant class to make an informed judgment about the plan . . . " 11 U.S.C. § 1125(a)(1).

---

[1] The parties should clarify whether the Plan is being proposed by the Debtors, the Committee or jointly. The Plan, on its face, lists professionals for both the Debtors and Committee, but the Disclosure Statement ( ECF #9169) only lists counsel for the Committee.

<u>In the absence of amendments to deal with such matters as is noted below</u>, the UST moves the Court to not approve the proposed Disclosure Statement "as containing adequate information," and convert the case to Chapter 7.

## I.    THE PLAN AND DISCLOSURE STATEMENT MUST PROVIDE ADEQUATE INFORMATION

1.     There is no doubt that the proposed Plan and Disclosure Statement is the culmination of extensive and complicated negotiations involving many parties over an extended period of time. However, in addition to those parties involved in the mediation, the Disclosure Statement is also being circulated to those creditors who have not spent the past several years litigating in this Court, the United States District Court for the Southern District of Florida or the United States Court of Appeals for the Eleventh Circuit.

2.     The Plan and Disclosure Statement should clarify why the proposed treatment of the General Unsecured Creditors does not violate 1129 in that similarly situated claims are not receiving disparate treatment.  Given that many trade vendors and home buyers that have filed claims in the various cases have not been involved in these negotiations and are not familiar with the "terms" and identities of the various participants, the Disclosure Statement should be amended to provide a better description of the parties and explanation of why the Inter-creditor Agreement does not prejudice the General Unsecured Creditors. The documents should provide a straightforward and concise explanation why the Senior Note Guaranty Claims in Class 4A, which are

2

similarly situated with General Unsecured Creditors in Class 4B, are projected to receive 58% of their respective claims and the General Unsecured Creditors are projected to receive 5%.

3.      On pages 99 and 100, the Plan Proponents should identify the professionals in this case and the history of the amounts paid to date, the amount of holdbacks and the estimated amounts through confirmation.

4.      On page 136, the Plan Proponents should provide that undeliverable distributions be deposited with the Clerk of the Court for the benefit of the recipient and not forfeited to the Liquidating Trust. Given that this is a liquidating case and the amount of time the case has been pending, there is no reason to prevent creditors from receiving their rightful distribution because of a change of address or some other change in circumstances. Further, regardless of whether the proposed treatment of the undeliverable distributions is approved, the proposed treatment should be changed to provide that the Liquidating Trustee shall use his or her best efforts to locate the recipient before the recipient's rights to the funds are either terminated or the funds are deposited with the Clerk of Court.

5.      The language on pages 139-140 of the Disclosure Statement and corresponding sections in the Plan regarding lease rejection claims should be bold and prominent in accordance with Local Rules 3003-1 and 6006-1.

6.      The proposed provisions on pages 142-146 of the Disclosure Statement regarding the entry of a bar order and third party releases purports to bind third-party claimants who may not be subject to the jurisdiction of this Court and who may never receive notice of the proposed treatment. The proponents must show that the proposed

relief is appropriate and necessary for confirmation as well as fair and equitable. To the extent the Court approves the proposed relief there should be exceptions for any direct causes of action those parties may have as well as acts of bad faith, breach of fiduciary or ordinary negligence relating to professional malpractice.

7.    Any language regarding exculpation for professionals, representatives, advisors, attorneys, financial advisors, or agents or others in the Plan should be stricken as inappropriate unless the professional received such protection under the terms of retention post-petition.

8.    Furthermore, the UST objects to the overly broad scope of the proposed releases and bar order relating to the United States government, state and local governments, regulatory agencies or otherwise. Given the nature of the Debtors' businesses, nationwide real estate development and financing, the Plan Proponents attempt to include every possible agency in the scope of the release for purposes of monetary damages raises several concerns, including but not limited to notice to these State and Federal agencies.

9.    The Liquidating Trustee should be identified and terms of compensation disclosed prior to the Disclosure Statement being approved.

10.    The Liquidating Trustee should be bonded in favor of the Liquidating Trust.

11.    On page 151 of the Disclosure Statement the Liquidating Trustee should be required to have all professionals employed pursuant to Order of Court after Notice and hearing and all professional fees, including the Liquidating Trustee's compensation (which should also be disclosed in the Disclosure Statement – for example, is the

4

proposed compensation hourly or calculated pursuant to a formula such as provided under Section 326 of the Code), should be subject to application and further Order of Court.

12.    On page 155 of the Disclosure Statement, the proponents suggest that the professionals employed by the Liquidating Trust, as well as the Liquidating Trustee, should be indemnified and provide greater protection to those professionals then what is applicable under legal malpractice standards. This provision is objectionable.

13.    The Disclosure Statement does not contain adequate information regarding payment of the United States Trustee fee. The UST recommends the following language be included:

> Notwithstanding any other provisions of the Plan to the contrary, the Debtors shall each pay the United States Trustee the appropriate sum required pursuant to 28 U.S.C. § 1930(a)(6), within ten (10) days of the entry of the order confirming the Plan(s), for pre-confirmation periods and simultaneously file all the Monthly Operating Reports for the relevant periods, indicating the cash disbursements for the relevant period for each debtor which had not previously been filed. Each of the Debtors, as Reorganized Debtors, shall further pay the United States Trustee the appropriate sum required pursuant to 28 U.S.C. § 1930(a)(6), based upon all post-confirmation periods within the time period set forth in 28 U.S.C. § 1930(a)(6), based upon all post-confirmation disbursements made by the Reorganized Debtor(s) until the earlier of the closing of the case by the issuance of a Final Decree by the Bankruptcy Court, or upon the entry of an order by the Bankruptcy Court dismissing the case(s) or converting this case(s) to another chapter under the United States Bankruptcy Code, and the Reorganized Debtors shall provide to the United States Trustee upon the payment of each post-confirmation payment, and concurrently filed with the Court, Post-Confirmation Quarterly Operating Reports indicating all the cash disbursements for the relevant period.

14.    The UST reserves the right to raise additional objections and concerns at the hearing to consider approval of the adequacy of the Disclosure Statement and at Confirmation as well as raise further objections as the documents are amended.

WHEREFORE, the United States Trustee shows the disclosure statement does not contain adequate information as required by 11 U.S.C. §1125, which would permit a party in interest to reach an informed judgment concerning the plan and moves the Court to enter an order denying approval of the disclosure statement, <u>unless the necessary changes are made to correct the deficiencies set forth above</u>, and further moves this case to be converted to Chapter 7 or dismissed. *See generally In re Metrocraft Publishing Services, Inc.*, 39 B.R. 567 (Bankr. N.D.Ga. 1984).

Guy G. Gebhardt
Acting United States Trustee
Region 21
 /s/ *Steven D. Schneiderman*
Steven D. Schneiderman, Trial Attorney
Office of the United States Trustee
51 S.W. 1st Avenue, 12th Floor
Miami, Florida 33130
Phone:      (305) 536-7285
Fax:           (305) 536-7360

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the United States Trustee's Objections to Debtors' Disclosure Statement was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system and/or via U.S. Mail, properly addressed and with correct postage to the following:

Door Pro America, Inc
14209 John Marshall Hwy
Gainesville, VA 20155

Douglas County Treasurer
100 Third St
Castle Rock, CO 80104

David P Draigh
200 S Biscayne Blvd #4900
Miami, FL 33131

Matthew B Drexler
150 17 St #1610
Denver, CO 80265

Billy Driggers
POb 14500
Lexington, KY 40512

Philip C Dublin
590 Madison Avenue
New York, NY 10022

Philip C. Dublin
Akin Gump, et al
One Bryant Park
New York, NY 10036

Dustin T Dudley
One E Camelback #550
Phoenix, AZ 85012

EMC Mortgage Corp.
ATTN: Bankruptcy Department
P.O. Box 293150
Lewisville, TX 75029-3150

7

EMC Mortgage Corporation
Moss, Codilis - C Robertus
POB 293150
Lewisville, TX 75029

Earthcare Management, Inc.
12115 West Drive
Cypress, TX 77433

Michael C. Eckert
123 S Calhoun St
Tallahassee, FL 32314

Edge Creek Builders
G Scott Taylor
30176 Matthewstown Rd
Easton, MD 21601

Weston T. Eguchi
787 Seventh Ave
New York, NY 10019

Leah M Eisenberg
1675 Broadway
New York, NY 10019

Robert J. Elder III
555 Colorado Ave
Stuart, FL 34995

Paul Sidney Elliott
POB 274204
Tampa, FL 33688

Anthony V Engel
3404 Wimbledon Dr
Highland Village, TX 75077

Environmental Alternatives Inc
24024 Frederick Rd
Clarksburg, MD 20871

Eric Eppel
15382 West Windsor
Goodyear, AZ 85338

Sander L. Esserman
2323 Bryan St #2200
Dallas, TX 75201-2689

Booker T Evans
2375 E Camelback Rd #700
Phoenix, AZ 85016

Scott W Fallar
8777 San Jose Blvd Bldg A #200
Jacksonville, FL 32217

W Keith Fendrick
POB 3391
100 N Tampa St #2700
Tampa, FL 33602

Lori Fife
767 5 Ave
New York, NY 10153

Lori R. Fife
767 Fifth Avenue
New York, NY 10153

Donna M Flammang
3301 Bonita Beach Rd #100
Bonita Springs, FL 34134

Evan D Flaschen
225 Asylum St #2600
Hartford, CT 06103

Don C Fletcher
1850 N Central Ave #2400
Phoenix, AZ 85004

Daniel A. Fliman
1633 Broadway
New York, NY 10019

Maria J. Flora
1763 Franklin St
Denver, CO 80218

Florida Public Utilities
c/o Julie Petty
401 S Dixie Hwy
West Palm Beach, FL 33401

S. Cary Forrester
3636 North Central Ave #700
Phoenix, AZ 85012

9

Andrew M Fowler
560 W Brown Rd
Mesa, AZ 85201

Andrew M. Fowler
80 E Rio Salado Pkwy #401
Tempe, AZ 85281

Mark D Francis
1125 Kelly Johnson Blvd #321
Colorado Springs, CO 80920

Robert P Frankel
25 W Flagler St #900
Miami, FL 33130

J. Michaels Franks
150 Fourth Avenue North #2200
Nashville, TN 37219

Thomas P Fredell
300 W 6 St
Austin, TX 78704

Gary M Freedman
25 SE 2 Ave # 919
Miami, FL 33131

John J Fries
1 N Central Ave #1200
Phoenix, AZ 85004

Susan R Fuertes
14910 Aldine-Westfield Rd
Houston, TX 77032

Richard A Fulton
2600 S Shore Blvd #200
League City, TX 77573

Donald L Gaffney
400 E Van Buren
Phoenix, AZ 85004

Stanley J Galewski
201 E Kennedy Blvd #760
Tampa, FL 33602

Richard Galietti

POB 14500
Lexington, KY 40512

Keith Gallas
1036 Liberty Park Dr #54
Austin, TX 78746

Juan Francisco Garcia
c/o Jorge Calil
19 W Flagler St 3301
Miami, FL 33130

Daniel J Garfield
410 17 St #2200
Denver, CO 80202

Karen Gehrig
16305 57 St SE
Kindred, ND 58051

Lawrence V. Gelber
919 Third Ave
New York, NY 10022

Brian D Geldert
590 Madison Avenue
New York, NY 10022

Ronald S Gellert
300 Delaware Avenue #1210
Wilmington, DE 19801

Lance Geppert
143 W Sunset Rd #200
San Antonio, TX 78209

Dave Gerhardt
33714 N 24 Dr
Phoenix, AZ 85085

Darren G Gibson
787 Seventh Ave
New York, NY 10019-6099

Jeffrey R. Gleit
1633 Broadway
New York, NY 10019

Andrew K. Glenn
1633 Broadway
New York, NY 10019

11

Gloria Oliver-Deschenes & Real Deschenes
3551 Hartsfield Forest Circle
Jacksonville, FL 32277

Daniel H Golden
590 Madison Avenue
New York, NY 10022

Daniel H. Golden
Akin Gump, et al
One Bryant Park
New York, NY 10036

Andrew Goldman
7 World Trade Center
New York, NY 10007
andrew.goldman@wilmerhale.com

Oscar A Gomez
900 S Pine Island Rd # 400
Plantation, FL 33324

Maria P Gonzalez
1441 Brickell Ave 15 Fl
Miami, FL 33131

Grant H. Goodman
2201 East Camelback Rd #350
Phoenix, AZ 85016

Daniel M. Gottlieb
3271 SW 51Street
Hollywood, FL 33312-7918

David J. Gottlieb
4969 SW 35th Way
Hollywood, FL 33312

Colleen Grabowski
2608 Baston Court
Nolensville, TN 37135

Glen Grabowski
2608 Baston Court
Nolensville, TN 37135

Greater Lakes/Sawgrass Bay Community Development District
Hopping Green & Sams, PA
123 S. Calhoun Street

Tallahassee, FL 32301

Renee Green
14542 Eastern Redbud Ln
Houston, TX 77044

Nicole L Greenblatt
153 E 53 St
New York, NY 10022

Alan Bryce Grossman
1930 N Commerce Pkwy #6
Weston, FL 33326

Mark D. Gruskin
1801 California St #4300
Denver, CO 80202

Domenic Gualtieri
10323 Catuge Dr
San Antonio, TX 33576

Aaron Guerrero
2929 Allen Pkwy #4100
Houston, TX 77019

Robert C Hackney
4119 Lakespur Cir S
Palm Bch Gardens, FL 33410

Wendy L Hagenau
One Atlantic Center 14 Fl
1201 W Peachtree St
Atlanta, GA 30309

Hain Capital Group, LLC
301 Route 17
7th Floor
Rutherford, NJ 07070

Thomas J Hall
30 Rockefeller Plaza
New York, NY 10112

Craig D Hansen
40 N Central Ave #2700
Phoenix, AZ 85004

Ronald G Harris
2000 One Nashville Pl
150 4 Ave North

Nashville, TN 37219

M. Taylor Harris,
315 Deaderick St #1100
POB 198888
Nashville, TN 37219

Laura Hatfield
POB 1990
Grand Cayman
Cayman Islands, KYI-0014

Haverhill Development, LLC
c/o Howard D DuBosar
120 E Palmetto Pk Rd #100
Boca Raton, FL 33432

Helen Heifets
1515 Market St #700
Philadelphia, PA 19102

Neil L Henrichsen
1648 Osceola St
Jacksonville, FL 32204

Heritage Landing Community Development District
Hopping Green & Sams, PA
123 S. Calhoun Street
Tallahassee, FL 32301

Pedro V Hernandez Jr
5820 1H 10 West #100
San Antonio, TX 78201

Highland Meadows Community Development District
Hopping Green & Sams, PA
123 S. Calhoun Street
Tallahassee, FL 32301

Martyn B. Hill
1415 Louisiana, 22 Flr
Houston, TX 77002

Padma G. Hinrichs
Greenberg Traurig, P.A.
777 South Flagler Drive
Suite 300 East
West Palm Beach, FL 33401

Padmavathi Hinrichs
777 S Flager Dr #300E

West Palm Beach, FL 33491

Maurice Hinton
6111 Broken Sound Pkwy NW # 200
Boca Raton, FL 33487

Todd M Hoepker
POB 3311
Orlando, FL 32802

Nicolas B Hoskins
2394 E Camelback Rd #600
Phoenix, AZ 85016

Rebecca B Howald
150 4 Ave, No #2200
Nashville, TN 37219

Rebecca B Howald
150 Fourth Avenue North #2200
Nashville, TN 37219

Robert I. Howard, Jr.
9107 NW 86 Terr
Kansas City, MO 64152

Anissa C. Hudy
12900 Hall Rd #440
Sterling Heights, MI 48313

Stephen C Hunt
350 E Las Olas Blvd #1700
Ft. Lauderdale, FL 33301

Mitchell P Hurley
590 Madison Avenue
New York, NY 10022

Deirdre N Hykal
787 Seventh Ave
New York, NY 10019-6099

IKON Financial Services
1738 Bass Rd
POB 13708
Macon, GA 31208

IKON Office Solutions
Recovery and BK Group
3920 Arkwright Rd #400
Macon, GA 31210

Indigo Community Development District
Hopping Green & Sams, PA
123 S. Calhoun Street
Tallahassee, FL 32301

Susan Hardie Jacks
500 Dallas #1200
Houston, TX 77002

Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street
Suite 1800
Jacksonville, FL 32202

Shirlie Jacobs
3381 Narod St
Las Vegas, NV 89121

Simon Jacobs
3381 Narod St
Las Vegas, NV 89121

Stephen C. Jacobs
1250 Broadway #810
New York, NY 10001

David Jacobson
20 S Charles St #1200
Baltimore, MD 21201

Amina Jafri
787 Seventh Ave
New York, NY 10019-6099

Kristin H Jain
555 17 St #3400
Denver, CO 80202

Jericho All-Weather Opportunity Fund
c/o James S Telepman
712 US Hwy One Suite 400
North Palm Beach, FL 33408

Heather H Jobe
3232 McKinney Avenue #1400
1400 One McKinney Plaza
Dallas, TX 75204

John & Fay Farina
2202 Summersweet Dr
Alva, FL 33920

Ryan Johns
3536 Turningwind Ln
Winter Gardens, FL 34787

Russell R Johnson
2258 Wheatlands Dr
Manakin-Sabot, VA 23103

Jason Z. Jones
200 S Biscayne Blvd # 2500
Miami, FL 33131

Roland Gary Jones
1230 6 Ave 7 Floor
New York, NY 10020

Shaunna D Jones
787 Seventh Ave
New York, NY 1019-6099

James Kalberer
1308 Woodborough Lane
Keller, TX 76248

Jon E Kane
POB 2854
Orlando, FL 32802

Stephen Karotkin
767 Fifth Avenue
New York, NY 10153

Bernard A. Katz
J.H. Cohn LLP
333 Thornall St
Edison, NJ 08837

Christopher Kaup
2525 E Camelback Rd
Third Floor Camelback Esplanade II
Phoenix, AZ 85016

Kevin T Keating
55 W Monroe St #1600

Chicago, IL 60603


Vincent J Keegan
8280 Greensboro Dr #601
McLean, VA 22102

David Keller
c/o Stanley H. Wakshlag
201 S Biscayne Blvd #1100
Miami, FL 33131

Kendale Holdings, LLLP
Kendale Land Development Inc
5851 Timuquana Rd #301
Jacksonville, FL 32210

Marian Kennady
355 Alhambra Circle #1250
Coral Gables, FL 33134

John Kennedy
8 Winchester
Irvine, CA 92620

Mai Kennedy
8 Winchester
Irvine, CA 92620

John B Kent
POB 447
Jacksonville, FL 32201

Jordan M Keusch
18851 NE 29 Ave #304
Aventura, FL 33180

Mark R. King
799 Brickell Plaza #701
Miami, FL 33131

M Scott Kleiman
7320 Griffin Rd #109
Davie, FL 33314

James Kneller
6900 E Camelback Rd #250
Scottsdale, AZ 85251

Paul L Kobak
1200 Brickell Ave #950

18

Miami, FL 33131


Angeline L Koo
590 Madison Avenue
New York, NY 10022


Alan W Kornberg
1285 Ave of the Americas
New York, NY 10019


Kozyak Tropin & Throckmorton, P.A.
c/o Corali Lopez-Castro
2525 Ponce de Leon 9th Floor
Coral Gables, FL 33134


Arlene G. Krieger
180 Maiden Lane
New York, NY 10038-4982


Lewis Kruger
180 Maiden Lane
New York, NY 10038-4982


David S. Kurtz
30 Rockefeller Plaza
New York, NY 10020


Marcy E Kurtz
200 S Biscayne Blvd #2500
Miami, FL 33131


LaFarge West, Inc.
c/o Mark D. Gruskin
1801 California St #4300
Denver, CO 80202


Labor Finders of Arizona
POB 1242
Poway, CA 92074


M. Natasha Labovitz
153 E 53 St
Citigroup Center
New York, NY 10022


Lafarge West, Inc.
c/o Andree McPherson
10170 Church Ranch Way #200
Westminster, CO 80021

Corey Lamb
5427 Moonglow Blvd
Orlando, FL 32839-2578

Terry Landa
14848 W Edgemont Ave
Goodyear, AZ 85395

Jeffrey Landis
655 Fifteenth St NW
Washington, DC 20005-5793

G. James Landon
811 Barton Springs Rd #811
Austin, TX 78704

Mark E. Lassiter
560 W Brown Rd
Mesa, AZ 85201

Jennilynn E. Lawrence
11410 N Jog Rd #100
Palm Beach Gardens, FL 33418

Joseph W Lawrence II
300 SW 1 Ave #150
Fort Lauderdale, FL 33301

Kathy S Lazur
20953 N Get Around Dr
Maricopa, AZ 85138

Stephen Lazur
20953 N Get Around Dr
Maricopa, AZ 85138

Nile Leatham
3320 W Sahara Ave #380
Las Vegas, NV 89102

Shannon Lee
POB 14500
Lexington, KY 40512

Robert Lemons
767 Fifth Avenue
New York, NY 10153

Brian S. Lennon
153 E. 53 St.
New York, NY 10022

Patrick T Lennon
POB 1531
Tampa, FL 33601

Allan M Lerner
2888 E Oakland Park Blvd
Ft. Lauderdale, FL 33306

James P S Leshaw
1221 Brickell Ave
Miami, FL 33131

Jonathan M Levine
111 West Monroe St, 17 Flr
Phoenix, AZ 85003

Jess W. Levins
6810 Porto Fino Cir.
Fort Myers, FL 33912

Atanya Lewis
Legacy Cove Lot #61
1498 SE Summit Trl
Stuart, FL 34997

James M Lewis
1900 Gallows Rd #700
Tysons Corner, VA 22182

Tamalyn Lewis
Ridenour, Hienton & Lewis, P.L.L.C.
201 N. Central Ave., #3300
Phoenix, AR 85004

Tamalyn E. Lewis
201 N Central Ave #3300
Phoenix, AZ 85004

Eric B. Liebman
16 Market Square
6th Floor
1400 16th Street
Denver, CO 80202

Liquidity Solutions Inc.
One University Plaza #312
Hackensack, NJ 07601

William N. Lobel

840 Newport Center Dr #400
Newport Beach, CA 92660

Lewis K. Loss
1133 21 St NW #450
Washington, DC 20036

Ronald E Lowe
2901 N Central Ave
Phoenix, AZ 85012

Richard S Lubliner
200 S Biscayne Blvd. #3000
Miami, FL 33130

Christine D Lynch
400 Atlantic Ave
Boston, MA 02110

MMA Capital Corporation c/o Michael P. Brundage
Hill Ward Henderson
P.O. Box 2231
Tampa, FL 33601

MRI Centers of America, Inc.
c/o Stephen E. Cox
4446 Hendricks Ave #411
Jacksonville, FL 32207

Alberto A Macia
3129 Carriage Circle
Naples, FL 34105

J Kent Mackinlay
1019 S Stapley
Mesa, AZ 85204

John H Maddock III
901 E Cary St
Richmond, VA 23219

Madison Paving, LLC
c/o Dale Pyron
21 Edenwold Road
Madison, TN 37115

Major Spaulding
POB 14500
Lexington, KY 40512

Nathan G. Mancuso

1221 Brickell Ave #1650
Miami, FL 33131

David J Manley
15201 Mason Rd #1000-211
Cypress, TX 77433

William J Marell
1601 Forum Pl #1101
West Palm Beach, FL 33401

David Brett Marks
201 S Biscayne Blvd #1700
Miami, FL 33024

Adam D Marshall
505 S Flagler Dr #300
West Palm Beach, FL 33401

Adam D Marshall
7777 Glades Road #400
Boca Raton, FL 33434

Adam D. Marshall
McDonald Hopkins, LLC
505 South Flagler Drive
Suite 300
West Palm Beach, FL 33401

Elio F Martinez Jr
80 SW 8 St #3100
Miami, FL 33130

Laurie Martz-Rotondo
7418 Creek Front Dr
Fountain, CO 80817

W. D. Masterson
3109 Carlisle
Dallas, TX 75204

Robert M Mayer
201 S Biscayne Blvd 28 Fl
Miami, FL 33131

Derek Mayo
415 Roberts St
Green Cove Springs, FL 332043

Kurt A Mayr
225 Asylum St #2600

Hartford, CT 06103

Thomas J. McAndrew
7036 N 21 St
Phoenix, AZ 85020

J Brock McClane
215 E Livingston St
Orlando, FL 32801

Aaron G McCollough
One James Center
901 East Cary St
Richmond, VA 23219

Thomas J McCormack
30 Rockefeller Plaza
New York, NY 10112

Terry McElyea
1302 Truxun Dr
Fort Collins, CO 80526

Hubert S McGinley
11376 N Jog Rd #101
Palm Beach Gardens, FL 33418

McMaster Carr
6100 Fulton Industrial Blvd
Atlanta, GA 30336

Andrew D McNamee
150 W Flager St. #2200
Miami, Fl 33130

Frank R Mead
2525 E Camelback Rd
Third Floor Camelback Esplanade II
Phoenix, AZ 85016

Meadow Run at Palm City
c/o Alan J. Perlman, Esq.
Adorno & Yoss LLP
350 E. Las Olas Blvd., Suite 1700
Fort Lauderdale, FL 33301

Manuel Arthur Mesa
730 NW 107 Ave #115
MIami, FL 33172

Jess Metzgar

POB 191622
Miami Beach, FL 33119-1622

John F. Meyers
700 Louisiana Suite 3700
Houston, TX 77002

Miami-Dade County Tax Collector
Paralegal Unit
140 W Flagler St #1403
Miami, FL 33130

Michael and Andria Schur
3338 Queensburg Ln
Friendswood, TX 77546

Middle Village Community Development District
Hopping Green & Sams, P.A.
123 S. Calhoun Street
Tallahassee, FL 32301

David M. Miller
303 E Seventeenth Ave #500
Denver, CO 80203

Dorothy Minato
20201 Merry Oak
Tampa, FL 33647

Joseph G. Minias
787 Seventh Ave
New York, NY 10019

Kenneth Misken
1750 Tysons Blvd #1800
McLean, VA 22102

Mitchell & Stark Construction Co., Inc.
6001 Shirley Street
Naples, FL 34109

John A Moffa
7771 W Oakland Park Blvd #141
Sunrise, FL 33351

Daniel Moody
14501 Walsingham Rd
Largo, FL 33774

Thomas M. Moon
18901 NE 29 Ave #100

Aventura, FL 33180

Michael A Morris
865 S Figueroa St
Los Angeles, CA 90017

Michael A. Morris
865 South Figueroa St #2900
Los Angeles, CA 90017

Arthur J Morrison
POB 222164
West Palm Beach, FL 33422

Robert B. Morrison
Estate of Superior Homes & Investments
c/o Bradley M. Saxton
PO Box 1391
Orlando, FL 32802-1391

Christopher B Mosley
1000 Throckmorton St
Ft Worth, TX 76102

Frederick L. Mouser
1032 9 St
St Petersburg, FL 33705

Stephen M Muenchen
27210 Enclave Dr
Bonita Springs, FL 34134

Stephen W Muenchen
27210 Enclave Dr
Bonita Springs, FL 34134

Mark H Muller
1395 Panther Lane # 300
Naples, FL 34109

Munitions Management Group, LLC
James D. Silver, Esq.
Conrad & Scherer, LLP
633 South Federal Hwy
Fort Lauderdale, FL 33301

Sean Murray
3506 Creekstone Dr
Pearland, TX 77584

David S Musgrave

120 E Baltimore St, 9 Flr
Baltimore, MD 21202

Robert D Nachman
10 S Wacker Dr #2300
Chicago, IL 60606

Michael A Nardella
420 S Orange Ave
Orlando, FL 32802

Native Technologies
c/o Alberta Trychta
814 S Military Trail
Deerfield Beach, FL 33442

Kevin S Neiman
1775 Sherman 31st Floor
Denver, CO 80203

Arthur C. Neiwirth
401 E Las Olas Blvd # 1650
Fort Lauderdale, FL 33301

Ronald G Neiwirth
1395 Brickell Ave 14 Fl
Miami, FL 33131

Kimberly D Newmarch
191 N Wacker Dr 30 Fl
Chicago, IL 60606

Jacob L. Newton
2323 Bryan St #2200
Dallas, TX 75201-2689

Brent J Nowicki
140 Pearl St #100
Buffalo, NY 14202

Gregory W Nye
225 Asylum St #2600
Hartford, CT 06103

Sean P O'Brien
201 E Washington #800
Phoenix, AZ 85004-2327

Brian E O'Connor
787 Seventh Ave
New York, NY 10022

Bridget K O'Connor
655 Fifteenth St, NW
Washington, DC 20005

Ilia M O'Hearn
225 Asylum St #2600
Hartford, CT 06103

Timothy Powers O'Neill
11376 N Jog Rd #101
Palm Beach Gardens, FL 33418

Guillermo Ochoa-Cronfel
2700 Bee Cave Rd #103
Austin, TX 78746

Jessica L Oliff
1 Bryant Park
New York, NY 10036

Scott N Opincar
600 Superior Ave E #2100
Cleveland, OH 44114

PFS Realty, LLC.
1725 Main Street #211
Weston, FL 33326

Daniel Padilla
2903 Copper Cliff Dr
Katy, TX

Edward A Paez
7320 Griffin Rd # 109
Davie, FL 33314

Edward A Paez
7850 NW 146 St # 406
Miami Lakes, FL 33016

Kimberly Paffe
POB 1
Johnson City, TX 78636

James M Painter
1300 N Federal Hwy #110
Boca Raton, FL 33432

Karen Palecek
Palecek & Palecek, PLLC
6263 N. Scottsdale Rd., #310
Scottsdale, AZ 85250

Matthew Papez
655 15 St NW
Washington, DC 20005

David Parnis
POB 1087
Crossville, TN 38557

Stephanie Barr Partlow
301 Yamato Rd #1450
Boca Raton, FL 33431

Pasco County Board of County Commissioners
c/o Anthony M Salzano
7530 Little Rd #340
New Port Richey, FL 34654

Kenneth Pasquale
180 Maiden Lane
New York, NY 10038-4982

Connie Payne
2401 W Southern Ave #266
Tempe, AZ 85282

Karl E Pearson
399 Carolina Ave #100
POB 8900
Winter Park, FL 32790

William T Peckham
1104 Nueces St #104
Austin, TX 78701

J Stephen Peek
3930 Howard Hughes Pkwy 4 Flr
Las Vegas, NV 89169

Bernadette S. Peele
1 County Complex Ct
Prince William, VA 22192

Alfredo R. Perez
700 Louisiana #1600
Houston, TX 77002

Alan J. Perlman
350 E Las Olas Blvd Suite 1700
Fort Lauderdale, FL 33301

Larry Pierce
3646 Jacob Lois Dr
Jacksonville, FL 32218

Marie Pierre-Louis
24114 Rialto Way
Sorrento, FL 32776

Marilee Pollack
271 Waterford Dr
Lake Zurich, IL 60047

Robert J Pollack
271 Waterford Dr
Lake Zurich, IL 60047

B. Weldon Ponder, Jr.
4601 Spicewood Springs Rd
Bldg 3 Suite 200
Austin, TX 78759

Irina Popova
1285 Avenue of the Americas
New York, NY 10019-6064

Chuck Portz
1314 Texas Ave #1001
Houston, TX 77002

Douglas J Powell
820 W 10 St
Austin, TX 78701

Jeffrey S. Powell
655 Fifteenth St, NW
Washington, DC 20005

Jeffrey S Price
150 Fourth Avenue North #2200
Nashville, TN 37219

Promenade At Doral II, LLC
c/o Howard D DuBosar
120 E Palmetto Pk Rd #100
Boca Raton, FL 33432

Richard Prosser
110 E. Madison St #200
Tampa, FL 33602

Prosser Hallock, Inc.
13901 Sutton Park Dr S #200
Jacksonville, FL 32224-0229

William T. Pruitt
300 N LaSalle St
Chicago, IL 60654

Nicholas V Pulignano
1200 Riverplace Blvd #800
Jacksonville, FL 32207

Abid Qureshi
590 Madison Avenue
New York, NY 10022

Ira J. Raab
9452 Lantern Bay Cir
West Palm Beach, FL 44311

Rochelle Rabeler
555 Seventeenth St #3200
POB 8749
Denver, CO 80201-8749

Rancho Sierra Vista L.L.C.
c/o S. Cary Forrester
3636 N Central Ave
Phoenix, AZ 85012-1927

Craig V Rasile
1111 Brickell Ave #2500
Miami, FL 33131

Anila Rasul
8201 Peters Rd # 3000
Plantation, FL 33324

David A. Ray
200 E Las Olas Blvd # 1700
Ft Lauderdale, FL 33301

Wesley D Ray
3636 N Central Ave #1200
Phoenix, AZ 85012

31

Red River/El Dorado 6500 L.L.C.
c/o S. Cary Forrester
3636 N Central Ave
Phoenix, AZ 85012-1927

Reflection Isles Homeowners Association, Inc.
c/o Acacia Capital Corp
201 E Washington St #1760
Phoenix, AZ 85004

Reflection Lakes at Naples Master Association, Inc.
c/o Acacia Capital Corp.
201 E Washington st 31760
Phoenix, AZ 85004

James W. Reynolds
9302 Lee Hwy #1100
Fairfax, VA 22031

William F Rhodes
Legon Ponce & Fodiman, P.A.
1111 Brickell Ave #2150
Miami, FL 33131
wrhodes@lpflaw.com, tfodiman@lpflaw.com;ocurbelo@lpflaw.com;soretsky@lpflaw.com

Vincent Rhynes
1514 W Manchester #5
Los Angeles, CA 90047

Jonathan Lee Riches
dba Bernard L. Madoff Invest. Sec. LLC
POB 14500 #40948018
Lexington, KY 40512

Seven R Rivera
30 Rockefeller Plaza
New York, NY 10112

Lawrence S Robbins
1801 K St NW #411-L
Washington, DC 20006

Lawrence S. Robbins
Robbins, Russell, Englert, Orseck, et al
1800 K Street, NW, #411-L
Washington, DC 20006

Douglas J Roberts
1000 Sawgrass Corp Pkwy #552

Sunrise, FL 33323

Cheryl Robinson
8610 Westbrook Forest Dr
Sugar Land, TX 77479

William Robinson
8610 Westbrook Forest Dr
Sugar Land, TX 77479

Grace E. Robson
2450 Hollywood Blvd #706
Hollywood, FL 33020

Kelly Rodden
767 Fifth Avenue
New York, NY 10153

Lane E Roesch
200 S Biscayne Blvd. # 4900
Miami, FL 33131

John D Roesser
1585 Broadway
New York, NY 10036-8299

John D Roesser
1585 Broadway
New York, NY 10036-8299

William L Rogers
801 NE 167 St 2 Fl
North Miami Beach, FL 33162

Mark S. Roher
101 NE 3rd Ave #1800
Fort Lauderdale, FL 33301

Mark S. Roher
350 East Las Olas Blvd # 1700
Ft Lauderdale, FL 33301

Andrew N Rosenberg
1285 Avenue of the Americas
New York, NY 10019

Andrew N. Rosenberg
1285 Avenue of the Americas
New York, NY 10019

David S. Rosner

1633 Broadway
New York, NY 10019

Betty Ross
3647 Jacob Lois Dr
Jacksonville, FL 32218

Robert R. Ross
3620 Hacks Cross Road
Bldg. B - Second Floor
Memphis, TN 38125

Raymond J. Rotella
POB 113
Orlando, FL 32802

Jeffrey C. Roth
866 So Dixie Hwy
Coral Gables, FL 33146
jeff@rothandscholl.com

Mike Rotondo
7418 Creek Front Dr
Fountain, CO 80817

Robin J Rubens
1441 Brickell Ave 15 Fl
Miami, FL 33131

Don F Russell
4635 SW Freeway #610
Houston, TX 77027

Louis A. Russo
90 Park Ave
New York, NY 10016

John J Rutter
222 S Main St
Akron, OH 44308

SC Design, Inc.
c/o Steve Santa Cruz
707 Broadwway #1150
San Diego, CA 92101

SMC Consulting, Inc
3418 Pickering Lane
Pearland, TX 77584

Safety Rails of Florida, Inc.

1161 Spruce Ave
Orlando, FL 32824

Salt River Project Agricultural Improvement and Power District
c/o Alan Perlman, Atty.
350 Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301

Jeffrey A Sandell
2525 E Camelback Rd, 3rd Floor
Phoenix, AZ 85016

Jeffrey A. Sandell
2525 E Camelback Rd
Phoenix, AZ 85016

Diane Sanders
PO Box 17428
Austin, TX 78760

Stephen O. Sanders
2123 Malvern Rd
Rock Hill, SC 29732

James Sandnes
One Battery Park Plaza, 32 Flr
New York, NY 10004

Melissa Sapp
1914 Lake Florence Vista Blvd
Orlando, FL 32818

Enrique Saravia
2016 Fairfield Ct South
League City, TX 77573

John S Sarrett
800 Laurel Oak Drive, #600
Naples, FL 34108

Daniel B. Scalf
12125 W Dove Wing Way
Peoria, AZ 85383

Brian Schartz
153 E 53 St
New York, NY 10022

Second Lien Lenders
c/o Bracewell & Giuliani LLP
225 Asylum Street, Suite 2600

Hartford, CT 06103

Richard A Segal
201 E Washington #800
Phoenix, AZ 85004

Seminole County Tax Collector
POB 630
Sanford, Fl 32772

Peter E Shapiro
200 E Broward Blvd # 2100
Ft. Lauderdale, FL 33301

Ashley Share
601 Lexington Ave
New York, NY 10022

Gerald Shelley
3003 N Central Ave #2600
Phoenix, AZ 85012

Gerald L. Shelley
3003 N Central Ave #2600
Phoenix, AZ 85012-2913

Buzzi Shindler
111 W Monroe St 17 Fl
Phoenix, AZ 85003

William G. Shofstall, Jr.
POB 210576
West Palm Beach, FL 33421

Robert A Shull
2901 N Central Ave #200
Phoenix, AZ 85012

Robert Sidorsky
30 Rockefeller Plaza
New York, NY 10112

Andrew I Silfen
1675 Broadway #25
New York, NY 10019

Tamara L Simich
POB 31900-176
Houston, TX 77231

William J. Simon
2525 E Camelback Rd
Third Floor Camelback Esplanade II
Phoenix, AZ 85016

Simon & Shirlie Jacobs
1652 Colby Ave #203
Los Angeles, CA 90025-7900

Patrick J Simpson
POB 14500
Lexington, KY 40512

James Skarzynski
One Battery Park Plaza 32 Flr
New York, NY 10004

Thomas R Slaten
300 S Orange Ave #1200
Orlando, FL 32801

Vanessa D Sloat-Rogers
2400 E Commercial Blvd. # 1100
Ft Lauderdale, FL 33308

Annette Smith
12841 Black Angus Dr
Jacksonville, FL 32226

Charles J Smith
7882 Carysford Ave
Las Vegas, NV 89178

Ernest Smith
12841 Black Angus Dr
Jacksonville, FL 32226

Joseph H. Smolinsky
30 Rockefeller Plaza
New York, NY 10112

Jeffrey I. Snyder
200 S Biscayne Blvd #2500
Miami, FL 33131

Ronald S Sofen
1880 Century Park E 12 Fl
Los Angeles, CA 90067

David R. Softness
1200 Brickell Ave #1900
Miami, FL 33131

Brian D Solomon
101 E 13 St
Saint Cloud, FL 34769

Ross Spence
2929 Allen Pkwy #4100
Houston, TX 77019

Robin Spigel
787 7 Ave
New York, NY 10153

John Paul Stanford
2001 Bryan Street, Suite 1800
Dallas, TX 75201

Starwood Land Ventures, LLC
c/o Ivan J. Reich
401 E Las Olas Blvd #1850
Fort Lauderdale, FL 33301

Benjamin J Steele
601 Lexington Ave
New York, Ny 10022-4611

Stettner Miller, P.C.
c/o Bruce Anderson
1050 17 St #700
Denver, CO 80265-2008

Stock Building Supply
Blakely & Blakely, LLP
c/o Johnny White, Esquire
2 Park Plaza, Suite 400
Irvine, CA 92614

Robert E Stone
1401 Brickell Ave # 570
Miami, FL 33131

Philip D Storey
100 S Orange Ave #200
POB 3511
Orlando, FL 32801

Richard B. Storfer
401 E Las Olas Blvd #1650
Ft. Lauderdale, FL 33301

Alan D Strasser
1801 K St NW #411-L
Washington, DC 20006

Steven R Strom
520 Madison Ave
New York, NY 10022

H. Rey Stroube, III
18510 Kingsland Blvd
Houston, TX 77094

Curt T. Sullan
1875 Lawrence St #850
Denver, CO 80202

Sunrise Cross Construction, Inc.
6502 W Wagoner Rd
Gledale, AZ 85308

Superior Homes and Investments, LLC
c/o Alan J. Perlman, Esq.
350 East Las Olas Blvd.
Suite 1700
Fort Lauderdale, FL 33301

Joshua A. Sussberg
153 E. 53 St.
New York, NY 10022

Jeremy Sussman
1 Chase Manhattan Plaza
New York, NY 10005

David I Swan
1750 Tysons Blvd #1800
McLean, VA 22102

Kevin D Szczepanski
140 Pearl St #100
Buffalo, NY 14202

Ellen Gerson Tagtmeier
1177 W Loop South #1300
Houston, TX 77027

Tina M Talarchyk
505 South Flagler Dr #300
West Palm Beach, FL 33401

Tina M Talarchyk
777 South Flagler Dr. #800
Phillips Point West Tower
West Palm Beach, FL 33401

Tina M. Talarchyk
777 S. Flagler Dr. #1900
West Palm Beach, FL 33401

Alan E Tannenbaum
1680 Fruitville Rd #102
Sarasota, FL 34236

Stanley B Tarr
590 Madison Avenue
New York, NY 10022

Charles M Tatelbaum
350 E Las Olas Blvd #1700
Ft. Lauderdale, FL 33301

Mark C Taylor
100 Congress Ave #18
Austin, TX 78701

Joe G Tedder
Polk County Tax Collector
PO Box 2016
Bartow, FL 33831

Alan Tempkins
605 Linconln Rd #301
Miami Beach, Fl 33139

The Briar Company, LLC
c/o Christi Dwyer, Controller
The Briar Company LLC
4570 Orange Blvd
Sanford, FL 32771

The Dickson Family Trust
42742 W Darter Dr
Maricopa, AZ 85138

Linda Thomas
3925 Leatherwood Dr
Orange Park, FL 32065

Chene M Thompson
2030 McGregor Blvd
Fort Myers, FL 33901

Anne L Tiffen
2901 N Central Ave #200
Phoenix, AZ 85012

Joseph M. Tiller
77 West Wacker
Chicago, IL 60601

Michael S Tobin
11900 Biscayne Blvd #740
Miami, FL 33181

Patricia Tomasco
401 Congress Ave #3050
Austin, TX 78701

Patrick M. Tomovic
140 Pearl St #100
Buffalo, NY 14202

Sheralee Tonnessen
2759 Blue Cypress Lake Ct
Cape Coral, FL 33909

Jeanne M Toro
6855 S Havana St #630
Centennial, CO 80112

Jenny Torres
125 Worth Ave. # 310
Palm Bch, FL 33480

Meghan S. Towers
30 Rockefeller Plaza
New York, NY 10112

Chandler W. Travis
10201 S 51 St #A-270
Phoenix, AZ 85044

Judd Treeman
700 Louisiana #3700
Houston, TX 77002

Tribune Company
435 N Michigan Ave 3 Flr
Chicago, IL 60611

Triple S Fence Company
5725 N 55 Ave
Glendale, AZ 85301

Karen Lee "Kit" Turner
50 South 16 St 22 Floor
Philadellphia, PA 19102

Scott A. Underwood
401 E. Las Olas Blvd #1400
Fort Lauderdale, FL 33301

Bruce Van Dalsem
865 S Figueroa St 11 Flr
Los Angeles, CA 90017-2543

Derrick & Kara Varner
8369 Brook Valley Dr
Fountain, CO 80817

Travis L Vaughan
101 NE 3 Ave # 1800
Fort Lauderdale, FL 33301

Victor H Veschio
3105 W. Waters Ave # 204
Tampa, FL 33614

Alejandro Vilarello
16400 NW 59 Ave 2nd Floor
Miami Lakes, FL 33014

Lisa M. Vitti
638 SW 9 Ave
Cape Coral, FL 33991

WBC Construction, LLC dba SelectBuild Florida, LLC
c/o Scott K Brown
40 N Central Ave #1900
Phoenix, AZ 85004

WDG Construction
c/o Fred Schultz, Controller
Seven Oaks Professional Park
2130 Ashley Oaks Circle, Suite 102
Wesley Chapel, FL 33544

David W. Waddell
700 Louisiana #3700
Houston, TX 77002

Shai Y. Waisman
767 Fifth Ave
New York, NY 10153

Michael L Waldman
1801 K St NW #411-L
Washington, DC 20006

Michael L. Waldman
Robbins, Russell, Englert, Orseck, et al
1801 K Street, NW, #411-L
Washington, DC 20006

Chelsea J Walsh
One Battery Park Plaza, 32 Flr
New York, NY 10004

Timothy W Walsh
1251 Avenue of the Americas 27Fl
New York, NY 10020

Pamela H Walters
14910 Aldine Westfield Rd
Houston, TX 77032

Jeffrey J. Ward
1133 21 St NW #450
Washington, DC 20036

Michael E Wargo
707 SE 3 Ave
Ft Lauderdale, FL 33316

Donald & Lynne Warren
8754 Via Ancho
Boca Raton, FL 33433

Waste Management Inc. of Florida
c/o Jacquolyn E. Mills
1001 Fannin Street
Suite 4000
Houston, TX 70022

Waste Management Inc. of Tennessee
c/o Jacquolyn E. Mills
1001 Fannin Street
Suite 4000
Houston, TX 770022

Waste Management of Colorado, Inc.
c/o Jacquolyn E. Mills
1001 Fannin Street
Suite 4000
Houston, TX 70022

Yu Wei
1172 Sunbright Dr
Oceanside, CA 92056

Jay Welch
c/o Donald Pavelka
200 The Omaha Club
2002 Douglas St
Omaha, NE 68102

Margaret Welch
c/o Donald Pavelka
200 The Omaha Club
2002 Douglas St
Omaha, NE 68102

Elizabeth Weller
2323 Bryan St #1600
Dallas, TX 75201

Peter N Wellman
201 S Biscayne Blvd #3000
Miami, FL 33130

Wells Fargo Bank
150 Allegheny Center Mall
Pittsburgh, pA 15221

David A. Wender
1201 W Peachtree St
Atlanta, GA 30309

Daniel Anthony Weymouth
POB 14500
Lexington, KY 40512

William Douglas White
8180 Greensboro Dr #875
McLean, VA 22102

44

Richard F Whiteley
711 Louisiana
2300 S Tower, Pennzoil Pl
Houston, TX 77002-2770

Eddie Whitlow
POB 14500
Lexington, KY 40512

John R. Worth
3636 North Central Ave #700
Phoenix, AZ 85012

Karon Y Wright
POB 1748
Austin, TX 78767

XL Specialty Insurance Company
c/o Paul Joseph McMahon
2840 SW Third Ave.
Miami, FL 33129

Elizabeth J. Young
One Bryant Park
New York, NY 10036

Mariam Zaki
10004 N Dale Mabry Hwy # 112
Tampa, FL 33618

Andrew D. Zaron
1111 Brickell Ave #2500
Miami, FL 33131

Dan Zebelman
Ridenour, Hienton & Lewis, P.L.L.C.
201 N. Central Ave., #3300
Phoenix, AZ 85004

David M Zensky
590 Madison Avenue
New York, NY 10022

David M. Zensky
Akin Gump, et al
One Bryant Park
New York, NY 10036

Daniel N Zinman
1633 Broadway
New York, NY 10019

Rand E Zumwalt
106 E 6 St #800
Austin, TX 78701

**DONE** this the 17th day of June, 2013.

     I HEREBY CERTIFY that I am admitted to the Bar of the State of Illinois and that I am excepted from additional qualifications to practice in this Court pursuant to Local Rule 9011-4 and 2090(B)(2)(b), pertaining to  attorneys representing the United States government.

                            /s/ *Steven D. Schneiderman*
                            Steven D. Schneiderman, Trial Attorney
                            Office of the United States Trustee
                            51 S.W. 1st Avenue, 12th Floor
                            Miami, Florida 33130
                            Phone:     (305) 536-7285
                            Fax:       (305) 536-7360