**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

| | |
|---|---|
| In re:<br>TOUSA, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11 Cases<br><br>Case No. 08-10928-JKO<br><br>Jointly Administered |

**STIPULATION AND PROPOSED ORDER CONCERNING BRIEFING AND
HEARING ON THE CLASSIFICATION OF CERTAIN LOT OPTION
AGREEMENT CLAIMS UNDER THE JOINT PLAN OF LIQUIDATION OF
TOUSA, INC. AND ITS AFFILIATED DEBTORS AND DEBTORS IN
POSSESSION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

The Official Committee of Unsecured Creditors of TOUSA, Inc., et al., the Debtors, the

Senior Note Indenture Trustees[2] and certain holders of Lot Option Agreement Claims[3]

(collectively, the "Claimants"), by and through their respective undersigned counsel, hereby

stipulate to and jointly propose the following schedule for briefing and argument with respect to

---

[1]   The Debtors are: Engle Homes Commercial Construction, LLC; Engle Homes Delaware, Inc.; Engle Homes Residential Construction, L.L.C.; Engle Sierra Verde P4, LLC; Engle Sierra Verde P5, LLC; Engle/Gilligan LLC; Engle/James LLC; LB/TE #1, LLC; Lorton South Condominium, LLC; McKay Landing LLC; Newmark Homes Business Trust; Newmark Homes Purchasing, L.P.; Newmark Homes, L.L.C.; TOUSA Texas, LP.; Preferred Builders Realty, Inc.; Reflection Key, LLC; Silverlake Interests, L.L.C.; TOI, LLC; TOUSA Associates Services Company; TOUSA Delaware, Inc.; TOUSA Funding, LLC; TOUSA Homes Arizona, LLC; TOUSA Homes Colorado, LLC; TOUSA Homes Florida, L.P.; TOUSA Homes Investment #1, Inc.; TOUSA Homes Investment #2, Inc.; TOUSA Homes Investment #2, LLC; TOUSA Homes Mid-Atlantic Holding, LLC; TOUSA Homes Mid-Atlantic, LLC; TOUSA Homes Nevada, LLC; TOUSA Homes, Inc.; TOUSA Investment #2, Inc.; TOUSA Mid-Atlantic Investment, LLC; TOUSA Realty, Inc.; TOUSA, LLC; TOUSA/West Holdings, Inc.; TOUSA, Inc. ("TOUSA"), TOUSA Homes, L.P.; and Beacon Hill at Mountain's Edge, LLC.

[2]   As defined in the Plan, "Senior Note Indenture Trustees" refers to the indenture trustees under the indentures for the (a) $200 million 9.0% Senior Notes due July 1, 2010, (b) $100 million 9.0% Senior Notes due July 1, 2010 and (c) $250 million 8.25% Senior Notes due April 1, 2011, all issued by TOUSA pursuant to the indentures (as supplemented) dated June 25, 2002, February 3, 2003 and April 12, 2006, respectively.

[3]   As defined in the Plan, "Lot Option Agreement Claims" refers to certain claims (other than funded debt claims) against TOUSA Homes, Inc. in the approximate amount of $50 million in the aggregate, the holders of which have asserted that such claims are entitled to treatment as "Senior Debt," as such term is defined in the indentures governing the (a) $125 million 7.5% Senior Subordinated Notes due March 15, 2011, (b) $200 million 7.5% Senior Subordinated Notes due March 15, 2015 and (c) $185 million 10.375% Senior Subordinated Notes due July 1, 2012, all issued by TOUSA and guaranteed by certain subsidiaries of TOUSA pursuant to the indentures (as supplemented) dated March 17, 2004, December 21, 2004 and June 25, 2002, respectively.

the proper classification of the Lot Option Agreement Claims pursuant to the *Amended Joint Plan of Liquidation of TOUSA, Inc and its Affiliated Debtors and Debtors in Possession Under Chapter 11 of the Bankruptcy Code* [ECF No. 9236] (as the same may be amended or supplemented, the "Plan"):

1.      The Claimants' initial pleading in support of classification of the Lot Option Agreement Claims in Class 4A at TOUSA Homes, Inc. (rather than Class 4B at TOUSA Homes, Inc., which is currently contemplated by the Plan) shall be filed and served no later than June 28, 2013;

2.      Any responses shall be filed and served no later than July 12, 2013;

3.      The Claimants' reply, if any, shall be filed and served no later than July 19, 2013; and

4.      The Court shall hold a hearing on the classification of the Lot Option Agreement Claims on July 24, 2013 at 1:30 p.m. prevailing Eastern time in the United States Bankruptcy Court for the Southern District of Florida, Fort Lauderdale Division.

Dated:  June 21, 2013

Respectfully submitted,

**BERGER SINGERMAN LLP**

**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**

By: /s/ Paul Steven Singerman
Paul Steven Singerman (Florida Bar No. 378860)
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone: (305) 714-4343
Facsimile: (305) 714-4340
Singerman@bergersingerman.com

By: /s/ Patricia A. Redmond
Patricia A. Redmond (Florida Bar No. 303739)
150 West Flagler Street
Miami, Florida 33130
Telephone:  (305) 789-3553
Facsimile:   (305) 789-3395
predmond@stearnsweaver.com

-and-

-and-

**KIRKLAND & ELLIS LLP**

**AKIN GUMP STRAUSS HAUER & FELD LLP**

Richard M. Cieri (New York Bar No. 4207122)
Joshua A. Sussberg (New York Bar. No. 4316453)
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
rcieri@kirkland.com
jsussberg@kirkland.com

Daniel H. Golden (New York Bar No. 1133859)
Philip C. Dublin (New York Bar No. 2959344)
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
dgolden@akingump.com
pdublin@akingump.com

*Co-Counsel to the Debtors*

*Co-Counsel to the Committee*

**ARENT FOX LLP**

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**

By: /s/ Leah M. Eisenberg
Leah M. Eisenberg (New York Bar No. 3908761)
1675 Broadway
New York, NY 10019
Telephone: (212) 484-3900
Facsimile: (212) 484-3990
leah.eisenberg@arentfox.com

By: /s/ Joshua K. Brody
Joshua K. Brody (New York Bar No. 4143707)
David Blabey, Jr. (New York Bar No. 4316683)
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
jbrody@kramerlevin.com
dblabey@kramerlevin.com

*Counsel to Wilmington Trust Company, in its capacity as Indenture Trustee*

*Counsel to the Claimants*

**<u>Proposed Order</u>**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

| | | |
|---|---|---|
| _____ ) | | |
| In re: | ) | Chapter 11 Cases |
| | ) | |
| TOUSA, Inc., et al., | ) | Case No. 08-10928 (JKO) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| _____ ) | | |

**ORDER CONCERNING BRIEFING AND HEARING ON THE CLASSIFICATION OF
CERTAIN LOT OPTION AGREEMENT CLAIMS UNDER THE JOINT PLAN OF
LIQUIDATION OF TOUSA, INC. AND ITS AFFILIATED DEBTORS AND DEBTORS IN
POSSESSION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

Upon the _Stipulation and Agreed Proposed Order for Briefing and Hearing on the_

_Classification of Certain Lot Option Agreement Claims Under the Joint Plan of Liquidation of_

_TOUSA, Inc. and Its Affiliated Debtors and Debtors in Possession Under Chapter 11 of the_

_Bankruptcy Code_ [ECF No. _____] (the "Stipulation and Agreed Order")[1] filed by the Official

---

[1] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to such terms in the Stipulation and Proposed Order or the Plan, as applicable.

Committee of Unsecured Creditors of TOUSA, Inc., et al., the Debtors, the Senior Note

Indenture Trustees[2] and certain holders of Lot Option Agreement Claims[3] (collectively, the

"Claimants"); and the Court having considered the stipulation and the pertinent portions of the

record, and being otherwise fully advised in the premises; it is **ORDERED** that:

1.      The proposed schedule is adopted as provided herein.

2.      The Claimants shall file and serve their initial pleading no later than June 28,

2013.  Any responses shall be filed and served on or before July 12, 2013, and the Claimants

shall file and serve their reply, if any, no later than July 19, 2013.

3.      The hearing on the classification of the Lot Option Agreement Claims shall be

held at the United States Bankruptcy Court for the Southern District of Florida, Fort Lauderdale

Division, on July 24, 2013 at 1:30 p.m. prevailing Eastern time.


# # #

---

[2] As defined in the Plan, "Senior Note Indenture Trustees" refers to the indenture trustees under the indentures for the (a) $200 million 9.0% Senior Notes due July 1, 2010, (b) $100 million 9.0% Senior Notes due July 1, 2010 and (c) $250 million 8.25% Senior Notes due April 1, 2011, all issued by TOUSA pursuant to the indentures (as supplemented) dated June 25, 2002, February 3, 2003 and April 12, 2006, respectively.

[3] As defined in the Plan, "Lot Option Agreement Claims" refers to certain claims (other than funded debt claims) against TOUSA Homes, Inc. in the approximate amount of $50 million in the aggregate, the holders of which have asserted that such claims are entitled to treatment as "Senior Debt," as such term is defined in the indentures governing the (a) $125 million 7.5% Senior Subordinated Notes due March 15, 2011, (b) $200 million 7.5% Senior Subordinated Notes due March 15, 2015 and (c) $185 million 10.375% Senior Subordinated Notes due July 1, 2012, all issued by TOUSA and guaranteed by certain subsidiaries of TOUSA pursuant to the indentures (as supplemented) dated March 17, 2004, December 21, 2004 and June 25, 2002, respectively.

Submitted by:

**BERGER SINGERMAN LLP**
Paul Steven Singerman (Florida Bar No. 378860)
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone: (305) 714-4343
Facsimile: (305) 714-4340
Singerman@bergersingerman.com

-and-

**KIRKLAND & ELLIS LLP**
Richard M. Cieri (New York Bar No. 4207122)
Joshua A. Sussberg (New York Bar. No. 4316453)
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
rcieri@kirkland.com
jsussberg@kirkland.com

*Co-Counsel to the Debtors*

**ARENT FOX LLP**
Leah M. Eisenberg (New York Bar No. 3908761)
1675 Broadway
New York, NY 10019
Telephone: (212) 484-3900
Facsimile: (212) 484-3990
leah.eisenberg@arentfox.com

*Counsel to Wilmington Trust Company, in its capacity as Indenture Trustee*

**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
Patricia A. Redmond (Florida Bar No. 303739)
150 West Flagler Street
Miami, Florida 33130
Telephone:  (305) 789-3553
Facsimile:   (305) 789-3395
predmond@stearnsweaver.com

-and-

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Daniel H. Golden (New York Bar No. 1133859)
Philip C. Dublin (New York Bar No. 2959344)
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
dgolden@akingump.com
pdublin@akingump.com

*Co-Counsel to the Committee*

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
Joshua K. Brody (New York Bar No. 4143707)
David Blabey, Jr. (New York Bar No. 4316683)
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
jbrody@kramerlevin.com
dblabey@kramerlevin.com

*Counsel to the Claimants*

Copies to:
Patricia A. Redmond
*(Attorney Redmond shall upon receipt serve a copy of this Order upon all interested parties and file a certificate of service.)*

3