UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

---------------------------------------------------------------- x
In re:                                              :   Chapter 11 Cases
                                                    :   Case No. 08-10928
TOUSA, INC., *et al*.,                              :   Jointly Administered
                                                    :
                Debtors.                            :
                                                    :
---------------------------------------------------------------- x

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Stephanie Delgado depose and say that I am employed by Kurtzman Carson Consultants LLC ("KCC"), the claims and noticing agent for the Debtor in the above-captioned cases.

On or before June 18, 2013, under my direction and under my supervision, employees of KCC caused the following document to be served per postal forwarding address via First Class Mail upon the service list attached hereto as **Exhibit A**:

- **Notice of Disclosure Statement Hearing; to be Held on June 20, 2013 at 9:30 a.m. (Prevailing Eastern Time)** (Docket No. 9178)

Dated:  June 21, 2013

                                                                  */s/ Stephanie Delgado*
                                                                    Stephanie Delgado
                                                            Kurtzman Carson Consultants LLC
                                                                    2335 Alaska Avenue
                                                                    El Segundo, CA 90245
                                                                      (310) 823-9000

# EXHIBIT A

**Exhibit A**

| CREDITOR NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| Accent Awning Co | 10105 Amberwood Rd Ste 3 | | Fort Myers | FL | 33913-8517 |
| Adam J Brownfield | 30710 Ginger Trace Dr | | Spring | TX | 77386-4021 |
| Ann Marie Badal | 7037 Blair Dr | | Orlando | FL | 32818-5892 |
| Badal, Ann Marie | 7037 Blair Dr | | Orlando | FL | 32818-5892 |
| Bennett, Karen | 9418 Owings Heights Cir Apt 301 | | Owings Mills | MD | 21117-6919 |
| Bond, Leon J | PMB 124 | 6046 FM 2920 Rd # 124 | Spring | TX | 77379-2542 |
| Cohen, David | 6818 Heatherbrook | | San Antonio | TX | 78238-3034 |
| Corpus, Lynn | 5775 Riverside Dr Apt 116 | | Chino | CA | 91710-6715 |
| Estrada Lopez, Edaena | 17404 W Navajo St | | Goodyear | AZ | 85338-1942 |
| Gerrity, Maria | 6646 Vista Park Blvd | | Orlando | FL | 32829-7660 |
| Gonzalez Jr, Freddy | 3004 Curving Oaks Way | | Orlando | FL | 32820-2748 |
| Gregory Hemming | 1244 Palm Bluff Dr | | Apopka | FL | 32712-2468 |
| Hemming, Gregory | 1244 Palm Bluff Dr | | Apopka | FL | 32712-2468 |
| Hillwood Development | 3090 Olive St Ste 200 | | Dallas | TX | 75219-7640 |
| Huang, Yan | 15502 Bay Forest Dr | | Houston | TX | 77062-3634 |
| Justin Kibelbek | 7228 Emily Dr | | Fort Myers | FL | 33908-2216 |
| King, Matthew | 1346 Peninsula Cir | | Castle Rock | CO | 80104-3711 |
| Lawrence Marble and Ginger Biskup | 20206 Kings Camp Dr | | Katy | TX | 77450-4322 |
| Leroy & Thelma Ducharme | 1875 Lee Hwy Apt 2 | | Bristol | VA | 24201-1650 |
| LOB Limited Partnership | 7500 San Felipe St Ste 400 | | Houston | TX | 77063-1799 |
| Logan, Sara L | 3439 Riding Hood Ct | | Castle Rock | CO | 80109-3690 |
| Luis Useche | 36096 Orleans Dr | | Newark | CA | 94560-1610 |
| Macturk, Richard | 5310 Craftsman Dr | | Parker | CO | 80134-4538 |
| Mayo, Bernier L | 66 Morgan Cir | | St Johnsbury | VT | 05819-1450 |
| Mercado Marlene | 34200 Alameda Dr | | Sorrento | FL | 32776-6967 |
| Miguel Angle Ramos Hernandez and Iris G Ramos | 500 Chaffee Rd S Lot 184 | | Jacksonville | FL | 32221-1169 |
| Olga Quintero and Fabio Cortes | 15217 SW 54th St | | Miramar | FL | 33027-3688 |
| Pamela Brown | 332 Laskin Rd # 227 | | Virginia Bch | VA | 23451-3020 |
| Paul & Judith Oliver | 1157 Mourning Dove Ln | | Wellington | FL | 33414-7925 |
| Robert R Petelinkar | 1413 SW Heather Ter | | Stuart | FL | 34997-7127 |
| Sam A & Lina Abo Shear Shear | 12500 Barker Cypress Rd Apt 21204 | | Cypress | TX | 77429-8400 |
| Samanta, Rupak | 600 S Abel St Unit 323 | | Milpitas | CA | 95035-8691 |
| Sandee Bowen | 220 Coastal Hill Dr # 104 | | Indn Hbr Bch | FL | 32937-2751 |
| Smith, Donald | 3273 Bellwind Cir | | Rockledge | FL | 32955-5158 |
| Soil Systems Inc | 404 River Rd | | Montgomery | TX | 77356-5554 |
| Sonia & Norman Goldberg | 3333 NE 32nd Ave # 1101 | | Ft Lauderdale | FL | 33308-7120 |
| Spanish Wells Community Assoc Inc | 9240 Bonita Beach Rd SE Ste 3318 | | Bonita Spgs | FL | 34135-4252 |
| Spring, Jr, John | 7140 Falcons Glen Blvd | | Naples | FL | 34113-2678 |
| Steven & Marlene Mercado | 34200 Alameda Dr | | Sorrento | FL | 32776-6967 |
| The Faux Group Inc | 2200 Somerville Rd # 200 | | Annapolis | MD | 21401-3713 |

In re TOUSA, Inc., et al.
Case No. 08-10928

**Exhibit A**

| CREDITOR NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| Useche, Luis | 36096 Orleans Dr | | Newark | CA | 94560-1610 |
| Victor S Martin JR and Bridget Irene Jones | 13573 Gelding Pl | | Gainesville | VA | 20155-2926 |
| Welch, Valeria | 2901 Mayfield Rd Apt 1105 | | Grand Prairie | TX | 75052-7568 |
| Yan Huang and Feng Li | 15502 Bay Forest Dr | | Houston | TX | 77062-3634 |

In re TOUSA, Inc., et al.
Case No. 08-10928

2 of 2