

**ORDERED in the Southern District of Florida on June 25, 2013.**

John K. Olson, Judge
United States Bankruptcy Court

___

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
### FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Cases |
| | ) | |
| TOUSA, Inc., et al., | ) | Case No. 08-10928 (JKO) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**ORDER CONCERNING BRIEFING AND HEARING ON THE CLASSIFICATION OF CERTAIN LOT OPTION AGREEMENT CLAIMS UNDER THE JOINT PLAN OF LIQUIDATION OF TOUSA, INC. AND ITS AFFILIATED DEBTORS AND DEBTORS IN <u>POSSESSION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE</u>**

Upon the *Stipulation and Agreed Proposed Order for Briefing and Hearing on the Classification of Certain Lot Option Agreement Claims Under the Joint Plan of Liquidation of TOUSA, Inc. and Its Affiliated Debtors and Debtors in Possession Under Chapter 11 of the Bankruptcy Code* [ECF No. 9247] (the "<u>Stipulation and Agreed Order</u>")[1] filed by the Official

---

[1] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to such terms in the Stipulation and Proposed Order or the Plan, as applicable.

Committee of Unsecured Creditors of TOUSA, Inc., <u>et al.</u>, the Debtors, the Senior Note Indenture Trustees[2] and certain holders of Lot Option Agreement Claims[3] (collectively, the "<u>Claimants</u>"); and the Court having considered the stipulation and the pertinent portions of the record, and being otherwise fully advised in the premises; it is **ORDERED** that:

1. The proposed schedule is adopted as provided herein.

2. The Claimants shall file and serve their initial pleading no later than June 28, 2013. Any responses shall be filed and served on or before July 12, 2013, and the Claimants shall file and serve their reply, if any, no later than July 19, 2013.

3. The hearing on the classification of the Lot Option Agreement Claims shall be held at the United States Bankruptcy Court for the Southern District of Florida, Fort Lauderdale Division, on July 24, 2013 at 1:30 p.m. prevailing Eastern time.

# # #

---

[2] As defined in the Plan, "Senior Note Indenture Trustees" refers to the indenture trustees under the indentures for the (a) $200 million 9.0% Senior Notes due July 1, 2010, (b) $100 million 9.0% Senior Notes due July 1, 2010 and (c) $250 million 8.25% Senior Notes due April 1, 2011, all issued by TOUSA pursuant to the indentures (as supplemented) dated June 25, 2002, February 3, 2003 and April 12, 2006, respectively.

[3] As defined in the Plan, "Lot Option Agreement Claims" refers to certain claims (other than funded debt claims) against TOUSA Homes, Inc. in the approximate amount of $50 million in the aggregate, the holders of which have asserted that such claims are entitled to treatment as "Senior Debt," as such term is defined in the indentures governing the (a) $125 million 7.5% Senior Subordinated Notes due March 15, 2011, (b) $200 million 7.5% Senior Subordinated Notes due March 15, 2015 and (c) $185 million 10.375% Senior Subordinated Notes due July 1, 2012, all issued by TOUSA and guaranteed by certain subsidiaries of TOUSA pursuant to the indentures (as supplemented) dated March 17, 2004, December 21, 2004 and June 25, 2002, respectively.

Submitted by:

**BERGER SINGERMAN LLP**
Paul Steven Singerman (Florida Bar No. 378860)
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone: (305) 714-4343
Facsimile: (305) 714-4340
Singerman@bergersingerman.com

-and-

**KIRKLAND & ELLIS LLP**
Richard M. Cieri (New York Bar No. 4207122)
Joshua A. Sussberg (New York Bar. No. 4316453)
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
rcieri@kirkland.com
jsussberg@kirkland.com

*Co-Counsel to the Debtors*

**ARENT FOX LLP**
Leah M. Eisenberg (New York Bar No. 3908761)
1675 Broadway
New York, NY 10019
Telephone: (212) 484-3900
Facsimile: (212) 484-3990
leah.eisenberg@arentfox.com

*Counsel to Wilmington Trust Company, in its capacity as Indenture Trustee*

**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
Patricia A. Redmond (Florida Bar No. 303739)
150 West Flagler Street
Miami, Florida 33130
Telephone:  (305) 789-3553
Facsimile:   (305) 789-3395
predmond@stearnsweaver.com

-and-

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Daniel H. Golden (New York Bar No. 1133859)
Philip C. Dublin (New York Bar No. 2959344)
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
dgolden@akingump.com
pdublin@akingump.com

*Co-Counsel to the Committee*

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
Joshua K. Brody (New York Bar No. 4143707)
David Blabey, Jr. (New York Bar No. 4316683)
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
jbrody@kramerlevin.com
dblabey@kramerlevin.com

*Counsel to the Claimants*

Copies to:
Patricia A. Redmond
*(Attorney Redmond shall upon receipt serve a copy of this Order upon all interested parties and file a certificate of service.)*