**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:

TOUSA, INC., *et al.*                              Case No. 08-10928-JKO
                                                   Chapter 11
    Debtor.                                        Jointly Administered
_____/

## EX PARTE MOTION TO APPEAR PRO HAC VICE

Lawrence Pecan (the "Movant") files this *Ex Parte* Motion for an Order Admitting Joshua Brody (the "Visiting Attorney") *pro hac vice* in this case and states:

1.   I, Lawrence Pecan, a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, request that this court admit Joshua Brody *pro hac vice*. The Visiting Attorney is an attorney admitted to practice and currently in good standing in the United States District Court for the Southern District of New York, and is qualified to practice in this court. I request that he be permitted to act as counsel for Jefferies Special Situations Fund, LP and Castle Creek Arbitrage, LLC, on behalf of funds it manages (the "Clients") in the case listed above, and in any proceedings therein in which the Visiting Attorney appears on behalf of the Clients.

2.   I am aware that the local rules of this court require a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court to act as local counsel for the Clients, unless the court specifically authorizes an attorney not so admitted to act as local counsel.  I understand that local counsel is required to participate in the preparation and presentation of, and accept service of all papers in, the case identified above and any adversary proceedings in which the Visiting Attorney appears on behalf of such Clients.

3. I am a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, and agree to act as local counsel for the above-referenced Clients in this case and in any adversary proceedings in this case in which the Visiting Attorney appears on behalf of the Clients.  I understand that I am required to participate in the preparation and the presentation of the case above and any such adversary proceedings and to accept service of all papers served in such case and proceedings.

4. The order granting this Motion will serve to admit the Visiting Attorney to practice in the case noted above on behalf of the Client and in any adversary proceedings in that case in which the Visiting Attorney appears on behalf of such Clients.  I understand that if I decline to serve as local counsel in any such adversary proceeding, separate local counsel must file an additional *Motion to Appear Pro Hac Vice*, and that absent such separate motion and an order of this court approving the same I will continue to act as local counsel for the Client in all such proceedings.

5. The affidavit of the Visiting Attorney required under Local Rule 2090-1(B)(2) is filed concurrently herewith.

WHEREFORE, upon the foregoing representations, the Movant respectfully requests an order of this court authorizing the Visiting Attorney to appear *pro hac vice* in this case and in any adversary proceedings in this case on behalf of the Clients and indicating Movant as local counsel for the Clients, and for such other and further relief as may be just.

Respectfully submitted,

**MARSHALL GRANT, P.L.**
Attorneys for the Claimants
197 South Federal Highway, Suite 300
Boca Raton, Florida  33432
Telephone No. 561.672.7580
Facsimile No. 561.672.7581
Email:  lpecan@msglaw.com

By:    /s/ Lawrence E. Pecan
       LAWRENCE E. PECAN
       Fla. Bar. No. 99086

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** under penalty of perjury that on this 28th day of June, 2013, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record authorized to receive Notices of Filing electronically.

By:    /s/ Lawrence E. Pecan
       LAWRENCE E. PECAN