

**ORDERED in the Southern District of Florida on July 1, 2013.**

_____
John K. Olson, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov**

In re:

TOUSA, INC., *et al.*                                    Case No. 08-10928-JKO
                                                         Chapter 11
             Debtor.                                     Jointly Administered
_____/

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

This matter came before the court without a hearing on the Motion to Appear *Pro Hac Vice* [DE 9260]. The court having reviewed the motion and good cause appearing, it is

    1.    **ORDERED** that Joshua Brody ("Visiting Attorney") may appear before this court *pro hac vice* as counsel for Jefferies Special Situations Fund, LP and Castle Creek Arbitrage,

LLC, on behalf of funds it manages (the "Clients") in this case and in each proceeding in this case where Visiting Attorney appears on behalf of Clients), subject to the local rules of this court. Visiting Attorney shall include the certification required by Local Rule 9011-4(B)(2) in all papers filed with this court.

2. The Visiting Attorney may apply to become a registered user of CM/ECF in this district with full filing privileges in this case and in any other case in which this court has entered an order admitting Visiting Attorney *pro hac vice*.

3. The following attorney ("Local Attorney") is designated as the attorney qualified to practice in this court with whom the court and other counsel may readily communicate and upon whom papers may be served:

>   **MARSHALL SOCARRAS GRANT, P.L.**
>   LAWRENCE E. PECAN
>   Fla. Bar. No. 99086
>   197 South Federal Highway, Suite 300
>   Boca Raton, Florida  33432
>   Telephone No. 561.672.7580
>   Facsimile No. 561.672.7581
>   Email:  lpecan@msglaw.com

4. The Local Attorney shall act as the local attorney as required by Local Rule 2090-1(B)(2) in this case and in each adversary proceeding in this case in which the Visiting Attorney appears on behalf of the Client.. If Local Attorney declines to serve as the local attorney in any such adversary proceeding, a separate local attorney must file an additional *Motion to Appear Pro Hac Vice*, and absent such separate motion and an order of this court approving the same The Local Attorney will continue to act as local attorney for the Clients in all such proceedings.

###

**Submitted by: Lawrence E. Pecan**

**COPIES TO:**

Joshua Brody, Esquire

Lawrence E. Pecan who shall serve a copy of this order on the United States Trustee, all parties who have filed appearances in this case, and all parties who have appeared in each applicable adversary proceeding, and shall file a certificate of service thereof.