UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:                                                          Case No.: 08-10928-BKC-JKO

TOUSA, INC., *et al.*,                                          Chapter 11

                                                                *(Jointly Administered)*

                          Debtors.

_____/

**WILMINGTON TRUST COMPANY'S NOTICE OF APPEAL TO
DISTRICT COURT FROM AN ORDER BY BANKRUPTCY COURT REGARDING
CLASSIFICATION OF CERTAIN LOT OPTION AGREEMENT AND MODEL HOME
CLAIMS UNDER THE JOINT PLAN OF LIQUIDATION**

NOTICE IS GIVEN that Appellant, Wilmington Trust Company in the above named

bankruptcy proceeding, by and through undersigned counsel, appeals to the United States

District Court for the Southern District of Florida, from the final Order Regarding Classification

of Certain Lot Option Agreement and Model Home Claims Under the Joint Plan of Liquidation

[DE# 9435] "Order," dated August 2, 2013, a copy of which is attached hereto as Exhibit "A."

The names of all parties to the Order appealed from and the names, addresses, and

telephone numbers of their respective attorneys are as follows:

**Appellant, Wilmington Trust Company**
Leyza F. Blanco, Esquire
GrayRobinson, PA
1221 Brickell Avenue, Suite 1600
Miami, Florida 33131
Telephone:    (305) 416-6880
Facsimile:    (305) 416-6887

and

Leah M. Eisenberg, Esquire
Arent Fox LLP
1675 Broadway
New York, NY 10019
Telephone:    (212) 484-3900

Facsimile:      (212) 484-3990

**Debtor, TOUSA, Inc.**
Paul Steven Singerman, Esquire
Berger Singerman
1450 Brickell Avenue, Suite1900
Miami, FL 33131
Telephone:     (305) 755-9500
Facsimile:      (305) 714-4340

and

Richard M. Cieri, Esquire
Joshua A. Sussberg, Esquire
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900

**Claimants, Jefferies Leveraged Credit Products LLC**
**and Castle Creek Arbitrage, LLC**
Joshua Brody, Esquire
David E. Blabey, Jr., Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Telephone:     (212) 715-9100
Facsimile:      (212) 715-8000

and

Lawrence A. Pecan, Esquire
Marshall Socarras Grant, P.L.
197 South Federal Highway, Suite 300
Boca Raton, FL 33432
Telephone:     (561) 361-1000
Facsimile:      (561) 672-7581

**Official Committee of Unsecured Creditors**
Patricia A. Redmond, Esquire
Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.
150 West Flagler Street
Miami, FL 33130
Telephone:     (305) 789-3553
Facsimile:      (305) 789-3395

and

Daniel H. Golden, Esquire
Philip C. Dublin, Esquire
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
Telephone:    (212) 872-1000
Facsimile:    (212) 872-1002

Date: August 13, 2013

Respectfully submitted,
GRAYROBINSON, P.A.
1221 Brickell Avenue, Suite 1600
Miami, FL 33131
Leyza.Blanco@gray-robinson.com
Telephone:    (305) 416-6880
Facsimile:    (305) 416-6887

By:    /s/ Leyza F. Blanco
       Leyza F. Blanco
       Florida Bar No.: 104639

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served on this 13th day of August, 2013 to parties registered to receive notification via the Court's CM/ECF system.

GRAYROBINSON, P.A.
1221 Brickell Avenue, Suite 1600
Miami, FL 33131
Leyza.Blanco@gray-robinson.com
Telephone:    (305) 416-6880
Facsimile:    (305) 416-6887

By:    /s/ Leyza F. Blanco
       Leyza F. Blanco
       Florida Bar No.: 104639

# 470779 v1



**ORDERED in the Southern District of Florida on August 1, 2013.**

**John K. Olson, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Cases |
| | ) | |
| TOUSA, Inc., et al., | ) | Case No. 08-10928 (JKO) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**ORDER REGARDING CLASSIFICATION OF CERTAIN LOT OPTION AGREEMENT**
**AND MODEL HOME CLAIMS UNDER THE JOINT PLAN OF LIQUIDATION**

In accordance with the *Order Concerning Briefing and Hearing on the Classification of Certain Lot Option Agreement Claims Under the Joint Plan of Liquidation of TOUSA, Inc. and Its Affiliated Debtors and Debtors in Possession Under Chapter 11 of the Bankruptcy Code* [ECF No. 9258]; and upon consideration of the *Debtors' Second Omnibus Objection to Certain Proofs of Claim* [ECF No. 7132] (the "Second Omnibus Claims Objection"), the *Initial Pleading of Jefferies Leveraged Credit Products LLC and Castle Creek Arbitrage LLC in Support of Classification of Certain Lot Option Agreement and Model Home Claims as Senior Debt Under*

the *Joint Plan of Liquidation* [ECF No. 9261] (the "Initial Pleading"),[1] the *Joint Response of the Committee, the Debtors and the Senior Note Indenture Trustees to Initial Pleading of Jefferies Leveraged Credit Products LLC and Castle Creek Arbitrage LLC in Support of Classification of Certain Lot Option Agreement and Model Home Claims as Senior Debt Under the Joint Plan of Liquidation* [ECF No. 9342], and the *Responsive Pleading of Jefferies Leveraged Credit Products LLC and Castle Creek Arbitrage LLC in Support of Classification of Certain Lot Option Agreement and Model Home Claims as Senior Debt Under the Joint Plan of Liquidation* [ECF No. 9367]; and upon consideration of the arguments made at the July 24, 2013 hearing in respect of the Lot Option Agreement Claims; and the Court having considered the pertinent portions of the record and being otherwise fully advised in the premises; it is **ORDERED** that:

1.      For the reasons set forth on the record at the July 24, 2013 hearing, the Lot Option Agreement Claims[2] are entitled to Senior Debt status at TOUSA Homes, Inc.  To the extent this order becomes a Final Order, holders of the Lot Option Agreement Claims shall receive distributions on account of the Allowed amount of the Lot Option Agreement Claims as if such Claims were included in Class 4A at TOUSA Homes, Inc. under the Plan; provided, however, that, to the extent not previously Allowed by an order of the Court, upon the Lot Option Agreement Claims becoming Allowed Claims, nothing herein shall delay or limit distributions holders of the Lot Option Agreement Claims would otherwise be entitled to receive as holders of General Unsecured Claims in Class 4B at TOUSA Homes, Inc. under the Plan.

---

[1] Capitalized terms used and not otherwise defined herein have the meanings ascribed to them in the Initial Pleading or the *Amended Joint Plan of Liquidation of TOUSA, Inc. and its Affiliated Debtors and Debtors in Possession Under Chapter 11 of the Bankruptcy Code*, dated May 15, 2013 [ECF No. 9168] (as the same may be amended, modified or supplemented from time to time, the "Plan"), as applicable.

[2] The Lot Option Agreement Claims, as defined in the Plan, include proof of claim numbers 1159, 1994, 1995, 1996, 3045, 3196 and 4142, all of which remain Disputed Claims as to the Allowed Amount of such Claims, other than Claim No. 4142, which has been Allowed by order of the Court in the amount of $15,034,082.62.  *See Order Granting Debtors' First Omnibus Claims Objection*, dated April 27, 2010 [ECF No. 5461].

- 2 -

2.      That portion of the Second Omnibus Claims Objection that objected to the Lot Option Agreement Claims on the grounds that they are not entitled to treatment as Senior Debt is overruled.

3.      Notwithstanding anything contained herein, to the extent not previously Allowed by an order of the Court, the Lot Option Agreement Claims remain Disputed Claims and the rights of the Debtors, the Committee and, after the Effective Date, the Liquidation Trustee, to object to the allowance of the Lot Option Agreement Claims on any grounds not related to their treatment as Senior Debt, and the rights of the Claimants to respond to any such objections, shall be preserved in all respects.

4.      The Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

### 

**Submitted by:**

Lawrence E. Pecan, Esq.
Marshall Socarras Grant P.L.
197 S. Federal Highway, Suite 300
Boca Raton, FL 33432
lpecan@msglaw.com

The party submitting this order shall serve a copy of the signed order on all interested parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).