UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

TOUSA, INC., *et al.*,

            Debtors.

_____/

Case No.: 08-10928-BKC-JKO

Chapter 11
*(Jointly Administered)*

**APPELLANT'S DESIGNATION OF ITEMS TO
BE INCLUDED IN THE RECORD ON APPEAL**

Wilmington Trust Company ("Appellant"), pursuant to Federal Rule of Bankruptcy Procedure 8006, hereby designate the following items to be included in the record in the Appellant's appeal [ECF No. 9473] (the "Appeal") of the final Order Regarding Classification of Certain Lot Option Agreement and Model Home Claims Under the Joint Plan of Liquidation [DE# 9435] dated August 2, 2013 (the "Order").

**I.    DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Appellant's designate the following items in connection with this appeal:

| Date | Docket Entry | Description of Pleading |
|---|---|---|
| 02/17/2010 | 5091 | Omnibus Objection to Claim of in the Amount of *(Various)* - *First Omnibus* Filed by Debtor TOUSA, Inc. |
| 04/27/2010 | 5461 | Order Granting First Omnibus Objection to Claim(s) (Re: # 5091) |
| 03/16/2011 | 7132 | Omnibus Objection to Claim of Certain Proofs of Claim (Various) - Second Omnibus Filed by Debtor TOUSA, Inc.. |
| 05/15/2013 | 9169 | Disclosure Statement for Amended Joint Plan of Liquidation of TOUSA, Inc. and its Affiliated Debtors and Debtors in Possession under Chapter 11 of the Bankruptcy Code (ECF No. 9168): May 15, 2013 Version of Proposed Disclosure Statement Filed by Creditor Committee Creditors Committee, Debtor TOUSA, Inc. |
| 05/15/2013 | 9171 | Joint Motion to Approve Re: 9169 Disclosure Statement and Establish Solicitation and Voting Procedures with Respect Thereto Filed by Debtor TOUSA, Inc. |
| 06/21/2013 | 9244 | Order Granting Motion To Approve (Re: # 9171) |
| 06/21/2013 | 9247 | Stipulation and Proposed Order Concerning Briefing and Hearing on the Classification of Certain Lot Option Agreement Claims |

# 945856 v2

|  |  |  |
|---|---|---|
|  |  | Under the Joint Plan of Liquidation of TOUSA, Inc., and its Affiliated Debtors and Debtors in Possession Under Chapter 11 of the Bankruptcy Code Filed by Creditor Committee Creditors Committee. |
| 06/27/2013 | 9258 | Order Concerning Briefing and Hearing on the Classification of Certain Lot Option Agreement Claims Under the Joint Plan of Liquidation of TOUSA, Inc., and its Affiliated Debtors and Debtors in Possession Under Chapter 11 of the Bankruptcy Code. (Re: # 9247) |
| 06/28/2013 | 9261 | Response to (9247 Stipulation and Proposed Order Concerning Briefing and Hearing on the Classification of Certain Lot Option Agreement Claims Under the Joint Plan of Liquidation of TOUSA, Inc., and its Affiliated Debtors and Debtors in Possession Under Chapter 11 of filed by Creditor Committee Creditors Committee) AND INITIAL PLEADING IN SUPPORT OF CLASSIFICATION OF CERTAIN LOT OPTION AGREEMENT AND MODEL HOME CLAIMS AS SENIOR DEBT UNDER THE JOINT PLAN OF LIQUIDATION Filed by Creditors CASTLE CREEK ARBITRAGE, LLC, Jefferies Leveraged Credit Products, LLC |
| 07/12/2013 | 9342 | Joint Response to (9261 Response filed by Creditor Jefferies Leveraged Credit Products, LLC, Creditor Castle Creek Arbitrage, LLC) re Classification of Certain Lot Option Agreement and Model Home Claims as Senior Debt Under the Joint Plan of Liquidation Filed by Creditor Committee Creditors Committee, Debtor TOUSA, Inc., Creditor Wilmington Trust Company |
| 07/19/2013 | 9367 | Response to (9342 Response filed by Creditor Committee Creditors Committee, Debtor TOUSA, Inc., Creditor Wilmington Trust Company) Filed by Creditors Castle Creek Arbitrage, LLC, Jefferies Leveraged Credit Products, LLC |
| 8/02/2013 | 9435 | Order Re: Classification of Certain Lot Option Agreement and Model Home Claims Under the Joint Plan of Liquidation. |
| 8/06/2013 | 9441 | Findings Of Fact, Conclusions Of Law And Order (I) Confirming Amended Joint Plan Of Liquidation Of Tousa, Inc. And Its Affiliated Debtors And Debtors In Possession Under Chapter 11 Of The Bankruptcy Code(II) Dismissing The Chapter 11 Case against Tousa Homes, L.P. (08-10945-JKO) And (III) Establishing A Bar Date For Lease Rejection Claims. Jeffrey H. Beck Named as Disbursing Agent. (Re: 9168 Amended Chapter 11 Plan filed by Creditors Committee, Debtor TOUSA, Inc.). |
| 8/06/2013 | 9442 | Notice of Filing Exhibit A to Findings of Fact, Conclusions of Law and Order (I) Confirming Amended Joint Plan of Liquidation of TOUSA, Inc. and its Affiliated Debtors and Debtors in Possession under Chapter 11 of the Bankruptcy Code, (II) Dismissing the Chapter 11 Case Against TOUSA Homes, L.P. and (III) Establishing a Bar Date for Lease Rejection Claims, Filed by Creditor Committee Creditors Committee, Debtor TOUSA, Inc. (Re: 9409 Notice of Filing). |

| 08/08/2013 | 9450 | Transcript of 7/24/2013 Hearing. [Transcript will be restricted for a period of 90 days.] (Re: 9258 Order Concerning Briefing and Hearing on the Classification of Certain Lot Option Agreement Claims Under the Joint Plan of Liquidation of TOUSA, Inc., and its Affiliated Debtors and Debtors in Possession Under Chapter 11 of the Bankruptcy Code., 9314 Joint Motion for Entry of an Order Pursuant to Bankruptcy Code Sections 105(a), 502(c) and 1142 Establishing a Disputed Claims Reserve in Connection with the Amended Joint Plan of Liquidation Filed by Creditor Committee Creditors Committee, Debtor TOUSA, Inc..). Redaction Request Due By 08/15/2013. Statement of Personal Data Identifier Redaction Request Due by 08/29/2013. Redacted Transcript Due by 09/9/2013. Transcript access will be restricted through 11/6/2013. |

Date: August 26, 2013

Respectfully submitted,
GRAYROBINSON, P.A.
1221 Brickell Avenue, Suite 1600
Miami, FL 33131
Leyza.Blanco@gray-robinson.com
Telephone:    (305) 416-6880
Facsimile:     (305) 416-6887

By:    /s/ Leyza F. Blanco
       Leyza F. Blanco
       Florida Bar No.: 104639

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served on this 26th day of August, 2013 to parties registered to receive notification via the Court's CM/ECF system.

GRAYROBINSON, P.A.
1221 Brickell Avenue, Suite 1600
Miami, FL 33131
Leyza.Blanco@gray-robinson.com
Telephone:    (305) 416-6880
Facsimile:     (305) 416-6887

By:    /s/ Leyza F. Blanco
       Leyza F. Blanco
       Florida Bar No.: 104639

# 945856 v2