

**ORDERED in the Southern District of Florida on January 9, 2014.**

John K. Olson, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: ) | Chapter 11 Cases |
| ) | Case No. 08-10928-JKO |
| TOUSA, INC., *et al.*, ) | Jointly Administered |
| ) | |
| Debtors. ) | |
| ) | |

### AMENDED[1] ORDER GRANTING DEBTORS' NINTH OMNIBUS OBJECTION TO CERTAIN PROOFS OF CLAIM

Upon consideration of the *Debtors' Ninth Omnibus Objection to Certain Proofs of Claim* [ECF No. 9643] (the "Objection")[2] and the *Notice of Filing Corrected Exhibit A to Ninth Omnibus Objection to Certain Proofs of Claim* [ECF No. 9655] of J Beck & Associates, Inc., as Trustee to the TOUSA Liquidating Trust (the "Trustee") requesting entry of an order, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), expunging, disallowing,

---

[1] This amendment to the *Order Granting Debtors' Ninth Omnibus Objection to Certain Proofs of Claim* [ECF No. 9705] is being made for the sole purpose of removing Disputed Claim nos. 7281A and 7281B of International Fidelity Insurance Company from Exhibit A (disallowed and expunged) to Exhibit B (adjourned).
[2] Capitalized terms used herein but not otherwise defined have the meaning ascribed to them in the Objection.
5396563-1

reclassifying or reducing, or adjourning the Disputed Claims listed on **Exhibit A** attached hereto; and consideration of the Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Objection having been provided; and it appearing that no other or further notice need be provided; and the Court having determined that there exists just cause for the relief granted herein and that such relief is in the best interest of the Debtors, their estates and creditors and all other parties in interest; and upon the arguments and testimony presented at the hearing before the Court, and any responses to the Objection having been withdrawn, resolved, or overruled on the merits; and after due deliberation and sufficient cause appearing therefore, it is hereby **ORDERED** that:

1. The Objection is granted to the extent set forth herein.

2. The Disputed Claims listed on **Exhibit A** attached hereto are hereby disallowed and expunged in their entirety, reduced and/or reclassified, as indicated on the exhibit, pursuant to section 502(b) of the Bankruptcy Code.

3. By agreement of the Debtors and the Claimants listed on **Exhibit B** attached hereto, the Objections to the Disputed Claims listed on **Exhibit B** are hereby adjourned to a date to be determined.

4. The Claims to which the Debtors have not objected at this time (the "Surviving Claims") will remain on the claims register, and such Surviving Claims are neither allowed nor disallowed at this time, subject, however, to any future objection on any basis.

5. The disallowance and expungement of the Disputed Claims does not constitute any admission or finding with respect to any of the Surviving Claims.

6. This Order has no res judicata, estoppel or other effect on the validity, allowance or disallowance of the Surving Claims. All rights to object on any basis with respect to the Surviving Claims are expressly reserved.

7. The terms and conditions of this Order shall be immediately effective and enforceable upon entry of the Order.

8. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

# # #

Submitted by:
Paul Steven Singerman, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email: singerman@bergersingerman.com

Copies to:
Paul Steven Singerman, Esq.
(Attorney Singerman shall upon receipt serve a copy of this Order upon all interested parties and file a certificate of service.)

Exhibit A

| Creditor Name | Date Filed | Claim Number | Asserted Debtor Entity | Asserted Case Number | Asserted Unsecured Claim Amount | Asserted Priority Claim Amount | Asserted Secured Claim Amount | Asserted Admin Claim Amount | Basis for Objection | Treatment of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Angela Valdes | 5/16/2008 | 2159 | TOUSA Homes, Inc. | 08-10930 | | | | UNLIQUIDATED | 7 - Failure to Specify Basis / Insufficient or No Documentation   16 - No Amount Due   18 - No Amount Specified   35 - Unliquidated | Claim to be disallowed and expunged |
| Angela Valdes | 5/16/2008 | 2165 | TOUSA, Inc. | 08-10928 | | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation   16 - No Amount Due   18 - No Amount Specified   35 - Unliquidated | Claim to be disallowed and expunged |
| Citigroup Global Markets Inc | 5/19/2008 | 3730 | TOUSA, Inc. | 08-10928 | UNLIQUIDATED | | | | 16- No Amounts Due   35 - Unliquidated | Claim to be disallowed and expunged |
| Cora B Wiltshire | 2/3/2011 | 7756 | TOUSA, Inc. | 08-10928 | $3,418,430.15 | $11,725.00 | | | 24 - Reclassify - Priority to Unsecured | Claim to be allowed as a general unsecured claim in the amount of $3,430,155.15 against TOUSA, Inc. Debtor No. 08-10928 |
| David J Keller | 10/31/2008 | 4338 | TOUSA, Inc. | 08-10928 | UNLIQUIDATED | | | | 7 - Failure to Specify Basis / Insufficient or No Documentation   16 - No Amount Due   18 - No Amount Specified   35 - Unliquidated | Claim to be disallowed and expunged |
| George Yeonas | 5/16/2008 | 2161 | Engle Homes Commercial Construction, LLC | 08-10934 | UNLIQUIDATED | | | | 7 - Failure to Specify Basis / Insufficient or No Documentation   16 - No Amount Due   18 - No Amount Specified   35 - Unliquidated | Claim to be disallowed and expunged |
| George Yeonas | 5/16/2008 | 2162 | Lorton South Condominium, LLC | 08-10933 | UNLIQUIDATED | | | | 7 - Failure to Specify Basis / Insufficient or No Documentation   16 - No Amount Due   18 - No Amount Specified   35 - Unliquidated | Claim to be disallowed and expunged |
| George Yeonas | 5/16/2008 | 2224 | Engle Sierra Verde P4, LLC | 08-10962 | UNLIQUIDATED | | | | 7 - Failure to Specify Basis / Insufficient or No Documentation   16 - No Amount Due   18 - No Amount Specified   35 - Unliquidated | Claim to be disallowed and expunged |
| George Yeonas | 5/16/2008 | 2270 | TOUSA Texas, LP | 08-10942 | UNLIQUIDATED | | | | 7 - Failure to Specify Basis / Insufficient or No Documentation   16 - No Amount Due   18 - No Amount Specified   35 - Unliquidated | Claim to be disallowed and expunged |
| George Yeonas | 5/16/2008 | 2304 | TOUSA Homes, LP | 08-10945 | UNLIQUIDATED | | | | 7 - Failure to Specify Basis / Insufficient or No Documentation   16 - No Amount Due   18 - No Amount Specified   35 - Unliquidated | Claim to be disallowed and expunged |
| George Yeonas | 5/16/2008 | 2306 | Reflection Key, LLC | 08-10944 | UNLIQUIDATED | | | | 7 - Failure to Specify Basis / Insufficient or No Documentation   16 - No Amount Due   18 - No Amount Specified   35 - Unliquidated | Claim to be disallowed and expunged |
| George Yeonas | 5/16/2008 | 2308 | TOUSA Realty, Inc. | 08-10946 | UNLIQUIDATED | | | | 7 - Failure to Specify Basis / Insufficient or No Documentation   16 - No Amount Due   18 - No Amount Specified   35 - Unliquidated | Claim to be disallowed and expunged |

Exhibit A

| Creditor Name | Date Filed | Claim Number | Asserted Debtor Entity | Asserted Case Number | Asserted Unsecured Claim Amount | Asserted Priority Claim Amount | Asserted Secured Claim Amount | Asserted Admin Claim Amount | Basis for Objection | Treatment of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| George Yeonas | 5/16/2008 | 2313 | Engle/James LLC | 08-10947 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation   16 - No Amount Due   18 - No Amount Specified   35 - Unliquidated | Claim to be disallowed and expunged |
| George Yeonas | 5/16/2008 | 2316 | TOUSA/West Holdings, Inc. | 08-10948 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation   16 - No Amount Due   18 - No Amount Specified   35 - Unliquidated | Claim to be disallowed and expunged |
| George Yeonas | 5/16/2008 | 2319 | TOUSA Homes Investment #2, LLC | 08-10937 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation   16 - No Amount Due   18 - No Amount Specified   35 - Unliquidated | Claim to be disallowed and expunged |
| George Yeonas | 5/16/2008 | 2328 | LB/TE #1, LLC | 08-10932 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation   16 - No Amount Due   18 - No Amount Specified   35 - Unliquidated | Claim to be disallowed and expunged |
| George Yeonas | 5/16/2008 | 2344 | McKay Landing, LLC | 08-10935 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation   16 - No Amount Due   18 - No Amount Specified   35 - Unliquidated | Claim to be disallowed and expunged |
| George Yeonas | 5/16/2008 | 2512 | TOUSA Homes Nevada, LLC | 08-10954 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation   16 - No Amount Due   18 - No Amount Specified   35 - Unliquidated | Claim to be disallowed and expunged |
| George Yeonas | 5/16/2008 | 2516 | TOUSA Homes Mid-Atlantic Holding, LLC | 08-10949 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation   16 - No Amount Due   18 - No Amount Specified   35 - Unliquidated | Claim to be disallowed and expunged |
| George Yeonas | 5/16/2008 | 2519 | Silverlake, Interests LLC | 08-10950 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation   16 - No Amount Due   18 - No Amount Specified   35 - Unliquidated | Claim to be disallowed and expunged |
| George Yeonas | 5/16/2008 | 2541 | TOUSA, LLC | 08-10936 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation   16 - No Amount Due   18 - No Amount Specified   35 - Unliquidated | Claim to be disallowed and expunged |
| George Yeonas | 5/16/2008 | 2587 | Engle/Gilligan, LLC | 08-10940 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation   16 - No Amount Due   18 - No Amount Specified   35 - Unliquidated | Claim to be disallowed and expunged |
| George Yeonas | 5/16/2008 | 2588 | Preferred Builders Realty, Inc. | 08-10941 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation   16 - No Amount Due   18 - No Amount Specified   35 - Unliquidated | Claim to be disallowed and expunged |
| George Yeonas | 5/16/2008 | 2591 | Engle Homes Residential Construction, L.L.C. | 08-10960 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation   16 - No Amount Due   18 - No Amount Specified   35 - Unliquidated | Claim to be disallowed and expunged |

Exhibit A

| Creditor Name | Date Filed | Claim Number | Asserted Debtor Entity | Asserted Case Number | Asserted Unsecured Claim Amount | Asserted Priority Claim Amount | Asserted Secured Claim Amount | Asserted Admin Claim Amount | Basis for Objection | Treatment of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| George Yeonas | 5/16/2008 | 2619 | TOUSA Homes Mid-Atlantic, LLC | 08-10963 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation - No Amount Due - 16 - No Amount Specified - 18 - Unliquidated - 35 | Claim to be disallowed and expunged |
| George Yeonas | 5/16/2008 | 2622 | TOUSA Associates Services Company | 08-10959 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation - No Amount Due - 16 - No Amount Specified - 18 - Unliquidated - 35 | Claim to be disallowed and expunged |
| George Yeonas | 5/16/2008 | 2802 | Newmark Homes Purchasing, LP | 08-10938 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation - No Amount Due - 16 - No Amount Specified - 18 - Unliquidated - 35 | Claim to be disallowed and expunged |
| George Yeonas | 5/16/2008 | 2803 | TOUSA Mid-Atlantic Investment, LLC | 08-10939 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation - No Amount Due - 16 - No Amount Specified - 18 - Unliquidated - 35 | Claim to be disallowed and expunged |
| George Yeonas | 5/16/2008 | 2811 | Engle Sierra Verde P5, LLC | 08-10964 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation - No Amount Due - 16 - No Amount Specified - 18 - Unliquidated - 35 | Claim to be disallowed and expunged |
| George Yeonas | 5/16/2008 | 2924 | Newmark Homes, LLC | 08-10931 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation - No Amount Due - 16 - No Amount Specified - 18 - Unliquidated - 35 | Claim to be disallowed and expunged |
| George Yeonas | 5/16/2008 | 2960 | TOUSA Investment #2, Inc. | 08-10943 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation - No Amount Due - 16 - No Amount Specified - 18 - Unliquidated - 35 | Claim to be disallowed and expunged |
| George Yeonas | 5/19/2008 | 3055 | TOUSA Homes Florida, LP | 08-10929 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation - No Amount Due - 16 - No Amount Specified - 18 - Unliquidated - 35 | Claim to be disallowed and expunged |
| George Yeonas | 5/19/2008 | 3062 | TOUSA Homes, Inc. | 08-10930 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation - No Amount Due - 16 - No Amount Specified - 18 - Unliquidated - 35 | Claim to be disallowed and expunged |
| George Yeonas | 5/19/2008 | 3180 | TOUSA Homes Investment #2, Inc. | 08-10951 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation - No Amount Due - 16 - No Amount Specified - 18 - Unliquidated - 35 | Claim to be disallowed and expunged |
| George Yeonas | 5/19/2008 | 3629 | TOUSA, Inc. | 08-10928 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation - No Amount Due - 16 - No Amount Specified - 18 - Unliquidated - 35 | Claim to be disallowed and expunged |
| George Yeonas | 5/19/2008 | 3694 | TOI, LLC | 08-10953 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation - No Amount Due - 16 - No Amount Specified - 18 - Unliquidated - 35 | Claim to be disallowed and expunged |

Exhibit A

| Creditor Name | Date Filed | Claim Number | Asserted Debtor Entity | Asserted Case Number | Asserted Unsecured Claim Amount | Asserted Priority Claim Amount | Asserted Secured Claim Amount | Asserted Admin Claim Amount | Basis for Objection | Treatment of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| George Yeonas | 5/19/2008 | 3699 | TOUSA Homes Colorado, LLC | 08-10958 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation 16 - No Amount Due 18 - No Amount Specified 35 - Unliquidated | Claim to be disallowed and expunged |
| George Yeonas | 5/19/2008 | 3750 | TOUSA Homes Arizona, LLC | 08-10956 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation 16 - No Amount Due 18 - No Amount Specified 35 - Unliquidated | Claim to be disallowed and expunged |
| George Yeonas | 5/19/2008 | 3917 | TOUSA Homes Investment #1, Inc. | 08-10955 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation 16 - No Amount Due 18 - No Amount Specified 35 - Unliquidated | Claim to be disallowed and expunged |
| Lake Pointe at Toho Homeowners Association Inc | 5/13/2010 | 7645 | TOUSA, Inc. | 08-10928 | 1,515,200.00 | | | | 7 - Failure to Specify Basis / Insufficient or No Documentation 16 - No Amount Due | Claim to be disallowed and expunged |
| McPherran Scott Patrick | | S540 | TOUSA, Inc. | 08-10928 | | | | | 37 - Waiver and Release Agreement | Scheduled claim to be disallowed and expunged |
| McPherran Scott Patrick | | S541 | TOUSA, Inc. | 08-10928 | | | | | 37 - Waiver and Release Agreement | Scheduled claim to be disallowed and expunged |
| Monarch Alternative Capital LP f k a Quadrangle Debt Recovery Advisors LP | 5/19/2008 | 3663 | TOUSA, Inc. | 08-10928 | UNLIQUIDATED | | | | 7 - Failure to Specify Basis / Insufficient or No Documentation 16 - No Amount Due 18 - No Amount Specified 35 - Unliquidated | Claim to be disallowed and expunged |
| Monarch Alternative Capital LP fka Quadrangle Debt Recovery Advisors LP | 5/19/2008 | 3878 | TOUSA Homes, LP | 08-10945 | UNLIQUIDATED | | | | 7 - Failure to Specify Basis / Insufficient or No Documentation 16 - No Amount Due 18 - No Amount Specified 35 - Unliquidated | Claim to be disallowed and expunged |
| Monarch Alternative Capital LP fka Quadrangle Debt Recovery Advisors LP | 5/19/2008 | 3880 | TOUSA Homes Florida, LP | 08-10929 | UNLIQUIDATED | | | | 7 - Failure to Specify Basis / Insufficient or No Documentation 16 - No Amount Due 18 - No Amount Specified 35 - Unliquidated | Claim to be disallowed and expunged |
| Patricia Petersen | 5/19/2008 | 4237 | TOUSA, Inc. | 08-10928 | UNLIQUIDATED | | | | 7 - Failure to Specify Basis / Insufficient or No Documentation 16 - No Amount Due 18 - No Amount Specified 35 - Unliquidated | Claim to be disallowed and expunged |
| Randy Kotler | 5/16/2008 | 2216 | Engle/Gilligan, LLC | 08-10940 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation 16 - No Amount Due 18 - No Amount Specified 35 - Unliquidated | Claim to be disallowed and expunged |
| Randy Kotler | 5/16/2008 | 2226 | TOUSA Homes, Inc. | 08-10930 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation 16 - No Amount Due 18 - No Amount Specified 35 - Unliquidated | Claim to be disallowed and expunged |

Exhibit A

| Creditor Name | Date Filed | Claim Number | Asserted Debtor Entity | Asserted Case Number | Asserted Unsecured Claim Amount | Asserted Priority Claim Amount | Asserted Secured Claim Amount | Asserted Admin Claim Amount | Basis for Objection | Treatment of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Randy Kotler | 5/16/2008 | 2228 | Lorton South Condominium, LLC | 08-10933 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation, 16 - No Amount Due, 18 - No Amount Specified, 35 - Unliquidated | Claim to be disallowed and expunged |
| Randy Kotler | 5/16/2008 | 2232 | Preferred Builders Realty, Inc. | 08-10941 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation, 16 - No Amount Due, 18 - No Amount Specified, 35 - Unliquidated | Claim to be disallowed and expunged |
| Randy Kotler | 5/16/2008 | 2235 | TOUSA, LLC | 08-10936 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation, 16 - No Amount Due, 18 - No Amount Specified, 35 - Unliquidated | Claim to be disallowed and expunged |
| Randy Kotler | 5/16/2008 | 2236 | McKay Landing, LLC | 08-10935 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation, 16 - No Amount Due, 18 - No Amount Specified, 35 - Unliquidated | Claim to be disallowed and expunged |
| Randy Kotler | 5/16/2008 | 2237 | TOUSA Mid-Atlantic Investment, LLC | 08-10939 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation, 16 - No Amount Due, 18 - No Amount Specified, 35 - Unliquidated | Claim to be disallowed and expunged |
| Randy Kotler | 5/16/2008 | 2238 | Newmark Homes Purchasing, LP | 08-10938 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation, 16 - No Amount Due, 18 - No Amount Specified, 35 - Unliquidated | Claim to be disallowed and expunged |
| Randy Kotler | 5/16/2008 | 2239 | TOUSA Homes Investment #2, LLC | 08-10937 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation, 16 - No Amount Due, 18 - No Amount Specified, 35 - Unliquidated | Claim to be disallowed and expunged |
| Randy Kotler | 5/16/2008 | 2240 | Engle Homes Commercial Construction, LLC | 08-10934 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation, 16 - No Amount Due, 18 - No Amount Specified, 35 - Unliquidated | Claim to be disallowed and expunged |
| Randy Kotler | 5/16/2008 | 2241 | LB/TE #1, LLC | 08-10932 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation, 16 - No Amount Due, 18 - No Amount Specified, 35 - Unliquidated | Claim to be disallowed and expunged |
| Randy Kotler | 5/16/2008 | 2242 | Newmark Homes, LLC | 08-10931 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation, 16 - No Amount Due, 18 - No Amount Specified, 35 - Unliquidated | Claim to be disallowed and expunged |
| Randy Kotler | 5/16/2008 | 2243 | TOUSA Homes Florida, LP | 08-10929 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation, 16 - No Amount Due, 18 - No Amount Specified, 35 - Unliquidated | Claim to be disallowed and expunged |
| Randy Kotler | 5/16/2008 | 2244 | TOUSA, Inc. | 08-10928 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation, 16 - No Amount Due, 18 - No Amount Specified, 35 - Unliquidated | Claim to be disallowed and expunged |


Exhibit A

| Creditor Name | Date Filed | Claim Number | Asserted Debtor Entity | Asserted Case Number | Asserted Unsecured Claim Amount | Asserted Priority Claim Amount | Asserted Secured Claim Amount | Asserted Admin Claim Amount | Basis for Objection | Treatment of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Randy Kotler | 5/16/2008 | 2276 | TOUSA Homes Investment #1, Inc. | 08-10955 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation 16 - No Amount Due 18 - No Amount Specified 35 - Unliquidated | Claim to be disallowed and expunged |
| Randy Kotler | 5/16/2008 | 2518 | Reflection Key, LLC | 08-10944 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation 16 - No Amount Due 18 - No Amount Specified 35 - Unliquidated | Claim to be disallowed and expunged |
| Randy Kotler | 5/16/2008 | 2522 | TOUSA Realty, Inc. | 08-10946 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation 16 - No Amount Due 18 - No Amount Specified 35 - Unliquidated | Claim to be disallowed and expunged |
| Randy Kotler | 5/16/2008 | 2527 | TOUSA/West Holdings, Inc. | 08-10948 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation 16 - No Amount Due 18 - No Amount Specified 35 - Unliquidated | Claim to be disallowed and expunged |
| Randy Kotler | 5/16/2008 | 2528 | TOUSA Homes, LP | 08-10945 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation 16 - No Amount Due 18 - No Amount Specified 35 - Unliquidated | Claim to be disallowed and expunged |
| Randy Kotler | 5/16/2008 | 2531 | Engle/James LLC | 08-10947 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation 16 - No Amount Due 18 - No Amount Specified 35 - Unliquidated | Claim to be disallowed and expunged |
| Randy Kotler | 5/16/2008 | 2553 | TOUSA Homes Mid-Atlantic Holding, LLC | 08-10949 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation 16 - No Amount Due 18 - No Amount Specified 35 - Unliquidated | Claim to be disallowed and expunged |
| Randy Kotler | 5/16/2008 | 2554 | Silverlake, Interests LLC | 08-10950 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation 16 - No Amount Due 18 - No Amount Specified 35 - Unliquidated | Claim to be disallowed and expunged |
| Randy Kotler | 5/16/2008 | 2560 | TOUSA Homes Investment #2, Inc. | 08-10951 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation 16 - No Amount Due 18 - No Amount Specified 35 - Unliquidated | Claim to be disallowed and expunged |
| Randy Kotler | 5/16/2008 | 2578 | TOUSA Funding, LLC | 08-10952 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation 16 - No Amount Due 18 - No Amount Specified 35 - Unliquidated | Claim to be disallowed and expunged |
| Randy Kotler | 5/16/2008 | 2580 | TOI, LLC | 08-10953 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation 16 - No Amount Due 18 - No Amount Specified 35 - Unliquidated | Claim to be disallowed and expunged |
| Randy Kotler | 5/16/2008 | 2582 | TOUSA Homes Nevada, LLC | 08-10954 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation 16 - No Amount Due 18 - No Amount Specified 35 - Unliquidated | Claim to be disallowed and expunged |

Exhibit A

| Creditor Name | Date Filed | Claim Number | Asserted Debtor Entity | Asserted Case Number | Asserted Unsecured Claim Amount | Asserted Priority Claim Amount | Asserted Secured Claim Amount | Asserted Admin Claim Amount | Basis for Objection | Treatment of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Randy Kotler | 5/16/2008 | 2644 | TOUSA Investment #2, Inc. | 08-10943 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation   16 - No Amount Due              18 - No Amount Specified         35 - Unliquidated | Claim to be disallowed and expunged |
| Randy Kotler | 5/16/2008 | 2751 | TOUSA Delaware, Inc. | 08-10957 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation   16 - No Amount Due              18 - No Amount Specified         35 - Unliquidated | Claim to be disallowed and expunged |
| Randy Kotler | 5/16/2008 | 2752 | TOUSA Homes Colorado, LLC | 08-10958 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation   16 - No Amount Due              18 - No Amount Specified         35 - Unliquidated | Claim to be disallowed and expunged |
| Randy Kotler | 5/16/2008 | 2753 | TOUSA Associates Services Company | 08-10959 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation   16 - No Amount Due              18 - No Amount Specified         35 - Unliquidated | Claim to be disallowed and expunged |
| Randy Kotler | 5/16/2008 | 2754 | Engle Homes Delaware, Inc. | 08-10961 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation   16 - No Amount Due              18 - No Amount Specified         35 - Unliquidated | Claim to be disallowed and expunged |
| Randy Kotler | 5/16/2008 | 2755 | Engle Homes Residential Construction, L.L.C. | 08-10960 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation   16 - No Amount Due              18 - No Amount Specified         35 - Unliquidated | Claim to be disallowed and expunged |
| Randy Kotler | 5/16/2008 | 2756 | Engle Sierra Verde P4, LLC | 08-10962 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation   16 - No Amount Due              18 - No Amount Specified         35 - Unliquidated | Claim to be disallowed and expunged |
| Randy Kotler | 5/16/2008 | 2757 | Engle Sierra Verde P5, LLC | 08-10964 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation   16 - No Amount Due              18 - No Amount Specified         35 - Unliquidated | Claim to be disallowed and expunged |
| Randy Kotler | 5/16/2008 | 2758 | Newmark Homes Business Trust | 08-10965 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation   16 - No Amount Due              18 - No Amount Specified         35 - Unliquidated | Claim to be disallowed and expunged |
| Randy Kotler | 5/16/2008 | 2769 | TOUSA Homes Arizona, LLC | 08-10956 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation   16 - No Amount Due              18 - No Amount Specified         35 - Unliquidated | Claim to be disallowed and expunged |
| Randy Kotler | 5/16/2008 | 2771 | TOUSA Texas, LP | 08-10942 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation   16 - No Amount Due              18 - No Amount Specified         35 - Unliquidated | Claim to be disallowed and expunged |
| Randy Kotler | 5/16/2008 | 2976 | TOUSA Homes Mid-Atlantic, LLC | 08-10963 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation   16 - No Amount Due              18 - No Amount Specified         35 - Unliquidated | Claim to be disallowed and expunged |

Exhibit A

| Creditor Name | Date Filed | Claim Number | Asserted Debtor Entity | Asserted Case Number | Asserted Unsecured Claim Amount | Asserted Priority Claim Amount | Asserted Secured Claim Amount | Asserted Admin Claim Amount | Basis for Objection | Treatment of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Teri Trimmer | 5/16/2008 | 2279 | TOUSA, Inc. | 08-10928 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation 16 - No Amount Due 18 - No Amount Specified 35 - Unliquidated | Claim to be disallowed and expunged |
| Teri Trimmer | 5/16/2008 | 2357 | LB/TE #1, LLC | 08-10932 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation 16 - No Amount Due 18 - No Amount Specified 35 - Unliquidated | Claim to be disallowed and expunged |
| Teri Trimmer | 5/16/2008 | 2362 | TOUSA Homes Investment #2, Inc. | 08-10951 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation 16 - No Amount Due 18 - No Amount Specified 35 - Unliquidated | Claim to be disallowed and expunged |
| Teri Trimmer | 5/16/2008 | 2363 | Lorton South Condominium, LLC | 08-10933 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation 16 - No Amount Due 18 - No Amount Specified 35 - Unliquidated | Claim to be disallowed and expunged |
| Teri Trimmer | 5/16/2008 | 2364 | Engle Homes Commercial Construction, LLC | 08-10934 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation 16 - No Amount Due 18 - No Amount Specified 35 - Unliquidated | Claim to be disallowed and expunged |
| Teri Trimmer | 5/16/2008 | 2367 | Newmark Homes, LLC | 08-10931 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation 16 - No Amount Due 18 - No Amount Specified 35 - Unliquidated | Claim to be disallowed and expunged |
| Teri Trimmer | 5/16/2008 | 2370 | TOUSA Homes, Inc. | 08-10930 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation 16 - No Amount Due 18 - No Amount Specified 35 - Unliquidated | Claim to be disallowed and expunged |
| Teri Trimmer | 5/16/2008 | 2371 | Newmark Homes Business Trust | 08-10965 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation 16 - No Amount Due 18 - No Amount Specified 35 - Unliquidated | Claim to be disallowed and expunged |
| Teri Trimmer | 5/16/2008 | 2374 | TOUSA Homes Florida, LP | 08-10929 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation 16 - No Amount Due 18 - No Amount Specified 35 - Unliquidated | Claim to be disallowed and expunged |
| Teri Trimmer | 5/16/2008 | 2379 | McKay Landing, LLC | 08-10935 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation 16 - No Amount Due 18 - No Amount Specified 35 - Unliquidated | Claim to be disallowed and expunged |
| Teri Trimmer | 5/16/2008 | 2385 | TOUSA, LLC | 08-10936 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation 16 - No Amount Due 18 - No Amount Specified 35 - Unliquidated | Claim to be disallowed and expunged |
| Teri Trimmer | 5/16/2008 | 2388 | TOUSA Homes Investment #2, LLC | 08-10937 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation 16 - No Amount Due 18 - No Amount Specified 35 - Unliquidated | Claim to be disallowed and expunged |

Exhibit A

| Creditor Name | Date Filed | Claim Number | Asserted Debtor Entity | Asserted Case Number | Asserted Unsecured Claim Amount | Asserted Priority Claim Amount | Asserted Secured Claim Amount | Asserted Admin Claim Amount | Basis for Objection | Treatment of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Teri Trimmer | 5/16/2008 | 2392 | Newmark Homes Purchasing, LP | 08-10938 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation    16 - No Amount Due    18 - No Amount Specified    35 - Unliquidated | Claim to be disallowed and expunged |
| Teri Trimmer | 5/16/2008 | 2393 | TOUSA Mid-Atlantic Investment, LLC | 08-10939 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation    16 - No Amount Due    18 - No Amount Specified    35 - Unliquidated | Claim to be disallowed and expunged |
| Teri Trimmer | 5/16/2008 | 2404 | Engle/Gilligan, LLC | 08-10940 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation    16 - No Amount Due    18 - No Amount Specified    35 - Unliquidated | Claim to be disallowed and expunged |
| Teri Trimmer | 5/16/2008 | 2408 | Preferred Builders Realty, Inc. | 08-10941 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation    16 - No Amount Due    18 - No Amount Specified    35 - Unliquidated | Claim to be disallowed and expunged |
| Teri Trimmer | 5/16/2008 | 2410 | TOUSA Texas, LP | 08-10942 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation    16 - No Amount Due    18 - No Amount Specified    35 - Unliquidated | Claim to be disallowed and expunged |
| Teri Trimmer | 5/16/2008 | 2412 | TOUSA Investment #2, Inc. | 08-10943 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation    16 - No Amount Due    18 - No Amount Specified    35 - Unliquidated | Claim to be disallowed and expunged |
| Teri Trimmer | 5/16/2008 | 2413 | Reflection Key, LLC | 08-10944 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation    16 - No Amount Due    18 - No Amount Specified    35 - Unliquidated | Claim to be disallowed and expunged |
| Teri Trimmer | 5/16/2008 | 2415 | TOUSA Homes, LP | 08-10945 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation    16 - No Amount Due    18 - No Amount Specified    35 - Unliquidated | Claim to be disallowed and expunged |
| Teri Trimmer | 5/16/2008 | 2432 | TOUSA Realty, Inc. | 08-10946 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation    16 - No Amount Due    18 - No Amount Specified    35 - Unliquidated | Claim to be disallowed and expunged |
| Teri Trimmer | 5/16/2008 | 2436 | Engle/James LLC | 08-10947 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation    16 - No Amount Due    18 - No Amount Specified    35 - Unliquidated | Claim to be disallowed and expunged |
| Teri Trimmer | 5/16/2008 | 2545 | Silverlake, Interests LLC | 08-10950 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation    16 - No Amount Due    18 - No Amount Specified    35 - Unliquidated | Claim to be disallowed and expunged |
| Teri Trimmer | 5/16/2008 | 2546 | TOUSA Homes Mid-Atlantic Holding, LLC | 08-10949 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation    16 - No Amount Due    18 - No Amount Specified    35 - Unliquidated | Claim to be disallowed and expunged |

Exhibit A

| Creditor Name | Date Filed | Claim Number | Asserted Debtor Entity | Asserted Case Number | Asserted Unsecured Claim Amount | Asserted Priority Claim Amount | Asserted Secured Claim Amount | Asserted Admin Claim Amount | Basis for Objection | Treatment of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Teri Trimmer | 5/16/2008 | 2547 | TOUSA/West Holdings, Inc. | 08-10948 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation 16 - No Amount Due 18 - No Amount Specified 35 - Unliquidated | Claim to be disallowed and expunged |
| Teri Trimmer | 5/14/2008 | 2864 | TOUSA Funding, LLC | 08-10952 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation 16 - No Amount Due 18 - No Amount Specified 35 - Unliquidated | Claim to be disallowed and expunged |
| Teri Trimmer | 5/16/2008 | 2865 | TOI, LLC | 08-10953 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation 16 - No Amount Due 18 - No Amount Specified 35 - Unliquidated | Claim to be disallowed and expunged |
| Teri Trimmer | 5/16/2008 | 2866 | TOUSA Homes Nevada, LLC | 08-10954 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation 16 - No Amount Due 18 - No Amount Specified 35 - Unliquidated | Claim to be disallowed and expunged |
| Teri Trimmer | 5/16/2008 | 2867 | TOUSA Homes Investment #1, Inc. | 08-10955 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation 16 - No Amount Due 18 - No Amount Specified 35 - Unliquidated | Claim to be disallowed and expunged |
| Teri Trimmer | 5/16/2008 | 2868 | TOUSA Delaware, Inc. | 08-10957 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation 16 - No Amount Due 18 - No Amount Specified 35 - Unliquidated | Claim to be disallowed and expunged |
| Teri Trimmer | 5/16/2008 | 2869 | TOUSA Homes Colorado, LLC | 08-10958 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation 16 - No Amount Due 18 - No Amount Specified 35 - Unliquidated | Claim to be disallowed and expunged |
| Teri Trimmer | 5/16/2008 | 2872 | TOUSA Associates Services Company | 08-10959 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation 16 - No Amount Due 18 - No Amount Specified 35 - Unliquidated | Claim to be disallowed and expunged |
| Teri Trimmer | 5/16/2008 | 2875 | Engle Homes Residential Construction, L.L.C. | 08-10960 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation 16 - No Amount Due 18 - No Amount Specified 35 - Unliquidated | Claim to be disallowed and expunged |
| Teri Trimmer | 5/16/2008 | 2877 | Engle Sierra Verde P5, LLC | 08-10964 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation 16 - No Amount Due 18 - No Amount Specified 35 - Unliquidated | Claim to be disallowed and expunged |
| Teri Trimmer | 5/16/2008 | 2879 | TOUSA Homes Mid-Atlantic, LLC | 08-10963 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation 16 - No Amount Due 18 - No Amount Specified 35 - Unliquidated | Claim to be disallowed and expunged |
| Teri Trimmer | 5/16/2008 | 2882 | Engle Sierra Verde P4, LLC | 08-10962 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation 16 - No Amount Due 18 - No Amount Specified 35 - Unliquidated | Claim to be disallowed and expunged |

Exhibit A

| Creditor Name | Date Filed | Claim Number | Asserted Debtor Entity | Asserted Case Number | Asserted Unsecured Claim Amount | Asserted Priority Claim Amount | Asserted Secured Claim Amount | Asserted Admin Claim Amount | Basis for Objection | Treatment of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Teri Trimmer | 5/16/2008 | 2885 | TOUSA Homes Arizona, LLC | 08-10956 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation    16 - No Amount Due    18 - No Amount Specified    35 - Unliquidated | Claim to be disallowed and expunged |
| Teri Trimmer | 5/16/2008 | 2891 | Engle Homes Delaware, Inc. | 08-10961 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation    16 - No Amount Due    18 - No Amount Specified    35 - Unliquidated | Claim to be disallowed and expunged |
| The Travelers Indemnity Company and Its Affiliates | 11/2/2009 | 4503 | TOUSA, Inc. | 08-10928 | | 30,867.00 | | | 24 - Reclassify - Priority to Unsecured | Claim to be allowed as general unsecured claim in the amount of $30,867.00 |
| Werle Associates PL | 5/19/2008 | 3257 | TOUSA, Inc. | 08-10928 | UNLIQUIDATED | | | | 35 - Unliquidated | Claim to be allowed as a general unsecured claim in the amount of $17,550.00 |

Exhibit B

| Creditor Name | Date Filed | Claim Number | Asserted Debtor Entity | Asserted Case Number | Asserted Unsecured Claim Amount | Asserted Priority Claim Amount | Asserted Secured Claim Amount | Asserted Admin Claim Amount | Basis for Objection | Treatment of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| AlixPartners LLP | 1/3/2011 | 7696 | TOUSA, Inc. | 08-10928 | $2,241,207.67 | | $150,000.00 | | 7 - Insufficient or No Documentation 16 - No Amount Due 35 - Unliquidated | Adjourned to a date to be determined. |
| International Fidelity Insurance Company | 3/25/2010 | 7281A | TOUSA, Inc. | 08-10928 | 1,031,080.00 | | | | 7 - Failure to Specify Basis / Insufficient or No Documentation 16 - No Amount Due | Adjourned to a date to be determined. |
| International Fidelity Insurance Company | 3/25/2010 | 7281B | TOUSA, Inc. | 08-10928 | 0.00 | | | | 7 - Failure to Specify Basis / Insufficient or No Documentation 16 - No Amount Due | Adjourned to a date to be determined. |
| Mitch Morris | 5/16/2008 | 2814 | TOUSA, Inc. | 08-10928 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation 16 - No Amount Due 18 - No Amount Specified 35 - Unliquidated | Adjourned to a date to be determined. |
| Robert Krieff | 5/5/2008 | 1822 | TOUSA Homes Florida, LP | 08-10929 | | | 632,599.00 | | 22 - Reclassify Secured to Unsecured | Adjourned to a date to be determined. |
| SCC Canyon II LLC | 5/19/2008 | 3519 | TOUSA Homes, Inc. | 08-10930 | 2,400,088.00 | | 1,015,045.00 | | 15 - Paid in Part ( Reduce and Allow) 22 - Reclassify - Secured to Unsecured | Adjourned to a date to be determined. |
| Sorana Georgescu | 5/16/2008 | 2558 | TOUSA Funding, LLC | 08-10952 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation 16 - No Amount Due 18 - No Amount Specified 35 - Unliquidated | Adjourned to a date to be determined. |
| Sorana Georgescu | 5/16/2008 | 2559 | Engle Homes Delaware, Inc. | 08-10961 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation 16 - No Amount Due 18 - No Amount Specified 35 - Unliquidated | Adjourned to a date to be determined. |
| Sorana Georgescu | 5/16/2008 | 2562 | TOUSA Delaware, Inc. | 08-10957 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation 16 - No Amount Due 18 - No Amount Specified 35 - Unliquidated | Adjourned to a date to be determined. |
| Sorana Georgescu | 5/16/2008 | 2836 | TOUSA, Inc. | 08-10928 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation 16 - No Amount Due 18 - No Amount Specified 35 - Unliquidated | Adjourned to a date to be determined. |
| Sorana Georgescu | 5/16/2008 | 2837 | TOUSA Homes Florida, LP | 08-10929 | UNLIQUIDATED | UNLIQUIDATED | | | 7 - Failure to Specify Basis / Insufficient or No Documentation 16 - No Amount Due 18 - No Amount Specified 35 - Unliquidated | Adjourned to a date to be determined. |
| Strategic Capital Resources Inc | 4/17/2009 | 4447 | TOUSA, Inc. | 08-10928 | | | | 984,871.37 | 16 - No Amount Due | Adjourned to a date to be determined. |
| Zurich American Insurance Company and its Subsidiaries and Affiliates A T I M A | 5/19/2008 | 3776 | TOUSA Homes, Inc. | 08-10930 | | 18,248.90 | | | 7 - Failure to Specify Basis / Insufficient or No Documentation 12 - Against Multiple Debtors. 24 - Reclassify - Priority to Unsecured | Adjourned to a date to be determined. |